| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF DELAWARE | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Wardman Hotel Owner, L.L.C. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  Wardman Hotel, L.L.C. | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-1919717 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **2660 Woodley Road, NW** <br> **Washington, DC 20008** <br> Number, Street, City, State & ZIP Code <br><br> **District of Columb** <br> County | **Mailing address, if different from principal place of business** <br><br> **5035 Riverview Road, NW** <br> **Atlanta, GA 30327** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **Wardman Hotel Owner, L.L.C.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Wardman Hotel Owner, L.L.C.**                                    Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Wardman Hotel Owner, L.L.C.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 11, 2021**
MM / DD / YYYY

**X /s/ James D. Decker**
Signature of authorized representative of debtor

**James D. Decker**
Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Laura Davis Jones**
Signature of attorney for debtor

Date **January 11, 2021**
MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-652-4100**    Email address **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Wardman Hotel Owner, L.L.C.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 21-

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Marriott Hotel Service, Inc. 10400 Fernwood Road Bethesda, Maryland 20817 | Attn: Law Department 52/923 -- Hotel Operations Fax: (301) 380-1074 | Trade debt | Contingent Unliquidated Disputed | | | unknown |
| 2 | Wardman Tower, L.L.C. c/o JBG Companies 4445 Williard Avenue Suite 400 Chevy Chase, MD 20815 | Attn: Kenneth F. Finkelstein Tel: (240) 333-3600 Email: media@jbgsmith.com | Cost sharing agreement | Unliquidated | | | unknown |
| 3 | Office of Tax and Revenue 1101 4th Street, SW, Suite 270 West, Washington, DC 20024 | Attn: Jeffrey S. DeWitt Tel: (202) 727-4829 Fax: (202) 442-6890 | Tax claims | Contingent Unliquidated | | | unknown |
| 4 | UNITE HERE INT'L UNION Local 25 901 K. Street, N.W. 2nd Floor Washington, D.C. 20001 | Attn: John A Boardman Tel: 202-737-2225 Fax: 202-393-3741 | Benefit claims | Contingent Unliquidated | | | unknown |
| 5 | | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No. 21-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

| **Name** | **Address** | **Percentage of Equity** |
|---|---|---|
| PL Wardman Member, LLC | 700 Newport Center Drive Newport Beach, CA 92660 | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| WARDMAN HOTEL OWNER, L.L.C., | ) Case No. 21-_____ (___) <br> ) |
| Debtor. | ) <br> ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interest:

| **Name** | **Address** | **Percentage of Equity** |
|---|---|---|
| PL Wardman Member, LLC | 700 Newport Center Drive Newport Beach, CA 92660 | 100% (direct) |
| Pacific Life Mutual Holding Company | 700 Newport Center Drive Newport Beach, CA 92660 | 100% (indirect)[1] |

---

[1] Pacific Life Mutual Holding Company (a Nebraska Mutual Insurance Holding Company) owns 100% of Pacific Life Corp (a Delaware Corp), which owns 100% of Pacific Life Insurance Company (a Nebraska Company), which owns 100% of Pacific Asset Holding LLC (a Delaware LLC), which owns 100% of PL Wardman Member, LLC (a Delaware LLC), which now owns 100% of Wardman Hotel Owner, L.L.C.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | Case No. 21-_____ (___) |
| Debtor. | ) ) ) |  |

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned Debtor hereby certifies that the *Creditor Matrix* submitted contemporaneously herewith contains the names and addresses of (a) the Debtor's creditors and (b) those parties who may have claims related to the Debtor's chapter 11 case. To the best of the Debtor's knowledge, the *Creditor Matrix* is complete, correct, and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records as of the Petition Date and information provided by certain other third parties. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

