## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No.:  21-10023 (JTD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael T. Driscoll of Sheppard Mullin, 30 Rockefeller Plaza, New York, NY 10112, to represent Marriott Hotel Services, Inc. in the above-captioned case and any related proceedings.

Dated:  January 13, 2021
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1348
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  cmiller@mnat.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the States of New York and Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  January 13, 2021

*/s/  Michael T. Driscoll*
Michael T. Driscoll
SHEPPARD MULLIN
30 Rockefeller Plaza
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701
Email:  mdriscoll@sheppardmullin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.