IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-10023 (JTD)<br><br>**Hearing Date: February 9, 2021 at 10:00 a.m. (ET)**<br>**Objection Deadline: February 2, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF MARRIOTT HOTEL SERVICES, INC.'S MOTION TO TRANSFER VENUE TO THE BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

PLEASE TAKE NOTICE that today, Marriott Hotel Services, Inc. in possession (the "Marriott") filed the *Marriott Hotel Services, Inc.'s Motion to Transfer Venue to the Bankruptcy Court for the District of Columbia* (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 2, 2021, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A TELEPHONIC HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 9, 2021, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE.[2]

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

[2] Any party that wants to participate in the Hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) by no later than February 9, 2021, at 9:00 a.m. (ET). If you do not make timely arrangements, you may not be able to participate in the Hearing.

1

Dated: January 25, 2021
     Wilmington, Delaware    **MORRIS, NICHOLS, ARSHT, & TUNNELL LLP**

By:   */s/ Curtis S. Miller*
Curtis S. Miller (No. 4583)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9412
Email: cmiller@mnat.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Ori Katz (admitted *pro hac vice*)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Michael T. Driscoll (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: mdriscoll@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri (admitted *pro hac vice*)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email:  jnassiri@sheppardmullin.com

-and-

**JENNER & BLOCK LLP**
Lindsay Harrison (admitted *pro hac vice*)
Alex S. Trepp
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
Phone: (202) 639-6000
Facsimile: (202) 639-6066
Email: lharrison@jenner.com
Email: atrepp@jenner.com

-and-

**JENNER & BLOCK LLP**
Paul Rietema
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 840-7208
Facsimile: (312) 840-7308
Email: prietema@jenner.com

*Attorneys for Marriott Hotel Services, Inc.*