**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
WARDMAN HOTEL OWNER, L.L.C.,                            :        Case No. 21-10023 (JTD)
                                                        :
                        Debtor.[1]                      :        Re: D.I. 6
                                                        :
------------------------------------------------------- x

**LIMITED OBJECTION OF MARRIOTT HOTEL SERVICES, INC. TO THE**
**DEBTOR'S MOTION SEEKING ENTRY OF AN ORDER REJECTING HOTEL**
**MANAGEMENT AGREEMENT, EFFECTIVE AS OF THE PETITION DATE**

Marriott Hotel Services, Inc. ("Marriott"), by and through its undersigned counsel, submits the following limited objection (the "Limited Objection") to the *Debtor's Motion Seeking Entry of an Order Rejecting Hotel Management Agreement, Effective as of the Petition Date* (the "Rejection Motion") [ECF No. 6] of the debtor-in-possession Wardman Hotel Owner, LLC (the "Debtor," or the "Hotel"). In support of the Limited Objection, Marriott respectfully represents as follows:

**PRELIMINARY STATEMENT**

1.      Marriott, as Manager, and the Debtor, as Owner, are parties to the Marriott Wardman Park Hotel Second Amended and Restated Management Agreement (the "HMA") that is the subject of the Rejection Motion.

2.      Marriott files this Limited Objection because the Debtor's proposed order approving the Rejection Motion is overly broad and ambiguous and may be argued by Pacific Life and PL Member as precluding claims against them and other third parties. Additionally, the

---

[1] The last four digits of the taxpayer identification number for the Debtor are -9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

proposed order should expressly preserve Marriott's rights to assert claims under sections 502 or 503(b) of the Bankruptcy Code, or otherwise arising out of the HMA.

## FACTUAL BACKGROUND

3.      On January 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.      On the Petition Date, the Debtor filed the Rejection Motion.  The Rejection Motion seeks entry of an order rejecting the HMA effective as of the Petition Date.[2]

## LIMITED OBJECTION

5.      Marriott requests that, to the extent that the Court grants the Rejection Motion, the order approving the rejection of the HMA should state that nothing in the order restricts, impairs, impacts, or otherwise effects any of Marriott's rights, or otherwise precludes Marriott from asserting claims under sections 502 or 503(b) of the Bankruptcy Code on that basis.  In addition, nothing in the proposed order should impact any of Marriott's rights relating to the HMA against third parties, including non-debtor affiliates.

6.      Specifically, Marriott objects to paragraph 4 of the proposed order, which provides in relevant part:

> Marriott must file a claim under section 502 of the Bankruptcy Code *or other claims in connection with the HMA* or the rejection, *breach or termination of the HMA* in accordance with any claims bar date set by the Court . . . .

*See* Rejection Motion, Ex. A ¶ 5 (emphasis added).

7.      Marriott respectfully submits that such language is at best unclear, and at worst overreaching such that it purports to limit Marriott's rejection damages to those under section 502

---

[2] Marriott disputes the Debtor's characterization that the HMA was validly or effectively terminated. Marriott expressly reserves all of its rights and remedies with respect to the HMA and any ancillary document.

of the Bankruptcy Code.  It also purports to force Marriott to file claims it may have against third parties, including non-debtor affiliates, for damages related to the termination of the HMA, which are not subject to adjudication by this Court.

8.     Accordingly, Marriott respectfully requests that any rejection order clearly state that in entering the order, the Court is not making a determination as to Marriott's rights to assert a claim under section 502 or 503(b) of the Bankruptcy Code, as well as providing that any claims against third parties, including non-debtor affiliates arising under ancillary agreements are not restricted, impaired, or otherwise effected by the entry of order and expressly preserved.

## **RESERVATION OF RIGHTS**

9.     Marriott reserves the right to supplement this Limited Objection and to make additional arguments at the hearing held to consider the relief requested on the Rejection Motion. Marriott further reserves the right to seek any and all other appropriate relief in the Bankruptcy Court.

**WHEREFORE**, for the reasons discussed above Marriott respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and necessary.


Dated: February 2, 2021
Wilmington, Delaware                   **MORRIS, NICHOLS, ARSHT, & TUNNELL LLP**


By:     */s/ Curtis S. Miller*
        Curtis S. Miller (No. 4583)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 351-9412
        Email: cmiller@mnat.com

        -and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Ori Katz (*pro hac vice* pending)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Facsimile: (415) 434-3947
Email: okatz@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Michael T. Driscoll (*pro hac vice* pending)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: mdriscoll@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri (*pro hac vice* pending)
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email:  jnassiri@sheppardmullin.com

-and-

**JENNER & BLOCK LLP**
Lindsay Harrison
Alex S. Trepp
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
Phone: (202) 639-6000
Facsimile: (202) 639-6066
Email: lharrison@jenner.com
Email: atrepp@jenner.com

-and-

-4-

**JENNER & BLOCK LLP**
Paul Rietema
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 840-7208
Facsimile: (312) 840-7308
Email: prietema@jenner.com

*Attorneys for Marriott Hotel Services, Inc.*