## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-10023 (JTD) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Paul Rietema of Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456, to represent Marriott Hotel Services, Inc.

Dated: February 4, 2021
      Wilmington, Delaware

*/s/ Eric W. Moats*
Eric W. Moats (No. 6441)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: emoats@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 4, 2021

*/s/ Paul Rietema*
Paul Rietema
JENNER & BLOCK, LLP
353 N. Clark Street,
Chicago, IL 60654-3456
Telephone: 312 840-7208
Facsimile: 312 840-7308
Email: prietema@jenner.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of the taxpayer identification numbers for the Debtor is 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.