## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WARDMAN HOTEL OWNER, L.L.C.[1] | ) | Case No. 21-10023 (JTD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Wardman Hotel Owner, L.L.C. ("**WHO**") the above-captioned debtor and debtor in possession (the "**Debtor**"), is filing its Schedules of Assets and Liabilities (the "**Schedules**,") and Statement of Financial Affairs (the "**Statement**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statement. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statement (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statement.

The Statement and Schedules were prepared based on information provided by the Debtor's former management.  This information was used by the Debtor's independent director, along with assistance from former management and the Debtor's other professionals, to prepare the Schedules and Statement.

The Schedules and Statement are unaudited and subject to potential adjustment. In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has made reasonable efforts to ensure that the Schedules and Statement are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statement.

The Debtor reserves all rights to amend or supplement the Schedules and Statement from time to time, in all respects, as may be necessary or appropriate, including the

---

[1] The last four digits of the taxpayer identification number for the Debtor are -9717.  The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statement, or Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including any issues involving objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

A.    <u>**Global Notes and Overview of Methodology**</u>

**The Schedules, Statement, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

1.    **Description of the Chapter 11 Case**. On January 11, 2021 (the "**Petition Date**"), the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code.

2.    **Basis of Presentation**. The Schedules and Statement are unaudited and are the result of the Debtor's reasonable efforts to report certain financial information of the Debtor. The Schedules and Statement neither purport to represent a financial statement prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor. The Debtor used reasonable efforts to identify the assets and liabilities, certain required financial information, and various cash disbursements as of the Petition Date.

3.    **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statement reflect the Debtor's books and records as of the Petition Date.

4.    **Current Values**. The assets and liabilities of the Debtor are listed on the basis of the book value of the asset or liability in the Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statement.

5.    **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared.

6.    **Undetermined Amounts**. Claim amounts **that** could not readily be quantified by the Debtor are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

7.      **Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtor reserves all of its rights to amend, supplement, or otherwise modify the Schedules and Statement as is necessary or appropriate.

8.      **Insiders.**  For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) Debtor/non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtor does not take any position with respect to:  (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.  The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

9.      **Totals**. All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

10.      **Currency**. All amounts shown in the Schedules and Statement are in U.S. Dollars, unless otherwise indicated.

11.      **Other Paid Claims**. If the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statement, and shall be enforceable by all parties.

12.      **Debtor's Reservation of Rights**. Nothing contained in the Schedules, Statement, or Notes shall constitute a waiver of rights with respect to this chapter 11 case, including the following:

a.      The Debtor reserves the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.      Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and

3

Statement, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statement at a later time as is necessary and appropriate.

c.   The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtor reserves all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.   The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.  Out of abundance of caution, the Debtor has included in its creditor matrix all known vendors and service providers who previously provided services to Marriott as Hotel manager.  Any obligations to these vendors and service provides are obligations of Marriott, and the Debtor reserves all rights related to claims of such vendors filed in this case.

e.   Although the Debtor has exercised its reasonable efforts to ensure the accuracy of the Schedules and Statement, they nevertheless may contain errors and omissions. The Debtor hereby reserves all of its rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statement, and to amend and supplement the Schedules and Statement as necessary.

f.   The Debtor further reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statement, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

g.  The Debtor exercised its reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in its executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statement. Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtor reserves its rights to amend and supplement the Schedules and Statement if additional Guarantees are identified. In addition, the Debtor reserves the right to amend the Schedules and Statement to re-characterize and reclassify any such contract or claim.

13.    **Global Notes Control**. If the Schedules or Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

**B.    Specific Notes for Schedules**

1.    **Schedule A/B.**

a.  **A/B.3**. The values provided for in Schedule A/B, Item 3 for the account reflect the ending cash balance as of the Petition Date.

b.  **A/B.7**. Deposits listed are potentially subject to offset by counterparty.

c.  **A/B 55.**  Book value for real property reported as of 12/31/19.

d.  **A/B.70–77**. Despite **exercising** its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules.

e.  **A/B. 77**. The Debtor is the beneficiary of "Group contracts" that were entered into between Marriott and certain vendors.  While not a party to such Group Contracts, the Debtor has listed them here out of an abundance of caution.

2.    **Schedule D**.  Reference to the applicable loan agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

The Debtor has not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtor, or judgment or statutory lien rights.

3.    **Schedule E/F**

a.    **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would

5

be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtor reserves the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtor potentially may be liable are included on the Debtor's Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtor otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtor has listed these claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

      b.    **Part 2**.

The Debtor has exercised its commercially reasonable efforts to list all liabilities on Schedule E/F.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtor's reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtor may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. The Debtor has not listed any Group Contracts here as it is not a counterparty to such contracts or agreements.

## C.    <u>Specific Notes for Statement</u>

1.    **Statement 1.** Operating income reflects income for the Debtor's financial years ending 2019, 2020 and the 2021 period up to the Petition Date.

2.    **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtor or by Pacific Life Insurance Company on behalf of the Debtor with payment dates from October 13, 2020 to January 11, 2021.

3.        **Statement 7**. The Debtor has used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtor was involved in any capacity within one year before the Petition Date. The Debtor reserves its rights to assert that the Debtor is an appropriate party to such actions or proceedings.

4.        **Statement 11**. The Debtor has used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtor's response to Statement 11. Additional information regarding the Debtor's retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.

5.        **Statement 25**. The Debtor has used reasonable efforts to identify businesses that the Debtor held an ownership or a partnership interest in over the last six (6) years.

6.        **Statement 30**. The Debtor believes Statement 30 is also covered by Statement 4.

