# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | Case No. 21-10023 (JTD) |
| Debtor. | **Related to Docket No. 59** |

## ORDER DENYING MARRIOTT HOTEL SERVICES, INC.'S MOTION TO TRANSFER VENUE TO THE BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

The Court has considered *Marriott Hotel Services, Inc.'s Motion to Transfer Venue to the Bankruptcy Court for the District of Columbia* [Docket No. 59](the "Motion"). The Court has reviewed the Motion and the responses and objections thereto, and conducted an evidentiary hearing on the Motion on February 9, 2021. For the reasons set forth by the Court on the record in its ruling on February 10, 2021, the Court has determined that the relief requested in the Motion should be denied.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED.

2. Venue of this chapter 11 case shall remain in this District.

**Dated: February 11th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

DOCS_SF:105031.1 92203/001