IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C. | Case No. 21-10023 (JTD) |
| Debtor.[1] | Re: D.I. 158 |

### ORDER GRANTING MARRIOTT HOTEL SERVICES, INC.'S MOTION FOR AN EXPEDITED HEARING OF MOTION (I) AUTHORIZING RULE 2004 EXAMINATIONS OF WARDMAN HOTEL OWNER, LLC, JBG SMITH PROPERTIES, AND HOTEL ASSET VALUE ENHANCEMENT, INC. AND (II) EXTENDING THE CHALLENGE DEADLINE

Upon *Marriott Hotel Services, Inc.'s Motion for an Expedited Hearing of Motion (I) Authorizing Rule 2004 Examinations of Wardman Hotel Owner, LLC, JBG Smith Properties, and Hotel Asset Value Enhancement, Inc. and (II) Extending the Challenge Deadline* (the "Motion") requesting that the notice period for the *Marriott Hotel Services Inc.'s Motion for Order (I) Authorizing Rule 2004 Examinations of Wardman Hotel Owner, LLC, JBG Smith Properties, and Hotel Asset Value Enhancement, Inc.,* (the "Motion to Examine") *and (II) Extending the Challenge Deadline* (the "Motion to Extend") be shortened pursuant to Rule 2002 and 9006 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of the Bankruptcy Code, and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; it appears that the relief requested in the Motion is appropriate under the circumstances; due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; after due deliberation; and sufficient cause appearing therefor,

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. A hearing on the Motion to Expedite and the Motion to Extend shall be held on Monday, March 29, 2021, at 3:00 p.m. (ET).

3. Objections and other responses to the Motion shall be made by no later than 4:00 p.m. (ET) on Friday, March 26, 2021.

4. This court shall retain jurisdiction with respect to all matters arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.

**Dated: March 19th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE