# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WARDMAN HOTEL OWNER, L.L.C.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-10023 (JTD) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 19, 2021, a true and correct copy of, (i) *Marriott Hotel Services, Inc.'s Motion for Order (I) Authorizing Rule 2004 Examinations of Wardman Hotel Owner, LLC, JBG Smith Properties, and Hotel Asset Management Value Enhancement, Inc. and (II) Extending the Challenge Deadline* (D.I. 157), (ii) *Marriott Hotel Services, Inc.'s Motion for an Expedited Hearing of Motion (I) Authorizing Rule 2004 Examinations of Wardman Hotel Owner, LLC, JBG Smith Properties, and Hotel Asset Management Value Enhancement, Inc. and (II) Extending the Challenge Deadline* (D.I. 158), and (iii) *Order Granting Marriott Hotel Services, Inc.'s Motion for an Expedited Hearing of Motion (I) Authorizing Rule 2004 Examinations of Wardman Hotel Owner, LLC, JBG Smith Properties, and Hotel Asset Management Value Enhancement, Inc. and (II) Extending the Challenge Deadline* (D.I. 159) was served via CM/ECF upon those parties registered to receive such electronic notifications and served additionally on the parties and in the manner indicated on the attached service list.

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

Dated: March 19, 2021
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Eric W. Moats*
Curtis S. Miller (No. 4583)
Eric W. Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9412
cmiller@mnat.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Ori Katz
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: okatz@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Michael T. Driscoll
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: mdriscoll@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email:  jnassiri@sheppardmullin.com

-and-

**JENNER & BLOCK LLP**
Lindsay Harrison
Alex S. Trepp
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
Phone: (202) 639-6000
Facsimile: (202) 639-6066
E-mail: lharrison@jenner.com
E-mail: atrepp@jenner.com

-and-

**JENNER & BLOCK LLP**
Paul Rietema
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 840-7208
Facsimile: (312) 840-7308
E-mail: prietema@jenner.com

*Attorneys for Marriott Hotel Services, Inc.*

## SERVICE LIST

**BY ELECTRONIC MAIL:**

| | |
|---|---|
| David M. Bertenthal, Esq.<br>Maxim B. Litvak, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 263-7000<br>Fax: (415) 263-7010<br>Email: dbertenthal@pszjlaw.com<br>Email: mlitvak@pszjlaw.com<br><br>Timothy P. Cairns, Esq.<br>Laura Davis Jones, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Fax: (302) 652-4400<br>Email: tcairns@pszjlaw.com<br>Email: ljones@pszjlaw.com<br><br>Domenic E. Pacitti, Esquire<br>KLEHR, HARRISON, HARVEY, BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Email: dpacitti@klehr.com<br><br>Grant Stein, Esquire<br>David Wender, Esquire<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Email: Grant.Stein@alston.com<br>Email: David.Wender@alston.com | Geoffrey C. Williams, Esquire<br>ALSTON & BIRD LLP<br>90 Park Avenue, 15th Floor<br>New York, NY 10016-1387<br>Email: geoffrey.williams@alston.com<br><br>Linda J. Casey<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Fax: (302) 573-6497<br>Email: Linda.Casey@usdoj.gov<br><br>April Grassler<br>Email: agassler@stglawdc.com<br><br>Pete Thompson<br>Email: pthompson@stglawdc.com<br><br>Sandy Garfinkel<br>Email: SGarfinkel@eckertseamans.com<br><br>Harry Readshaw<br>Email: HReadshaw@eckertseamans.com |