## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor.[1] | ) | **Hearing Date: April 13, 2021 at 2:00 p.m. (EDT)** |
| | ) | **Obj. Deadline: April 6, 2021 at 4:00 p.m. (EDT)** |
| | ) | |
| | ) | **Related Docket No. 178** |

### NOTICE OF FILING OF PROPOSED REDACTED VERSION TO THE THE AMERICAN COLLEGE OF RADIOLOGY'S MOTION (I) TO COMPEL REJECTION OF SALES AGREEMENT OR, IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, on March 26, 2021, the American College of Radiology (the "Movant") filed under seal its *Motion of the American College of Radiology for Authorization to File Under Seal Portions of its Motion (I) to Compel Rejection of Certain Agreements or, in the Alternative, (II) for Relief from the Automatic Stay* (the "Motion to Compel") [Docket No. 178] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that Movant hereby files the attached proposed redacted version of the Motion to Compel, attached hereto as **Exhibit 1**.

Date: March 31, 2021
Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel. (302) 428-8191
Fax (302) 428-8195
Email: zallinson@sha-llc.com

-and-

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

Lawrence A. Katz, Esq.
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 584-8362
Email: Lkatz@hirschlerlaw.com

*Counsel for the American College of Radiology*