**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No. 21-10023-JTD |
| | ) | |
| Debtor.¹ | ) | **Hearing Date: April 13, 2021 at 2:00 p.m. (EDT)** |
| | ) | **Obj. Deadline: April 6, 2021 at 4:00 p.m. (EDT)** |
| | ) | |
| | ) | **Related Docket Nos. 178 and 188** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on March 26, 2021, the American College of Radiology (the "Movant"), filed its *Motion (I) to Compel Rejection of Certain Agreements or, in the Alternative, (II) for Relief from the Automatic Stay* (the "Motion to Compel") under seal [Docket No. 178] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on March 31, 2021, the Movant filed a proposed redacted copy of the Motion to Compel [Docket No. 188].

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received by the undersigned attorneys for the Movant on or before **April 6, 2021 at 4:00 p.m. (EDT)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable John T. Dorsey at the Bankruptcy Court, 824 North

---

¹ The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.