**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No. 21-10023-JTD |
| | ) | |
| Debtor.[1] | ) | **Hearing Date: April 13, 2021 at 2:00 p.m. (EDT)** |
| | ) | **Obj. Deadline: April 6, 2021 at 4:00 p.m. (EDT)** |
| | ) | |
| | ) | **Related Docket Nos. 178 and 188** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, on March 26, 2021, the American College of Radiology (the "Movant"), filed its *Motion (I) to Compel Rejection of Certain Agreements or, in the Alternative, (II) for Relief from the Automatic Stay* (the "Motion to Compel") under seal [Docket No. 178] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on March 31, 2021, the Movant filed a proposed redacted copy of the Motion to Compel [Docket No. 188].

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received by the undersigned attorneys for the Movant on or before **April 6, 2021 at 4:00 p.m. (EDT)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable John T. Dorsey at the Bankruptcy Court, 824 North

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

Market Street, Fifth Floor, Courtroom #5, Wilmington, Delaware 19081 on **April 13, 2021 at 2:00 p.m. (EDT)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION TO THE MOTION IS TIMELY FILED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: March 31, 2021
Wilmington, Delaware

SULLIVAN • HAZELTINE • ALLINSON LLC

 /s/ E.E. Allinson III
Elihu E. Allinson, III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel. (302) 428-8191
Fax (302) 428-8195
Email: zallinson@sha-llc.com

-and-

Lawrence A. Katz, Esq.
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 584-8362
Email: Lkatz@hirschlerlaw.com

*Counsel for the American College of Radiology*

**CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, hereby certify that I am not less than 18 years of age and that on the 31st day of March, 2021, I caused a copy of the forgoing *Notice of Hearing* to be filed and served electronically upon all registered CM/ECF users who are parties in this case in accordance with Del. Bankr. L.R. 9036-1(b).

Submitted under penalty of perjury:

March 31, 2021 /s/ E.E. Allinson III
Date                                                                                          Elihu E. Allinson, III