IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C., | ) | Case No. 21-10023-JTD |
| | ) | |
| Debtor.[1] | ) | **Related Docket No. 155** |

**CERTIFICATION OF COUNSE REGARDING THE NATIONAL ASSOCIATION OF COUNTIES' MOTION (I) TO COMPEL REJECTION OF CERTAIN AGREEMENTS OR, IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY**

Undersigned counsel for the National Association of Counties ("NACo") hereby certifies as follows:

1. On March 17, 2021 NACo filed its *Motion (I) to Compel Rejection of Certain Agreements or, in the Alternative, (II) for Relief from the Automatic Stay* (the "Motion") [Docket No. 155]. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 5, 2021 at 4:00 p.m. NACo extended the objection deadline for the Debtor to April 7, 2021. NACo has received no written objections or responses to the Motion and no objections or responses to the Motion appear on the Court's Docket.

2. Counsel for the Debtor and counsel for NACo entered into discussions regarding the Motion and agreed to the Court's entry of the proposed order attached hereto as **Exhibit A** (the "Proposed Order"). A blacklined version of the Proposed Order showing the changes from the proposed form of order attached as Exhibit C to the Motion is attached hereto as **Exhibit B**.

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

WHEREFORE, NACo respectfully request that this Honorable Court enter the Proposed Order attached hereto as Exhibit A.

Date:   April 8, 2021
       Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel. (302) 428-8191
Fax (302) 428-8195
Email: whazeltine@sha-llc.com

-and-

L. Katie Mason
WI State Bar ID No. 1060063
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2350
Milwaukee, WI 53202
(414) 277-5000
Katie.mason@quarles.com

*Counsel for the National Association of Counties*