# E<span>XHIBIT</span> B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C. | ) | Case No. 21-10023-JTD |
| | ) | |
| | ) | |
| Debtor. | ) | **Related Docket No.** ~~___~~ **155** |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE NATIONAL ASSOCIATION OF COUNTIES**

This matter coming before the Court on the National Association of Counties' ("NACo") Motion to Compel Rejection of Certain Agreements or, in the Alternative, for Relief from the Automatic Stay (the "Motion") [Docket No. 155], proper notice of the Motion having been given, and ~~the Court being fully advised in the premises,~~ NACo and the Debtor having agreed that, in light of the particular circumstances applicable to the Motion, the requested relief from stay should be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    The Motion is GRANTED to the extent necessary to allow the automatic stay to be lifted as provided by this Order;

    2.    The automatic stay is lifted to the extent necessary to allow NACo to proceed with terminating the Agreements[1]; ~~and~~

    3.    NACo and the Debtor, on behalf of itself and the estate, release and waive any claims that they may have against each other related to the Agreements and the termination thereof; and

    4.    The fourteen (14) day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and the automatic stay is immediately terminated for the purpose stated above.

Dated: _____, 2021

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Document comparison by Workshare Compare on Wednesday, April 7, 2021 9:31:38 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\hvarner\Desktop\FILED ORDER.docx |
| Description | FILED ORDER |
| Document 2 ID | file://C:\Users\hvarner\Desktop\NEW ORDER.docx |
| Description | NEW ORDER |
| Rendering set | Standard no color |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 10 |