IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C., | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor | ) **Related Docket Item No. 178** |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
TO THE AMERICAN COLLEGE OF RADIOLOGY**

This matter coming before the Court on the American College of Radiology's ("ACR") *Motion to Compel Rejection of Sales Agreement or, in the Alternative, for Relief from the Automatic Stay* (the "Motion"), proper notice of the Motion having been given, the Court being fully advised in the premises, and in light of the particular circumstances related to the Motion, the parties have agreed that relief from stay can be granted;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED to the extent necessary to allow the automatic stay to be lifted as provided by this Order;

2. The automatic stay is lifted to the extent necessary to allow ACR to proceed with terminating the Agreement[1];

3. ACR and the Debtor, on behalf of itself and the estate, release and waive any claims that they may have against each other related to the Agreements and the termination thereof; and

4. The fourteen (14) day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and the automatic stay is immediately terminated for the purpose stated above.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Dated: April 8th, 2021**  **JOHN T. DORSEY**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**