**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

Chapter 11

Wardman Hotel Owner, L.L.C.,
    Debtor

Case No. 21-10023 (JTD)

---

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( x )   Insufficient response to the United States Trustee communication/contact for service on the committee.

(   )   No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

                                    ANDREW R. VARA
                                    **UNITED STATES TRUSTEE**

                                    /s/ *Linda J. Casey for*
                                    T. PATRICK TINKER
                                    Assistant United States Trustee

DATED: April 23, 2021
Trial Attorney Assigned to Case: Linda J. Casey, Esq.
cc: Attorneys for Debtor: Laura Davis Jones, Esq.