## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket No. 211** |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 30th day of April, 2021, I caused a

copy of the following document(s) to be served on the individuals on the attached service list(s) in

the manner indicated:

**Notice of Deadlines for the Filing of (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code, (II) Administrative Claims, and (III) Rejection Damages Claims [Docket No. 211]; and**

**Proof of Claim Form.**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

Wardman Hotel Owners 2002 FCM and Email
Case No. 21-10023 (JTD)
Doc No234100
30 - First Class Mail
34 - Electronic Mail


(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*FIRST CLASS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 72133
Great Falls, VA  22066

*FIRST CLASS MAIL*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*FIRST CLASS MAIL*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*FIRST CLASS MAIL*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn:  Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*FIRST CLASS MAIL*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4747 Bethesda Ave.
Suite 200
Bethesda, MD  20815

*FIRST CLASS MAIL*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*FIRST CLASS MAIL*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*FIRST CLASS MAIL*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*ELECTRONIC AND FIRST CLASS MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

**ELECTRONIC AND FIRST CLASS MAIL**
Delaware Secretary Of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903
**Email:  Dosdoc_Ftax@delaware.gov**

**ELECTRONIC AND FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  Statetreasurer@state.de.us**

**ELECTRONIC AND FIRST CLASS MAIL**
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC  20549
**Email: secbankruptcy-ogc-ado@sec.gov;
secbankruptcy@sec.gov**

**ELECTRONIC AND FIRST CLASS MAIL**
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Suite 400
New York, NY  10281-1022
**Email: Bankruptcynoticeschr@sec.gov;
Nyrobankruptcy@sec.gov**

**ELECTRONIC AND FIRST CLASS MAIL**
*(Counsel for Manager)*
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

**ELECTRONIC AND FIRST CLASS MAIL**
*(Special Counsel for Debtor)*
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
**Email: tsoloway@pryorcashman.com;
bmohler@pryorcashman.com;
iraz@pryorcashman.com**

**ELECTRONIC AND FIRST CLASS MAIL**
*(Counsel for Pacific Life)*
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email: david.wender@alston.com;
grant.stein@alston.com;
brian.frey@alston.com**

**ELECTRONIC AND FIRST CLASS MAIL**
*(Counsel for Pacific Life)*
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

**ELECTRONIC AND FIRST CLASS MAIL**
*(Counsel for Marriott)*
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email: lharrison@jenner.com;
kbracey@jenner.com;
jamunson@jenner.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY,
BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com;**
**David.Wender@alston.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
**Email: Katie.Mason@quarles.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
**Email: sastringer@polsinelli.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel to American Roetgen Ray Society)
Mark B. Joachim
Polsinelli PC
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC  20005
**Email:  mioachim@polsinelli.com**

Wardman Hotel Owners
CREDITOR MATRIX Service List
Case No. 21-10023
Document No. 232735
105 – First Class mail

**FIRST CLASS MAIL**
ADC
12280 Wilkins Avenue
Suite 101
Rockville, MD  20852

**FIRST CLASS MAIL**
Agoda International USA LLC
Empire State Bldg., 66th Floor
350 Fifth Avenue, Suite 6600
New York, NY  10118

