# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | |
| MARRIOTT HOTEL SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WARDMAN HOTEL OWNER, L.L.C. | ) ) ) | Adv. Pro. No. 21-50263 (JTD) |
| and | ) ) ) | |
| PACIFIC LIFE INSURANCE COMPANY | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 6, 2021 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**PLEASE TAKE NOTICE:** All remote hearings scheduled before Judge Dorsey on or after Tuesday, January 19, 2021 will be conducted entirely over Zoom and will require all participants to register in advance. CourtCall will no longer be used to dial in unless otherwise specified by chambers. This hearing will be held via Zoom only.

Any party wishing to appear must register no later than one (1) hour prior to the hearing at the link below:

**https://debuscourts.zoomgov.com/meeting/register/vJItcu6gqjwuHxVqwdZz60qRfAyIXfp4-Gs**

**ORAL ARGUMENT:**

1. Oral Argument on Motion for Mandatory Abstention from Hearing and Remand of Claims Against Pacific Life Insurance Company Pursuant to 28 U.S.C. § 1334(c)(2) or, in the Alternative, Permissive Abstention and Remand Pursuant to 28 U.S.C. §§ 1334(c)(1) and 1452(b) [Filed: 3/19/21] (Adv. Pro. No. 21-50263, Docket No. 34).

    Response Deadline:  April 5, 2021, at 4:00 p.m.

    Responses Received:

    a. Pacific Life Insurance Company's Memorandum in Opposition to Marriott Hotel Services, Inc.'s Motion for Abstention and Remand [Filed: 4/1/21] (Adv. Pro. No. 21-50263, Docket No. 46).

    Replies Received:

    a. Marriott Hotel Services, Inc.'s Reply to Pacific Life Insurance Company's Memorandum in Opposition to Marriott Hotel Services, Inc.'s Motion for Abstention and Remand [Filed: 4/8/21] (Adv. Pro. No. 21-50263, Docket No. 47).

    Related Documents:

    a. Request for Oral Argument [Filed: 4/15/21] (Adv. Pro. No. 21-50263, Docket No. 48).

    b. Notice of Completion of Briefing [Filed: 4/16/21] (Adv. Pro. No. 21-50263, Docket No. 50).

    c. [Signed] Order Scheduling Oral Argument [Filed: 4/21/21] (Adv. Pro. No. 21-50263, Docket No. 52).

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:234161.1 92203/001

<u>Status:</u>  Oral argument will go forward on this matter.

| | |
|---|---|
| Dated: May 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | <u>*/s/ Timothy P. Cairns*</u> |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware  19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel to the Debtor and Debtor in Possession* |