# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | Case No. 21-10023 (JTD) |
| Debtor. | |
|  | **Related to Docket No. 231** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 231

**PLEASE TAKE NOTICE** that the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of an Order Approving (I) Sale of Real Property Located at 1620 N. Tuckahoe Street, Bellwood, Pennsylvania 16617 Free and Clear of Liens, Claims, and Encumbrances; and (II) Granting Related Relief* [Docket No. 231] is hereby withdrawn as filed in error in this case.

Dated:  May 20, 2021               **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: pkeane@pszjlaw.com

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717.  The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

DOCS_DE:232498.1 92203/001