# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) |  |

**ORDER PERMITTING DEBTOR TO CONSENT TO TERMINATION OF CERTAIN CUSTOMER CONTRACTS AND PROVIDE RELEASES PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(a) AND BANKRUPTCY RULE 9019**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order, under sections 105 and 363(b) of the Bankruptcy Code and Rule 9019 of the Bankruptcy Rules permitting Debtor to consent to termination of the Hotel Services Contracts and provide releases to the affected parties as may be requested by the Contract Parties; and it appearing that the relief requested by the Motion is in the best interest of Debtor's estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this proceeding and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given under the circumstances and no further notice need be given; and after due deliberation and cause appearing therefor;

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to consent to the termination of the Hotel Services Contracts and to grant releases related thereto on the terms and conditions as described in the Motion and to enter into any Termination Stipulations in connection therewith.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.