## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WARDMAN HOTEL OWNER, L.L.C. | ) | Case No. 21-10023 (JTD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 28th day of May, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Motion of the Debtor to Permit Debtor to Consent to Termination of Certain Customer Contracts and Provide Releases Pursuant to 11 U.S.C. §§ 105(a) and 363(a) and Bankruptcy Rule 9019; and**

**Motion of the Debtor to Permit Debtor to Consent to Termination of Certain Customer Contracts and Provide Releases Pursuant to 11 U.S.C. §§ 105(a) and 363(a) and Bankruptcy Rule 9019**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

Wardman Hotel Owners 2002 FCM and Email
Case No. 21-10023 (JTD)
Doc No234100
30 - First Class Mail
34 - Electronic Mail


(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*FIRST CLASS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 72133
Great Falls, VA  22066

*FIRST CLASS MAIL*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*FIRST CLASS MAIL*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*FIRST CLASS MAIL*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn:  Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*FIRST CLASS MAIL*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4747 Bethesda Ave.
Suite 200
Bethesda, MD  20815

*FIRST CLASS MAIL*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*FIRST CLASS MAIL*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*FIRST CLASS MAIL*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*ELECTRONIC AND FIRST CLASS MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

***ELECTRONIC AND FIRST CLASS MAIL***
Delaware Secretary Of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903
**Email:  Dosdoc_Ftax@delaware.gov**

***ELECTRONIC AND FIRST CLASS MAIL***
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  Statetreasurer@state.de.us**

***ELECTRONIC AND FIRST CLASS MAIL***
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC  20549
**Email:  secbankruptcy-ogc-ado@sec.gov;
secbankruptcy@sec.gov**

***ELECTRONIC AND FIRST CLASS MAIL***
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Suite 400
New York, NY  10281-1022
**Email:  Bankruptcynoticeschr@sec.gov;
Nyrobankruptcy@sec.gov**

***ELECTRONIC AND FIRST CLASS MAIL***
*(Counsel for Manager)*
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email:  halperin@chapman.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Special Counsel for Debtor)
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
**Email:  tsoloway@pryorcashman.com;
bmohler@pryorcashman.com;
iraz@pryorcashman.com**

***ELECTRONIC AND FIRST CLASS MAIL***
*(Counsel for Pacific Life)*
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email: david.wender@alston.com;
grant.stein@alston.com;
brian.frey@alston.com**

***ELECTRONIC AND FIRST CLASS MAIL***
*(Counsel for Pacific Life)*
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email:  dpacitti@klehr.com**

***ELECTRONIC AND FIRST CLASS MAIL***
*(Counsel for Marriott)*
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email: lharrison@jenner.com;
kbracey@jenner.com;
jamunson@jenner.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
**Email: prietema@jenner.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY,
BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE  19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
**Email: Grant.Stein@alston.com;
David.Wender@alston.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY  10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI  53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC AND FIRST CLASS MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE  19801
**Email:  sastringer@polsinelli.com**

***ELECTRONIC AND FIRST CLASS MAIL***
(Counsel to American Roetgen Ray Society)
Mark B. Joachim
Polsinelli PC
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC  20005
**Email:  <u>mioachim@polsinelli.com</u>**

Wardman Customer Contract Notice Party
Service List
Case No. 21-10023 (JTD)
Document No. 234621
176 – First Class Mail
165 – Electronic Mail


**FIRST CLASS MAIL**
American Council of Engineering
Companies
Michael E. Pramstaller, CAE, 1015 15th
Street NW
Floor 8
Washington, DC  20005-2605

**FIRST CLASS MAIL**
National Association of Realtors
Keti Loncar, Planning Manager
430 North Michigan Avenue
Chicago , IL  60611

**FIRST CLASS MAIL**
Cooperative Baptist Fellowship
Bo Prosser, Coodinator of Organizational
Relationships
160 Claremont Avenue
Suite 500
Decatur, GA  30030

**FIRST CLASS MAIL**
Cooperative Baptist Fellowship
Paul Baxley, Executive Coordinator
160 Claremont Avenue
Suite 500
Decatur, GA  30030

**FIRST CLASS MAIL**
IDS/UR Association
Marie Clayton-Cox, General Manager
5051 A B Backlick Road
Annandale, VA  22003

**FIRST CLASS MAIL**
Association of American Law Schools
Judith Areen, Executive Director
1614 20th St NW
Washington, DC  20009-1001

**FIRST CLASS MAIL**
Worldstrides
Director of Hotel Operations
218 W Water St,
Charlottesville, VA  22902

**FIRST CLASS MAIL**
International Union, UAW CAP Department
Kris Owen, Coordinated Services Travel
Director
200 Walker Street
Detroit, MI  48207

**FIRST CLASS MAIL**
Association for Clinical and Translational
Science
Cameron Curtis, Executive Director
2025 M Street NW
Suite 800
Washington, DC  20036

