**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WARDMAN HOTEL OWNER, L.L.C., [1] | ) | Case No. 21-10023 (JTD) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | **Re: Docket No. 226** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM
APPLICATION OF PRYOR CASHMAN LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT
TO SECTION 330 OF THE BANKRUPTCY CODE, AS SPECIAL
LITIGATION COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the relief requested in the *First Interim Application of Pryor Cashman LLP for Allowance of Compensation and Reimbursement of Expenses Pursuant to Section 330 of the Bankruptcy Code, as Special Litigation Counsel for the Debtor* (the "Application") [Docket No. 226] filed on May 14, 2021. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the relief requested in the Application appears thereon.

Pursuant to the *Notice of First Interim Application of Pryor Cashman LLP for Allowance of Compensation and Reimbursement of Expenses Pursuant to Section 330 of the Bankruptcy Code, as Special Litigation Counsel for the Debtor* (the "Notice"), responses to the Application were to be filed and served no later than June 4, 2021 at 4:00 p.m. prevailing Eastern Time.

---

[1]  The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 109] the Debtor is authorized to pay Pryor Cashman LLP $67,375.60, which represents 80% of the fees ($84,219.50) and $15,089.07, which represents 100% of the expenses requested in the Application for the period January 12, 2021 through March 31, 2021 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: June 7, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

Counsel to the Debtor and Debtor in Possession