| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Curtis | Miller | Marriott International | Morris, Nichols, Arsht & Tunnell LLP |
| Linda | Casey | United States Trustee | |
| Rick | Archer | Law360 | Law360 |
| Julie | Bowen | Marriott Hotel Services, Inc. | Marriott Hotel Services, Inc. |
| Joshua | Rosenthal | UNITE HERE LOCAL 25 AND LOCAL 99, INTERNATIONAL UNION OF OPERATING ENGINEERS | Bredhoff & Kaiser PLLC |
| Susan | Kaufman | UNITE HERE Local 25 and Local 99, International Union of Operating Engineers | Law Office of Susan E. Kaufman, LLC |
| Robert | Paul | IUOE Local 99 | Law Offices of Robert E. Paul, PLLC |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Lindsay | Harrison | Marriott International | Jenner & Block |
| Bryan | Mohler | Wardman Hotel Owner, L.L.C. | Pryor Cashman LLP |
| Ori | Katz | Marriott International | Sheppard Mullin |
| Karen | Dine | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Richard | Riley | Wardman Tower Residential Condominium Association | Whiteford, Taylor & Preston, LLC |
| Domenic | Pacitti | Pacific Life Insurance Company | Klehr Harrison |
| Timothy | Cairns | Debtors | Pachulski Stang Ziehl & Jones LLP |
| James | Decker | Debtors | |
| Grant | Stein | Pacific Life Insurance Company | Alston & Bird LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Court | |
| David | Wender | Pacific Life Insurance Company | Alston & Bird LLP |
| Alan | Davis | Debtors | |
| Larry | Halperin | Debtors | |
| David | Manderscheid | Marriott Hotel Services, Inc. | Marriott Hotel Services, Inc. |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| David | Bertenthal | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Becky | Yerak | Wall Street Journal | |
| David | Zubkis | Reorg Research | |
| Matthew | Catron | Marriott International | Morris, Nichols, Arsht & Tunnell LLP |
| Michael | Obuchi | Unite Here Local 25 & IUOE Local 99 | Bredhoff & Kaiser PLLC |