**Exhibit 2**

**Sale and Bid Procedures Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Deadline for Submitting Bids: July 8 2021 at 5:00 p.m. (prevailing Eastern time)**
**Auction Date: July 20, 2021 at 10:00 a.m. (prevailing Eastern time)**
**Deadline for Objections to Sale Motion: July 8, 2021 at 5:00 p.m. (prevailing Eastern time)**
**Hearing Date on Sale Motion: July 22, 2021 at 1:00 p.m. (prevailing Eastern time)**

## NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE HEARING FOR DEBTOR'S ASSETS

**PLEASE TAKE NOTICE** that on May __, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion for Entry of an Order (A) Approving Bid Procedures for Sale of the Assets of Debtor; (B) Scheduling An Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Breakup Fee; and (E) Granting Other Related Relief* (the "Bid Procedures Motion").[2] On June __, 2021, the Court entered an order (the "Bid Procedures Order") granting the Bid Procedures Motion and approving the bidding procedures annexed hereto (the "Bid Procedures") to be used in connection with the auction (the "Auction") of the Debtor's assets (the "Assets"). The Assets are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Bid Procedures Motion.

Bankruptcy Code has been satisfied.  The Debtor has not currently chosen a "stalking horse" bidder for the Assets.  The Bid Procedures contemplate that a buyer for the Assets will be identified at a later date, either at the auction contemplated by the Bid Procedures or, under appropriate circumstances, through the Debtor's identification of a stalking horse purchaser (the "Stalking Horse Purchaser").

**Bid Procedures and Auction**

The Bid Procedures approved by the Bid Procedures Order, a copy of which are attached hereto as **Exhibit 1,** describe, *inter alia*, the terms of the bidding process, the requirements and deadlines for participation therein, required terms of any bids, and the time, location and conduct of the Auction.  In the event of any inconsistency or conflict between this Notice, the Bid Procedures and the Bid Procedures Order, the Bid Procedures Order shall control.

**The Sale Hearing**

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for **July 22, 2021 at 1:00 p.m. (prevailing Eastern Time)** (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Assets, pursuant to a motion to be filed by the Debtor seeking approval thereof (the "Sale Motion").  The Sale Hearing may, however, be adjourned in open court from time to time, without further notice.  The Sale Hearing will be held before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures annexed hereto shall govern the bidding process and the Auction of the Assets. Any person that wishes to receive a copy of the Bid Procedures Order shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones, ljones@pszjlaw.com.

### Objections

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be served on: (i) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com)); (ii) counsel to the DIP Lender, (x) Alston & Bird LLP (Attn: David Wender, Esq. (david.wender@alston.com), Grant Stein, Esq. (grant.stein@alston.com)) and (y) Klehr Harrison Harvey Branzburg LLP (Attn: Dominic E. Pacitti, Esq. (dpacitti@klehr.com)); (iii) the Office of The United States Trustee (Attn: Linda J. Casey, Esq. (linda.casey@usdoj.gov)); and (iv) counsel to any Stalking Horse Purchaser, so as to be received by **July 8, 2021 at 5:00 p.m.(prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the Assets and all requests for information concerning the Bid Procedures, should be directed in writing to Pachulski Stang Ziehl & Jones LLP, 919 N. Market St., 17th Floor, Wilmington, Delaware  19801, Attn: Laura Davis Jones, ljones@pszjlaw.com.

Dated: June __, 2021                              **PACHULSKI STANG ZIEHL & JONES LLP**

  */s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*

**Exhibit 1**

**BID PROCEDURES
(AS ATTACHED TO ORDER)**