**Exhibit 4**

**Cure Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | Case No. 21-10023 (JTD) |
| Debtor. | |

**Deadline for Objections to Assumption: July 15, 2021 at 5:00 p.m. (prevailing Eastern time)**
**Sale Hearing: July 22, 2021 at 1:00 p.m. (prevailing Eastern time)**

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS
## THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that on January 11, 2021 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code"). On June __, 2021, the Bankruptcy Court entered its *Order (A) Approving Bid Procedures for the Sale of the Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amount; (D) Approving Breakup Fee; and (E) Granting Related Relief* (the "Bid Procedures Order"). The Debtor intends to file, and will serve you under separate notice, a motion to approve an asset purchase agreement authorizing the sale of assets (the "Sale Motion"), and pursuant to such Sale Motion, the Debtor will seek, *inter alia*, the Bankruptcy Court's approval of the sale of the Debtor's assets (the "Assets"), including the assumption and assignment of various executory contracts (the

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

"Assumed Contracts"), to the successful purchaser of the Assets at an auction (the "Auction"), free and clear of liens, claims, encumbrances and other interests.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sale Motion has been set for **July 22, 2021 at 1:00 p.m. (prevailing Eastern Time**) before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the amount shown on **Exhibit A** attached to this Notice as the "Cure Cost" for the Assumed Contract listed on **Exhibit A** to which you are a party is the amount, based upon the Debtor's books and records, which the Debtor asserts is owed to cure any defaults existing under the Assumed Contract as of the Petition Date.[2]

**PLEASE TAKE FURTHER NOTICE** that the buyer may exclude any agreement or agreements from the list of Assumed Contracts at any time prior to the closing.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Cost shown for the Assumed Contract on **Exhibit A**, you must file an objection in writing with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, and shall be served on: (i) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com)); (ii) counsel to the DIP

---

[2] Your receipt of this notice does not constitute an admission by the Debtor that your agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtor expressly reserves the right to challenge the status of any agreement.

Lender, (x) Alston & Bird LLP (Attn: David Wender, Esq. (david.wender@alston.com), Grant Stein, Esq. (grant.stein@alston.com)) and (y) Klehr Harrison Harvey Branzburg LLP (Attn: Dominic E. Pacitti, Esq. (dpacitti@klehr.com)); (iii) the Office of The United States Trustee (Attn:  Linda J. Casey, Esq. (linda.casey@usdoj.gov)); and (iv) counsel to any Stalking Horse Purchaser, so as to be received by **July 15, 2021 at 5:00 p.m.(prevailing Eastern Time)**.. In addition, any objection must set forth the specific default or defaults alleged, set forth any such other ground for objection, and set forth any Cure Cost as alleged by you.

**PLEASE TAKE FURTHER NOTICE** that you may request adequate assurance of future performance from any Qualified Bidder that seeks assignment of Assumed Contracts by sending a request to counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com).  The deadline for objecting to the assignment of the Assumed Contracts to the Successful Bidder based on a failure to provide adequate assurance of future performance shall be the commencement of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION OR OBJECTIONS AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE.  ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE COSTS FOR SUCH ASSUMED CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS, AND ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACT**

**WHO DOES NOT FILE A TIMELY OBJECTION ON OTHER GROUNDS IS DEEMED TO HAVE CONSENTED TO SUCH ASSIGNMENT AND ASSUMPTION.**

Dated: June __, 2021        **PACHULSKI STANG ZIEHL & JONES LLP**

　　　　　　　　　　　　　　　　　　  /s/ Laura Davis Jones
　　　　　　　　　　　　　　　　　Laura Davis Jones (DE Bar No. 2436)
　　　　　　　　　　　　　　　　　David M. Bertenthal (CA Bar No. 167624)
　　　　　　　　　　　　　　　　　Timothy P. Cairns (DE Bar No. 4228)
　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　Wilmington, Delaware  19899 (Courier 19801)
　　　　　　　　　　　　　　　　　Telephone:  (302) 652-4100
　　　　　　　　　　　　　　　　　Facsimile:   (302) 652-4400
　　　　　　　　　　　　　　　　　Email:  ljones@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　dbertenthal@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　tcairns@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*