**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **WARDMAN HOTEL OWNER, LLC** | ) Case No. 21-10023 (JTD) |
| Debtor. | ) Jointly Administered |
| | ) Docket Nos. 211 |

**ORACLE'S REQUEST FOR ALLOWANCE AND
PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

Oracle America, Inc., successor in interest to MICROS Systems, Inc. ("Oracle"), a creditor and contract counter-party in the above-captioned case, hereby requests allowance and payment of an administrative expense in the amount of $16,145.62, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for post-petition goods and products provided, and services rendered, by Oracle to Wardman Hotel Owner, L.L.C. ("Debtor").

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on January 11, 2021 (the "Petition Date").

2. Oracle is a licensor of computer software and provides software related products, technical support, maintenance, educational materials, and programs, as well as cloud-based and point of sale services, which Oracle often customizes to meet the customer's specific needs.

3. Oracle submits this Administrative Request pursuant to the *Notice of Deadlines for the Filing of (I) Proofs of Claim, Including Requests for Payment Pursuant to Section 503 (B)(9) of the Bankruptcy Code, (II) Administrative Claims, and (III) Rejection Damages Claims* [D.E. No. 220] ("Notice").

- 2 -

4.       Pursuant to the Notice, the last day to file an administrative expense claim is June 30, 2021. The time period for the administrative expense claim is from the Petition Date to May 31, 2021 ("Administrative Time Period").

5.       Debtor owes Oracle $16,145.62, for support services which Oracle provided to the Debtor after the Petition Date.

6.       These post-petition services are evidenced by the outstanding invoices ("Invoices"). Attached hereto as **Exhibit A** are true and correct copies of the Invoices[1].

7.       Oracle asserts that the Debtor has used and continues to use Oracle's services.

8.       Therefore, Oracle has provided ongoing tangible value to the Debtor's estate.

---

[1]       Oracle is aware that the service period for the attached Invoices exceed the Administrative Time Period. To avoid duplicate administrative claim filings, Oracle has included the entire amount owed for Invoice Nos. 8595942 and 45198106.

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $16,145.62, and reserves its rights to supplement this Administrative Request if additional unpaid administrative amounts accrue.

Dated: June 30, 2021
       Wilmington, Delaware

**MARGOLIS EDELSTEIN**

By:     /s/ James E. Huggett
    James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com

Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel: (516) 622-2335
E-Mail: amish@doshilegal.com

Shawn M. Christianson, Esq.
**BUCHALTER, A Professional Corporation**
55 Second Street, 17th Floor
San Francisco, CA 94105
Tel : (415) -227-0900

Peggy Bruggman, Esq.
Benjamin Wheeler, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood Shores, CA 94065

**Attorneys for Oracle**