IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) Case No. 21-10023 (JTD) |
| Debtor.[1] | ) |

**NOTICE BY UNITE HERE LOCAL 25 AND LOCAL 99, INTERNATIONAL UNION OF OPERATING ENGINEERS OF LODGING OF ARBITRATOR'S AWARDS RENDERED PURSUANT TO THE COURT'S ORDER OF MAY 18, 2021**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order of May 18, 2021 (D.I. 228) granting UNITE HERE Local 25 and Local 99, International Union of Operating Engineers (collectively, "the Unions") relief from the automatic stay and compelling arbitration to determine the Debtor's contractual obligations to the Unions, arbitration was held and, on July 5, 2021, the appointed arbitrator issued the awards attached hereto (Exhibit 1, IUOE Local 99 Award & Exhibit 2, UNITE HERE Local 25 Award), finding as to both Unions, "that under the provisions of the Owner's Letter and upon the January 11, 2021 termination of [the] Marriott as the Operator, the Debtor became bound to Marriott's Collective Bargaining Agreement (CBA)" with each Union.

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

Dated: July 6, 2021
Wilmington, Delaware

*/s/ Susan E. Kaufman*
Susan E. Kaufman (Bar No. 3381)
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. Market Street, Ste. 460
Wilmington, DE 19801
Tel. (302) 472-7420
Fax. (302) 792-7420
Email: skaufman@skaufmanlaw.com
*Counsel for UNITE HERE Local 25 and Local 99, International Union of Operating Engineers*


Devki K. Virk*
Joshua Rosenthal*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Ste. 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax. (202) 842-1888
Email: dvirk@bredhoff.com
           jrosenthal@bredhoff.com

*Counsel for UNITE HERE Local 25*

Robert E. Paul*
LAW OFFICES OF ROBERT E. PAUL, PLLC
1025 Connecticut Ave. NW, Ste. 1000
Washington, DC 20036-5420
Tel. (202) 857-5000
Fax. (202) 327-5499
Email: rpaul@robertpaul.com

*Counsel for Local 99, International Union of Operating Engineers*


*admitted pro hac vice*