# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) |  |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esq., certify that I that on July 6, 2021, I caused the attached

***NOTICE BY UNITE HERE LOCAL 25 AND LOCAL 99, INTERNATIONAL UNION OF OPERATING ENGINEERS OF LODGING OF ARBITRATOR'S AWARDS RENDERED PURSUANT TO THE COURT'S ORDER OF MAY 18, 2021*** to be served on the entities on the attached service list as indicated.

## VIA E-MAIL

Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl &Jones LLP
919 N. Market Street, 17t" Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com
mlitvak@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

Linda Casey, Trial Attorney
Office of United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
linda.casey@usdoj.gov

Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston &Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
david.wender@alston.com
grant.stein@alston.com
brian.frey@alston.com

Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
dpacitti@klehr.com

 

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel to UNITE HERE Local 25 And Local 99, International Union of Operating Engineers

Dated: July 6, 2021