### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) |
|  | ) **Docket Ref. No. 250** |

Sale Hearing: July 22, 2021 at 1:00 p.m. (prevailing Eastern time)

### NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on June 15, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving Bid Procedures for the Sale of the Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amount; (D) Approving Breakup Fee; and (E) Granting Related Relief* [Docket No. 250] (the "Bidding Procedures Order"),[2] authorizing the Debtor to conduct an auction (the "Auction") to select the party to purchase the Debtor's Assets.

**PLEASE TAKE FURTHER NOTICE** that, on July 20, 2021, the Debtor conducted an Auction of the Assets at 2660 Woodley Road NW, Washington, D.C. 20008, and by video conference to the live proceedings at this location.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtor declared Carmel Partners Realty VII, LLC the Successful Bidder for the Assets. The Debtor has also designated 2660 Woodley Road NW (DC) Owner, LLC as Back-Up Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will seek approval of the Sale at a hearing on the Sale Motion scheduled for **July 22, 2021 at 1:00 p.m. (prevailing Eastern Time**) before the Honorable John T. Dorsey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

Dated: July 21, 2021                            **PACHULSKI STANG ZIEHL & JONES LLP**

                                                   */s/ Laura Davis Jones*
                                                   Laura Davis Jones (DE Bar No. 2436)
                                                   David M. Bertenthal (CA Bar No. 167624)
                                                   Timothy P. Cairns (Bar No. 4228)
                                                   919 North Market Street, 17th Floor
                                                   P.O. Box 8705
                                                   Wilmington, Delaware  19899 (Courier 19801)
                                                   Telephone:  (302) 652-4100
                                                   Facsimile:   (302) 652-4400
                                                   Email: ljones@pszjlaw.com
                                                                  dbertenthal@pszjlaw.com
                                                                  tcairns@pszjlaw.com

                                                   Counsel to the Debtor and Debtor in Possession