# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) Case No. 21-10023 (JTD) |
| Debtor. | ) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 29

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Thurgood Marshall College Fund ("TMCF"), by its counsel, Sidley Austin LLP, hereby withdraws Proof of Clam Number 29, filed on June 28, 2021.

Dated: New York, New York
       August 2, 2021

SIDLEY AUSTIN LLP

By: /s/ Alex R. Rovira
    Alex R. Rovira
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300 (tel)
    (212) 839-5599 (fax)
    arovira@sidley.com

*Attorneys for Thurgood Marshall College Fund*

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.