| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Domenic | Pacitti | Pacific Life Insurance Company | Klehr Harrison Harvey Branzburg LLP |
| Curtis | Miller | Marriott International | Morris Nichols Arsht & Tunnell LLP |
| Linda | Casey | United States Trustee | |
| Michael | Spiegeland | Marriott International | Marriott |
| Timothy | Cairns | Debtpr | Pachulski Stang Ziehl & Jones LLP |
| James | Decker | Debtor | |
| Grant | Stein | Pacific Life Insurance Company | Alston & Bird LLP |
| David | Wender | Pacific Life Insurance Company | Alston & Bird LLP |
| Matthew | Harvey | Marriott International | Morris Nichols Arsht & Tunnell LLP |
| Larry | Halperin | Debtor | |
| David | Manderscheid | Marriott International | Marriott |
| Aaron | Stulman | Enseo, Inc. | Potter Anderson & Corrron LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Lindsay | Harrison | Marriott International | Jenner & Block |
| Itai | Raz | Debtor | Pryor Cashman LLP |
| David | Bertenthal | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Bryan | Mohler | Wardman Hotel Owner, L.L.C. | Pryor Cashman LLP |
| Ori | Katz | Marriott International | Sheppard Mullin |
| Alex | Wolf | Bloomberg | |
| Michael | Martinez | Marriott International | Marriott International |
| David | Zubkis | Reorg Research | Reorg Research |
| Matthew | Talmo | Marriott International | Morris Nichols Arsht & Tunnell LLP |
| Geoffrey | Williams | Pacific Life | Alston & Bird LLP |