# EXHIBIT B

# Declaration of James D. Decker

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No.: 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

# DECLARATION OF JAMES D. DECKER IN SUPPORT OF DEBTOR'S FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO DISALLOW CERTAIN CLAIMS

James D. Decker makes this Declaration pursuant to U.S.C. § 1746:

1. I am the sole and independent manager (the "Manager") of the above-captioned debtor and debtor in possession (the "Debtor" or the "Company"). I have served as the Debtor's Manager since October 1, 2020. I am generally familiar with the Debtor's business and financial affairs, and books and records. I am above 18 years of age and I am competent to testify.

2. I submit this declaration (the "Declaration") in support of the *Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims* (the "Objection").[2]

3. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtor in the ordinary course of business, (b) the relevant proofs of claim, (c) the Schedules, and/or (d) the official claims register filed in the Debtor's case.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

1

2

4.  The proofs of claim subject to the Objection were carefully reviewed and analyzed in good faith using due diligence by appropriate advisors to the Debtor. These efforts resulted in identifying the (a) Hotel Operations Claims identified in **Schedule 1** to **Exhibit A** attached to the Objection; and (b) Reservation Claims identified in **Schedule 2** to **Exhibit A** attached to the Objection.

5.  To the best of my knowledge and belief, each of the Hotel Operations Claims and Reservation Claims listed on **Schedules 1 and 2** to **Exhibit A** to the Objection improperly asserts a claim that is not a liability of the Debtor. After carefully reviewing the Hotel Operations Claims and Reservation Claims in good faith, utilizing due diligence by appropriate advisors, I believe that each of the Hotel Operations Claims and Reservation Claims fails to provide, and I am not otherwise aware of, any facts to support the claim as asserted. If the Hotel Operations Claims and Reservation Claims are not disallowed, the relevant claimants may be improperly paid on account of their claims.

6.  Specifically, to the best of my knowledge, Marriott's operation of the Hotel was conducted independently and for its own benefit, not as an agent for, or representative of, the Debtor. Among other things, Marriott recruited, employed, supervised, directed, and discharged its employees; booked group and transient business; arranged for and supervised the Hotel's public relations and advertising; prepared the Hotel's marketing plans; procured all inventory and replacement dining ware, uniforms, and other supplies used in the Hotel's public spaces and guest rooms; and planned, executed, and supervised Hotel repairs and management, and purchases of Hotel furniture, fixtures, appliances, computers, and other equipment.

3

7. To the best of my knowledge, the Debtor had no involvement in or knowledge of the transactions giving rise to the Hotel Operations Claims or Reservation Claims.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Objection and the exhibits and schedules attached thereto is true and accurate.

9. Accordingly, to ensure the accuracy of the claims register, I believe that it is appropriate for the Court disallow (a) the Hotel Operations Claims listed on **Schedule 1** to **Exhibit A** to the Objection; and (b) the Reservation Claims listed on **Schedule 2** to **Exhibit A** to the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 2, 2021

By: */s/ James D. Decker*
James D. Decker
Manager
Wardman Hotel Owner L.L.C.