IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No.: 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | Re: Docket Nos. 311, 312, and 324 |
| | ) | |

**NOTICE OF FILING OF PLAN SUPPLEMENT
WITH RESPECT TO THE DEBTOR'S PLAN OF LIQUIDATION
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE OF THE FOLLOWING**

1. On September 1, 2021, the Court entered the *Order (I) Granting Interim Approval the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing and Approving Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Form of Ballot; and (V) Granting Related Relief* [Docket No. 324] (the "Order").

2. On August 18, 2021, the Debtor filed its *Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 311] (the "Plan") and the *Disclosure Statement with Respect to Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 312] (the "Disclosure Statement").

3. In accordance with the Order and the terms of the Plan, this Plan Supplement contains Plan related documents to be filed with the Court, which may consist of one or multiple filings, including the Liquidating Trust Agreement, and the proposed compensation of the Liquidating Trustee. Attached hereto are the following:

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

| **Exhibit** | **Description** |
|---|---|
| A | **Form of Liquidating Trust Agreement** |
| B | **Identification of Compensation of Liquidating Trustee** |

4. The documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. However, these documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

5. The Debtor reserves the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan Supplement; *provided* that, if any document in the Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtor will file a blackline of such document with the Bankruptcy Court.

6. The Plan, the Disclosure Statement, the Plan Supplement, as well as further information regarding these chapter 11 cases are available for inspection on the Bankruptcy Court's website at www.deb.uscourts.gov, or free of charge on the Debtor's restructuring website at https://cases.stretto.com/wardmanhotel, or by telephone at 855-462-7622 or email to teamwardmanhotel@stretto.com.

[*Remainder of Page Intentionally Left Blank*]

Dated:  September 2, 2021　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Laura Davis Jones*
　　　　　　　　　　　　　　　　　　　　Laura Davis Jones (DE Bar No. 2436)
　　　　　　　　　　　　　　　　　　　　David M. Bertenthal (CA Bar No. 167624)
　　　　　　　　　　　　　　　　　　　　Timothy P. Cairns (DE Bar No. 4228)
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19899 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 652-4100
　　　　　　　　　　　　　　　　　　　　Facsimile:   (302) 652-4400
　　　　　　　　　　　　　　　　　　　　Email: ljones@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　dbertenthal@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　tcairns@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor and Debtor in Possession*