# Exhibit B

### Identification of Liquidating Trustee and Compensation

**The Liquidating Trustee will be James D. Decker.  Mr. Decker currently serves as the Debtor's sole and independent manager.**

**Mr. Decker will be compensated on a monthly basis as follows:  $30,000 per month commencing on October 1, 2021 through December 31, 2021 and $15,000 per month commencing on January 1, 2022 and for each month thereafter.**