# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 2nd day of September, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF FILING OF PLAN SUPPLEMENT WITH RESPECT TO THE DEBTOR'S PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

DOCS_DE:233600.7 92203/001

Wardman Hotel Owners 2002 SL EXPEDITED
Case No. 21-10023 (JTD)
Doc No. 232458v1
02 - Express Mail
07 - Overnight Delivery
40 - Electronic Mail

(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*EXPRESS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*EXPRESS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 72133
Great Falls, VA  22066

*OVERNIGHT DELIVERY*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*OVERNIGHT DELIVERY*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn:  Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4747 Bethesda Ave.
Suite 200
Bethesda, MD  20815

*OVERNIGHT DELIVERY*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*OVERNIGHT DELIVERY*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*OVERNIGHT DELIVERY*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*ELECTRONIC MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

*ELECTRONIC MAIL*
Delaware Secretary Of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903
**Email:  Dosdoc_Ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  Statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC  20549
**Email: secbankruptcy-ogc-ado@sec.gov;**
**secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Suite 400
New York, NY  10281-1022
**Email: Bankruptcynoticeschr@sec.gov;**
**Nyrobankruptcy@sec.gov**

*ELECTRONIC MAIL*
*(Counsel for Manager)*
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

*ELECTRONIC MAIL*
(Special Counsel for Debtor)
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
**Email:  tsoloway@pryorcashman.com;**
**bmohler@pryorcashman.com;**
**iraz@pryorcashman.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email: david.wender@alston.com;**
**grant.stein@alston.com;**
**brian.frey@alston.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
*(Counsel for Marriott)*
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email: lharrison@jenner.com;**
**kbracey@jenner.com;**
**jamunson@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY, BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com**
**Email: David.Wender@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
**Email:  sastringer@polsinelli.com**