## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket No. 325** |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of August, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN; (IV) DEADLINE FOR VOTING ON THE PLAN; AND (V) BAR DATE FOR FILING ADMINISTRATIVE CLAIMS ESTABLISHED BY THE PLAN [DOCKET NO. 325]**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

Wardman Hotel Owners 2002 SL EXPEDITED
Case No. 21-10023 (JTD)
Doc No. 232458v1
02 - Express Mail
07 - Overnight Delivery
40 - Electronic Mail

(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*EXPRESS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*EXPRESS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 72133
Great Falls, VA  22066

*OVERNIGHT DELIVERY*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*OVERNIGHT DELIVERY*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn:  Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4747 Bethesda Ave.
Suite 200
Bethesda, MD  20815

*OVERNIGHT DELIVERY*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*OVERNIGHT DELIVERY*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*OVERNIGHT DELIVERY*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*ELECTRONIC MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

*ELECTRONIC MAIL*
Delaware Secretary Of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903
**Email: Dosdoc_Ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: Statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC 20549
**Email: secbankruptcy-ogc-ado@sec.gov;
secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Suite 400
New York, NY 10281-1022
**Email: Bankruptcynoticeschr@sec.gov;
Nyrobankruptcy@sec.gov**

*ELECTRONIC MAIL*
*(Counsel for Manager)*
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

*ELECTRONIC MAIL*
*(Special Counsel for Debtor)*
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
**Email: tsoloway@pryorcashman.com;
bmohler@pryorcashman.com;
iraz@pryorcashman.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email: david.wender@alston.com;
grant.stein@alston.com;
brian.frey@alston.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
*(Counsel for Marriott)*
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email: lharrison@jenner.com;
kbracey@jenner.com;
jamunson@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY,
BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com**
**Email: David.Wender@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
**Email: sastringer@polsinelli.com**

Wardman Hotel Owners
CREDITOR MATRIX Service List
Case No. 21-10023
Document No. 232735
118 – First Class mail

**FIRST CLASS MAIL**
ADC
12280 Wilkins Avenue
Suite 101
Rockville, MD  20852

**FIRST CLASS MAIL**
Agoda International USA LLC
Empire State Bldg., 66th Floor
350 Fifth Avenue, Suite 6600
New York, NY  10118

**FIRST CLASS MAIL**
Aireco Supply, Inc.
PO Box 414
Savage, MD  20763

**FIRST CLASS MAIL**
Airgas USA, LLC
6055 Rockside Woods Blvd.
Independence, OH  44131

**FIRST CLASS MAIL**
Allana Buick Bers, Inc.
990 Commercial Street
Palo Alto, CA  94303

**FIRST CLASS MAIL**
American Hotel Register
100 S. Miluakee Avenue
Vernon Hills, IL  60061

**FIRST CLASS MAIL**
American University
Andrew Spath
4400 Massachusetts Avenue NW
Washington, DC  20016

**FIRST CLASS MAIL**
Apex Companies, LLC
PO Box 69142
Baltimore, MD  21264

**FIRST CLASS MAIL**
ASSA ABLOY Hospitality Inc.
PO Box 676947
Dallas, TX  75267

**FIRST CLASS MAIL**
AT&T Mobility
PO Box 6463
Carol Stream, IL  60197

**FIRST CLASS MAIL**
AWBC, LLC
11261 Somerset Avenue
Beltsville, MD  20705

**FIRST CLASS MAIL**
Bio-Kinetic
39 Bralan Court
Gaithersburg, MD  20877

**FIRST CLASS MAIL**
BluIP, Inc.
PO Box 508
Burbank, CA  91503

**FIRST CLASS MAIL**
Brink's Inc.
PO Box 101031
Atlanta, GA  30392

**FIRST CLASS MAIL**
Choice Plantings Inc.
180N Penrod Ct.
Glen Burnie, MD  21061

**FIRST CLASS MAIL**
Cintas Corporation
PO Box 630303
Cincinnati, OH  45263

**FIRST CLASS MAIL**
CN Robinson LTG. Supply Co.
4318 Washington Blvd.
Halethorpe, MD  21227

**FIRST CLASS MAIL**
Coastal Sunbelt Produce
9001 Whiskey Bottom Road
Laurel, MD  20723

**FIRST CLASS MAIL**
Complete Pest Elimination LLC
822 King Street
PMB 150
Alexandria, VA  22314

**FIRST CLASS MAIL**
Congressional Hotel Dry Cleaning LLC
P.O. Box 721
Great Falls, VA  22066

**FIRST CLASS MAIL**
Connect Computer
338 Commerce Drive
Fairfield, CT  06825

**FIRST CLASS MAIL**
Convention Handling Services, LLC
PO Box 200511
San Antonio, TX  78220

**FIRST CLASS MAIL**
Courtesy Products
PO Box 840020
Kansas City, MO  64184

**FIRST CLASS MAIL**
Cvent, Inc.
1765 Greensboro Station Place
7th Floor
Mc Lean, VA  22102

**FIRST CLASS MAIL**
DC Water
1385 Canal Street SE
Washington, DC  20003

**FIRST CLASS MAIL**
Destination DC
901 7th Street NW
Washington, DC  20001

**FIRST CLASS MAIL**
Direct Energy
1001 Liberty Avenue
Pittsburgh, PA  15222

**FIRST CLASS MAIL**
Direct TV
PO Box 105249
Atlanta, GA  30348

**FIRST CLASS MAIL**
Dominion Elevator Inspection Svcs.
7475 Carlisle Road
Wellsville, PA  17365

**FIRST CLASS MAIL**
Dow Jones & Company
PO Box 300
Princeton, NJ  08543

**FIRST CLASS MAIL**
Ecolab
26252 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
FedEx
7900 Legacy Drive
Plano, TX  75024

