# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket No. 327** |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of August, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF NON-VOTING STATUS DUE TO NON-IMPAIRMENT AND (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, AND (IV) BAR DATE FOR FILING ADMINISTRATIVE CLAIMS ESTABLISHED BY THE PLAN [DOCKET NO. 327]**

/s/ Timothy P. Cairns
Timothy P. Cairns (DE Bar No. 4228)

Wardman - Non- Voting Parties FCM List
Document No. 235940
08 – First Class Mail

*FIRST CLASS MAIL*
DC Water
1385 Canal Street SE
Washington, DC  20003

*FIRST CLASS MAIL*
PEPCO
P.O. Box 97274
Washington, DC  20090-7274

*FIRST CLASS MAIL*
Johnson Controls
3650 Concorde Parkway
Chantilly, VA  20151

*FIRST CLASS MAIL*
BluIP, Inc.
PO Box 508
Burbank, CA  91503

*FIRST CLASS MAIL*
Schindler Elevator Corporation
PO Box 93050
Chicago, IL  60673

*FIRST CLASS MAIL*
Nalco Water
PO Box 70716
Chicago, IL  60673

*FIRST CLASS MAIL*
Waste Solutions
1736 S. St. SE
Washington, DC 20020

*FIRST CLASS MAIL*
PDSI
3715 Northside Pkwy, NW
Atlanta, GA 30327