# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) **Re: Docket No. 328** |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of August, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> NOTICE OF NON-VOTING STATUS DUE TO NO RECOVERY AND (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE PLAN, AND (IV) BAR DATE FOR FILING ADMINISTRATIVE CLAIMS ESTABLISHED BY THE PLAN [DOCKET NO. 328]

/s/ Timothy P. Cairns
Timothy P. Cairns (DE Bar No. 4228)

DOCS_DE:235246.5 92203/001

Wardman Hotel Owners - Non-Voting
(Presumed to Reject) Service List FCM
Document No. 235941
06 – First Class Mail

***FIRST CLASS MAIL***
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

***FIRST CLASS MAIL***
(Counsel for Pacific Life)
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424

***FIRST CLASS MAIL***
(Counsel for Pacific Life)
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062

***FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance
Company and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY,
BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062

***FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance
Company and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

***FIRST CLASS MAIL***
(Counsel for Pacific Life Insurance
Company and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387

DOCS_DE:235941.1 92203/001