**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| October 27, 2021 | 2:00 p.m. prevailing Eastern Time |

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**Dated: September 2nd, 2021
Wilmington, Delaware**

**JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:232977.4 92203/001