**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| Debtor. | ) |
| | ) **Re: Docket Nos.: 337 and 338** |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 7th day of September, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ENTER INTO THE CONSULTING AGREEMENT TO RETAIN CONSULTANT TO CONDUCT SALE OF CERTAIN REMAINING FF&E ASSETS, (II) AUTHORIZING AND APPROVING THE SALES OF CERTAIN REMAINING FF&E ASSETS, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 337]; AND**

**MOTION TO SHORTEN NOTICE AND REQUEST FOR HEARING WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ENTER INTO THE CONSULTING AGREEMENT TO RETAIN CONSULTANT TO CONDUCT SALE OF CERTAIN REMAINING FF&E ASSETS, (II) AUTHORIZING AND APPROVING THE SALES OF CERTAIN REMAINING FF&E ASSETS, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 338].**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

Wardman Sale Motion/Notice Service List
Document No. 235987.2
02 – Electronic Mail

***ELECTRONIC MAIL***
Michael Klein, Esq.
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Email:  mklein@cooley.com

***ELECTRONIC MAIL***
Weiru Fang, Esq.
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Email:  wfang@cooley.com

Wardman Hotel Owners 2002 SL EXPEDITED
Case No. 21-10023 (JTD)
Doc No. 232458v1
02 - Express Mail
07 - Overnight Delivery
40 - Electronic Mail

(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;
mlitvak@pszjlaw.com;
dbertenthal@pszjlaw.com;
tcairns@pszjlaw.com**

*EXPRESS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*EXPRESS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 72133
Great Falls, VA  22066

*OVERNIGHT DELIVERY*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*OVERNIGHT DELIVERY*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn:  Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*OVERNIGHT DELIVERY*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4747 Bethesda Ave.
Suite 200
Bethesda, MD  20815

*OVERNIGHT DELIVERY*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*OVERNIGHT DELIVERY*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*OVERNIGHT DELIVERY*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*ELECTRONIC MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

*ELECTRONIC MAIL*
Delaware Secretary Of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE  19903
**Email:  Dosdoc_Ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  Statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC  20549
**Email: secbankruptcy-ogc-ado@sec.gov;**
**secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Suite 400
New York, NY  10281-1022
**Email: Bankruptcynoticeschr@sec.gov;**
**Nyrobankruptcy@sec.gov**

*ELECTRONIC MAIL*
*(Counsel for Manager)*
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

*ELECTRONIC MAIL*
(Special Counsel for Debtor)
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
**Email:  tsoloway@pryorcashman.com;**
**bmohler@pryorcashman.com;**
**iraz@pryorcashman.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email: david.wender@alston.com;**
**grant.stein@alston.com;**
**brian.frey@alston.com**

*ELECTRONIC MAIL*
*(Counsel for Pacific Life)*
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
*(Counsel for Marriott)*
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email: lharrison@jenner.com;**
**kbracey@jenner.com;**
**jamunson@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY, BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com**
**Email: David.Wender@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
Polsinelli PC
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
**Email:  sastringer@polsinelli.com**