**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | Docket Ref. No. 338 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND REQUEST FOR HEARING WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ENTER INTO THE CONSULTING AGREEMENT TO RETAIN CONSULTANT TO CONDUCT SALES OF CERTAIN REMAINING FF&E ASSETS, (II) AUTHORIZING AND APPROVING THE SALES OF CERTAIN REMAINING FF&E ASSETS, WITH SUCH SALES TO BE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of *Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Enter Into the Consulting Agreement to Retain Consultant to Conduct Sales of Certain Remaining FF&E Assets, (II) Authorizing and Approving the Sales of Certain Remaining FF&E Assets, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, and (III) Granting Related Relief* (the "Liquidator Motion") filed by the above-captioned debtor and debtor in possession (collectively, the "Debtor"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334 and (b) the Liquidator Motion is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.
[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing (the "Hearing") on the Liquidator Motion shall be held on September 20, 2021 at 1:00 p.m. prevailing Eastern Time.

3. Any objections or responses to the relief requested in the Liquidator Motion must be filed on or before September 16, 2021 at 11:00 a.m. prevailing Eastern Time.

4. As soon as practicable after the entry of this Order, counsel for the Debtor shall serve a copy of this Order and notice of the Liquidator Motion on parties originally served with the Motion to Shorten and the Liquidator Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**Dated: September 8th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE