# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | **Re: Docket No. 346** |

## CERTIFICATE OF SERVICE

I, Aaron H. Stulman, do hereby certify that on September 15, 2021, I caused a copy of the foregoing **Limited Objection of Enseo, LLC to (I) Debtor's Plan of Liquidation; (II) Settlement of Claims and Causes of Action By and Between the Debtor, Marriott Hotel Services, Inc., Pacific Life Insurance Company and PL Wardman Member, LLC** to be served on the parties listed on the attached service list in the manners indicated.

*/s/ Aaron H. Stulman*
Aaron H. Stulman (No. 5807)

IMPAC 7374976v.1

# SERVICE LIST

| **Counsel to the Debtor**<br>Laura Davis Jones, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Email: ljones@pszjlaw.com<br><br>**Via Email** | **Counsel to the DIP Lender**<br>David Wender, Esq.<br>Grant Stein, Esq.<br>ALSTON & BIRD LLP<br>Email: david.wender@alston.com;<br>grant.stein@alston.com;<br><br>**Via Email** |
|---|---|
| **Counsel to the DIP Lender**<br>Domenic E. Pacitti, Esq.<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>Email: dpacitti@klehr.com<br><br>**Via Email** | **Office of the United States Trustee**<br>Linda J. Casey, Esq.<br>Email: linda.casey@usdoj.gov<br><br>**Via Email** |
| **Counsel to Marriott Hotel Services, Inc.**<br>Ori Katz, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Email: okatz@sheppardmullin.com<br><br>**Via Email** | **Counsel to Marriott Hotel Services, Inc.**<br>Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht, & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Email: cmiller@morrisnichols.com<br><br>**Via Email** |