# **Exhibit B**

*Detailed Voting Report of
All Submitted Ballots*



**Exhibit B**
Detailed Voting Report of All Submitted Ballots
(Sorted by Ballot Number)

| BALLOT NO. | CLASS | NAME | DATE FILED | VOTING AMOUNT | VOTE ON THE PLAN | OPT OUT OF RELEASES |
|---|---|---|---|---|---|---|
| 1 | Class 5 | Baker & Hostetler LLP | 09/10/2021 | $19,413.50 | Accept the Plan | Box Unchecked |
| 2 | Class 4 | Marriott Hotel Service, Inc. | 09/10/2021 | $87,500,000.00 | Accept the Plan | N/A |
| 3 | Class 5 | Belfast-Beltway Boxing Project | 09/12/2021 | $0.00 | Abstain | Box Checked |
| 4 | Class 5 | Innovative Security Systems Inc. | 09/13/2021 | $0.00 | Reject the Plan | Box Unchecked |
| 5 | Class 3 | Pacific Life Insurance Company | 09/13/2021 | $145,747,305.03 | Accept the Plan | N/A |
| 6 | Class 5 | Pryor Cashman LLP | 09/15/2021 | $105,447.44 | Accept the Plan | Box Unchecked |
| 7 | Class 5 | Mathematical Association of America | 09/17/2021 | $0.00 | Reject the Plan | Box Checked |

In re: Wardman Hotel Owner, LLC
Case No.: 21-10023 (JTD)

Page 1 of 2



**Exhibit B**
Detailed Voting Report of All Submitted Ballots
(Sorted in Alphabetical Order)

| BALLOT NO. | CLASS | NAME | DATE FILED | VOTING AMOUNT | VOTE ON THE PLAN | OPT OUT OF RELEASES |
|---|---|---|---|---|---|---|
| 1 | Class 5 | Baker & Hostetler LLP | 09/10/2021 | $19,413.50 | Accept the Plan | Box Unchecked |
| 3 | Class 5 | Belfast-Beltway Boxing Project | 09/12/2021 | $0.00 | Abstain | Box Checked |
| 4 | Class 5 | Innovative Security Systems Inc. | 09/13/2021 | $0.00 | Reject the Plan | Box Unchecked |
| 2 | Class 4 | Marriott Hotel Service, Inc. | 09/10/2021 | $87,500,000.00 | Accept the Plan | N/A |
| 7 | Class 5 | Mathematical Association of America | 09/17/2021 | $0.00 | Reject the Plan | Box Checked |
| 5 | Class 3 | Pacific Life Insurance Company | 09/13/2021 | $145,747,305.03 | Accept the Plan | N/A |
| 6 | Class 5 | Pryor Cashman LLP | 09/15/2021 | $105,447.44 | Accept the Plan | Box Unchecked |