# **<u>Exhibit C</u>**

*Detailed Report of*
*Non-Tabulated Ballots*



**Exhibit C**

Detailed Report of Non-Tabulated Ballots

| BALLOT NO. | CLASS | NAME | DATE FILED | VOTING AMOUNT | VOTE ON THE PLAN | REASON |
|---|---|---|---|---|---|---|
| 3 | Class 5 | Belfast-Beltway Boxing Project | 09/12/2021 | $0.00 | Abstain | Disputed Claim per First Omnibus Objection to Claims [Docket No. 329] |
| 4 | Class 5 | Innovative Security Systems Inc. | 09/13/2021 | $0.00 | Reject the Plan | Disputed Claim per First Omnibus Objection to Claims [Docket No. 329] |
| 7* | Class 5 | Mathematical Association of America | 09/17/2021 | $0.00 | Reject the Plan | Disputed Claim per First Omnibus Objection to Claims [Docket No. 329] |

*Ballot timely filed in accordance with Debtor's instructions