| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Curtis | Miller | Marriott International | Morris, Nichols, Arsht & Tunnell LLP |
| John | Waldeck | Pacific Life Insurance Company | |
| Linda | Casey | United States Trustee | |
| Michael | Spiegeland | Marriott Hotel Service, Inc. | Marriott Hotel Service, Inc. |
| Rick | Archer | Law360 | |
| Stephen | Astringer | American Roentgen Ray Society | Polsinelli, PC |
| Alexa | Westmoreland | Stretto | |
| Daniel | Gill | Bloomberg Law | |
| Vince | Sullivan | Law360 | |
| Aaron | Stulman | Enseo, Inc. | Potter Anderson & Corroon LLP |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Lindsay | Harrison | Marriott International | Jenner & Block |
| Itai | Raz | Debtor | Pryor Cashman LLP |
| Bryan | Mohler | Wardman Hotel Owner, LLC | |
| Christopher | Jones | Wardman Tower Residential Condominium Unit Owners Association | Whiteford, Taylor & Preston L.L.P. |
| Ori | Katz | Marriott International | Sheppard Mullin |
| Richard | Riley | Wardman Tower Residential Condominium Unit Owners Association | Whiteford, Taylor & Preston LLC |
| Karen | Dine | Debtor | Pachulski Stang Ziehl & Jones LLP |
| Michael | Klein | Carmel Partners | Cooley LLP |
| Domenic | Pacitti | Pacific Life | Klehr Harrison Harvey Branzburg LLP |
| JaKayla | DaBera | Court | |
| Weiru | Fang | Carmel Partners | Cooley LLP |
| Timothy | Cairns | Debtor | Pachulski Stang Ziehl & Jones LLP |
| James | Decker | Debtor | |
| Grant | Stein | Pacific Life Insurance Company | Alston & Bird LLP |
| Lisa | Fields | Pacific Life Insurance Company | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Laura | Haney | Court | |
| David | Wender | Pacific Life | Alston & Bird LLP |
| Larry | Halperin | Debtor | |
| J Michael | Pearson | Mathematical Association of America | |
| David | Manderscheid | Marriott International | Marriott International |
| Mark | Joachim | American Roentgen Ray Society | Polsinelli, PC |
| Laura Davis | Jones | Debtor | Pachulski Stang Ziehl & Jones LLP |

| | | | |
|---|---|---|---|
| L. Katherine | Good | Enseo, Inc. | Potter Anderson & Corroon LLP |
| Chris | Dallas | Pacific Life Insurance Company | internal counsel |
| David | Bertenthal | Debtor | Pachulski Stang Ziehl & Jones LLP |
| David | Cook | Interested Party | Dentons US LLP |
| Bhavana | Boggs | Marriott Hotel Services, Inc | Marriott Hotel Services, Inc |
| Becky | Yerak | Wall Street Journal | News Corp |
| Michael | Martinez | Marriott International | Marriott International |
| Jessica | Steinhagen | Reorg Research | |
| Matthew | Catron | Marriott International | Morris, Nichols, Arsht & Tunnell LLP |