# UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In Re. Wardman Hotel Owner, LLC.  §
§
§
Debtor(s)  §

Case No. 21-10023

☐ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 07/31/2021    Petition Date: 01/11/2021
Months Pending: 7    Industry Classification: 5 3 1 3
Reporting Method:    Accrual Basis ☐    Cash Basis ☉
Debtor's Full-Time Employees (current): 0
Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Timothy P. Cairns    Timothy P. Cairns
Signature of Responsible Party    Printed Name of Responsible Party

09/20/2021    919 North Market Street
Date    Wilmington, DE 19801
    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)    1

Debtor's Name: Wardman Hotel Owner, LLC.  Case No. 21-10023

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 1: Cash Receipts and Disbursements** | | | |
| a. | Cash balance beginning of month | $2,365,009 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $8,053,295 |
| c. | Total disbursements (net of transfers between accounts) | $383,548 | $4,875,352 |
| d. | Cash balance end of month (a+b-c) | $1,981,461 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $383,548 | $4,875,352 |

| | | Current Month | |
|---|---|---:|---|
| **Part 2: Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| a. | Accounts receivable (total net of allowance) | $429,312 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $429,312 | |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 | |
| d | Total current assets | $6,713,231 | |
| e. | Total assets | $188,183,593 | |
| f. | Postpetition payables (excluding taxes) | $0 | |
| g. | Postpetition payables past due (excluding taxes) | $0 | |
| h. | Postpetition taxes payable | $0 | |
| i. | Postpetition taxes past due | $0 | |
| j. | Total postpetition debt (f+h) | $0 | |
| k. | Prepetition secured debt | $130,537,383 | |
| l. | Prepetition priority debt | $0 | |
| m. | Prepetition unsecured debt | $0 | |
| n. | Total liabilities (debt) (j+k+l+m) | $130,537,383 | |
| o. | Ending equity/net worth (e-n) | $57,646,210 | |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 3: Assets Sold or Transferred** | | | |
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 4: Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $251,749 | |
| f. | Other expenses | $131,799 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-383,548 | $3,177,943 |

UST Form 11-MOR (06/07/2021)                                            2

Debtor's Name  Wardman Hotel Owner, LLC.                                     Case No.  21-10023

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | PSZJ,LL" | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $44,228 | $203,913 | $44,228 | $203,913 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Pryor Cashman, LLP | Special Counsel | $0 | $87,465 | $0 | $87,465 |
| | ii | BakerHostetler, LLP | Special Counsel | $44,228 | $116,448 | $44,228 | $116,448 |
| | iii | Toole Katz & Rosemersama, LLP | Other | $0 | $0 | $0 | $0 |
| | iv | Ryan Tax, LLP | Other | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $1,374,254 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● | No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○  N/A ○ |

Debtor's Name  Wardman Hotel Owner, LLC.                                                                Case No.  21-10023

| | | | | |
|---|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ◯  No ⦿ | |
| | | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿ | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿  No ◯ | |
| | | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯ | (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿  No ◯ | |
| | | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◯  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | | Yes ◯  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿  No ◯ | |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

| | |
|---|---|
| Debtor's Name  Wardman Hotel Owner, LLC. | Case No.  21-10023 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ James D. Decker | James D. Decker |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Independent Manager | 09/20/2021 |
| Title | Date |

