**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, | ) | Case No. 21-10023 (JTD) |
| L.L.C., | ) | |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR**
**REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, the appearance of Joshua Rosenthal as counsel for UNITE HERE Local 25 is hereby

withdrawn. The undersigned further requests that the Clerk of the United States Bankruptcy

Court for the District of Delaware, or any claims or noticing agent appointed in the above-

captioned cases, remove him from the electronic and paper noticing matrix for the above-

captioned cases.

All other current counsel of record will continue to represent UNITE HERE Local 25 and

are not intended to be affected by this notice.

---

[1] The last four digits of the taxpayer identification number for the Debtor are 9717. The mailing address for the Debtor is 5035 Riverview Road, NW, Atlanta, Georgia 30327.

Dated: October 1, 2021
      Wilmington, Delaware

*/s/ Susan E. Kaufman*

Susan E. Kaufman (Bar No. 3381)
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. Market Street, Ste. 460
Wilmington, DE 19801
Tel. (302) 472-7420
Fax. (302) 792-7420
Email: skaufman@skaufmanlaw.com

And

Devki K. Virk*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Ste. 1000
Washington, D.C. 20005
Tel. (202) 842-2600
Fax. (202) 842-1888
Email: dvirk@bredhoff.com

*Counsel for UNITE HERE Local 25*

*admitted pro hac vice