| | | |
|---|---|---|
| ADC<br>12280 Wilkins Ave.<br>Suite 101<br>Rockville, MD 20852 | AWBC, LLC<br>11261 Somerset Ave.<br>Beltsville, MD 20705 | Connect Computer<br>338 Commerce Drive<br>Fairfield, CT 06825 |
| Agoda International USA LLC<br>Suite 6600<br>350 Fifth Avenue<br>Empire State Bldg., 66th Floor<br>New York, NY 10118 | Bio-Kinetic<br>39 Bralan Ct.<br>Gaithersburg, MD 20877 | Convention Handling Services, LLC<br>P.O. Box 200511<br>San Antonio, TX 78220 |
| Aireco Supply, Inc.<br>P.O. Box 414<br>Savage, MD 20763 | BluIP, Inc.<br>P.O. Box 508<br>Burbank, CA 91503 | Courtesy Products<br>P.O. Box 840020<br>Kansas City, MO 64184 |
| Airgas USA, LLC<br>6055 Rockside Woods Blvd.<br>Independence, OH 44131 | Brink's Inc.<br>P.O. Box 101031<br>Atlanta, GA 30392 | Cvent, Inc.<br>1765 Greensboro Station Place<br>7th Floor<br>Mc Lean, VA 22102 |
| Allana Buick Bers, Inc.<br>990 Commercial Street<br>Palo Alto, CA 94303 | Choice Plantings Inc.<br>180N Penrod Ct.<br>Glen Burnie, MD 21061 | DC Water<br>1385 Canal Street SE<br>Washington, DC 20003 |
| American Hotel Register<br>100 S. Miluakee Ave.<br>Vernon Hills, IL 60061 | Cintas Corporation<br>P.O. Box 630303<br>Cincinnati, OH 45263 | Destination DC<br>901 7th Street NW<br>Washington, DC 20001 |
| American University<br>Andrew Spath<br>4400 Massachusetts Ave. NW<br>Washington, DC 20016 | CN Robinson LTG. Supply Co.<br>4318 Washington Blvd.<br>Halethorpe, MD 21227 | Direct Energy<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Apex Companies, LLC<br>P.O. Box 69142<br>Baltimore, MD 21264 | Coastal Sunbelt Produce<br>9001 Whiskey Bottom Rd.<br>Laurel, MD 20723 | Direct TV<br>P.O. Box 105249<br>Atlanta, GA 30348 |
| ASSA ABLOY Hospitality Inc.<br>P.O. Box 676947<br>Dallas, TX 75267 | Complete Pest Elimination LLC<br>822 King St.<br>PMB 150<br>Alexandria, VA 22314 | Dominion Elevator Inspection Svcs.<br>7475 Carlisle Road<br>Wellsville, PA 17365 |
| AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 | Congressional Hotel Dry Cleaning LLC<br>8421 Broad Street<br>Suite 2104<br>Mc Lean, VA 22102 | Dow Jones & Company<br>P.O. Box 300<br>Princeton, NJ 08543 |

| | | |
|---|---|---|
| Ecolab<br>26252 Network Place<br>Chicago, IL 60673 | Insight Direct USA, Inc.<br>P.O. Box 731069<br>Dallas, TX 75373 | KochFilter<br>P.O. Box 732692<br>Dallas, TX 75373 |
| FedEx<br>7900 Legacy Drive<br>Plano, TX 75024 | International Display & Exhibit Corp.<br>4 Pequot Way<br>Canton, MA 02021 | Lasership, Inc.<br>Dept. 720037<br>P.O. Box 1335<br>Charlotte, NC 28201 |
| Grainger<br>4748 Forbes Blvd.<br>Lanham, MD 20706 | International Gourmet Foods, Inc.<br>7520 Fullerton Road<br>Springfield, VA 22153 | Lyon Bakery<br>P.O. Box 1360<br>Hyattsville, MD 20785 |
| Guest Supply<br>P.O. Box 6771<br>Somerset, NJ 08875 | Ize's Deli and Bagelry<br>11622 Rockville Pike<br>Rockville, MD 20852 | Marriott Hotel Service, Inc.<br>10400 Fernwood Road<br>Bethesda, MD 20817 |
| Haislip Corp.<br>P.O. Box 222486<br>Chantilly, VA 20153 | J. J. McDonnell & Co., Inc.<br>7010 Brookdale Drive<br>Elkridge, MD 21075 | Millenium Pools & Spas, LLC<br>8927 Lake Braddock Drive<br>Burke, VA 22015 |
| Halperns' Steak & Seafood<br>P.O. Box 116421<br>Atlanta, GA 30368 | Johnson Controls<br>3650 Concorde Parkway<br>Chantilly, VA 20151 | Mona<br>7915 Malcolm Road<br>Clinton, MD 20735 |
| Heritage Food Service Group, Inc.<br>5130 Execuitve Blvd.<br>Fort Wayne, IN 46808 | JPG Plumbing & Mechanical Svcs., Inc.<br>8260 Patuxent Range Rd.<br>Suite H<br>Jessup, MD 20794 | MS Shift, Inc.<br>One World Trade Center<br>Suite 47M<br>New York, NY 10007 |
| Hubert Company<br>25401 Network Place<br>Chicago, IL 60673 | JR Resources, Inc.<br>1130 Camino Del Mar<br>Suite H<br>Del Mar, CA 92014 | MyDigitalOffice.com<br>Bethesda Towers<br>4350 East West Hwy.<br>Suite 401<br>Bethesda, MD 20814 |
| Hufcor, Inc.<br>10820 Guilford Rd.<br>Suite 210<br>Annapolis Junction, MD 20701 | Karcher North America<br>Dept. Ch. 19244<br>Palatine, IL 60055 | Nalco Water<br>P.O. Box 70716<br>Chicago, IL 60673 |
| Innovative Security Systems, Inc.<br>4815 Prince Georges Avenue<br>Suite 3<br>Beltsville, MD 20705 | Keany Produce & Gourmet<br>3310 75th Ave.<br>Hyattsville, MD 20785 | Network Services Company<br>29060 Network Place<br>Chicago, IL 60673 |