**Fill in this information to identify the case:**

Debtor name    **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-10023**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  10, 2021**     X **/s/ James D. Decker**
                                        Signature of individual signing on behalf of debtor

                                        **James D. Decker**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10023**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $     **5,599,277.56**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $     **5,599,277.56**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **130,537,383.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$     **0.00**

4.   Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b     $     **130,537,383.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Wardman Hotel Owner, L.L.C.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**21-10023**__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
| --- | --- | --- |
| 2. | **Cash on hand** | Approx. **$95,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo Bank** | **Checking** | **8748** | **$63,694.35** |

4. **Other cash equivalents** *(Identify all)*

| 4.1. **FF&E Reserve Account (held by Marriott Hotel Services, Inc.)** | **$4,749,402.00** |
| --- | --- |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$4,908,096.35** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. **Deposit with Washington DC Office of Tax and Revenue** | **$144,556.21** |
| --- | --- |

Debtor    **Wardman Hotel Owner, L.L.C.** _____ Case number *(If known)* **21-10023**
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    **Liability and Property Insurance** _____    $261,869.00

9.    **Total of Part 2.**    $406,425.21
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Liquor | | Unknown | | Unknown |

23.    **Total of Part 5.**    $0.00
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Wardman Hotel Owner, L.L.C.**_____     Case number *(If known)*  **21-10023**
Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Furniture, fixtures and equipment as of 12/31/19.  See Attachment B.39 for details | **$11,932,707.00** | **N/A** | **Unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Wardman Hotel Owner, L.L.C.** | Case number *(If known)* **21-10023** |
|---|---|---|
| | Name | |

apartment or office building, if available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **Real property (Land and improvements) located at 2660 Woodly Road NW, Washington DC 20008** | Owner | $72,004,762.00 | N/A | Unknown |
| 55.2. | **Real property (Building and improvements) located at 2660 Woodly Road NW, Washington DC 20008** | Owner | $97,532,893.00 | N/A | Unknown |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Franchise Tax Board refund | Tax year | 2019 | $284,756.00 |
|---|---|---|---|

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor   **Wardman Hotel Owner, L.L.C.**                         Case number *(If known)* **21-10023**
         Name

| **Counterclaims against Marriott Hotel Services** | | **Unknown** |
| Nature of claim | **Breach of Contract** | |
| Amount requested | **$0.00** | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| --- | --- | --- |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **"Group Contracts" entered into by Marriott Hotels, where Debtor is the beneficiary of such contracts** | **Unknown** |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$284,756.00** |
| --- | --- | --- |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Wardman Hotel Owner, L.L.C.**                                          Case number *(If known)*  **21-10023**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,908,096.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $406,425.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $284,756.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,599,277.56 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,599,277.56 |

In re Wardman Hotel Owner, L.L.C.
Case No. 21-10023
Attachment B.39

| Invoice Month | Proj # | Proj | Description from Hotel - effective July 2018 | Amount |
|---|---|---|---|---|
| 01/2018 | 337W000193 | BQT Meeting Room | | 107,602.46 |
| 01/2018 | 337W000193 | BQT Meeting Room | | (21,507.86) |
| 01/2018 | 337W000187 | Hotel Discretionary Fund | | (21,913.72) |
| 01/2018 | 337W000192 | Park Tower Softgoods Redo | | 2,474.55 |
| 01/2018 | 337W000192 | Park Tower Softgoods Redo | | 12,555.00 |
| 01/2018 | 337W000186 | Hotel Discretionary Fund | | 1,354.66 |
| 01/2018 | 337W000186 | Hotel Discretionary Fund | | 1,941.57 |
| 01/2018 | 337W000186 | Hotel Discretionary Fund | | 5,573.03 |
| 01/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 1,057.50 |
| | | | | 89,137.19 |
| | | | | |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 2,313.28 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 189,213.99 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 2,810.29 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 2,794.60 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 10,744.71 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 3,757.38 |
| 02/2018 | 337W000175 | BQT Meeting Room | | 1,634.25 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 3,535.55 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | (10,000.00) |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 1,354.66 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 1,771.31 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 6,747.91 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 9,249.33 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 2,975.17 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 2,975.17 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 55,668.98 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 71,906.00 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 326,319.84 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 109,941.29 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 10,673.10 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 45,689.76 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 10,775.47 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 3,011.64 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 6,426.00 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 3,800.00 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 1,957.43 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 42,692.34 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 4,989.83 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 2,310.77 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 3,016.88 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 250.00 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 1,689.65 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 4,011.88 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 8,579.44 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 3,946.88 |
| 02/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 250.00 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 3,436.88 |
| 02/2018 | 337W000186 | Hotel Discretionary Fund | | 2,643.75 |
| 02/2018 | 337W000192 | Park Tower Soft Goods Redo | | 7,136.53 |
| | | | | 963,001.94 |
| | | | | |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | 2,448.11 |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | 3,308.59 |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | (231.08) |
| 03/2018 | 337W000141 | Kitchen Equipment Dishwasher and Ovens | | 153,297.54 |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | 1,313.42 |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | 1,701.14 |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | (109,941.29) |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | 15,821.46 |
| 03/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 13,064.40 |
| 03/2018 | 337W000174 | Computer Equipment | | 956.26 |
| 03/2018 | 337W000174 | Computer Equipment | | 33,884.97 |
| 03/2018 | 337W000174 | Computer Equipment | | 2,275.71 |
| 03/2018 | 337W000174 | Computer Equipment | | 2,538.84 |
| 03/2018 | 337W000174 | Computer Equipment | | 8,246.32 |
| 03/2018 | 337W000174 | Computer Equipment | | 2,255.90 |
| 03/2018 | 337W000174 | Computer Equipment | | 116.63 |
| 03/2018 | 337W000174 | Computer Equipment | | 515.62 |
| 03/2018 | 337W000174 | Computer Equipment | | 149.10 |
| 03/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 7,167.82 |
| 03/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 14,615.93 |
| 03/2018 | 337W000171 | Stones Throw Restaurant | | 5,600.00 |
| 03/2018 | 337W000171 | Stones Throw Restaurant | | 4,900.00 |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | 1,594.09 |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | 1,851.00 |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | 1,275.00 |
| 03/2018 | 337W000171 | Stones Throw Restaurant | | 325.00 |
| 03/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 725.00 |
| 03/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 2,957.00 |
| 03/2018 | 337W000186 | Hotel Discretionary Fund | | 12,491.19 |
| 03/2018 | 337W000192 | Park Tower Soft Goods Redo | | (7,136.53) |
| | | | | (1,957.43) |
| | | | | 176,129.71 |
| | | | | |
| 04/2018 | 337W000183 | Walk in Coolers | | 4,990.25 |
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 4,267.12 |
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 1,145.36 |
| 04/2018 | 337W000175 | Electronic Door Locks | | 7,968.49 |
| 04/2018 | 337W000175 | Electronic Door Locks - DUPLICATE - WILL BE CORRECTED IN MAY | | 7,968.49 |
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 7,420.00 |
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 9,752.00 |
| 04/2018 | 337W000192 | Park Tower Soft Goods Redo | | 4,053.34 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 4,571.64 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 42,786.00 |
| 04/2018 | 337W000174 | Computer Equipment | | (2,207.10) |
| 04/2018 | 337W000171 | Stones Throw Restaurant | | 7,700.00 |
| 04/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 30,261.20 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 1,840.97 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 1,058.55 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 359.70 |
| 04/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 5,000.00 |
| 04/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 407,214.17 |
| 04/2018 | 337W000171 | Stones Throw Restaurant | | 553.00 |
| 04/2018 | 337W000190 | Lobby Lounge Softgoods Redo | | 1,734.65 |
| 04/2018 | 337W000192 | Park Tower Soft Goods Redo | | 2,816.27 |
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 5,573.02 |
| 04/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | | 1,577.04 |