**FIRST CLASS MAIL**
Aireco Supply, Inc.
PO Box 414
Savage, MD 20763

**FIRST CLASS MAIL**
Airgas USA, LLC
6055 Rockside Woods Blvd.
Independence, OH  44131

**FIRST CLASS MAIL**
Allana Buick Bers, Inc.
990 Commercial Street
Palo Alto, CA  94303

**FIRST CLASS MAIL**
American Hotel Register
100 S. Miluakee Avenue
Vernon Hills, IL  60061

**FIRST CLASS MAIL**
American University
Andrew Spath
4400 Massachusetts Avenue NW
Washington, DC  20016

**FIRST CLASS MAIL**
Apex Companies, LLC
PO Box 69142
Baltimore, MD  21264

**FIRST CLASS MAIL**
ASSA ABLOY Hospitality Inc.
PO Box 676947
Dallas, TX  75267

**FIRST CLASS MAIL**
AT&T Mobility
PO Box 6463
Carol Stream, IL  60197

**FIRST CLASS MAIL**
AWBC, LLC
11261 Somerset Avenue
Beltsville, MD  20705

**FIRST CLASS MAIL**
Bio-Kinetic
39 Bralan Court
Gaithersburg, MD  20877

**FIRST CLASS MAIL**
BluIP, Inc.
PO Box 508
Burbank, CA  91503

**FIRST CLASS MAIL**
Brink's Inc.
PO Box 101031
Atlanta, GA  30392

**FIRST CLASS MAIL**
Choice Plantings Inc.
180N Penrod Ct.
Glen Burnie, MD  21061

**FIRST CLASS MAIL**
Cintas Corporation
PO Box 630303
Cincinnati, OH  45263

**FIRST CLASS MAIL**
CN Robinson LTG. Supply Co.
4318 Washington Blvd.
Halethorpe, MD  21227

**FIRST CLASS MAIL**
Coastal Sunbelt Produce
9001 Whiskey Bottom Road
Laurel, MD  20723

**FIRST CLASS MAIL**
Complete Pest Elimination LLC
822 King Street
PMB 150
Alexandria, VA  22314

**FIRST CLASS MAIL**
Congressional Hotel Dry Cleaning LLC
P.O. Box 721
Great Falls, VA  22066

**FIRST CLASS MAIL**
Connect Computer
338 Commerce Drive
Fairfield, CT  06825

**FIRST CLASS MAIL**
Convention Handling Services, LLC
PO Box 200511
San Antonio, TX  78220

**FIRST CLASS MAIL**
Courtesy Products
PO Box 840020
Kansas City, MO  64184

**FIRST CLASS MAIL**
Cvent, Inc.
1765 Greensboro Station Place
7th Floor
Mc Lean, VA  22102

**FIRST CLASS MAIL**
DC Water
1385 Canal Street SE
Washington, DC  20003

**FIRST CLASS MAIL**
Destination DC
901 7th Street NW
Washington, DC  20001

**FIRST CLASS MAIL**
Direct Energy
1001 Liberty Avenue
Pittsburgh, PA  15222

**FIRST CLASS MAIL**
Direct TV
PO Box 105249
Atlanta, GA  30348

**FIRST CLASS MAIL**
Dominion Elevator Inspection Svcs.
7475 Carlisle Road
Wellsville, PA  17365

**FIRST CLASS MAIL**
Dow Jones & Company
PO Box 300
Princeton, NJ  08543

**FIRST CLASS MAIL**
Ecolab
26252 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
FedEx
7900 Legacy Drive
Plano, TX  75024

**FIRST CLASS MAIL**
Grainger
4748 Forbes Blvd.
Lanham, MD  20706

**FIRST CLASS MAIL**
Guest Supply
PO Box 6771
Somerset, NJ  08875

**FIRST CLASS MAIL**
Haislip Corp.
PO Box 222486
Chantilly, VA  20153

**FIRST CLASS MAIL**
Halperns' Steak & Seafood
PO Box 116421
Atlanta, GA  30368

**FIRST CLASS MAIL**
Heritage Food Service Group, Inc.
5130 Executive Blvd.
Fort Wayne, IN  46808

**FIRST CLASS MAIL**
Hubert Company
25401 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
Hufcor, Inc.
10820 Guilford Road
Suite 210
Annapolis Junction, MD  20701