**FIRST CLASS MAIL**
National Association of Healthcare Access
Management
Kirsten Shaffer, Account Executive
2025 M Street NW
Suite 800
Washington, DC  20036

**FIRST CLASS MAIL**
Progressive National Baptist Convention
Dr. James C. Perkins, 601 50th Street NE
Washington, DC  20019

**FIRST CLASS MAIL**
Middle East Studies of North America
Dr. Amy W. Newhall, Executive Director
3542 N. Geronimo Ave.
Tuscon, AZ  85705

**FIRST CLASS MAIL**
Lions Club International
Gloria Geske, Division Manager,
Convention Division
300 West 22nd Street
Oak Brook, IL  60523-8842

**ELECTRONIC AND FIRST CLASS MAIL**
WC Research Inc.
Beth Gomes, VP Event Operations
500 W. Cummings Park
Woburn, MA  01801-6503
**Email:  beth.gomes@worldcongress.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Internet2
Marie Modrell, Associate Director,
Community Events
100 Phoenix Drive
Suite 111
Ann Arbor, MI  48108
**Email:  mmodrell@internet2.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
American Society of Acupuncturists
LiMing Tseng, Secretary
1978 Mountain Road
Stowe, VT  05672
**Email:  secretary@asacu.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Internet2 (University Corporation for
Advance Internet Development DBS
Internet2)
Marie Modrell, Associate Director,
Community Events
100 Phoenix Drive
Suite 111
Ann Arbor, MI  48108
**Email:  mmodrell@internet2.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
American Council of Engineering
Companies
Jessica Torrero, Director, Meeting & Events
1015 15th Street NW
Floor 8
Washington, DC  20005-2605
**Email:  jtorrerro@acec.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Association of Colleges of
Osteopathic Medicine (AACOM)
Beth Martino, Meetings and Events
Manager
7700 Old Georgetown Road
Suite 250
Bethesda, MD  20814
**Email:  bmartino@aacom.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Futures Industry Association
Yvonne Butters, Director of Conferences
and Tradeshows
2001 Pennsylvania Ave. NW
Suite 600
Washington, DC  20006
**Email:  ybutters@fia.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Dayton Development Coalition
Amber Begley, Manager, Special Events
900 Kettering Tower
Dayton, OH  45423-1025
**Email:  abegley@daytonregion.com**

**ELECTRONIC AND FIRST CLASS MAIL**
WC Research Inc.
Beth Gomes, VP Event Operations
500 W. Cummings Park
Woburn, MA  01801-6503
**Email:  beth.gomes@worldcongress.com**

**ELECTRONIC AND FIRST CLASS
MAIL**
African Literature Association
Adeleke Adeeko, President
300 Pulteney Street
Geneva, NY  14456
**Email:  adeeko@osu.edu**

**ELECTRONIC AND FIRST CLASS
MAIL**
Community Miracles Center
Rev. Tony Ponticello, 3006 Buchanan Street
#1
San Francisco, CA  94123-4202
**Email:  miracles@earthlink.net**

**ELECTRONIC AND FIRST CLASS
MAIL**
American College of Radiology
Pam Plater, Director, Meeting Services
1891 Preston White Drive
Reston, VA  20191-4326
**Email:  pplater@acr.org**

**ELECTRONIC AND FIRST CLASS
MAIL**
Investment Company Institute
Laurie Cipriano, Senior Director,
Conferences
1401 H Street NW
Washington, DC  20005-2110
**Email:  laurie.cipriano@ici.org**

**ELECTRONIC AND FIRST CLASS
MAIL**
Medical Library Association
Carla Funk, Executive Director
65 E. Wacker Place
Chicago, IL  60601
**Email:  funk@mlahq.org**

**ELECTRONIC AND FIRST CLASS
MAIL**
National Academy of Sciences
Claudette Baylor-Fleming, 500 5th Street
NW
Washington, DC  20001-2736
**Email:  cbaylor@nas.edu**

**ELECTRONIC AND FIRST CLASS
MAIL**
National Alliance of Community Economic
Development Associations
Frank Woodruff, Executive Director
1660 L Street NW
Suite 306
Washington, DC  20036
**Email:  fwoodruff@naceda.org**

**ELECTRONIC AND FIRST CLASS
MAIL**
Belfast-Beltway Boxing Project
Emmanuel Quinn, President
700 7th Street SW
Washington, DC  20024
**Email:  emmanuel.quinn@gmail.com**

**ELECTRONIC AND FIRST CLASS
MAIL**
American Institute of Aeronautics and
Astronautics
Alexi Thomas, Event Planner
12700 Sunrise Valley Drive
#200
Reston, VA  20191
**Email:  alexit@aiaa.org**