**FIRST CLASS MAIL**
Grainger
4748 Forbes Blvd.
Lanham, MD  20706

**FIRST CLASS MAIL**
Guest Supply
PO Box 6771
Somerset, NJ  08875

**FIRST CLASS MAIL**
Haislip Corp.
PO Box 222486
Chantilly, VA 20153

**FIRST CLASS MAIL**
Halperns' Steak & Seafood
PO Box 116421
Atlanta, GA 30368

**FIRST CLASS MAIL**
Heritage Food Service Group, Inc.
5130 Executive Blvd.
Fort Wayne, IN 46808

**FIRST CLASS MAIL**
Hubert Company
25401 Network Place
Chicago, IL 60673

**FIRST CLASS MAIL**
Hufcor, Inc.
10820 Guilford Road
Suite 210
Annapolis Junction, MD 20701

**FIRST CLASS MAIL**
Innovative Security Systems, Inc.
4815 Prince Georges Avenue
Suite 3
Beltsville, MD 20705

**FIRST CLASS MAIL**
Insight Direct USA, Inc.
PO Box 731069
Dallas, TX 75373

**FIRST CLASS MAIL**
International Display & Exhibit Corp.
4 Pequot Way
Canton, MA 02021

**FIRST CLASS MAIL**
International Gourmet Foods, Inc.
7520 Fullerton Road
Springfield, VA 22153

**FIRST CLASS MAIL**
Ize's Deli and Bagelry
11622 Rockville Pike
Rockville, MD 20852

**FIRST CLASS MAIL**
J. J. McDonnell & Co., Inc.
7010 Brookdale Drive
Elkridge, MD 21075

**FIRST CLASS MAIL**
Johnson Controls
3650 Concorde Parkway
Chantilly, VA 20151

**FIRST CLASS MAIL**
JPG Plumbing & Mechanical Svcs., Inc.
8260 Patuxent Range Road
Suite H
Jessup, MD 20794

**FIRST CLASS MAIL**
JR Resources, Inc.
1130 Camino Del Mar
Suite H
Del Mar, CA 92014

**FIRST CLASS MAIL**
Karcher North America
Dept. Ch. 19244
Palatine, IL 60055

**FIRST CLASS MAIL**
Keany Produce & Gourmet
3310 75th Avenue
Hyattsville, MD 20785

**FIRST CLASS MAIL**
KochFilter
PO Box 732692
Dallas, TX 75373

**FIRST CLASS MAIL**
Lasership, Inc.
Dept. 720037
PO Box 1335
Charlotte, NC  28201

**FIRST CLASS MAIL**
Lyon Bakery
PO Box 1360
Hyattsville, MD  20785

**FIRST CLASS MAIL**
Marriott Hotel Service, Inc.
10400 Fernwood Road
Bethesda, MD  20817

**FIRST CLASS MAIL**
Millenium Pools & Spas, LLC
8927 Lake Braddock Drive
Burke, VA  22015

**FIRST CLASS MAIL**
Mona
7915 Malcolm Road
Clinton, MD  20735

**FIRST CLASS MAIL**
MS Shift, Inc.
One World Trade Center
Suite 47M
New York, NY  10007

**FIRST CLASS MAIL**
MyDigitalOffice.com
Bethesda Towers
4350 East West Hwy.
Suite 401
Bethesda, MD  20814

**FIRST CLASS MAIL**
Nalco Water
PO Box 70716
Chicago, IL  60673

**FIRST CLASS MAIL**
Network Services Company
29060 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
New Life Solutions, LLC
10975D Richardson Road
Ashland, VA  23005

**FIRST CLASS MAIL**
NTL Technology Leasing
P. O. Box 1301
Ashburn, VA  20146

**FIRST CLASS MAIL**
Office Depot, Inc.
PO Box 630813
Cincinnati, OH  45263

**FIRST CLASS MAIL**
Office of Tax and Revenue
Customer Service Center
1101 4th Street, SW
Suite W270
Washington, DC  20004

**FIRST CLASS MAIL**
PEPCO
PO Box 97274
Washington, DC  20090

**FIRST CLASS MAIL**
Pepsi Beverages Co.
6751 Alexander Bell Drive
Columbia, MD  21046

**FIRST CLASS MAIL**
Plant Based Foods, Inc.
PO Box 1841
21011 Street Louis Road
Middleburg, VA  20118

**FIRST CLASS MAIL**
PM Hood & Duct, Inc.
3701 Solomons Island Road
Harwood, MD  20776

**FIRST CLASS MAIL**
Power Services Inc.
4370 Lottsford Vista Road
Lanham, MD  20706

**FIRST CLASS MAIL**
Professional Fitness Management, LLC
PO Box 370
Galena, MD  21635

**FIRST CLASS MAIL**
PSAV
23918 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
Quench USA, Inc.
630 Allendale Road
Suite 200
King of Prussia, PA  19406

**FIRST CLASS MAIL**
Ready Refresh
PO Box 856192
Louisville, KY  40285

**FIRST CLASS MAIL**
Regal Hospitality Group
13940 W. Hillsborough Avenue
Tampa, FL  33635

**FIRST CLASS MAIL**
Renue
1102 N. Main Street
Lombard, IL  60148

**FIRST CLASS MAIL**
Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL  60693

**FIRST CLASS MAIL**
Roberts Oxygen Co., Inc.
PO Box 5507
Derwood, MD  20855

**FIRST CLASS MAIL**
Rose Restoration International, Inc.
2711 Unit L Dorr Avenue
Fairfax, VA  22031

**FIRST CLASS MAIL**
RR Donnelley
4101 Winfield Road
Warrenville, IL  60555

**FIRST CLASS MAIL**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL  60673

**FIRST CLASS MAIL**
Sonifi Solutions, Inc.
3900 W. Innovation Street
Sioux Falls, SD  57107

**FIRST CLASS MAIL**
Speed Check Conveyor LLC
5345 Truman Drive
Decatur, GA  30035

**FIRST CLASS MAIL**
SPNA LLC
12216 Rohan Ct.
Owings Mills, MD  21117

**FIRST CLASS MAIL**
Supply Facilities Maintenance
PO Box 509058
San Diego, CA  92150

**FIRST CLASS MAIL**
Teddys Fresh Baked Pizza
1051 - D Cannons Ct.
Woodbridge, VA  22191

**FIRST CLASS MAIL**
The Badge Company Inc.
18261 Enterprise Lane
Suite D
Huntington Beach, CA  92648

**FIRST CLASS MAIL**
The Chefs Warehouse
7477 Candlewood Road
Hanover, MD  21076

**FIRST CLASS MAIL**
The Wasserstrom Company
PO Box 182056
Columbus, OH  43218

**FIRST CLASS MAIL**
Tingue
535 North Midland Avenue
Saddle Brook, NJ  07663-5521

**FIRST CLASS MAIL**
Titan Global Distribution, Inc.
11973 Westline Industrial Drive
Saint Louis, MO  63146

**FIRST CLASS MAIL**
Trans Time Express
11820 Parklawn Drive
Suite 205
Rockville, MD  20852

**FIRST CLASS MAIL**
Traveltraders Hotels Inc.
6205 Blue Lagoon Drive
Suite 550
Miami, FL  33126

**FIRST CLASS MAIL**
TriMark Adams-Burch
1901 Stanford Court
Hyattsville, MD  20785

**FIRST CLASS MAIL**
UNITE HERE INTERNATIONAL UNION
Local 25
901 K Street, N.W.
2nd Floor
Washington, DC  20001

**FIRST CLASS MAIL**
USA Today
PO Box 677446
Dallas, TX  75267

**FIRST CLASS MAIL**
Verizon
PO Box 16801
Newark, NJ  07101

**FIRST CLASS MAIL**
Verizon
PO Box 15124
Albany, NY  12212

**FIRST CLASS MAIL**
Veterans Storage Inc.
PO Box 436
Lothian, MD  20711

**FIRST CLASS MAIL**
Wardman Tower, L.L.C.
c/o JBG Companies
4445 Willard Avenue
Suite 400
Chevy Chase, MD  20815

**FIRST CLASS MAIL**
Washington Gas
6801 Industrial Road
Springfield, VA  22151

**FIRST CLASS MAIL**
Windstram Communications, LLC
PO Box 843006
Kansas City, MO  64184

**FIRST CLASS MAIL**
Windstream Communications
1814 West Tacoma Street
Broken Arrow, OK  74012

**FIRST CLASS MAIL**
Xerox Corporation
PO Box 299075
Lewisville, TX  75029

**FIRST CLASS MAIL**
XO Communications
PO Box 299075
Albany, NY  12217

**FIRST CLASS MAIL**
XO Communications
8851 Sandy Pkwy
Sandy, UT  84070

**FIRST CLASS MAIL**
Institute for Educational Leadership (IEL)
José Muñoz, Director
Dr. Helen Janc Malone
4301 Connecticut Ave. NW
Suite 100
Washington, DC  20008

**FIRST CLASS MAIL**
Enseo, Inc.
2201 10th Street
Plano, TX  75074

**FIRST CLASS MAIL**
Direct Energy Business, LLC
McDowell Hetherington LLP
c/o Nicole Su
1001 Fannin, Suite 2700
Houston, TX 77002

**FIRST CLASS MAIL**
American Roentgen Ray Society
44211 Statestone Court
Leesburg VA 20176

**FIRST CLASS MAIL**
DC Gov'T Office of Tax and Revenue
P.O. Box 37559
Washington, DE 20013

**FIRST CLASS MAIL**
Smallwood Lock Supply Inc.
120 Abbie Ave.
Kansas City, KS 66103

**FIRST CLASS MAIL**
American Physical Society
One Physics Ellipse
College Park, MD 20740

**FIRST CLASS MAIL**
Mathematical Association of Am
1529 18th Street NW
Mathematical Association of Am, 1529 18th
Street N
Washington, DC 20036