**In re: Wardman Hotel Owner, LLC**
Debtor

Case No. 21-10023 (JTD)
Reporting Period: July 1, 2021 to July 31, 2021

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 2,365,009.00 | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | - | | - | |
| ACCOUNTS RECEIVABLE | | | | | - | | - | |
| LOANS AND ADVANCES | | | | | - | | 7,907,000.00 | |
| SALE OF ASSETS | | | | | - | | - | |
| OTHER (ATTACH LIST) - Int.& Antenna Rental | | | | | - | | 54,108.12 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | - | | - | |
| Cash from owner safe | - | | | | - | | 92,187.01 | |
| **TOTAL RECEIPTS** | - | | | | - | | 8,053,295.13 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | - | | - | |
| PAYROLL TAXES | | | | | - | | - | |
| SALES, USE, & OTHER TAXES (RE) | - | | | | - | | 1,374,254.36 | |
| INVENTORY PURCHASES | | | | | - | | - | |
| SECURED/ RENTAL/ LEASES | | | | | - | | - | |
| INSURANCE | | | | | - | | 281,529.20 | |
| ADMINISTRATIVE | | | | | - | | 1,656.30 | |
| SELLING | | | | | - | | - | |
| OTHER (ATTACH LIST) | 383,547.66 | | | | 383,547.66 | | 3,110,507.50 | |
| | | | | | - | | - | |
| OWNER DRAW * | | | | | - | | - | |
| TRANSFERS (TO DIP ACCTS) | | | | | - | | 107,405.00 | |
| | | | | | - | | - | |
| PROFESSIONAL FEES | | | | | - | | - | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - | | - | |
| COURT COSTS | | | | | - | | - | |
| **TOTAL DISBURSEMENTS** | 383,547.66 | | | | 383,547.66 | | 4,875,352.36 | |
| **NET CASH FLOW** | (383,547.66) | | | | (383,547.66) | | 3,177,942.77 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 1,981,461.34 | | | | (383,547.66) | | 3,177,942.77 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 383,547.66 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 383,547.66 |

FORM MOR-1
(04/07)

**In re: Wardman Hotel Owner, LLC**
Debtor

**Case No. 21-10023 (JTD)**
**Reporting Period: July 1, 2021 to July 31, 2021**

## OTHER ATTACH LIST

| DISBURSEMENTS -OTHER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Building Repair | | | | | - | | | |
| Landscaping Services | | | | | - | | | |
| Facility Management Contract | 196,451.61 | | | | 196,451.61 | | | |
| IT Services/Phone | | | | | - | | | |
| Chapman & Cutler - Legal | 87,570.50 | | | | 87,570.50 | | | |
| James D. Decker - Director | 30,000.00 | | | | 30,000.00 | | | |
| Baker Hostetler - Legal | 44,228.00 | | | | 44,228.00 | | | |
| Utilities | 15,000.00 | | | | | | | |
| Environmental Report | | | | | - | | | |
| US Trustee Fee | | | | | - | | | |
| FF&E Consultant | | | | | - | | | |
| Fire Alarm | 3,633.47 | | | | 3,633.47 | | | |
| Trash removal | 6,664.08 | | | | 6,664.08 | | | |
| | | | | | - | | | |
| | | | | | - | | | |
| **TOTAL DISBURSEMENTS** | 383,547.66 | | | | 383,547.66 | | 383,547.66 | |

251,749.16

FORM MOR-1
(04/07)

In re: Wardman Hotel Owner, LLC  
        Debtor

Case No. 21-10023 (JTD)  
Reporting Period: July 1, 2021 to July 31, 2021

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | - | 8,053,295.13 |
| Less: Returns and Allowances | | |
| Net Revenue | $0.00 | 8,053,295.13 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | $0.00 | $8,053,295.13 |
| **OPERATING EXPENSES** | | |
| Advertising | | $0.00 |
| Auto and Truck Expense | | $0.00 |
| Bad Debts | | $0.00 |
| Contributions | | $0.00 |
| Employee Benefits Programs | | $0.00 |
| Insider Compensation* | | $0.00 |
| Insurance | | $281,529.20 |
| Management Fees/Bonuses | 30,000.00 | 155,971.15 |
| Office Expense | 10,297.55 | 63,648.47 |
| Pension & Profit-Sharing Plans | | $0.00 |
| Repairs and Maintenance | 196,451.61 | 1,672,417.18 |
| Rent and Lease Expense | | $0.00 |
| Salaries/Commissions/Fees | | $90.00 |
| Supplies | | $0.00 |
| Taxes - Payroll | | $0.00 |
| Taxes - Real Estate | | $1,374,254.36 |
| Taxes - Other | | $0.00 |
| Travel and Entertainment | | $9,108.39 |
| Utilities | $15,000.00 | $527,463.36 |
| Other Legal Expenses | 131,798.50 | 396,211.36 |
| Total Operating Expenses Before Depreciation | $383,547.66 | $4,480,693.47 |
| Depreciation/Depletion/Amortization | | $0.00 |
| Net Profit (Loss) Before Other Income & Expenses | ($383,547.66) | $3,572,601.66 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | $0.00 |
| Interest Expense | | $0.00 |
| Other Expense (attach schedule) | | $0.00 |
| Net Profit (Loss) Before Reorganization Items | ($383,547.66) | $3,572,601.66 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | $0.00 |
| U. S. Trustee Quarterly Fees | | $0.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | $0.00 |
| Gain (Loss) from Sale of Equipment | | $0.00 |
| Other Reorganization Expenses (attach schedule) | | $0.00 |
| Total Reorganization Expenses | | $0.00 |
| Income Taxes | | $0.00 |
| Net Profit (Loss) | ($383,547.66) | $3,572,601.66 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re: Wardman Hotel Owner, LLC  
Debtor