New Life Solutions, LLC
10975D Richardson Road
Ashland, VA 23005

NTL Technology Leasing
23430 Rock Haven Way
Suite 220
Sterling, VA 20166

Office Depot, Inc.
P.O. Box 630813
Cincinnati, OH 45263

Office of Tax and Revenue
Customer Service Center
1101 4th Street, SW
Suite W270
Washington, DC 20004

PEPCO
P.O. Box 97274
Washington, DC 20090

Pepsi Beverages Co.
6751 Alexander Bell Drive
Columbia, MD 21046

Plant Based Foods, Inc.
P.O. Box 1841
21011 St. Louis Rd.
Middleburg, VA 20118

PM Hood & Duct, Inc.
3701 Solomons Island Rd.
Harwood, MD 20776

Power Services Inc.
4370 Lottsford Vista Rd.
Lanham, MD 20706

Professional Fitness Management, LLC
P.O. Box 370
Galena, MD 21635

PSAV
23918 Network Place
Chicago, IL 60673

Quench USA, Inc.
630 Allendale Road
Suite 200
King of Prussia, PA 19406

Ready Refresh
P.O. Box 856192
Louisville, KY 40285

Regal Hospitality Group
13940 W. Hillsborough Ave.
Tampa, FL 33635

Renue
1102 N. Main St.
Lombard, IL 60148

Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL 60693

Roberts Oxygen Co., Inc.
P.O. Box 5507
Derwood, MD 20855

Rose Restoration International, Inc.
2711 Unit L Dorr Ave.
Fairfax, VA 22031

RR Donnelley
4101 Winfield Road
Warrenville, IL 60555

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

Sonifi Solutions, Inc.
3900 W. Innovation St.
Sioux Falls, SD 57107

Speed Check Conveyor LLC
5345 Truman Dr.
Decatur, GA 30035

SPNA LLC
12216 Rohan Ct.
Owings Mills, MD 21117

Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150

Teddys Fresh Baked Pizza
1051 - D Cannons Ct.
Woodbridge, VA 22191

The Badge Company Inc.
18261 Enterprise Lane
Suite D
Huntington Beach, CA 92648

The Chefs Warehouse
7477 Candlewood Rd.
Hanover, MD 21076

The Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218

Tingue
309 Dividend Drive
Peachtree City, GA 30269

Titan Global Distribution, Inc.
11973 Westline Industrial Drive
Saint Louis, MO 63146

Trans Time Express
11820 Parklawn Dr.
Suite 205
Rockville, MD 20852

Traveltraders Hotels Inc.
6205 Blue Lagoon Drive
Suite 550
Miami, FL 33126

TriMark Adams-Burch
1901 Stanford Court
Hyattsville, MD 20785

UNITE HERE INTERNATIONAL UNION
Local 25
901 K Street, N.W.
2nd Floor
Washington, DC 20001

USA Today
P.O. Box 677446
Dallas, TX 75267

Verizon
P.O. Box 16801
Newark, NJ 07101

Verizon
P.O. Box 15124
Albany, NY 12212

Veterans Storage Inc.
P.O. Box 436
Lothian, MD 20711

Wardman Tower, L.L.C.
c/o JBG Companies
4445 Willard Avenue
Suite 400
Chevy Chase, MD 20815

Washington Gas
6801 Industrial Road
Springfield, VA 22151

Windstream Communications, LLC
P.O. Box 843006
Kansas City, MO 64184

Windstream Communications
1814 West Tacoma Street
Broken Arrow, OK 74012

Xerox Corporation
P.O. Box 299075
Lewisville, TX 75029

XO Communications
P.O. Box 299075
Albany, NY 12217

XO Communications
8851 Sandy Pkwy
Sandy, UT 84070

**Fill in this information to identify the case:**

Debtor name: **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders; Corporate Ownership Statement; Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 11, 2021**    X **/s/ James D. Decker**
Signature of individual signing on behalf of debtor

**James D. Decker**
Printed name

**Manager**
Position or relationship to debtor