In re Wardman Hotel Owner, L.L.C.
Case No. 21-10023
Attachment B.39

| Invoice Month | Proj # | Proj | Description from Hotel - effective July 2018 | Amount |
|---|---|---|---|---|
| 04/2018 | 337W000186 | Hotel Discretionary Fund | | 8,455.77 |
| | | | | 566,859.93 |
| | | | | |
| 05/2018 | 337W000183 | Walk in Coolers | | 2,397.63 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 9,173.45 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 7,762.14 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 13,084.18 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 1,269.00 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 898.88 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 17,578.21 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 3,360.41 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 1,311.78 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 5,074.32 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 4,905.56 |
| 05/2018 | 337W000175 | Electronic Door Locks | | 27,520.62 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 1,218.28 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 3,233.86 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 5,030.44 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 3,712.95 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 1,777.24 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 1,585.83 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 19,959.68 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 11,755.38 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 7,801.20 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 7,884.19 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 11,649.42 |
| 05/2018 | 337W000194 | Hotel Discretionary Fund | | 6,048.14 |
| | | | | 175,992.79 |
| | | | | |
| 06/2018 | 337W000194 | Hotel Discretionary Fund | | 13,978.39 |
| 06/2018 | 337W000175 | Electronic Door Locks | | (7,968.49) |
| 06/2018 | 337W000186 | Hotel Discretionary Fund | | 2,328.62 |
| 06/2018 | 337W000186 | Hotel Discretionary Fund | | 2,217.58 |
| 06/2018 | 337W000175 | Electronic Door Locks | | 1,374.29 |
| 06/2018 | 337W000185 | Hotel Discretionary Fund | | 17,514.32 |
| 06/2018 | 337W000194 | Hotel Discretionary Fund | | 6,175.80 |
| 06/2018 | 337W000194 | Hotel Discretionary Fund | | 2,739.04 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 252.09 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 7,268.00 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 1,362.49 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 1,063.90 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 3,500.00 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 5,000.00 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 41,991.16 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 5,000.00 |
| 06/2018 | 337W000194 | Hotel Discretionary Fund | | 4,249.03 |
| 06/2018 | 337W000192 | Park Tower Redo | | 5,023.72 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 2,198.72 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 425.00 |
| 06/2018 | 337W000190 | Lobby Lounge Softgoods | | 2,477.52 |
| 06/2018 | 337W000192 | Park Tower Redo | | 6,057.18 |
| 06/2018 | 337W000171 | Stones Throw Redo | | 750.00 |
| 06/2018 | 337W000192 | Park Tower Redo | | 7,769.66 |
| | | | | 132,748.02 |
| | | | | |
| 07/2018 | 337W000194 | Hotel Discretionary Fund | Sales Lobby Chairs | 4,787.38 |
| 07/2018 | 337W000194 | Hotel Discretionary Fund | Fire Prevention equip | 3,259.08 |
| 07/2018 | 337W000194 | Hotel Discretionary Fund | Tunnel Wash Membrane | 4,387.82 |
| 07/2018 | 337W000194 | Hotel Discretionary Fund | Replacement of laundry ironer belts and rollers | 8,920.82 |
| | | | | 21,355.10 |
| | | | | |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Boiler Blowdown Repairs | 2,897.33 |
| 08/2018 | 337W000192 | Park Tower Soft Goods Redo | Wardman DC Custom Sinage Pkg | 31,518.54 |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Loss Prevention Cameras/Repair JV to Project | 1,198.20 |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Carpet and Tile for Fitness Center | 3,655.00 |
| 08/2018 | 337W000171 | Stones Throw Redo | Professional Services for Project | 4,420.00 |
| 08/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Professional Services for Project | 9,960.70 |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Tredmill Equipment | 5,893.26 |
| 08/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Purchasing Services | 5,000.00 |
| 08/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Bar Refund Check JV | (70,000.00) |
| 08/2018 | 337W000181 | Thurgood Marshall Ballroom Renovation | Thurgood Marshall Refund | (8,630.47) |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Repair leak on Chiller #3 | 13,199.72 |
| 08/2018 | 337W000196 | Automated Cash Machine | Cash Machine Partial Payment | 34,173.11 |
| 08/2018 | 337W000192 | Park Tower Soft Goods Redo | Trip Expenses Related to Project | 4,915.28 |
| 08/2018 | 337W000171 | Stones Throw Redo | Contracted Expenses per Bob Grabarschick | 415.00 |
| 08/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Contracted Expenses per Bob Grabarschick | 4,361.62 |
| 08/2018 | 337W000194 | Hotel Discretionary Fund | Pump Rebuild and sealing | 1,998.68 |
| | | | | 44,975.97 |
| | | | | |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | Market Umbrella | 3,403.23 |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | Bronx Bar Table | 314.97 |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | Fortessa Refund Check | (1,009.17) |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | Emergency Sprinkler Repair | 670.65 |
| 09/2018 | 337W000192 | Park Tower Redo Softgoods | Park Tower Redo Payment | 621,937.98 |
| 09/2018 | 337W000171 | Stones Throw Redo | Stones throw redo payment | 35,100.00 |
| 09/2018 | 337W000189 | Laptop Purchases | Laptop Purchases 9.2018 | 7,182.70 |
| 09/2018 | 337W000188 | Computer Purchases | Desktop Purchases 9.2018 | 2,315.31 |
| 09/2018 | 337W000188 | Computer Purchases | Desktop Purchases 9.2018 | 2,302.65 |
| 09/2018 | 337W000174 | Computer Purchases | Laptop Purchases 9.2018 | 2,356.53 |
| 09/2018 | 337W000171 | Stones Throw Redo | Stones Throw professional fees | 523.89 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Lounge professional fees | 12,828.03 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Lounge professional fees | 8,545.03 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Lounge professional fees | 1,650.71 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Sept 2018 RWG Draw | 11,600.00 |
| 09/2018 | 337W000171 | Stones Throw Redo | Stones Throw proj reimbursable Expenses 6.2018 | 93.09 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Bar proj reimbursable Expenses 6.2018 | 223.37 |
| 09/2018 | 337W000192 | Park Tower Softgoods Redo | Park Tower proj reimbursable Expenses 6.2018 | 95.38 |
| 09/2018 | 337W000171 | Stones Throw Redo | Stones Throw proj reimbursable Expenses 6.2018 | 225.00 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Lounge Base Fee 9.2018 | 750.00 |
| 09/2018 | 337W000192 | Park Tower Softgoods Redo | Park Tower proj reimbursable Expenses 9.2018 | 12,341.50 |
| 09/2018 | 337W000192 | Park Tower Softgoods Redo | Park Tower proj reimbursable Expenses 8.2018 | 6,764.78 |
| 09/2018 | 337W000190 | Lobby Lounge Softgoods Redo | Lobby Lounge Base Fee 8.2018 | 2,563.00 |
| 09/2018 | 337W000171 | Stones Throw Redo | RWG August Draw | 225.00 |
| 09/2018 | 337W000192 | Park Tower Softgoods Redo | Park Tower August Draw | 1,762.76 |
| 09/2018 | 337W000192 | Park Tower Softgoods Redo | Park Tower September Draw | 3,801.91 |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | Truck Tilt Structural Foam | 3,840.50 |
| 09/2018 | 337W000194 | Hotel Discretionary Fund | TAX FOR ESCROW ZIP #2 | 18.11 |