**FIRST CLASS MAIL**
Innovative Security Systems, Inc.
4815 Prince Georges Avenue
Suite 3
Beltsville, MD  20705

**FIRST CLASS MAIL**
Insight Direct USA, Inc.
PO Box 731069
Dallas, TX  75373

**FIRST CLASS MAIL**
International Display & Exhibit Corp.
4 Pequot Way
Canton, MA  02021

**FIRST CLASS MAIL**
International Gourmet Foods, Inc.
7520 Fullerton Road
Springfield, VA  22153

**FIRST CLASS MAIL**
Ize's Deli and Bagelry
11622 Rockville Pike
Rockville, MD  20852

**FIRST CLASS MAIL**
J. J. McDonnell & Co., Inc.
7010 Brookdale Drive
Elkridge, MD  21075

**FIRST CLASS MAIL**
Johnson Controls
3650 Concorde Parkway
Chantilly, VA  20151

**FIRST CLASS MAIL**
JPG Plumbing & Mechanical Svcs., Inc.
8260 Patuxent Range Road
Suite H
Jessup, MD  20794

**FIRST CLASS MAIL**
JR Resources, Inc.
1130 Camino Del Mar
Suite H
Del Mar, CA  92014

**FIRST CLASS MAIL**
Karcher North America
Dept. Ch. 19244
Palatine, IL  60055

**FIRST CLASS MAIL**
Keany Produce & Gourmet
3310 75th Avenue
Hyattsville, MD  20785

**FIRST CLASS MAIL**
KochFilter
PO Box 732692
Dallas, TX  75373

**FIRST CLASS MAIL**
Lasership, Inc.
Dept. 720037
PO Box 1335
Charlotte, NC  28201

**FIRST CLASS MAIL**
Lyon Bakery
PO Box 1360
Hyattsville, MD  20785

**FIRST CLASS MAIL**
Marriott Hotel Service, Inc.
10400 Fernwood Road
Bethesda, MD  20817

**FIRST CLASS MAIL**
Millenium Pools & Spas, LLC
8927 Lake Braddock Drive
Burke, VA  22015

**FIRST CLASS MAIL**
Mona
7915 Malcolm Road
Clinton, MD  20735

**FIRST CLASS MAIL**
MS Shift, Inc.
One World Trade Center
Suite 47M
New York, NY  10007

**FIRST CLASS MAIL**
MyDigitalOffice.com
Bethesda Towers
4350 East West Hwy.
Suite 401
Bethesda, MD  20814

**FIRST CLASS MAIL**
Nalco Water
PO Box 70716
Chicago, IL  60673

**FIRST CLASS MAIL**
Network Services Company
29060 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
New Life Solutions, LLC
10975D Richardson Road
Ashland, VA  23005

**FIRST CLASS MAIL**
NTL Technology Leasing
P. O. Box 1301
Ashburn, VA  20146

**FIRST CLASS MAIL**
Office Depot, Inc.
PO Box 630813
Cincinnati, OH  45263

**FIRST CLASS MAIL**
Office of Tax and Revenue
Customer Service Center
1101 4th Street, SW
Suite W270
Washington, DC  20004

**FIRST CLASS MAIL**
PEPCO
PO Box 97274
Washington, DC  20090

**FIRST CLASS MAIL**
Pepsi Beverages Co.
6751 Alexander Bell Drive
Columbia, MD  21046

**FIRST CLASS MAIL**
Plant Based Foods, Inc.
PO Box 1841
21011 Street Louis Road
Middleburg, VA  20118

**FIRST CLASS MAIL**
PM Hood & Duct, Inc.
3701 Solomons Island Road
Harwood, MD  20776

**FIRST CLASS MAIL**
Power Services Inc.
4370 Lottsford Vista Road
Lanham, MD  20706

**FIRST CLASS MAIL**
Professional Fitness Management, LLC
PO Box 370
Galena, MD  21635

**FIRST CLASS MAIL**
PSAV
23918 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
Quench USA, Inc.
630 Allendale Road
Suite 200
King of Prussia, PA  19406