**ELECTRONIC AND FIRST CLASS
MAIL**
Sans Institute
Velda Lempka, Director of Conference
Management and Contacts
8120 Woodmont Avenue
Suite 310
Bethesda, MD  20814-2784
**Email:  vlempka@sans.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Black Accountants
Walter J. Smith, President & CEO
7474 Greenway Center Drive
Suite 1120
Greenbelt, MD  20770
**Email:  wjsmith@nabainc.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Property Casualty Insurance Association
Ashley Solovy, Director, Meetings Management
8700 W. Bryn Mawr Ave.
Suite 1200S
Chicago, IL  60631
**Email:  ashley.solovy@apci.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Belfast-Beltway Boxing Project
Emmanuel Quinn, President
700 7th Street SW
Washington, DC  20024
**Email:  emmanuel.quinn@gmail.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Sans Institute
Rachel Nedelman, CMP, Director, Event Contracting
11200 Rockville Pike
Suite 200
North Bethesda, MD  20852
**Email:  rnedelman@sans.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Society of Health Economists
Leslie Ofori, Program and Conference Coordinator
1100 Vermont Avenue NW
Washington, DC  20005-6327
**Email:  lofori@appam.org**

**ELECTRONIC AND FIRST CLASS MAIL**
340B Health
Mike Hess, Vice President, Operations
1101 15th Street NW
Suite 910
Washington, DC  20005
**Email:  mike.hess@340bhealth.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Alliance to End Homelessness
David Dirks, Director of Meetings and Events
1518 K Street NW
2nd Floor
Washington, DC  20005
**Email:  ddirks@naeh.org**

**ELECTRONIC AND FIRST CLASS MAIL**
340B Health
Fred Moxley, Director, Meetings & Exhibits
1101 15th Street NW
Suite 910
Washington, DC  20005
**Email:  Fred.Moxley@340bhealth.org**

**ELECTRONIC AND FIRST CLASS MAIL**
An Event Apart
Marci Eversole, Operations Manager
4002 Aikins Avenue SW
Seattle, WA  98116
**Email:  marci@escapeproductions.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Alliance to End Homelessness
D'Arcy Klingle, 1518 K Street NW
2nd Floor
Washington, DC  20005
**Email:  dklingle@naeh.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Law School Admission Counsel
Kelsey Schmidt, CMP, Manager Meetings
662 Penn Street
Newtown, PA  18940-2176
**Email:  kschmidt@lsac.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Diane & Marty Malloy, Convention Connections
12200 Valleybrook Drive
Richmond, VA  23233
**Email:  dmalloy@convention-connections.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Institute of Electical and Electronic Engineers
Michelle Measel, CMP, Event Program Manager
445 Hoes Lane
Piscataway, NJ  08854
**Email:  m.measel@ieee.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Institute of Noise Contol Engineers
Margaret Jamborsky, Director of Meetings
11130 Sunrise Valley Drive
Suite 350
Reston, VA  20191-5476
**Email:  mjamborsky@drohanmgmt.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Baltimore Washington Area Worldcon Association
William Lawhorn, Chair of Bid Committee
P.O. Box 314
Annapolis Junction, MD  20701
**Email:  wmslawhorn@gmail.com**

**ELECTRONIC AND FIRST CLASS MAIL**
US Hereditary Angioedema Association
Alicia Hanrahan, CMP, HMCC, Senior Partner
909 Church Hill Road
Fairfield , CT  06825
**Email:  ahanrahan@agcomm.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of States United for Aging and Disabilities
Rachel Shiffrin Feldman, Senior Director of Communications and Corporate Relations
1201 15th Street NW
Suite 350
Washington, DC  20005
**Email:  rfeldman@nasuad.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Flute Association
Kris Mayo, 70 E Lake Street
Suite 200
Chicago, IL  60601-6682
**Email:  kmayo@nfaonline.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Specialty Pharmacy
Sheila Arquette, Executive Director
300 New Jersey Ave. NW
Suite 900
Washington, DC  20001
**Email:  sarquette@NASPnet.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Health Data Organizations
Norman Thurston, Executive Director
124 South East
Suite 220
Salt Lake City, UT  84111-5312
**Email:  nthurston@nahdo.org**

**ELECTRONIC AND FIRST CLASS MAIL**
HNBA VIA Fund
Erika Lopeztello-Jones, Director of Operations
1020 19th Street NW
Suite 505
Washington, DC  20036
**Email:  elopeztello@hnba.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Anime USA
Christian Brock, Treasurer/Board of Directors
2009 Capstone Circle
Herndon, VA  20170-3331
**Email:  christian.brock@animeusa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Center of Policy Development/National Academy for State Health Policy
Ashlee Maxfield, Director of Conferences and Partnership Development
10 Free Street
2nd Floor
Portland, ME  04101
**Email:  amaxfield@nasph.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Council on Licensure Enforcement & Regulation
Glenn Blind, Meeting and Events Planner
108 Wind Haven Drive
Suite A
Nicholasville, KY  40356-8007
**Email:  gblind@clearhq.org**