**FIRST CLASS MAIL**
Aero Club of Washington
P.O. Box 16295
Washington, DC 20041

**FIRST CLASS MAIL**
Baker & Hostetler LLP
Attention: Jay P. Krupin
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

**FIRST CLASS MAIL**
Boland Trane Services Inc.
34 Seymour Street
Tonawanda, NY 14150

**FIRST CLASS MAIL**
Teddy's Fresh Baked Pizza
1051-D Cannons Ct.
Woodbridge, NC 22191

**FIRST CLASS MAIL**
American Historical Association
400 A Street SE
Washington, DC 20003

Wardman Hotel Owner, L.L.C.
ClaimantsCase No. 21-10023-JTD
Document No. 235759v2
01 – Overnight Delivery
38 – Electronic Mail (Email)

**OVERNIGHT DELIVERY**
American Roentgen Ray Society 44211
Statestone Court
Leesburg VA 20176

**ELECTRONIC MAIL**
Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL 60693
Email: collections@rti-inc.com

**ELECTRONIC MAIL**
Titan Global Distribution, Inc.
11973 Westline Industrial Drive
Saint Louis, MO 63146
Email: micbeng@atlasworldgroup.com

**ELECTRONIC MAIL**
Airgas USA LLC
6055 Rockside Woods Blvd
Independence, OH 44131
Email: Amanda.dopieralski@airgas.com

**ELECTRONIC MAIL**
Ecolab
26252 Network Place
Chicago, IL 60673
Email: billy.mcgee@ecolab.com

**ELECTRONIC MAIL**
Veterans Storage Inc
PO Box 436
Lothian, MD 20711
Email: john@vetsstorage.com

**ELECTRONIC MAIL**
Direct Energy Business, LLC
McDowell Hetherington LLP
c/o Nicole Su
1001 Fannin, Suite 2700
Houston, TX 77002
Email: Nicole.su@mhllp.com

**ELECTRONIC MAIL**
Nalco Water
P.O. Box 70716
Chicago, IL 60673
Email: billy.mcgee@ecolab.com

**ELECTRONIC MAIL**
Haislip Corporation
P O Box 222486
Chantilly, VA 20153
email: tiffani@haislipcorp.com

**ELECTRONIC MAIL**
International Gourmet Foods, Inc.
7520 Fullerton Road
Springfield, VA 22153
Email: kcable@igf-inc.com

**ELECTRONIC MAIL**
Innovative Security Systems Inc.
4815 Prince George Ave Ste 3
Beltsville, MD 20705
Email: accounting@innovativesecurity.com

**ELECTRONIC MAIL**
Connect Computer
338 Commerce Drive
Fairfield, CT 6825
Email: ckarcher@connectcomputer.com

**ELECTRONIC MAIL**
Insight Direct USA, Inc.
P.O. Box 731069
Dallas, TX 75373
Email: barbara.ross@insight.com

**ELECTRONIC MAIL**
DC Gov'T Office of Tax and Revenue
P.O. Box 37559
Washington, DE 20013
Email: angela.coleman@dc.gov

**ELECTRONIC MAIL**
Smallwood Lock Supply Inc.
120 Abbie Ave.
Kansas City, KS 66103
Email: julia@smallwoodlock.com

**ELECTRONIC MAIL**
American Physical Society
One Physics Ellipse
College Park, MD 20740
Email: clemens@aps.org

**ELECTRONIC MAIL**
Mathematical Association of Am
1529 18th Street NW
Mathematical Association of Am, 1529 18th
Street N
Washington, DC 20036
Email: pearson@maa.org

**ELECTRONIC MAIL**
Aero Club of Washington
P.O. Box 16295
Washington, DC 20041
Email: aerodub1@verizon.net

**ELECTRONIC MAIL**
Baker & Hostetler LLP
Attention: Jay P. Krupin
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Email: jkrupin@bakerlaw.com

**ELECTRONIC MAIL**
Boland Trane Services Inc.
34 Seymour Street
Tonawanda, NY 14150
Email:
tylerhughes@commercialcollection.com

**ELECTRONIC MAIL**
Teddy's Fresh Baked Pizza
1051-D Cannons Ct.
Woodbridge, NC 22191
Email: teddyspizza@hotmail.com

**ELECTRONIC MAIL**
American Historical Association
400 A Street SE
Washington, DC 20003
Email: ddoyle@historians.org

**ELECTRONIC MAIL**
New Life Solutions, LLC
10975D Richardson Road
Ashland, VA 23005
Email: rita@nlshygiene.com

**ELECTRONIC MAIL**
Pryor Cashman LLP
Attn: Todd E. Soloway, Esq.
7 Times Square, Fl. 41
New York, NY 10036
Email: soloway@pryorcashman.com

**ELECTRONIC MAIL**
Destination DC
901 7th Street NW
Washington, DC 20001
Email: bruno@washington.org;
john@washington.org

**ELECTRONIC MAIL**
KUMC Research Institute, Inc.
3901 Rainbow Boulevard, MS 1039
Attn: Treasurer
Kansas City, KS 66160
Email: pgriffith@kumc.edu

**ELECTRONIC MAIL**
XEROX CORPORATION
POB 660506
DALLAS, TX 75266-9937
Email: vanessa.adams@xerox.com

***ELECTRONIC MAIL***
Cintas Corporation dba Cintas Location No. 41
c/o Jason V. Stitt
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202
Email: jstitt@kmklaw.com

***ELECTRONIC MAIL***
The Institute for Educational Leadership, Inc.
4301 Connecticut Ave NW, Ste 100
Washington, DC 20008
Email: munozj@iel.org

***ELECTRONIC MAIL***
Belfast-Beltway Boxing Project
The Belfast-Beltway Boxing Project
900 17th Street, NW Suite 420
Washington, DC 20006
Email: patti.bbbp@gmail.com

***ELECTRONIC MAIL***
Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
55 2nd St., 17th Fl.
San Francisco, CA 94105
Email: schristianson@buchalter.com

***ELECTRONIC MAIL***
Enseo, LLC (f/k/a Enseo, Inc.)
Enseo, LLC,
Attn: Helen Jenkins
2201 10th Street
Plano, TX 75074
Email: HJenkins@enseo.com

***ELECTRONIC MAIL***
Extracorporeal Life Support Organization
Bodman PLC,
Attn: Marc M. Bakst
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, MI 48226
Email: mbakst@bodmanlaw.com

***ELECTRONIC MAIL***
Schindler Elevator Corporation
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center - 100 Mulberry Street
15th Floor
Newark, NJ 07102
Email: sfalanga@walsh.law

***ELECTRONIC MAIL***
Congressional Hotel Dry Cleaning LLC
8421 Broad Street
Suite 2104
Mc Lean, VA 22102
Email: chrismakki@aol.com

***ELECTRONIC MAIL***
Marriott Hotel Service, Inc.
10400 Fernwood Road
Bethesda, MD 20817
Email: julie.bowen@marriott.com

***ELECTRONIC MAIL***
FedEx Corporate Services Inc. as Assignee of FedEx Express/Ground/Frieght/Office
3965 Airways Blvd.
Module G, 3rd Floor
Memphis, TN 38116-5017
Email: bankrutpcy@fedex.com

***ELECTRONIC MAIL***
Capitol Boiler Works, Inc.
7921 Woodruff Court
Springfield, VA 22151
Email: kquigley@capitolboilerworks.com

Wardman Customer Contract Notice Party
Service List
Case No. 21-10023 (JTD)
Document No. 234621v2
13 – Overnight Delivery
162 – Electronic Mail