Case No. 21-10023 (JTD)  
Reporting Period: July 1, 2021 to July 31, 2021

## BALANCE SHEET

In re: Wardman Case No. 21-10023 (JTD)  
Reporting Period: 1/11/2

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | | | | |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | 1,521,496.00 | $158,694.35 | Cash | Added 95,000 from Part 1 Sechedule A/B Form 206A/B | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | $4,749,402.00 | $4,749,402.00 | FF&E Escrow | | | |
| Accounts Receivable (Net) | $144,556.21 | $144,556.21 | RE Tax Deposit | | | |
| Notes Receivable | $284,756.00 | $284,756.00 | RE Tax Refund | | | |
| Inventories | | | | | | |
| Prepaid Expenses | $13,021.11 | $261,869.00 | Insurance | 181 days | $1,446.79 | Per day |
| Professional Retainers | | | | | $248,847.89 | |
| Other Current Assets (attach schedule) | | | | | | |
| TOTAL CURRENT ASSETS | $6,713,231.32 | $5,599,277.56 | | | | |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Real Property and Improvements | $169,537,655.00 | $169,537,655.00 | Personal Property | | | |
| Machinery and Equipment | | | | | | |
| Furniture, Fixtures and Office Equipment | $11,932,707.00 | $11,932,707.00 | FF&E | | | |
| Leasehold Improvements | | | | | | |
| Vehicles | | | | | | |
| Less Accumulated Depreciation | | | | | | |
| TOTAL PROPERTY & EQUIPMENT | $181,470,362.00 | $181,470,362.00 | | | | |
| **OTHER ASSETS** | | | | | | |
| Loans to Insiders* | | | | | | |
| Other Assets (attach schedule) | | | | | | |
| TOTAL OTHER ASSETS | $0.00 | $0.00 | | | | |
| **TOTAL ASSETS** | $188,183,593.32 | $187,069,639.56 | | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE** (Postpetition) | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $0.00 | $0.00 |
| **LIABILITIES SUBJECT TO COMPROMISE** (Pre-Petition) | | |
| Secured Debt | $132,641,943.74 | $130,537,383.00 |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $132,641,943.74 | $130,537,383.00 |
| | | |
| TOTAL LIABILITIES | $132,641,943.74 | $130,537,383.00 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | $55,541,649.58 | $56,532,256.56 |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ $188,183,593.32 | $ $187,069,639.56 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

| | |
|---|---|
| In re: Wardman Hotel Owner, LLC | Case No. 21-10023 (JTD) |
| Debtor | Reporting Period: July 1, 2021 to July 31, 2021 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | $0.00 | | | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | $0.00 | | | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | ############ | | | | | $133,715,736.62 |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | ############ | | | | | $133,715,736.62 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re: Wardman Hotel Owner, LLC
       Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $429,312.21 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | $429,312.21 |
|  |  |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | 0 |
| 31 - 60 days old |  |
| 61 - 90 days old |  |
| 91+ days old | $429,312.21 |
| Total Accounts Receivable | $429,312.21 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | $429,312.21 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

FORM MOR-5
(04/07)