In re Wardman Hotel Owner, L.L.C.
Case No. 21-10023
Attachment B.39

| Invoice Month | Proj # | Proj | Description from Hotel - effective July 2018 | Amount |
|---|---|---|---|---|
| | | | | 742,426.91 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Cooling Tower Assessment | 5,103.52 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Cooling Tower Assessment | 1,110.00 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Ceiling Tiles | 2,890.09 |
| 10/2018 | 337W000195 | Laundry Exhaust Project | Laundry Exhaust Repair/Replacement | 36,070.00 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Valve Steam Control | 3,495.40 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Transducer | 1,438.06 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Gear Worm for turbo chef | 2,079.05 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Woodley Pantry contract Construction fees | 12,000.00 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Replace Economizer Gaskets on Chiller #3 | 4,636.08 |
| 10/2018 | 337W000194 | Cash Machine | Cash Recycling Machine cost | 43,073.11 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Smart Link Phones for Elevators | 2,683.93 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Tank Booster | 1,536.54 |
| 10/2018 | 337W000194 | Hotel Discretionary Fund | Linen Press Repairs | 18,221.11 |
| TAX ONLY | | N/A | Tax Correction | (18.11) |
| | | | | 134,318.78 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Project professional expenses | 1,920.54 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Project professional expenses | 14,333.36 |
| 11/2018 | 337W000192 | Park Tower Room Renovation | Park Tower Room Renovation | 249,158.33 |
| 11/2018 | 337W000185 | Cooling Tower | Project professional expenses | 5,489.28 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Sump Pump Repair | 7,263.30 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Air Handler Rebuild | 6,419.93 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Flash Motor Repair | 634.36 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Flash Motor Repair | 1,485.32 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Flash Motor Repair | 2,963.26 |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (711.43) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (89.00) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (48.00) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (955.79) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (182.72) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (71.33) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (275.91) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (266.93) |
| 11/2018 | 337W000175 | Electronic Door Locks | door locks JV to project | (1,496.39) |
| 11/2018 | 337W000175 | Electronic Door Locks | Lock Project | 41,358.60 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Laundry belt | 5,666.23 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Laundry Shuttle repair | 1,580.57 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Laundry Shuttle repair | 2,954.57 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Restoration of Power to riser in center tower | 2,174.17 |
| 11/2018 | 337W000171 | Stones Throw Redo | Stones throw base contract | 3,900.00 |
| 11/2018 | 337W000192 | Park Tower Redo | Park Tower Room Renovation | 250,889.22 |
| 11/2018 | 337W000192 | Park Tower Redo | Park Tower Room Renovation | 114,607.62 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Carpet Tile | 1,004.00 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Lobby Bar renovation expenses | 18,833.39 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Lobby bar renovation expenses | 750.00 |
| 11/2018 | 337W000192 | Park Tower Redo | Park Tower redo professional expenses | 9,272.71 |
| 11/2018 | 337W000192 | Park Tower Redo | Park Tower redo professional expenses | 1,024.76 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Permits and fees for lobby lounge reno | 6,838.10 |
| 11/2018 | 337W000190 | Lobby Lounge Redo | Permits and fees for lobby lounge reno | 3,257.93 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Weinman 1200 horizontal split/case seal kit | 1,542.26 |