**FIRST CLASS MAIL**
Ready Refresh
PO Box 856192
Louisville, KY  40285

**FIRST CLASS MAIL**
Regal Hospitality Group
13940 W. Hillsborough Avenue
Tampa, FL  33635

**FIRST CLASS MAIL**
Renue
1102 N. Main Street
Lombard, IL  60148

**FIRST CLASS MAIL**
Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL  60693

**FIRST CLASS MAIL**
Roberts Oxygen Co., Inc.
PO Box 5507
Derwood, MD  20855

**FIRST CLASS MAIL**
Rose Restoration International, Inc.
2711 Unit L Dorr Avenue
Fairfax, VA  22031

**FIRST CLASS MAIL**
RR Donnelley
4101 Winfield Road
Warrenville, IL  60555

**FIRST CLASS MAIL**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL  60673

**FIRST CLASS MAIL**
Sonifi Solutions, Inc.
3900 W. Innovation Street
Sioux Falls, SD  57107

**FIRST CLASS MAIL**
Speed Check Conveyor LLC
5345 Truman Drive
Decatur, GA  30035

**FIRST CLASS MAIL**
SPNA LLC
12216 Rohan Ct.
Owings Mills, MD  21117

**FIRST CLASS MAIL**
Supply Facilities Maintenance
PO Box 509058
San Diego, CA  92150

**FIRST CLASS MAIL**
Teddys Fresh Baked Pizza
1051 - D Cannons Ct.
Woodbridge, VA  22191

**FIRST CLASS MAIL**
The Badge Company Inc.
18261 Enterprise Lane
Suite D
Huntington Beach, CA  92648

**FIRST CLASS MAIL**
The Chefs Warehouse
7477 Candlewood Road
Hanover, MD  21076

**FIRST CLASS MAIL**
The Wasserstrom Company
PO Box 182056
Columbus, OH  43218

**FIRST CLASS MAIL**
Tingue
309 Dividend Drive
Peachtree City, GA  30269

**FIRST CLASS MAIL**
Titan Global Distribution, Inc.
11973 Westline Industrial Drive
Saint Louis, MO  63146

**FIRST CLASS MAIL**
Trans Time Express
11820 Parklawn Drive
Suite 205
Rockville, MD  20852

**FIRST CLASS MAIL**
Traveltraders Hotels Inc.
6205 Blue Lagoon Drive
Suite 550
Miami, FL  33126

**FIRST CLASS MAIL**
TriMark Adams-Burch
1901 Stanford Court
Hyattsville, MD  20785

**FIRST CLASS MAIL**
UNITE HERE INTERNATIONAL UNION
Local 25
901 K Street, N.W.
2nd Floor
Washington, DC  20001

**FIRST CLASS MAIL**
USA Today
PO Box 677446
Dallas, TX  75267

**FIRST CLASS MAIL**
Verizon
PO Box 16801
Newark, NJ  07101

**FIRST CLASS MAIL**
Verizon
PO Box 15124
Albany, NY  12212

**FIRST CLASS MAIL**
Veterans Storage Inc.
PO Box 436
Lothian, MD  20711

**FIRST CLASS MAIL**
Wardman Tower, L.L.C.
c/o JBG Companies
4445 Willard Avenue
Suite 400
Chevy Chase, MD  20815

**FIRST CLASS MAIL**
Washington Gas
6801 Industrial Road
Springfield, VA  22151

**FIRST CLASS MAIL**
Windstram Communications, LLC
PO Box 843006
Kansas City, MO  64184

**FIRST CLASS MAIL**
Windstream Communications
1814 West Tacoma Street
Broken Arrow, OK  74012

**FIRST CLASS MAIL**
Xerox Corporation
PO Box 299075
Lewisville, TX  75029

**FIRST CLASS MAIL**
XO Communications
PO Box 299075
Albany, NY  12217

**FIRST CLASS MAIL**
XO Communications
8851 Sandy Pkwy
Sandy, UT  84070

Wardman EPA First Class Mail Service List
Case No. 21-10023 (JTD)
Document No. 234078.1
02 – First Class Mail

**FIRST CLASS MAIL**
(EPA)
Environmental Protection Agency
Region 3
1650 Arch Street
Philadelphia, PA  19103-2029

**FIRST CLASS MAIL**
(EPA)
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460

Wardman Supplemental Bar Date Service
List
Document No. 234080
10 – First Class Mail
02 – Electronic Mail

***EMAIL AND FIRST CLASS MAIL***
Delaware Department of Justice
Attn: Kathy Jennings, Attorney General
Carvel State Building
820 N. French Street
Wilmington, DE  19801
**Email: <u>attorney.general@delaware.gov</u>**

***EMAIL AND FIRST CLASS MAIL***
Washington D.C. Department of Justice
Attn: Karl A. Racine, Attorney General
400 6th Street NW
Washington, DC  20001
**Email: <u>aog@dc.gov</u>**

***FIRST CLASS MAIL***
Internal Revenue Service
Attn: District Director
Case Processing
31 Hopkins Plaza, Room 1108
Baltimore, MD  21201

***FIRST CLASS MAIL***
(Claimant)
Direct Energy Business, LLC
McDowell Hetherington, LLC
c/o Nicole Su
1001 Fannin, Suite 2700
Houston, TX  77002

***FIRST CLASS MAIL***
Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue
1101 4th Street SW
Washington, DC  20024

***FIRST CLASS MAIL***
Eastdil Secured, L.L.C.
40 West 5th Street, 23rd Floor
New York, NY  10019

***FIRST CLASS MAIL***
FedEx Office
Three Galleria Tower
13155 Noel Road, Suite 1600
Dallas, TX  75240

***FIRST CLASS MAIL***
HotelAVE
Hotel Asset Value Enhancement, Inc.
333 Westminster Street Unit 3
Providence, RI  02903

***FIRST CLASS MAIL***
PDSI
3715 Northside Pkwy, NW
Suite 4-700
Atlanta, GA  30327

***FIRST CLASS MAIL***
(Boland Trane Services Inc. - claim
#2646416)
CCCNY
Attn: Steve Maziarz
PO Box 288
Tonawanda, NY  14151