**ELECTRONIC AND FIRST CLASS MAIL**
NABA, Inc.
Rautz Marc, NABA Eastern Region President
P.O. Box 1021
Upper Marlboro, MD  20773-1021
**Email:  president@nabaer.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Council for the Accreditation of Educator Preparation
Keisha Walker, Manager of Finance and Events
1140 19th Street NW
Suite 400
Washington, DC  20036-1648
**Email:  keisha.walker@caepnet.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Oak Ridge Associated Universities
Kate Shattuck, CMP, Event Planner, Project Manager
113 Badger Road
Suite 177
Oak Ridge, TN  10017
**Email:  kate.shattuck@orau.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Alzheimer's Disease and Related Disorders Association, Inc.
Darren Mendola, CMP, Vice President, Global Conferences and Events
225 N. Michigan Ave.
Suite 1700
Chicago, IL  60601
**Email:  dmendola@alz.org**

**ELECTRONIC AND FIRST CLASS MAIL**
EL Education
Laura Maruca, National Events Manager
7 North Pleasant Street
Suite 3A
Amherst, MA  01002
**Email:  lmaruca@eleducation.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Organization for Rare Disorders
Carrie Lucas, Meeting Planner
1779 Massachusetts Ave. NW
Suite 500
Washington, DC  20036
**Email:  clucas@rarediseases.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Career Pathways Network
Sheila Wilson, Conference Manager
4901 Bosque Blvd.
Fl. 2
Waco, TX  76710
**Email:  swilson@cord.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association for Presedrvation Technology International
Venessa Olmo, Conference Manager
P.O. Box 7317
Springfield , IL  62791
**Email:  vanessa@apti.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Nuclear Society
Paula Cappelletti, CMP, Director of Meetings and Exhibits
555 N. Kensington Ave.
La Grange Park, IL  60526-5535
**Email:  pcapelletti@ans.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Accountable Care Organization
Jennifer Muldoon, Senior Vice President of Operations
601 13th Street NW
Washington, DC  20005
**Email:  jennifer@naacos.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Long-Term Hospitals, Inc.
Joe Velazquez, Meeting Planner
15245 Shady Grove Road
Suite 365
Rockville, MD  20850
**Email:  jvelazquez@nalth.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Spreedly, Inc.
Helen Kruskamp, 733 Foster Street
Durham, NC  27701
**Email:  helen@spreedly.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Thurgood Marshall College Fund
Jamaal Bailey, Chief Marketing Officer
901 F Street NW
Suite 300
Washington, DC  20004-1481
**Email:  jamaal.bailey@tmcf.org**

**ELECTRONIC AND FIRST CLASS MAIL**
African Studies Association
Aili Mari Tripp, President
54 Joyce Kilmer Avenue
Lucy Stone Hall
Piscataway, NJ  08854-8054
**Email:  aili.tripp@gmail.com**

**ELECTRONIC AND FIRST CLASS MAIL**
American Evaluation Association
B. Denise Roosevelt, Executive Director
2025 M Street NW
Suite 800
Washington, DC  20036
**Email:  droosevelt@eval.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Character Org
Heather Cazad, Director of Communications and Community
1634 I Street NW
Suite 550
Washington, DC  20006-4069
**Email:  hcazad@character.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Medicaid Directors
Matt Salo, Executive Director
444 N Capitol Street NW
Suite 309
Washington, DC  20001
**Email:
tess.moore@medicaiddirectors.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Institute of Electical and Electronic Engineers
Melynda Johnson, Event Planner
445 Hoes Lane
Piscataway, NJ  08854
**Email:  m.c.johnson@ieee.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Society of Urological Oncology
Catherine Smith, 1100 E. Woodfield Road
Suite 350
Schaumburg, IL  60173
**Email:  catherine@wjweiser.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Academy Health
Tracie Howard, Senior Meetings Manager
1666 K Street NW
Washington, DC  20006-1278
**Email:
tracie.howard@academyhealth.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Middle States Commission on Higher Education
KJ Fitzpatrick, Senior Director for Conferences and Educational Programs
3624 Market Street
Philadelphia, PA  19104-2614
**Email:  kjfitzpatrick@msche.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Noblis
Kathy Blackwell, Senior Buyer
2002 Edmund Halley Drive
Reston, VA  20191
**Email:  kathy.blackwell@noblis.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Society for Risk Analysis
Jennifer Rosenberg, Meetings Manager
1313 Dolley Madison Blvd.
Suite 402
McLean, VA  22101-3926
**Email:  jrosenberg@burkinc.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Aero Club of Washington
Nancy Hackett, Event Planner
P.O. Box 17295
Washington, DC  20041-0295
**Email:  aeroclub1@verizon.net**

**ELECTRONIC AND FIRST CLASS MAIL**
Globus Family of Brands
Shannon Connolly, 5301 S Federal Circle
Littleton, CO  80123-2980
**Email:  sconnolly@globusfamily.com**