**OVERNIGHT DELIVERY**
American Council of Engineering
Companies
Michael E. Pramstaller, CAE,
1015 15th Street NW
Floor 8
Washington, DC  20005-2605

**OVERNIGHT DELIVERY**
National Association of Realtors
Keti Loncar, Planning Manager
430 North Michigan Avenue
Chicago , IL  60611

**OVERNIGHT DELIVERY**
Cooperative Baptist Fellowship
Bo Prosser, Coodinator of Organizational
Relationships
160 Claremont Avenue
Suite 500
Decatur, GA  30030

**OVERNIGHT DELIVERY**
Cooperative Baptist Fellowship
Paul Baxley, Executive Coordinator
160 Claremont Avenue
Suite 500
Decatur, GA  30030

**OVERNIGHT DELIVERY**
IDS/UR Association
Marie Clayton-Cox, General Manager
5051 A B Backlick Road
Annandale, VA  22003

**OVERNIGHT DELIVERY**
Association of American Law Schools
Judith Areen, Executive Director
1614 20th St NW
Washington, DC 20009-1001

**OVERNIGHT DELIVERY**
Worldstrides
Director of Hotel Operations
218 W Water St,
Charlottesville, VA  22902

**OVERNIGHT DELIVERY**
International Union, UAW CAP Department
Kris Owen, Coordinated Services Travel
Director
200 Walker Street
Detroit, MI  48207

**OVERNIGHT DELIVERY**
Association for Clinical and Translational
Science
Cameron Curtis, Executive Director
2025 M Street NW
Suite 800
Washington, DC  20036

**OVERNIGHT DELIVERY**
National Association of Healthcare Access
Management
Kirsten Shaffer, Account Executive
2025 M Street NW
Suite 800
Washington, DC  20036

**OVERNIGHT DELIVERY**
Progressive National Baptist Convention
Dr. James C. Perkins,
601 50th Street NE
Washington, DC  20019

**OVERNIGHT DELIVERY**
Middle East Studies of North America
Dr. Amy W. Newhall, Executive Director
3542 N. Geronimo Ave.
Tuscon, AZ  85705

**OVERNIGHT DELIVERY**
Lions Club International
Gloria Geske, Division Manager,
Convention Division
300 West 22nd Street
Oak Brook, IL  60523-8842

**ELECTRONIC MAIL**
WC Research Inc.
Beth Gomes, VP Event Operations
500 W. Cummings Park
Woburn, MA  01801-6503
**Email:  beth.gomes@worldcongress.com**

**ELECTRONIC MAIL**
Internet2
Marie Modrell, Associate Director,
Community Events
100 Phoenix Drive
Suite 111
Ann Arbor, MI  48108
**Email:  mmodrell@internet2.edu**

**ELECTRONIC MAIL**
American Society of Acupuncturists
LiMing Tseng, Secretary
1978 Mountain Road
Stowe, VT  05672
**Email:  secretary@asacu.org**

**ELECTRONIC MAIL**
Internet2 (University Corporation for
Advance Internet Development DBS
Internet2)
Marie Modrell, Associate Director,
Community Events
100 Phoenix Drive
Suite 111
Ann Arbor, MI  48108
**Email:  mmodrell@internet2.edu**

**ELECTRONIC MAIL**
American Council of Engineering
Companies
Jessica Torrero, Director, Meeting & Events
1015 15th Street NW
Floor 8
Washington, DC  20005-2605
**Email:  jtorrerro@acec.org**

**ELECTRONIC MAIL**
American Association of Colleges of
Osteopathic Medicine (AACOM)
Beth Martino, Meetings and Events
Manager
7700 Old Georgetown Road
Suite 250
Bethesda, MD  20814
**Email:  bmartino@aacom.org**

**ELECTRONIC MAIL**
Futures Industry Association
Yvonne Butters, Director of Conferences
and Tradeshows
2001 Pennsylvania Ave. NW
Suite 600
Washington, DC  20006
**Email:  ybutters@fia.org**

**ELECTRONIC MAIL**
Dayton Development Coalition
Amber Begley, Manager, Special Events
1401 S. Main Street, Suite 200
Dayton, OH  45409
**Email:  abegley@daytonregion.com**

**ELECTRONIC MAIL**
WC Research Inc.
Beth Gomes, VP Event Operations
500 W. Cummings Park
Woburn, MA  01801-6503
**Email:  beth.gomes@worldcongress.com**

**ELECTRONIC MAIL**
African Literature Association
Adeleke Adeeko, President
300 Pulteney Street
Geneva, NY  14456
**Email: adeeko@osu.edu**

**ELECTRONIC MAIL**
Community Miracles Center
Rev. Tony Ponticello, 3006 Buchanan Street
#1
San Francisco, CA  94123-4202
**Email: miracles@earthlink.net**

**ELECTRONIC MAIL**
American College of Radiology
Pam Plater, Director, Meeting Services
1891 Preston White Drive
Reston, VA  20191-4326
**Email: pplater@acr.org**

**ELECTRONIC MAIL**
Investment Company Institute
Laurie Cipriano, Senior Director,
Conferences
1401 H Street NW
Washington, DC  20005-2110
**Email: laurie.cipriano@ici.org**

**ELECTRONIC MAIL**
Medical Library Association
Carla Funk, Executive Director
225 N. Michigan Avenue
Suite 1300
Chicago, IL  60601
**Email: funk@mlahq.org**

**ELECTRONIC MAIL**
National Academy of Sciences
Claudette Baylor-Fleming, 500 5th Street
NW
Washington, DC  20001-2736
**Email: cbaylor@nas.edu**

**ELECTRONIC MAIL**
National Alliance of Community Economic
Development Associations
Frank Woodruff, Executive Director
1660 L Street NW
Suite 306
Washington, DC  20036
**Email: fwoodruff@naceda.org**

**ELECTRONIC MAIL**
Belfast-Beltway Boxing Project
Emmanuel Quinn, President
P.O. Box 34695
Washington, DC  20003
**Email: emmanuel.quinn@gmail.com**

**ELECTRONIC MAIL**
American Institute of Aeronautics and
Astronautics
Alexi Thomas, Event Planner
12700 Sunrise Valley Drive
#200
Reston, VA  20191
**Email: alexit@aiaa.org**

**ELECTRONIC MAIL**
Sans Institute
Velda Lempka, Director of Conference
Management and Contacts
8120 Woodmont Avenue
Suite 310
Bethesda, MD  20814-2784
**Email: vlempka@sans.org**

**ELECTRONIC MAIL**
National Association of Black Accountants
Walter J. Smith, President & CEO
7474 Greenway Center Drive
Suite 1120
Greenbelt, MD  20770
**Email: wjsmith@nabainc.org**

**ELECTRONIC MAIL**
American Property Casualty Insurance
Association
Ashley Solovy, Director, Meetings
Management
8700 W. Bryn Mawr Ave.
Suite 1200S
Chicago, IL  60631
**Email:  ashley.solovy@apci.org**

**ELECTRONIC MAIL**
Sans Institute
Rachel Nedelman, CMP, Director, Event
Contracting
11200 Rockville Pike
Suite 200
North Bethesda, MD  20852
**Email:  rnedelman@sans.org**

**ELECTRONIC MAIL**
American Society of Health Economists
Leslie Ofori, Program and Conference
Coordinator
1100 Vermont Avenue NW
Washington, DC  20005-6327
**Email:  lofori@appam.org**

**ELECTRONIC MAIL**
340B Health
Mike Hess, Vice President, Operations
1101 15th Street NW
Suite 910
Washington, DC  20005
**Email:  mike.hess@340bhealth.org**