| 11/2018 | 337W000194 | Hotel Discretionary Fund | Pump and motor for AHU | 2,093.64 |
| 11/2018 | 337W000192 | Park Tower Redo | Storage costs | 1,888.79 |
| 11/2018 | 337W000192 | Park Tower Redo | Storage costs | 1,811.67 |
| 11/2018 | 337W000192 | Park Tower Redo | Storage costs | 6,913.05 |
| 11/2018 | 337W000124 | Other Projects | Parking gate | 17,043.04 |
| 11/2018 | 337W000124 | Other Projects | Parking gate | 1,681.43 |
| 11/2018 | 337W000171 | Stones Throw Redo | FFE Closeout | (1,234.59) |
| 11/2018 | 337W000192 | Park Tower Redo | Return check from MSA | (7,000.00) |
| | | | | 774,441.34 |
| 12/2018 | 337W000194 | Lobby Lounge Redo | Water Damage to exec offices | 21,132.93 |
| 12/2018 | 337W000198 | Ballroom Reno | Ballroom Renovation IV | 614,746.88 |
| 12/2018 | 337W000175 | Electronic Door Locks | Ballroom Renovation IV | (113,250.00) |
| 12/2018 | 337W000190 | Lobby Lounge Redo | Lobby Lounge Redo | 77,648.31 |
| 12/2018 | 337W000188 | Computer Project | Laptop for DOE | 2,177.61 |
| 12/2018 | 337W000188 | Computer Project | Printer for FO and HR | 2,007.23 |
| 12/2018 | 337W000188 | Computer Project | 10 desktops for FD,HK and F&B | 14,045.87 |
| 12/2018 | 337W000188 | Computer Project | Micros CC Device | 1,128.78 |
| 12/2018 | 337W000198 | Ballroom Reno | Ballroom Renovation | 3,072.00 |
| 12/2018 | 337W000198 | Ballroom Reno | Ballroom Renovation | 5,337.98 |
| 12/2018 | 337W000190 | Lobby Lounge Redo | Lobby Lounge Redo | 3,750.00 |
| 12/2018 | 337W000190 | Lobby Lounge Redo | Lobby Lounge Redo | 1,575.00 |
| 12/2018 | 337W000190 | Lobby Lounge Redo | Lobby Lounge Redo | 3,756.79 |
| | | | | 637,129.38 |
| 1/2019 | 337W000194 | Discretionary | Replace (5) tubes on boiler #2 | 2,300.20 |
| 1/2019 | 337W000194 | Discretionary | Recover (4) Stone's Throw Banquettes - not included in renovation | 3,604.00 |
| 1/2019 | 337W000194 | Discretionary | Refinish Stone's Throw wood floors - not included in renovation | 11,000.68 |
| 1/2019 | | n/a | Correct miscode from December | 1,009.17 |
| 1/2019 | 337W000187 | Elevator Refurb | Recaulk and seal windows in Center Tower elevator shaft - active water leaks | 13,858.31 |
| 1/2019 | 337W000194 | Discretionary | Install new circuit for kitchen glass washer | 1,802.00 |
| 1/2019 | 337W000194 | Discretionary | Repair Park Tower riser exhaust fans | 2,713.60 |
| 1/2019 | 337W000189 | Computers | (8) laptops for sales & events managers | 16,884.89 |
| 1/2019 | 337W000194 | Discretionary | Inspect, repair and flush Park Tower garage dry pipe system - fire/life safety required | 20,798.90 |
| 1/2019 | 337W000194 | Discretionary | Repair/replace (600) fire extinguishers - fire/life safety required | 9,097.45 |
| 1/2019 | 337W000190 | Lobby Bar | Atrium drain repair permit | 2,750.00 |
| 1/2019 | 337W000194 | Discretionary | Correct use tax from original invoice | 231.03 |
| 1/2019 | 337W000187 | Elevator Refurb | Repair selector tape elevator #7 | 6,351.52 |
| | | | | 92,401.75 |
| 2/2019 | 337W000194 | Discretionary | Install new Pilot valve hard stream | 1,575.82 |
| 2/2019 | 337W000198 | Ballroom | Demo, carpentry, drywall, carpet, painting/wallcovering | 410,140.58 |
| 2/2019 | 337W000198 | Ballroom | Demo, carpentry, drywall, carpet, painting/wallcovering | 561,086.68 |
| 2/2019 | 337W000190 | Lobby Bar | Demo, carpentry, drywall, carpet, painting/wallcovering | 339,231.24 |
| 2/2019 | 337W000190 | Lobby Bar | Demo, carpentry, drywall, carpet, painting/wallcovering | 596,200.95 |
| 2/2019 | 337W000190 | Lobby Bar | Seal & sign permit | 11,904.01 |
| 2/2019 | 337W000190 | Lobby Bar | Issue for permit docs and fees | 4,095.06 |
| 2/2019 | 337W000190 | Lobby Bar | Issue for permit docs and fees | 11,672.57 |
| 2/2019 | 337W000198 | Ballroom | Construction documents | 2,405.01 |
| 2/2019 | 337W000198 | Ballroom | Construction admin | 1,759.78 |
| 2/2019 | 337W000198 | Ballroom | Construction admin | 5,699.68 |
| 2/2019 | 337W000198 | Ballroom | CAD drawing (94hrs), shop/travel/site (237hrs), materials | 116,561.33 |
| 2/2019 | 337W000190 | Lobby Bar | Airfare, taxi, meals, mileage | 2,534.54 |
| 2/2019 | 337W000190 | Lobby Bar | Lobby bar renovation | 32,710.02 |
| 2/2019 | 337W000198 | Ballroom | Ballroom renovation | 3,068.00 |