**ELECTRONIC AND FIRST CLASS MAIL**
City Tours USA, Inc.
Julia DeBary, Groups & Escorted Tours
15440 Cambria Drive
Brooksville, FL  34604-0724
**Email:  jdebary@citytours.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Modern Language Association of America
Karin Bagnall, Head of Convention Programs
85 Broad Street
New York, NY  10004
**Email:  kbagnall@mla.org**

**ELECTRONIC AND FIRST CLASS MAIL**
The American Professional Society of ADHD and Related Disorders
Jessica Mathews, Meetings Manager
5034 Thoroughbred Lane
Suite A
Brentwood, TN  37027-4231
**Email:  jmathews@parthenonmgmt.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Association of Catholic Publishers
Therese Brown, Executive Director
4725 Dorsey Hall Drive
Suite A
Ellicott City, MD  21042
**Email:  tbrown@cbpa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Career Communication Group, Inc.
Leslie Mitchell, CMP, Director of Client Services
11300 North Central Expressway
Suite 530
Dallas, TX  75243
**Email:  lmitchell@teamrutherford.net**

**ELECTRONIC AND FIRST CLASS MAIL**
Prizmah Center for Jewish Day Schools
Daniel Infield, Director, Conferences and Convenings
254 W 54th Street
Floor 11
New York, NY  10019-5516
**Email:  danieli@prizmah.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Eastern Economic Association
Alex Olbrecht, Conference Manager
505 Ramanjo Valley Road
Mahwah, NJ  07430-1623
**Email:  aolbrecht@gmail.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Counties
Germaine Schaefer, 660 N. Capitol Street
Suite 400
Washington, DC  20001
**Email:  gschaefer@naco.org**

**ELECTRONIC AND FIRST CLASS MAIL**
New Jersey Chamber of Commerce
Ray Zardetto, Director of Communications
216 W State Street
Trenton, NJ  08608-1002
**Email:  ray.zardetto@njchamber.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Community Health Centers, Inc.
Cindy Gady, Associate Vice President
7501 Wisconsin Ave.
Suite 1100W
Bethesda, MD  20814-4811
**Email:  cgady@nachc.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Congressional Cities Conference
Janice Pauline, Director, Conferences and Meetings
660 North Capitol Street NW
Suite 450
Washington, DC  20001
**Email:  Pauline@nlc.org**

**ELECTRONIC AND FIRST CLASS MAIL**
PESI Inc. DBA Psychotherapy Networker
Richard Simon, President
5135 MacArthur Blvd. NW
Washington, DC  20016-3315
**Email:  rsimon@psychnetworker.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Society of Behavioral Medicine ("SBM")
Lindsay Bullock, 555 East Wells Street
Suite 1100
Milwaukee, WI  53202
**Email:  lbullock@SBM.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Bar Association, Section of Intellectual Property Law
Meaghan Stallkamp, Sourcing Manager
321 North Clark Street
Chicago, IL  60654
**Email:
meaghan.stallkamp@americanbar.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association of Governing Boards of Universities and Colleges
Audrey R. Young, Director of Conferences
1133 20th Street NW
Washington, DC  20036
**Email:  ayoung@agb.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Physical Society
Terri Olsen, CMP, Director, Meetings and Conventions
One Physics Ellipse
College Park, MD  20740
**Email:  olsen@aps.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Conference of Consulting Actuaries
Rita DeGraef, Executive Director
3880 Salem Lake Drive
Suite H
Long Grove, IL  60047
**Email:  rdegraef@ccactuaries.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Louisiana Biomedical Research Network
K. Gus Kousoulas, PhD, Associate VP for Research and Economic Development (STEM)
139 David Boyd Hall
Louisiana State University
Baton Rouge, LA  70803
**Email:  vtgusk@lsu.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
Sans Institute
Jason Awad, Director of Conference Management and Contracts
8120 Woodmont Avenue
Suite 310
Bethesda, MD  20814-2784
**Email:  jawad@sans.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Contract Bridge League
Wendy Sullivan, NABC Meeting Planner
6575 Windchase Drive
Horn Lake, MS  38637-3116
**Email:  wendy.sullivan@acbl.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Pennsylvania Coalition Against Rape
Clay Ellis, Senior National Account Manager
112A Hickman Street
Rehoboth Beach, DE  19971
**Email:  clay.ellis@experientselect.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Rural Letter Carriers Association
Ronnie Stutts, Vice President
1630 Duke St.
Alexandria, VA  23314
**Email:  kneary@nrlca.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Mathematical Association of America
Anne Agniel, Director of Meetings and Events
1529 18th Street NW
Washington, DC  22030
**Email:  aagniel@maa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Academy of Neonatal Nursing
Michael Brennan, Director, Conventions and Meetings
E Holly Avenue
Pitman, NJ  08071
**Email:  michael.brennan@ajj.com**