**ELECTRONIC MAIL**
National Alliance to End Homelessness
David Dirks, Director of Meetings and
Events
1518 K Street NW
2nd Floor
Washington, DC  20005
**Email:  ddirks@naeh.org**

**ELECTRONIC MAIL**
340B Health
Fred Moxley, Director, Meetings & Exhibits
1101 15th Street NW
Suite 910
Washington, DC  20005
**Email:  Fred.Moxley@340bhealth.org**

**ELECTRONIC MAIL**
An Event Apart
Marci Eversole, Operations Manager
4002 Aikins Avenue SW
Seattle, WA  98116
**Email:  marci@escapeproductions.com**

**ELECTRONIC MAIL**
National Alliance to End Homelessness
D'Arcy Klingle, 1518 K Street NW
2nd Floor
Washington, DC  20005
**Email:  dklingle@naeh.org**

**ELECTRONIC MAIL**
Law School Admission Counsel
Kelsey Schmidt, CMP, Manager Meetings
662 Penn Street
Newtown, PA  18940-2176
**Email:  kschmidt@lsac.org**

**ELECTRONIC MAIL**
Diane & Marty Malloy, Convention
Connections
12200 Valleybrook Drive
Richmond, VA  23233
**Email:  dmalloy@convention-connections.com**

**ELECTRONIC MAIL**
Institute of Electical and Electronic
Engineers
Michelle Measel, CMP, Event Program
Manager
445 Hoes Lane
Piscataway, NJ  08854
**Email:  m.measel@ieee.org**

**ELECTRONIC MAIL**
Institute of Noise Contol Engineers
Margaret Jamborsky, Director of Meetings
11130 Sunrise Valley Drive
Suite 350
Reston, VA  20191-5476
**Email: mjamborsky@drohanmgmt.com**

**ELECTRONIC MAIL**
Baltimore Washington Area Worldcon
Association
William Lawhorn, Chair of Bid Committee
P.O. Box 314
Annapolis Junction, MD  20701
**Email: wmslawhorn@gmail.com**

**ELECTRONIC MAIL**
US Hereditary Angioedema Association
Alicia Hanrahan, CMP, HMCC, Senior
Partner
909 Church Hill Road
Fairfield , CT  06825
**Email: ahanrahan@agcomm.com**

**ELECTRONIC MAIL**
National Association of States United for
Aging and Disabilities
Rachel Shiffrin Feldman, Senior Director of
Communications and Corporate Relations
1201 15th Street NW
Suite 350
Washington, DC  20005
**Email: rfeldman@nasuad.org**

**ELECTRONIC MAIL**
National Flute Association
Kris Mayo, 70 E Lake Street
Suite 200
Chicago, IL  60601-6682
**Email: kmayo@nfaonline.org**

**ELECTRONIC MAIL**
National Association of Specialty Pharmacy
Sheila Arquette, Executive Director
300 New Jersey Ave. NW
Suite 900
Washington, DC  20001
**Email: sarquette@NASPnet.org**

**ELECTRONIC MAIL**
National Association of Health Data
Organizations
Norman Thurston, Executive Director
965 E. Center St.,
Provo, UT  84606-3535
**Email: nthurston@nahdo.org**

**ELECTRONIC MAIL**
HNBA VIA Fund
Erika Lopeztello-Jones, Director of
Operations
1020 19th Street NW
Suite 505
Washington, DC  20036
**Email: elopeztello@hnba.com**

**ELECTRONIC MAIL**
Anime USA
Christian Brock, Treasurer/Board of
Directors
2009 Capstone Circle
Herndon, VA  20170-3331
**Email: christian.brock@animeusa.org**

**ELECTRONIC MAIL**
Center of Policy Development/National
Academy for State Health Policy
Ashlee Maxfield, Director of Conferences
and Partnership Development
10 Free Street
2nd Floor
Portland, ME  04101
**Email: amaxfield@nasph.org**

**ELECTRONIC MAIL**
Council on Licensure Enforcement &
Regulation
Glenn Blind, Meeting and Events Planner
108 Wind Haven Drive
Suite A
Nicholasville, KY  40356-8007
**Email: gblind@clearhq.org**

**ELECTRONIC MAIL**
NABA, Inc.
Rautz Marc, NABA Eastern Region
President
7474 Greenway Center Drive
Suite 1120
Greenbelt, MD  20770
**Email:  president@nabaer.org**

**ELECTRONIC MAIL**
Council for the Accreditation of Educator
Preparation
Keisha Walker, Manager of Finance and
Events
1140 19th Street NW
Suite 400
Washington, DC  20036-1648
**Email:  keisha.walker@caepnet.org**

**ELECTRONIC MAIL**
Oak Ridge Associated Universities
Kate Shattuck, CMP, Event Planner, Project
Manager
113 Badger Road
Suite 177
Oak Ridge, TN  10017
**Email:  kate.shattuck@orau.org**

**ELECTRONIC MAIL**
Alzheimer's Disease and Related Disorders
Association, Inc.
Darren Mendola, CMP, Vice President,
Global Conferences and Events
225 N. Michigan Ave.
Suite 1700
Chicago, IL  60601
**Email:  dmendola@alz.org**

**ELECTRONIC MAIL**
EL Education
Laura Maruca, National Events Manager
7 North Pleasant Street
Suite 3A
Amherst, MA  01002
**Email: lmaruca@eleducation.org**

**ELECTRONIC MAIL**
National Organization for Rare Disorders
Carrie Lucas, Meeting Planner
1779 Massachusetts Ave. NW
Suite 500
Washington, DC  20036
**Email: clucas@rarediseases.org**

**ELECTRONIC MAIL**
National Career Pathways Network
Sheila Wilson, Conference Manager
4901 Bosque Blvd.
Fl. 2
Waco, TX  76710
**Email: swilson@cord.org**

**ELECTRONIC MAIL**
Association for Presedrvation Technology
International
Venessa Olmo, Conference Manager
P.O. Box 7317
Springfield , IL  62791
**Email: vanessa@apti.org**

**ELECTRONIC MAIL**
American Nuclear Society
Paula Cappelletti, CMP, Director of
Meetings and Exhibits
555 N. Kensington Ave.
La Grange Park, IL  60526-5535
**Email: pcapelletti@ans.org**

**ELECTRONIC MAIL**
Accountable Care Organization
Jennifer Muldoon, Senior Vice President of
Operations
601 13th Street NW
Washington, DC  20005
**Email:  jennifer@naacos.com**

**ELECTRONIC MAIL**
National Association of Long-Term
Hospitals, Inc.
Joe Velazquez, Meeting Planner
15245 Shady Grove Road
Suite 365
Rockville, MD  20850
**Email:  jvelazquez@nalth.org**

**ELECTRONIC MAIL**
Spreedly, Inc.
Helen Kruskamp, 733 Foster Street
Durham, NC  27701
**Email:  helen@spreedly.com**

**ELECTRONIC MAIL**
Thurgood Marshall College Fund
Jamaal Bailey, Chief Marketing Officer
901 F Street NW
Suite 300
Washington, DC  20004-1481
**Email:  jamaal.bailey@tmcf.org**

**ELECTRONIC MAIL**
African Studies Association
Aili Mari Tripp, President
54 Joyce Kilmer Avenue
Lucy Stone Hall
Piscataway, NJ  08854-8054
**Email:  aili.tripp@gmail.com**

**ELECTRONIC MAIL**
American Evaluation Association
B. Denise Roosevelt, Executive Director
2025 M Street NW
Suite 800
Washington, DC  20036
**Email:  droosevelt@eval.org**

**ELECTRONIC MAIL**
Character Org
Heather Cazad, Director of Communications
and Community
1634 I Street NW
Suite 550
Washington, DC  20006-4069
**Email:  hcazad@character.org**