In re Wardman Hotel Owner, L.L.C.
Case No. 21-10023
Attachment B.39

| Invoice Month | Proj # | Proj | Description from Hotel - effective July 2018 | Amount |
|---|---|---|---|---|
| 2/2019 | 337W000190 | Lobby Bar | Install and repair cables | 3,100.00 |
| 2/2019 | 337W000190 | Lobby Bar | Base fee | 750.00 |
| 2/2019 | 337W000190 | Lobby Bar | Permit, temporary furniture | 2,849.80 |
| 2/2019 | 337W000198 | Ballroom | Base fee, transportation, lodging | 6,353.02 |
| 2/2019 | 337W000190 | Lobby Bar | Base fee, transportation, meals | 1,949.12 |
| 2/2019 | 337W000190 | Lobby Bar | Base fee, transportation, meals | 2,500.00 |
| 2/2019 | 337W000198 | Ballroom | Base fee, transportation, lodging | 6,616.71 |
| 2/2019 | 337W000190 | Lobby Bar | Leak repair | 6,444.62 |
| 2/2019 | 337W000198 | Ballroom | Ballroom storage & handling | 9,735.69 |
| 2/2019 | 337W000194 | Discretionary | Gasket reinstalled | 1,272.00 |
| | | | | 2,142,216.23 |
| | | | | |
| 3/2019 | 337W000194 | Discretionary | Compressor repair | 2,105.54 |
| 3/2019 | 337W000185 | Cooling Tower | Cooling Tower assessment | 18,000.00 |
| 3/2019 | 337W000194 | Discretionary | B Hall AHU 2-13 2-14 assessment | 1,447.50 |
| 3/2019 | 337W000185 | Cooling Tower | Cooling Tower assessment | 1,837.50 |
| 3/2019 | 337W000197 | Heat Exchanger Repair | Replaced steam heat exchanger | 27,965.00 |
| 3/2019 | 337W000194 | Discretionary | RFID encoder 1 of 2 | 1,764.25 |
| 3/2019 | 337W000194 | Discretionary | RFID encoder 2 of 2 | 877.72 |
| 3/2019 | 337W000194 | Discretionary | Chiller #2 repair | 1,275.50 |
| 3/2019 | | Code to project in April | Refund for invoice S83685 paid by pcard | (2,170.00) |
| 3/2019 | 337W000194 | Discretionary | Boiler #3 fuel oil controller | 5,273.50 |
| 3/2019 | 337W000190 | Lobby Bar | Wall wrap | 4,688.80 |
| 3/2019 | 337W000194 | Discretionary | Chiller switch repair | 5,412.36 |
| 3/2019 | 337W000194 | Discretionary | Latch assemply replacement | 1,039.92 |
| 3/2019 | 337W000190 | Lobby Bar | Lobby bar inspection | 1,200.00 |
| 3/2019 | 337W000187 | Elevators | Re-rim drive sheave | 7,408.34 |
| 3/2019 | 337W000187 | Elevators | Service car mod project | 302,559.00 |
| | | | Miscode 3/1/19 to be corrected in April | (643.45) |
| | | | | 380,041.48 |
| | | | | |
| 4/2019 | 337W018000F67P | Discretionary | Banquets public space vacuum | 2,713.60 |
| 4/2019 | 337W000185 | Cooling Tower | Cooling Tower assessment expenses | 1,899.83 |
| 4/2019 | 337W000175 | Door Locks | Door lock upgrade | 530.09 |
| 4/2019 | 337W000175 | Door Locks | Door lock upgrade | 333.11 |
| 4/2019 | 337W000175 | Door Locks | Door lock upgrade | 53.60 |
| 4/2019 | 337W000175 | Door Locks | Door lock upgrade | 4,488.07 |
| 4/2019 | 337W000175 | Door Locks | Door lock upgrade | 445.91 |
| 4/2019 | 337W000200 | Computer Server Replacement | Front desk server replacement | 20,390.84 |
| 4/2019 | 337W018000F67P | Discretionary | Garage LED upgrades | 11,660.00 |
| 4/2019 | 337W000194 | Discretionary | Roof repairs under cooling tower | 4,897.20 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 109,895.00 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 6,094.80 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 17,827.74 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 19,251.00 |
| 4/2019 | 337W000194 | Discretionary | Fire panel upgrade | 11,734.42 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 5,075.00 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 3,060.72 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 10,793.08 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 48,901.39 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 138.16 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | (10,719.44) |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 6,048.66 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 750.00 |
| 4/2019 | 337W000198 | Ballroom | Ballroom renovation | 3,279.33 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 8,592.53 |
| 4/2019 | 337W000190 | Lobby Bar | Lobby Bar renovation | 250.00 |
| 4/2019 | 337W018000F67P | Discretionary | Convection oven | 7,798.95 |
| 4/2019 | 337W018000F67P | Discretionary | Food processor | 1,131.34 |
| | | Code to project in April | Refund for invoice S83685 paid by pcard | 2,170.00 |
| | | | | 299,484.93 |
| | | | | |
| 5/2019 | 337W000190 | Lobby Bar | Architectual Services | 234.00 |
| 5/2019 | 337W000190 | Lobby Bar | Architectual Services | 1,116.86 |
| 5/2019 | 337W018000F67P | Discretionary | Replace concierge lounge upholstery | 5,939.00 |
| 5/2019 | 337W018000F67P | Discretionary | Garage pipe repair | 9,025.90 |
| 5/2019 | 337W018000F67P | Discretionary | Tunnel washer display repair | 3,483.02 |
| 5/2019 | 337W000190 | Lobby Bar | Renovation | 81,908.10 |
| 5/2019 | 337W000190 | Lobby Bar | Design | 3,117.28 |
| 5/2019 | 337W000198 | Grand Ballroom | Design | 2,208.00 |
| 5/2019 | 337W000190 | Lobby Bar | Renovation | 2,213.80 |
| 5/2019 | 337W000190 | Lobby Bar | Renovation | 7,820.00 |
| 5/2019 | 337W000190 | Lobby Bar | Renovation | 250.00 |
| 5/2019 | 337W000198 | Grand Ballroom | Renovation | 44,288.64 |
| 5/2019 | 337W000190 | Lobby Bar | Project Mgmt | 750.00 |
| 5/2019 | 337W000198 | Grand Ballroom | Project Mgmt | 3,139.88 |
| 5/2019 | 337W000187 | Elevator Mod | Modernization | 8,162.00 |
| 5/2019 | 337W000187 | Elevator Mod | Modernization | 8,162.00 |
| 5/2019 | 337W000187 | Elevator Mod | Modernization | 7,408.34 |
| 5/2019 | 337W000187 | Elevator Mod | Modernization | 2,858.82 |
| 5/2019 | 337W000187 | Elevator Mod | Modernization | 44,094.41 |
| 5/2019 | 337W018000F67P | Discretionary | Cooling Tower repair | 12,172.00 |
| | | | | 248,352.05 |
| | | | | |
| 6/2019 | 337W000185 | Cooling Tower | Cooling Tower Assessment - Consulting Service | 1,931.30 |
| 6/2019 | 337W000185 | Cooling Tower | Cooling Tower Assessment - Consulting Service | 3,000.00 |
| 6/2019 | 337W000185 | Cooling Tower | Cooling Tower - install new gearbox in cooling tower #1 | 17,092.50 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Replace motor bearings and laser align pump | 2,328.46 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Install new fan shroud on air handler unit | 1,202.40 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Removed and replaced 6" gate valve | 3,014.34 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Ceiling tile 24" | 4,286.32 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Refrigerator 1.7cu * 50 | 6,004.90 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | New compressor for main kitchen | 2,311.60 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Executive chair * 12 | 2,162.27 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Domestic hot water pump | 3,942.25 |
| 6/2019 | 337W018000F67P | Hotel Discretionary Fund | Replace and relocate the refrigerant monitor and tubing | 21,491.00 |
| 6/2019 | 337W000187 | Elevators/Escalators | Elevator modernization | 113,820.00 |
| | | | | 182,587.34 |
| | | | | |
| 7/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Draw for the Grand ballroom | 300.00 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Draw for the Lobby Bar and Atrium Leak Repair | 1,750.00 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Draw for the Lobby Bar and Atrium Leak Repair | 1,500.00 |