**ELECTRONIC AND FIRST CLASS MAIL**
American Society of Hand Therapists
Marci Knapp, Meeting Manager
1120 Route 73
Suite 200
Mount Laurel, NJ  08054
**Email:  mknapp@asht.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Diocesan Fiscal Management Conference
Partrick Markey, Executive Director
c/o Plaza Meetings
P.O. Box 43
Burlington, MA  01803
**Email:  debbie@plazameetings.com**

**ELECTRONIC AND FIRST CLASS MAIL**
International Leadership Association
Bridget Chisholm, Director of Conferences
8601 Georgia Ave.
Suite 1010
Silver Spring, MD  20910-3440
**Email:  bchisholm@ila-net.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association for Public Policy Analysis and Management
Tara Sheehan, 1029 Vermont Ave. NW
Suite 1150
Washington, DC  20005-3562
**Email:  tsheehan@appam.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Foundation for Excellence in Education, Inc.
P. Christine Poole, CMP, Director of Events
215 South Monroe Street
Suite 420
Tallahassee, FL  32301
**Email:  Christine@excelined.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association for Behavioral and Cognitive Therapies
Mary Jane Eimer, CMP, Executive Director
305 7th Avenue
Floor 16
New York, NY  10001-6008
**Email:  mjeimer@abct.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Psychonomic Society
Louis Shomette, Executive Director
2424 American Lane
Madison, WI 53704-3102
**Email: lshomette@psychonomic.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Council of Graduate Schools
Heidi Shank, CMP, Director, Meetings
One Dupont Circle NW
Suite 230
Washington, DC  20036
**Email: hshank@cgs.nche.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
National Academy of Sciences
David Wright, 500 5th Street NW
Washington, DC  20001-2736
**Email: dwright@nas.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
American Philosophical Association
Amy Ferrer, Executive Director
31 Amstel Ave.
Newark, DE  19716
**Email:  amyferrer@apaonline.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association of International Education Administrators
Darla Deardorff, Executive Director
Duke University #90404
Durham, NC  27708-9900
**Email:  d.deaardorff@duke.edu; aiea@duke.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
International Neuropsychological Association
Gordon Chelune, Professor, Department of Neurology
650 Komas Dr.
Suite 106A
Salt Lake City, UT  84108
**Email:  Gordon.Chelune@hsc.utah.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
American Council on Education
Tristan Hicks, Director of Meeting Logistics
One Dupont Circle NW
Washington, DC  20036
**Email:  thicks@acenet.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
Community Actions Institute
Holly Carson, Meetings Director
6402 Arlington Blvd.
Suite 500
Falls Church, VA  22042-2343
**Email:  hcarson@caionline.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Roetgen Ray Society
Katy Scheuerman, Director of Meetings
44211 Slatestone Court
Leesburg, VA  20176
**Email:  kscheuerman@arrs.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Classical Singer Corporation
Jo Isom, Convention Director
P.O. Box 868
American Fork, UT  84003
**Email:  jo@csmusic.net**

**ELECTRONIC AND FIRST CLASS MAIL**
WFC Limited Partnership
Summer Arledge, Operations Assistant and Event Specialist
104 South Main Street
Suite 400
Greenville, SC  29601
**Email:
summer.arledge@worldacceptance.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Direct Selling Association
Melissa Brunton, Senior Vice President, Education and Meeting Services
1667 K Street NW
Suite 1100
Washington, DC  20006-1660
**Email:  mburnton@dsa.com**

**ELECTRONIC AND FIRST CLASS MAIL**
American College of Nurse-Midwives
Tana Stellato, ACNM Contract Specialist
16605 Norbeck Farm Drive
Olney, MD  20832
**Email:  tana@stellatosolutions.com**

**ELECTRONIC AND FIRST CLASS MAIL**
United National Indian Tribal Youth
Mary Kim Titla, Executive Director
953 E. Juanita Ave.
Suite C
Mesa, AZ  85204
**Email:  mk.titla@unityinc.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Agricultural & Applied Economics Association
Mary Annen, 555 E Wells Street
Suite 1100
Milwaukee, WI 53202-3800
**Email:  mannen@AAEA.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National College Testing Association
Jody Atkins, Comptroller/Operations Manager
P.O. Box 866
Blairsville, GA  30514
**Email:  jrosen@associationresource.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National College Testing Association
Jody B. Rosen, Operations Manager NCTA
140 Island Way
Suite 316
Clearwater Beach, FL  33767
**Email:  jrosen@associationresource.com**

**ELECTRONIC AND FIRST CLASS MAIL**
International Society of Ultrasound in Obstetrics & Gynecology
Wendy Holloway, Director of Operations
122 Freston Road
London, UK  W10 6TR
**Email:  wholloway@isuog.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Human Factors and Ergonomics Society
Steve Marlin, President, Prestige Accommodations
1802 Cowan
Suite 235
Irvine, CA  92614
**Email:  steve@meetingplanners.com**