**ELECTRONIC MAIL**
National Association of Medicaid Directors
Matt Salo, Executive Director
601 New Jersey Avenue, NW
Suite 740
Washington, DC  20001
**Email:
tess.moore@medicaiddirectors.org**

**ELECTRONIC MAIL**
Institute of Electical and Electronic
Engineers
Melynda Johnson, Event Planner
445 Hoes Lane
Piscataway, NJ  08854
**Email:  m.c.johnson@ieee.org**

**ELECTRONIC MAIL**
Society of Urological Oncology
Catherine Smith, 1100 E. Woodfield Road
Suite 350
Schaumberg, IL  60173
**Email:  catherine@wjweiser.com**

**ELECTRONIC MAIL**
Academy Health
Tracie Howard, Senior Meetings Manager
1666 K Street NW
Washington, DC  20006-1278
**Email:
tracie.howard@academyhealth.org**

**ELECTRONIC MAIL**
Middle States Commission on Higher
Education
KJ Fitzpatrick, Senior Director for
Conferences and Educational Programs
3624 Market Street
Philadelphia, PA  19104-2614
**Email: kjfitzpatrick@msche.org**

**ELECTRONIC MAIL**
Noblis
Kathy Blackwell, Senior Buyer
2002 Edmund Halley Drive
Reston, VA  20191
**Email: kathy.blackwell@noblis.org**

**ELECTRONIC MAIL**
Society for Risk Analysis
Jennifer Rosenberg, Meetings Manager
1313 Dolley Madison Blvd.
Suite 402
McLean, VA  22101-3926
**Email: jrosenberg@burkinc.com**

**ELECTRONIC MAIL**
Aero Club of Washington
Nancy Hackett, Event Planner
P.O. Box 17295
Washington, DC  20041-0295
**Email: aeroclub1@verizon.net**

**ELECTRONIC MAIL**
Globus Family of Brands
Shannon Connolly, 5301 S Federal Circle
Littleton, CO  80123-2980
**Email: sconnolly@globusfamily.com**

**ELECTRONIC MAIL**
City Tours USA, Inc.
Julia DeBary, Groups & Escorted Tours
15440 Cambria Drive
Brooksville, FL  34604-0724
**Email: jdebary@citytours.com**

**ELECTRONIC MAIL**
Modern Language Association of America
Karin Bagnall, Head of Convention
Programs
85 Broad Street
New York, NY  10004
**Email: kbagnall@mla.org**

**ELECTRONIC MAIL**
The American Professional Society of
ADHD and Related Disorders
Jessica Mathews, Meetings Manager
5034 Thoroughbred Lane
Suite A
Brentwood, TN  37027-4231
**Email: jmathews@parthenonmgmt.com**

**ELECTRONIC MAIL**
Association of Catholic Publishers
Therese Brown, Executive Director
4725 Dorsey Hall Drive
Suite A
Ellicott City, MD  21042
**Email: tbrown@cbpa.org**

**ELECTRONIC MAIL**
Career Communication Group, Inc.
Leslie Mitchell, CMP, Director of Client
Services
11300 North Central Expressway
Suite 530
Dallas, TX  75243
**Email: lmitchell@teamrutherford.net**

**ELECTRONIC MAIL**
Prizmah Center for Jewish Day Schools
Daniel Infield, Director, Conferences and
Convenings
254 W 54th Street
Floor 11
New York, NY  10019-5516
**Email: danieli@prizmah.org**

**ELECTRONIC MAIL**
Eastern Economic Association
Alex Olbrecht, Conference Manager
505 Ramanjo Valley Road
Mahwah, NJ  07430-1623
**Email:  aolbrecht@gmail.com**

**ELECTRONIC MAIL**
National Association of Counties
Germaine Schaefer, 660 N. Capitol Street
Suite 400
Washington, DC  20001
**Email:  gschaefer@naco.org**

**ELECTRONIC MAIL**
New Jersey Chamber of Commerce
Ray Zardetto, Director of Communications
216 W State Street
Trenton, NJ  08608-1002
**Email:  ray.zardetto@njchamber.com**

**ELECTRONIC MAIL**
National Association of Community Health
Centers, Inc.
Cindy Gady, Associate Vice President
7501 Wisconsin Ave.
Suite 1100W
Bethesda, MD  20814-4811
**Email:  cgady@nachc.org**

**ELECTRONIC MAIL**
Congressional Cities Conference
Janice Pauline, Director, Conferences and
Meetings
660 North Capitol Street NW
Suite 450
Washington, DC  20001
**Email:  Pauline@nlc.org**

**ELECTRONIC MAIL**
PESI Inc. DBA Psychotherapy Networker
Richard Simon, President
5135 MacArthur Blvd. NW
Washington, DC  20016-3315
**Email:  rsimon@psychnetworker.org**

**ELECTRONIC MAIL**
Society of Behavioral Medicine ("SBM")
Lindsay Bullock, 555 East Wells Street
Suite 1100
Milwaukee, WI  53202
**Email:  lbullock@SBM.org**

**ELECTRONIC MAIL**
American Bar Association, Section of
Intellectual Property Law
Meaghan Stallkamp, Sourcing Manager
321 North Clark Street
Chicago, IL  60654
**Email:**
**meaghan.stallkamp@americanbar.org**

**ELECTRONIC MAIL**
Association of Governing Boards of
Universities and Colleges
Audrey R. Young, Director of Conferences
1133 20th Street NW
Washington, DC  20036
**Email:  ayoung@agb.org**

**ELECTRONIC MAIL**
American Physical Society
Terri Olsen, CMP, Director, Meetings and
Conventions
One Physics Ellipse
College Park, MD  20740
**Email:  olsen@aps.org**

**ELECTRONIC MAIL**
Conference of Consulting Actuaries
Rita DeGraef, Executive Director
3880 Salem Lake Drive
Suite H
Long Grove, IL  60047
**Email:  rdegraef@ccactuaries.org**

**ELECTRONIC MAIL**
Louisiana Biomedical Research Network
K. Gus Kousoulas, PhD, Associate VP for
Research and Economic Development
(STEM)
139 David Boyd Hall
Louisiana State University
Baton Rouge, LA 70803
**Email: vtgusk@lsu.edu**

**ELECTRONIC MAIL**
Sans Institute
Lana Emery, Director of Conference
Management and Contracts
11200 Rockeville Pike
Suite 200
North Bethesda, MD 20852

**ELECTRONIC MAIL**
American Contract Bridge League
Wendy Sullivan, NABC Meeting Planner
6575 Windchase Drive
Horn Lake, MS 38637-3116
**Email: wendy.sullivan@acbl.org**

**ELECTRONIC MAIL**
Pennsylvania Coalition Against Rape
Clay Ellis, Senior National Account
Manager
112A Hickman Street
Rehoboth Beach, DE 19971
**Email: clay.ellis@experientselect.com**

**ELECTRONIC MAIL**
National Rural Letter Carriers Association
Ronnie Stutts, Vice President
1630 Duke St.
Alexandria, VA 23314
**Email: kneary@nrlca.org**

**ELECTRONIC MAIL**
Mathematical Association of America
Anne Agniel, Director of Meetings and
Events
1529 18th Street NW
Washington, DC 22030
**Email: aagniel@maa.org**

**ELECTRONIC MAIL**
Academy of Neonatal Nursing
Michael Brennan, Director, Conventions and
Meetings
E Holly Avenue
Pitman, NJ 08071
**Email: michael.brennan@ajj.com**

**ELECTRONIC MAIL**
American Society of Hand Therapists
Marci Knapp, Meeting Manager
1120 Route 73
Suite 200
Mount Laurel, NJ 08054
**Email: mknapp@asht.org**