In re Wardman Hotel Owner, L.L.C.
Case No. 21-10023
Attachment B.39

| Invoice Month | Proj # | Proj | Description from Hotel - effective July 2018 | Amount |
|---|---|---|---|---|
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Building inspection - building/electrical/fire/plumbing permit | 1,600.00 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Draw for the Lobby Bar and Atrium Leak Repair | 63,663.70 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby bar renovation | 281.21 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby bar April/May reimbursabel expenses | 206.01 |
| 7/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Draw for the Grand ballroom | 2,675.18 |
| 7/2019 | 337W000188 | Computer - Desktop PC purchases | 8 Lenovo Laptops | 18,259.96 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby bar reconnecting the receivers | 270.00 |
| 7/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Mileage/Meal/Parking reimbursement | 2,191.76 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Draw for the Lobby Bar and Atrium Leak Repair | 1,750.00 |
| 7/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Draw for the Grand ballroom | 5,335.00 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Draw for the Lobby Bar and Atrium Leak Repair | 25,612.20 |
| 7/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Men's and women's restrooms (2 sets) | 9,991.00 |
| 7/2019 | 337W000190 | Greatroom & F&B Renovation | Atrium rood drains | 600.00 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | Repair 5 backflow preventer devices | 4,065.10 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | Replace 2 Zoeller Ejector Pumps | 4,427.62 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | Baldor Motor | 3,017.57 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | B&G Series E60 Pump with motor | 2,841.86 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | Vacuum & 20 gallon SS tank with casters | 4,245.30 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | 12 specialist - BMS Desktop repair | 3,258.44 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | Restoration Services - Salon 1 Men & Women restroom | 5,724.00 |
| 7/2019 | 337W000187 | Elevators/Escalators | Shop drawing review | 3,039.44 |
| 7/2019 | 337W018000F67P | Hotel Discretionary Fund | 4 Megapixel Varifocal HDCVI Dome camera | 1,609.24 |
| | | | | 168,214.59 |
| | | | | |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Computer Washnet | 2,697.59 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Module Multi A161 Relay | 1,555.66 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Fiberglass cover | 1,363.22 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Fiberglass cover | 254.25 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Credit - Module Multi A161 Relay | (450.00) |
| 8/2019 | 337W000190 | Greatroom & F&B Renovation | Stones Throw construction admin | 360.40 |
| 8/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby Bar Reno - Travel expense | 1,004.03 |
| 8/2019 | 337W000190 | Greatroom & F&B Renovation | Architectural services | 828.75 |
| 8/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby Lounge renovation | 1,327.15 |
| 8/2019 | 337W000190 | Greatroom & F&B Renovation | Lobby Lounge renovation | 63,733.55 |
| 8/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Mileage/Tools/Meals/Transportation | 609.29 |
| 8/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Draw for the grand ballroom | 85.00 |
| 8/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | AV systems renovations | 35,302.23 |
| 8/2019 | 337W000198 | Marriott Ballroom & State meeting rooms | Restroom ID signs | 793.94 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Sprinkler work to remove and replace leaking pipe | 1,334.18 |
| 8/2019 | 337W018000F67P | Hotel Discretionary Fund | Install rollers brackets adjusters hardware | 3,212.62 |
| 8/2019 | 337W000187 | Elevators/Escalators | Vertical Transportation Consulting | 1,221.24 |
| 8/2019 | 337W000187 | Elevators/Escalators | Elevator maintenance | 25,934.00 |
| 8/2019 | 337W000188 | Computer Desktop PC Purchase | HP Color LaserJet Pro | 422.78 |
| 8/2019 | 337W000188 | Computer Desktop PC Purchase | Apple 9.7in iPad 6th generation tablet | 335.81 |
| 8/2019 | 337W000188 | Computer Desktop PC Purchase | Apple 9.7in iPad 6th generation tablet | 335.73 |
| 8/2019 | 337W000200 | Computer Server Replacement | VMware vSphere Essentials Kit | 848.46 |
| 8/2019 | 337W000200 | Computer Server Replacement | HPE ProLiant DL380/USB Interface adapter | 14,006.51 |
| 8/2019 | 337W000200 | Computer Server Replacement | Microsoft license/Windows Enterprise upgrade * 15 | 16,084.58 |
| 8/2019 | 337W000200 | Computer Server Replacement | Microsoft license/Windows Enterprise upgrade * 10 | 12,614.70 |
| 8/2019 | 337W000200 | Computer Server Replacement | Microsoft license/Windows Enterprise upgrade * 6 | 11,206.16 |
| 8/2019 | 337W018000F67P | Refrigerant Monitor Replacement | Refrigerant Monitor | (21,491.00) |
| 8/2019 | 337W000201 | Refrigerant Monitor Replacement | Refrigerant Monitor | 21,491.00 |
| | | | | 197,021.83 |
| | | | | |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | House keeping Vacuum | 7,431.66 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | House keeping Vacuum | 4,302.54 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Boiler repair | 1,928.06 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Drain Cleaning Machine | 2,308.88 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Drain Cleaning Machine | 254.70 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Chilled water pump repair | 1,980.24 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Air wall repair | 7,229.20 |
| 9/2019 | 337W018000F67P | Hotel Discretionary Fund | Laundry eqipment repair | 2,807.40 |
| | | | | 28,242.68 |
| | | | | |
| 10/2019 | 337W000175 | Electronic Door Locks | Exit Devices | 1,802.00 |
| 10/2019 | 337W000175 | Electronic Door Locks | Electronic locks | 6,298.27 |
| 10/2019 | 337W000185 | Cooling Tower Replacement | Design fee | 12,026.65 |
| 10/2019 | 337W000185 | Cooling Tower Replacement | Design fee | 44,630.00 |
| 10/2019 | 337W000187 | Elevator Modernization 10 & 11 | Consulting Fee | 2,400.00 |
| 10/2019 | 337W000187 | Elevator Modernization 10 & 11 | Elevator Renovation | 25,933.00 |
| 10/2019 | 337W000187 | Elevator Modernization 10 & 11 | Elevator Renovation | 126,786.00 |
| 10/2019 | 337W000190 | Lobby Lounge Softgoods Redo | Refund | (35.04) |
| 10/2019 | 337W000198 | Marriott Ballroom | Signage | 793.94 |
| 10/2019 | 337W000198 | Marriott Ballroom | Draw for Project Grand Ball room | 1,292.44 |
| 10/2019 | 337W000198 | Marriott Ballroom | Signage | 4,027.75 |
| 10/2019 | 337W000198 | Marriott Ballroom | Draw for Project Grand Ball room | 38,186.00 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Replace Sprinkler | 5,500.00 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Replacing floor | 11,428.92 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Canopy | 16,281.60 |
| 10/2019 | 337W000188 | Computer Desktop PC Purchase | Printers | 2,336.32 |
| 10/2019 | 337W000188 | Computer Desktop PC Purchase | Monitors | 2,382.97 |
| 10/2019 | 337W000198 | Marriott Ballroom | Expenses Reimburse | 2,768.00 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Carpet vacuum | 5,300.00 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Apron Drive Roll for Ironer | 5,939.66 |
| 10/2019 | 337W018000F67P | Hotel Discretionary Fund | Mobile Cart | 13,598.10 |
| | | | | 329,676.58 |
| | | | | |
| 11/2019 | 337W000187 | Elevator Modernization 10 & 11 | Elevator Renovation | 38,900.00 |
| 11/2019 | 337W000198 | Marriott Ballroom | Consulting Fee | 1,257.83 |
| 11/2019 | 337W018000F67P | Hotel Discretionary Fund | Carpet Repair | 1,567.12 |
| 11/2019 | 337W018000F67P | Hotel Discretionary Fund | Bathroom Stalls | 3,844.16 |
| 11/2019 | 337W018000F67P | Hotel Discretionary Fund | Logo Mat | 7,868.25 |
| | | | | 106,874.72 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10023**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1 Pacific Life Insurance Company**
Creditor's Name