**ELECTRONIC AND FIRST CLASS MAIL**
American College of Veterinary Surgeons
Teresa Perrell, Conference Manager
19785 Crystal Rock Drive
Suite 305
Germantown, MD  20874
**Email:  tperrell@acvs.org**

**ELECTRONIC AND FIRST CLASS MAIL**
College Board
JR Treto, CMP, Director, Event Planning Membership
1101 Fifth Street
Suite 200
Coralville, IA  52241
**Email:  jtreto@collegeboard.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American College of Prosthodontists
Melissa Kabadian, Associate Executive Director, Education & Meetings
211 E Chicago Ave.
Suite 1000
Chicago, IL  60611-2688
**Email:  mkabadian@prosthodontics.org**

**ELECTRONIC AND FIRST CLASS MAIL**
US Chess Federation
Carol Meyer, Executive Director
137 O'Brien
Crossville, TN  38555
**Email:  cmeyer@uschess.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Counties
Marsha Saunders, Director of Conferences and Leadership Development
660 North Capitol Street NW
Suite 400
Washington, DC  20001-2028
**Email:  msaunders@naco.org**

**ELECTRONIC AND FIRST CLASS MAIL**
THS Company
Tom Berkman, General Manager
200 State Route 31
Suite 204
Flemington, NJ  08822
**Email:  tom@thsweb.com**

**ELECTRONIC AND FIRST CLASS MAIL**
International Union UAW
Brett Fox, Director UAW CTS
200 Walker Street
Detriot , MI  48207
**Email:  bfox@uaw.net**

**ELECTRONIC AND FIRST CLASS MAIL**
Society for American Archaeology
Tobi Brimsek, Executive Director
1111 14th Street NW
Suite 800
Washington, DC  20005-5622
**Email:  tobi_brimsek@saa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Society of Teachers of Family Medicine
Ray Rosetta, CMP, Director of Conferences
11400 Tomahawk Creek Parkway
Suite 540
Leawood, KS  66211
**Email:  rrosetta@stfm.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Organization of American Historians
Katherine M. Finley, PhD, CAE, Executive Director
112 North Bryan Street
Bloomington, IN  47408
**Email:  kmfinley@oah.org**

**ELECTRONIC AND FIRST CLASS MAIL**
League of Women Voters
Kelly McFarland Stratman, Chief of Staff
1730 M Street NW
Suite 1000
Washington, DC  20036
**Email:  kmcfarland@lwv.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Gerontological Advanced Practices Nurses Association
Michael Brennan, Director of Conventions & Meetings
200 E Holly Avenue 56
Pitman, NJ  08071
**Email:  brennanm@ajj.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Extracorporeal Life Support Organization (ELSO)
Peter Rycus, Executive Director
2800 Plymouth Road
Bldg 300 Rm 303
Ann Arbor, MI  48109
**Email:  prycus@elso.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Physician Assistant Education Association
Timi Agar Barwick, MPM, Chief Executive Officer
655 K Street NW
Washington, DC  20001
**Email:  tbarwick@paeaonline.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Journalism Education Association/National Scholastic Press Association
Kelly Furnas, Executive Director
Kansas State University
103 Kedzie Hall
Manhattan, KS  66506
**Email:  furnas@ksu.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
Enterprise Rent-A-Car
Deborah D'Attilio, 2373 Research Blvd.
Rockville, MD  20850-3264
**Email:  Deborah.detilio@erac.com**

**ELECTRONIC AND FIRST CLASS MAIL**
American Society for Surgery of the Hand, 822 W. Washington Blvd.
Chicago, IL  60607
**Email:  info@assh.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Population Association of America
Danielle Staudt, Executive Director
8630 Fenton St.
Suite 722
Silver Spring, MD  20910
**Email:  Danielle@popassoc.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Association of International Certified Professional Accountants
Kathleen Horton, 220 Leigh Farm Road
Durham, NC  27707-8110
**Email:  khorton@aicpa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Medical Informatics Association
Dasha Cohen, Director of Meetings & Expositions
4720 Montgomery Lane
Bethesda, MD  20814-5320
**Email:  dasha@amia.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Jazz Educational Network (JEN) Group
Dr. Lou Fischer, Co-Founder/Conference Coordinator
1440 W. Taylor Street
#1135
Chicago, IL  60607
**Email:  lou.fischer@jazzednet.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Black Journalists and National Association of Hispanic Journalists
Nathaniel Chambers, Finance Manager
1100 Knight Hall
College Park, MD  20742-0001
**Email:  nchambers@nabj.org**

**ELECTRONIC AND FIRST CLASS MAIL**
African Studies Association
Suzanne Moyer-Baazet, Executive Director
54 Joyce Kilmer Avenue
Piscataway, NJ  08854
**Email:  asaed@africanstudies.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Historical Association
Debbie Doyle, Meetings Manager
400 A Street SE
Washington, DC  20003
**Email:  ddoyle@historians.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Council on College and Military Educators
Louis Martini, Associate Vice President
101 W State Street
Trenton, NJ  08608-1101
**Email:  lmartini@tesu.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
Popular Culture Association
Lynn Bartholome, Executive Director
Browne Popular Culture Library
Bowling Green, OH  43403-0170
**Email:  exdir@pcaaca.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Organization of American Historians
Hajni Selby, Director of Meetings
112 North Bryan Street
Bloomington, IN  47408
**Email:  hselby@oah.org**

**ELECTRONIC AND FIRST CLASS MAIL**
African Studies Association
Lori Ann Chitty Ray, Program Manager
54 Joyce Kilmer Avenue
Piscataway, NJ  08854
**Email:  loriann@africanstudies.org**

**ELECTRONIC AND FIRST CLASS MAIL**
National Multiple Sclerosis Society
Chartese Berry, Presdent Chapter DC
1800 M Street NW
Suite B 50 North
Washington, DC  20036
**Email:  chartese.berry@nmss.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Belfast-Beltway Boxing Project
Emmanuel Quinn, President
700 7th Street SW
Washington, DC 20024
**Email: emmanuel.quinn@gmail.com**

**ELECTRONIC AND FIRST CLASS MAIL**
International Club of DC
Sanjaya Hettihewa, President
4969 Allan Road
Bethesda, MD 20816-2721
**Email: sanjaya@internationalclubdc.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Institute of Palestine Studies
Stephen Bennett, Marketing and
Development Manager
3501 M Street NW
Washington, DC 20007
**Email: stephenbennett@palestine-studies.org**

**ELECTRONIC AND FIRST CLASS MAIL**
The Institute for Educational Leadership, Inc.
Johan E. Uvin, President
4301 Connecticut Ave NW
Suite 100
Washington, DC 20008-2328
**Email: uvinj@iel.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Physical Society
Terri Olsen, CMP, Director, Meetings and Conventions
One Physics Ellipse
College Park, MD 20740
**Email: olsen@aps.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Society for Immunotherapy of Cancer (SITC)
Cari Grulke, CMP, Meetings Manager
555 East Wells St.
Suite 1100
Milwuakee, WI 53202
**Email: cgrulke@sitcancer.org**

**ELECTRONIC AND FIRST CLASS MAIL**
American Society of Acupuncturists
LiMing Tseng, Secretary
1878 Mountain Rd.
Stowe, VT 05672
**Email: secretary@asacu.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Bread for the City
Christina Puppi, 1525 7th Street NW
Washington, DC 20001
**Email: cpuppi@breadforthecity.org; etorruellas@breadforthecity.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Enterprise Rent-A-Car
Deborah H. D'Atillio, Human Resource Manager
2273 Research Blvd.
Suite 700
Rockville, MD 20850-7206
**Email: Deborah.H.D'Atillio@ehi.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Service Employees International Union
Jeanette Cole, Senior Program Manager
1800 Massachusetts Ave. NW
Washington, DC 20036
**Email: jeanette.cole@bcdme.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Military Order of the Carabao
David Grailing, 4550 Montgomery Ave.
Suite 650N
Bethesda, MD  20814
**Email:  dgrailing@grfcpa.com**

**ELECTRONIC AND FIRST CLASS MAIL**
National Association of Community Health Centers, Inc.
Tricia Fleisher Willhide, Assistant Director of Meetings and Exhibits
7501 Wisconsin Ave. NW
Suite 1100W
Bethesda, MD  20814
**Email:  twillhide@nachc.com**

**ELECTRONIC AND FIRST CLASS MAIL**
Association of Zoos and Aquariums
Cheryl Wallen, Director, Conferences
8403 Colesville Road
Suite 710
Silver Spring, MD  20910-3397
**Email:  cwallen@aza.org**

**ELECTRONIC AND FIRST CLASS MAIL**
Aero Club of Washington
Nancy Hackett, Event Planner
P.O. Box 17295
Washington, DC  20041-0295
**Email:  aeroclub1@verizon.net**

**ELECTRONIC AND FIRST CLASS MAIL**
Mathematical Association of America
Anne Agniel, Director of Meetings and Events
1529 18th Street NW
Washington, DC  22030
**Email:  aagniel@maa.org**

**ELECTRONIC AND FIRST CLASS MAIL**
KUMC Research Institute, Inc.
Janette Lyon, 3901 Rainbow Blvd.
Kansas City, KS  66160
**Email:  jlyon@kumc.edu**

**ELECTRONIC AND FIRST CLASS MAIL**
Stone Ridge School of the Sacred Heart
Michael Anne Cullen, Director of Alumnae Relations
9101 Rockville Pike
Bethesda, MD  20814
**Email:  macullen@stoneridgeschool.org**