**ELECTRONIC MAIL**
Diocesan Fiscal Management Conference
Partrick Markey, Executive Director
c/o Plaza Meetings
P.O. Box 43
Burlington, MA 01803
**Email: debbie@plazameetings.com**

**ELECTRONIC MAIL**
International Leadership Association
Bridget Chisholm, Director of Conferences
8601 Georgia Ave.
Suite 1010
Silver Spring, MD 20910-3440
**Email: bchisholm@ila-net.org**

**ELECTRONIC MAIL**
Association for Public Policy Analysis and
Management
Tara Sheehan, 1029 Vermont Ave. NW
Suite 1150
Washington, DC  20005-3562
**Email:  tsheehan@appam.org**

**ELECTRONIC MAIL**
Foundation for Excellence in Education, Inc.
P. Christine Poole, CMP, Director of Events
215 South Monroe Street
Suite 420
Tallahassee, FL  32301
**Email:  Christine@excelined.org**

**ELECTRONIC MAIL**
Association for Behavioral and Cognitive
Therapies
Mary Jane Eimer, CMP, Executive Director
305 7th Avenue
Floor 16
New York, NY  10001-6008
**Email:  mjeimer@abct.org**

**ELECTRONIC MAIL**
Psychonomic Society
Louis Shomette, Executive Director
2424 American Lane
Madison, WI  53704-3102
**Email:  lshomette@psychonomic.org**

**ELECTRONIC MAIL**
Council of Graduate Schools
Heidi Shank, CMP, Director, Meetings
One Dupont Circle NW
Suite 230
Washington, DC  20036
**Email:  hshank@cgs.nche.edu**

**ELECTRONIC MAIL**
National Academy of Sciences
David Wright, 500 5th Street NW
Washington, DC  20001-2736
**Email:  dwright@nas.edu**

**ELECTRONIC MAIL**
American Philosophical Association
Amy Ferrer, Executive Director
31 Amstel Ave.
Newark, DE  19716
**Email:  amyferrer@apaonline.org**

**ELECTRONIC MAIL**
Association of International Education
Administrators
Darla Deardorff, Executive Director
Duke University #90404
Durham, NC  27708-9900
**Email:  d.deaardorff@duke.edu;
aiea@duke.edu**

**ELECTRONIC MAIL**
International Neuropsychological
Association
Gordon Chelune, Professor, Department of
Neurology
650 Komas Dr.
Suite 106A
Salt Lake City, UT  84108
**Email:  Gordon.Chelune@hsc.utah.edu**

**ELECTRONIC MAIL**
American Council on Education
Tristan Hicks, Director of Meeting Logistics
One Dupont Circle NW
Washington, DC  20036
**Email:  thicks@acenet.edu**

**ELECTRONIC MAIL**
Community Actions Institute
Holly Carson, Meetings Director
6402 Arlington Blvd.
Suite 500
Falls Church, VA  22042-2343
**Email:  hcarson@caionline.org**

**ELECTRONIC MAIL**
American Roetgen Ray Society
Katy Scheuerman, Director of Meetings
44211 Slatestone Court
Leesburg, VA 20176
**Email: kscheuerman@arrs.org**

**ELECTRONIC MAIL**
Classical Singer Corporation
Jo Isom, Convention Director
P.O. Box 868
American Fork, UT 84003
**Email: jo@csmusic.net**

**ELECTRONIC MAIL**
WFC Limited Partnership
Summer Arledge, Operations Assistant and
Event Specialist
104 South Main Street
Suite 400
Greenville, SC 29601
**Email:**
**summer.arledge@worldacceptance.com**

**ELECTRONIC MAIL**
Direct Selling Association
Melissa Brunton, Senior Vice President,
Education and Meeting Services
1667 K Street NW
Suite 1100
Washington, DC 20006-1660
**Email: mburnton@dsa.com**

**ELECTRONIC MAIL**
American College of Nurse-Midwives
Tana Stellato, ACNM Contract Specialist
16605 Norbeck Farm Drive
Olney, MD 20832
**Email: tana@stellatosolutions.com**

**ELECTRONIC MAIL**
United National Indian Tribal Youth
Mary Kim Titla, Executive Director
953 E. Juanita Ave.
Suite C
Mesa, AZ 85204
**Email: mk.titla@unityinc.org**

**ELECTRONIC MAIL**
Agricultural & Applied Economics
Association
Mary Annen, 555 E Wells Street
Suite 1100
Milwaukee, WI 53202-3800
**Email: mannen@AAEA.org**

**ELECTRONIC MAIL**
National College Testing Association
Jody Atkins, Comptroller/Operations
Manager
P.O. Box 866
Blairsville, GA 30514
**Email: jrosen@associationresource.com**

**ELECTRONIC MAIL**
National College Testing Association
Jody B. Rosen, Operations Manager NCTA
140 Island Way
Suite 316
Clearwater Beach, FL 33767
**Email: jrosen@associationresource.com**

**ELECTRONIC MAIL**
International Society of Ultrasound in
Obstretics & Gynecology
Wendy Holloway, Director of Operations
122 Freston Road
London, UK W10 6TR
**Email: wholloway@isuog.org**

**ELECTRONIC MAIL**
Human Factors and Ergonomics Society
Steve Marlin, President, Prestige
Accommodations
1802 Cowan
Suite 235
Irvine, CA  92614
**Email:  steve@meetingplanners.com**

**ELECTRONIC MAIL**
American College of Veterinary Surgeons
Teresa Perrell, Conference Manager
19785 Crystal Rock Drive
Suite 305
Germantown, MD  20874
**Email:  tperrell@acvs.org**

**ELECTRONIC MAIL**
College Board
JR Treto, CMP, Director, Event Planning
Membership
1101 Fifth Street
Suite 200
Coralville, IA  52241
**Email:  jtreto@collegeboard.org**

**ELECTRONIC MAIL**
American College of Prosthodontists
Melissa Kabadian, Associate Executive
Director, Education & Meetings
211 E Chicago Ave.
Suite 1000
Chicago, IL  60611-2688
**Email:  mkabadian@prosthodontics.org**

**ELECTRONIC MAIL**
US Chess Federation
Carol Meyer, Executive Director
137 O'Brien
Crossville, TN  38555
**Email:  cmeyer@uschess.org**

**ELECTRONIC MAIL**
National Association of Counties
Marsha Saunders, Director of Conferences
and Leadership Development
660 North Capitol Street NW
Suite 400
Washington, DC  20001-2028
**Email:  msaunders@naco.org**

**ELECTRONIC MAIL**
THS Company
Tom Berkman, General Manager
200 State Route 31
Suite 204
Flemington, NJ  08822
**Email:  tom@thsweb.com**

**ELECTRONIC MAIL**
International Union UAW
Brett Fox, Director UAW CTS
200 Walker Street
Detriot , MI  48207
**Email:  bfox@uaw.net**

**ELECTRONIC MAIL**
Society for American Archaeology
Tobi Brimsek, Executive Director
1111 14th Street NW
Suite 800
Washington, DC  20005-5622
**Email:  tobi_brimsek@saa.org**

**ELECTRONIC MAIL**
Society of Teachers of Family Medicine
Ray Rosetta, CMP, Director of Conferences
11400 Tomahawk Creek Parkway
Suite 540
Leawood, KS  66211
**Email:  rrosetta@stfm.org**

**ELECTRONIC MAIL**
Organization of American Historians
Katherine M. Finley, PhD, CAE, Executive
Director
112 North Bryan Street
Bloomington, IN  47408
**Email:  kmfinley@oah.org**

**ELECTRONIC MAIL**
League of Women Voters
Kelly McFarland Stratman, Chief of Staff
1730 M Street NW
Suite 1000
Washington, DC  20036
**Email:  kmcfarland@lwv.org**

**ELECTRONIC MAIL**
Gerontological Advanced Practices Nurses
Association
Michael Brennan, Director of Conventions
& Meetings
200 E Holly Avenue 56
Pitman, NJ  08071
**Email:  brennanm@ajj.com**

**ELECTRONIC MAIL**
Extracorporeal Life Support Organization
(ELSO)
Peter Rycus, Executive Director
2800 Plymouth Road
Bldg 300 Rm 303
Ann Arbor, MI  48109
**Email:  prycus@elso.org**

**ELECTRONIC MAIL**
Physician Assistant Education Association
Timi Agar Barwick, MPM, Chief Executive
Officer
655 K Street NW
Washington, DC  20001
**Email:  tbarwick@paeaonline.org**

**ELECTRONIC MAIL**
Journalism Education Association/National
Scholastic Press Association
Kelly Furnas, Executive Director
Kansas State University
103 Kedzie Hall
Manhattan, KS  66506
**Email:  furnas@ksu.edu**

**ELECTRONIC MAIL**
Enterprise Rent-A-Car
Deborah D'Attilio, 2373 Research Blvd.
Rockville, MD  20850-3264
**Email:  Deborah.detilio@erac.com**

**ELECTRONIC MAIL**
American Society for Surgery of the Hand,
822 W. Washington Blvd.
Chicago, IL  60607
**Email:  info@assh.org**

**ELECTRONIC MAIL**
Population Association of America
Danielle Staudt, Executive Director
8630 Fenton St.
Suite 722
Silver Spring, MD  20910
**Email:  Danielle@popassoc.org**

**ELECTRONIC MAIL**
Association of International Certified
Professional Accountants
Kathleen Horton, 220 Leigh Farm Road
Durham, NC  27707-8110
**Email:  khorton@aicpa.org**

**ELECTRONIC MAIL**
American Medical Informatics Association
Dasha Cohen, Director of Meetings &
Expositions
4720 Montgomery Lane
Bethesda, MD  20814-5320
**Email:  dasha@amia.org**

**ELECTRONIC MAIL**
Jazz Educational Network (JEN) Group
Dr. Lou Fischer, Co-Founder/Conference
Coordinator
1440 W. Taylor Street
#1135
Chicago, IL  60607
**Email:  lou.fischer@jazzednet.org**

**ELECTRONIC MAIL**
National Association of Black Journalists
and National Association of Hispanic
Journalists
Nathaniel Chambers, Finance Manager
1100 Knight Hall
College Park, MD  20742-0001
**Email:  nchambers@nabj.org**

**ELECTRONIC MAIL**
African Studies Association
Suzanne Moyer-Baazet, Executive Director
54 Joyce Kilmer Avenue
Piscataway, NJ  08854
**Email:  asaed@africanstudies.org**

**ELECTRONIC MAIL**
American Historical Association
Debbie Doyle, Meetings Manager
400 A Street SE
Washington, DC  20003
**Email:  ddoyle@historians.org**

**ELECTRONIC MAIL**
Council on College and Military Educators
Louis Martini, Associate Vice President
101 W State Street
Trenton, NJ  08608-1101
**Email:  lmartini@tesu.edu**

**ELECTRONIC MAIL**
Popular Culture Association
Lynn Bartholome, Executive Director
Browne Popular Culture Library
Bowling Green, OH  43403-0170
**Email:  exdir@pcaaca.org**

**ELECTRONIC MAIL**
Organization of American Historians
Hajni Selby, Director of Meetings
112 North Bryan Street
Bloomington, IN  47408
**Email:  hselby@oah.org**

**ELECTRONIC MAIL**
African Studies Association
Lori Ann Chitty Ray, Program Manager
54 Joyce Kilmer Avenue
Piscataway, NJ  08854
**Email:  loriann@africanstudies.org**

**ELECTRONIC MAIL**
National Multiple Sclerosis Society
Chartese Berry, Presdent Chapter DC
1800 M Street NW
Suite B 50 North
Washington, DC  20036
**Email:  chartese.berry@nmss.org**

**ELECTRONIC MAIL**
International Club of DC
Sanjaya Hettihewa, President
4969 Allan Road
Bethesda, MD  20816-2721
**Email:
sanjaya@internationalclubdc.com**

**ELECTRONIC MAIL**
Institute of Palestine Studies
Stephen Bennett, Marketing and
Development Manager
3501 M Street NW
Washington, DC  20007
**Email:  stephenbennett@palestine-
studies.org**

**ELECTRONIC MAIL**
The Institute for Educational Leadership, Inc.
Johan E. Uvin, President
4301 Connecticut Ave NW
Suite 100
Washington, DC  20008-2328
**Email:  uvinj@iel.org**

**ELECTRONIC MAIL**
American Physical Society
Terri Olsen, CMP, Director, Meetings and Conventions
One Physics Ellipse
College Park, MD  20740
**Email:  olsen@aps.org**

**ELECTRONIC MAIL**
Society for Immunotherapy of Cancer (SITC)
Cari Grulke, CMP, Meetings Manager
555 East Wells St.
Suite 1100
Milwuakee, WI  53202
**Email:  cgrulke@sitcancer.org**

**ELECTRONIC MAIL**
American Society of Acupuncturists
LiMing Tseng, Secretary
1878 Mountain Rd.
Stowe, VT  05672
**Email:  secretary@asacu.org**

**ELECTRONIC MAIL**
Bread for the City
Christina Puppi, 1525 7th Street NW
Washington, DC  20001
**Email:  cpuppi@breadforthecity.org; etorruellas@breadforthecity.org**

**ELECTRONIC MAIL**
Enterprise Rent-A-Car
Deborah H. D'Atillio, Human Resource Manager
2273 Research Blvd.
Suite 700
Rockville, MD  20850-7206
**Email:  Deborah.H.D'Atillio@ehi.com**

**ELECTRONIC MAIL**
Service Employees International Union
Jeanette Cole, Senior Program Manager
1800 Massachusetts Ave. NW
Washington, DC  20036
**Email:  jeanette.cole@bcdme.com**

**ELECTRONIC MAIL**
Military Order of the Carabao
David Grailing, 4550 Montgomery Ave.
Suite 650N
Bethesda, MD  20814
**Email:  dgrailing@grfcpa.com**

**ELECTRONIC MAIL**
National Association of Community Health Centers, Inc.
Tricia Fleisher Willhide, Assistant Director of Meetings and Exhibits
7501 Wisconsin Ave. NW
Suite 1100W
Bethesda, MD  20814
**Email:  twillhide@nachc.com**

**ELECTRONIC MAIL**
Association of Zoos and Aquariums
Cheryl Wallen, Director, Conferences
8403 Colesville Road
Suite 710
Silver Spring, MD  20910-3397
**Email:  cwallen@aza.org**

**ELECTRONIC MAIL**
Aero Club of Washington
Nancy Hackett, Event Planner
P.O. Box 17295
Washington, DC  20041-0295
**Email:  aeroclub1@verizon.net**

**ELECTRONIC MAIL**
Mathematical Association of America
Anne Agniel, Director of Meetings and
Events
1529 18th Street NW
Washington, DC  22030
**Email:  aagniel@maa.org**

**ELECTRONIC MAIL**
KUMC Research Institute, Inc.
Janette Lyon, 3901 Rainbow Blvd.
Kansas City, KS  66160
**Email:  jlyon@kumc.edu**

**ELECTRONIC MAIL**
Stone Ridge School of the Sacred Heart
Michael Anne Cullen, Director of Alumnae
Relations
9101 Rockville Pike
Bethesda, MD  20814
**Email:  macullen@stoneridgeschool.org**