**700 Newport Center Drive
Newport Beach, CA 92660**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Collateral and Secured Property as set forth in the Term Loan Agreement, Deed of Trust and Securitiy Agreement**

Describe the lien
**Term Loan Credit Facility dated 01.19.18**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $130,537,383.00 | Unknown |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $130,537,383.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name    **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10023**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Office of Tax and Revenue**
**Real Property Tax Administration**
**1101 4th Street, SW**
**Suite W270**
**Washington, DC 20004**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Property Tax**

Is the claim subject to offset?

■ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**Marriott Hotel Services, Inc.**
**10400 Fernwood Road**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No   ☐ Yes

Amount of claim: **Unknown**

**3.2**   Nonpriority creditor's name and mailing address

**Marriott Hotel Services, Inc.**
**10400 Fernwood Road**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Counterclaims**

Is the claim subject to offset? ■ No   ☐ Yes

Amount of claim: **Unknown**

| Debtor | Wardman Hotel Owner, L.L.C. | Case number (if known) | 21-10023 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marriott Hotel Services, Inc.**
**10400 Fernwood Road**
**Bethesda, MD 20817**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Office of Tax and Revenue**
**Customer Service Center**
**1101 4th Street, SW**
**Suite W270**
**Washington, DC 20004**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Tax Claims__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**UNITE HERE INTERNATIONAL UNION**
**Local 25**
**901 K Street, N.W.**
**2nd Floor**
**Washington, DC 20001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Benefit Claims__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wardman Tower, L.L.C.**
**c/o JBG Companies**
**4445 Willard Avenue**
**Suite 400**
**Chevy Chase, MD 20815**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Cost Sharing Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Government of the District of Columbia**<br>**Office of the Chief Financial Officer**<br>**Office of Tax and Revenue**<br>**1101 4th Street SW**<br>**Washington, DC 20024** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Government of the District of Columbia**<br>**Office of the Chief Financial Officer**<br>**Office of Tax and Revenue**<br>**1101 4th Street SW**<br>**Washington, DC 20024** | Line __3.4__<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Wardman Hotel Owner, L.L.C.**
Name

Case number (if known)   **21-10023**

**5b. Total claims from Part 2**

5b.  +  $                    **0.00**
                              **0.00**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $                **0.00**

**Fill in this information to identify the case:**

Debtor name    **Wardman Hotel Owner, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10023**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engagement Agreement dated December 28, 2020** | **Eastdil Secured, L.L.C.**<br>**40 West 5th Street**<br>**23rd Floor**<br>**New York, NY 10019** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hotel Business Center Lease Agreement dated March 22, 2008** | **FedEx Office**<br>**Three Galleria Tower**<br>**13155 Noel Road**<br>**Suite 1600**<br>**Dallas, TX 75240** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engagement Agreement dated January 19, 2018, as amended.** | **HotelAVE**<br>**Hotel Asset Value Enhancement, Inc.**<br>**333 Westminster Street Unit 3**<br>**Providence, RI 02903** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engagement Agreement dated December 28, 2020** | **Pachulski Stang Ziehl & Jones LLP**<br>**919 North Market Street**<br>**17th Floor**<br>**Wilmington, DE 19899-8705** |

Debtor 1    **Wardman Hotel Owner, L.L.C.**
   First Name   Middle Name   Last Name

Case number (*if known*)    **21-10023**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement dated Jnuary 4, 2021** | |
|---|---|---|---|
| | State the term remaining | | **PDSI**<br>**3715 Northside Pkwy, NW**<br>**Suite 4-700**<br>**Atlanta, GA 30327** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cost Sharing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Wardman Tower, L.L.C.**<br>**c/o JBG Companies**<br>**4445 Willard Avenue**<br>**Suite 400**<br>**Chevy Chase, MD 20815** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Wardman Hotel Owner, L.L.C.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**21-10023**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy