**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | Case No.: 21-10023 (JTD) |
| Debtor. | **Re: Docket No. 329** |

### AMERICAN ROENTGEN RAY SOCIETY'S RESPONSE TO DEBTOR'S FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO DISALLOW CERTAIN CLAIMS

The American Roentgen Ray Society (hereinafter, "**ARRS**" or the "**Claimant**") hereby submits this response (the "**Response**") to the *Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims* [Docket No. 329] (the "**First Omnibus Claim Objection**") in support of the Claim (as defined below). In Response to the First Omnibus Claim Objection, ARRS respectfully states as follows:

### PRELIMINARY STATEMENT

1.      As detailed below, Debtor Wardman Hotel Owner L.L.C. ("**Wardman**" or the "**Debtor**") was to be the venue of the ARRS Annual Meeting 2023 and was to make available rooms and conference areas in connection with that event. This business arrangement was memorialized in a Group Sales Agreement dated July 27, 2017 (the "**Sales Agreement**"). ARRS filed a valid Claim against the Debtor for the liquidated damages owed under the contract given the Debtor's non-performance. The Debtor objected to the claim, stating that any liability under the Group Sales Agreement belonged solely to Marriott Hotel Services, Inc. ("**Marriott**") purportedly pursuant to the terms of a management agreement between the Debtor and Marriott. *See* Schedule 2 to Exhibit A of the First Omnibus Claim Objection.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

## BACKGROUND

### General Background

2.      On January 11, 2021 (the "**Petition Date**"), the Debtor commenced this case (the "**Chapter 11 Case**") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor has continued in the possession of its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Case.

3.      The Debtor's primary asset was real property (the "**Property**") located at 2600 Woodley Road, NW, in the Woodley Park neighborhood of Washington, D.C.; a prime location adjacent to the Woodley Park station of the Washington Metro. At the time of the signing of the Sales Agreement, the Property was operated as Washington Marriott Wardman Park, a convention hotel (the "**Hotel**"). The Hotel contained 195,000 square feet of total event space and 95,000 square feet of exhibit space, and its 1,152-room count was the third largest hotel by room count in Greater Washington. The Debtor permanently closed the Hotel prior to the Petition Date and marketed the Property to potentially interested parties. A detailed description of the Debtor's business and facts precipitating the filing of the Debtor's chapter 11 proceedings are set forth in the *Declaration of James D. Decker in Support of the Debtor's Chapter 11 Petition and First Day Relief* (the "**First Day Declaration**").

4.      On June 18, 2021, the Debtor filed the *Motion for Entry of an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Debtor's Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of Liens, Claims,*

*Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f), 363(m), and 1146; (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* [Docket No. 262] (the "**Sale Motion**") seeking the sale of the Property. Following an auction conducted on July 20, 2021, Carmel Partners Realty VII, LLC (the "**Successful Bidder**") was deemed to have submitted the highest and best offer for substantially all of the Debtor's assets, including the Property. On July 22, 2021, the Bankruptcy Court entered an order approving the sale [Docket No. 292] (the "**Sale Order**"). The Debtor and the Successful Bidder have both publicly stated that the Property will not be operated as a hotel any longer.

### The Hotel Management Agreement

5.      Between 1998 and the Petition Date, the Hotel's day to day hotel operations had been managed by Marriott. The Debtor and Marriott were parties to the Second Amended and Restated Management Agreement, dated July 1, 2005 (as amended, the "**Hotel Management Agreement**" or "**HMA**") [Doc. No. 62-3], governing Marriott's services.

6.      Under the HMA, Marriott—among other things—booked group and transient business; arranged for and supervised the Hotel's public relations and advertising; prepared the Hotel's marketing plans; procured all inventory and replacement dining ware, uniforms, and other supplies used in the Hotel's public spaces and guest rooms; and planned, executed, and supervised Hotel repairs and management. HMA § 1.02(A). Marriott was given broad discretion "in all matters relating to the management and operation of the Hotel," including all employment decisions, account, marketing and promoting the Hotel. HMA § 1.02(A).

However, the Debtor reserved the right, among other things, to inspect the premises at any reasonable time, for any reason, without notice. *See* HMA §1.05 ("Owner and its agents shall have access to the Hotel at any and all reasonable times for the purpose of inspection or showing the Hotel to prospective purchasers, tenants or Mortgagees.").

7.    The HMA also provided that the Debtor had the right to terminate its relationship with Marriott if certain financial metrics such as Operating Profit and the Revenue Index (as defined in the HMA) were below specific threshold levels set out in the HMA. *See* HMA § 2.02(A).

### The Group Sales Agreement

8.    Pursuant to the Sales Agreement, attached hereto as **Exhibit A** and referenced in ARRS' Proof of Claim Addendum (the "**Addendum**"), among other things, the Hotel was to be the venue of the ARRS Annual Meeting 2023 and was to make available rooms and conference areas in connection with the event.

9.    The Sales Agreement contains a liquidated damages provision which states that if the contract is cancelled between January 1, 2021 and December 31, 2022, the amount of damages due to ARRS is $665,523.00.

10.    ARRS submitted a claim based on the liquidated damage clause of the Sales Agreement for $665,523.00 [Claim No. 13]. The Debtor filed its First Omnibus Claim Objection to the ARRS claim on September 2, 2021 [Docket No. 329].

11.    The Debtor asserts that all vendors and service suppliers for Hotel operations entered into contracts with the Hotel through Marriott and that, as a result, the Debtor has "few

(if any) direct obligations to satisfy the claims of Marriott's creditors". *See Disclosure Statement With Respect To Debtor's Plan Of Liquidation Pursuant To Chapter 11 Of The Bankruptcy Code* at 10 [Docket No. 312]. Notably, Marriott disputes these assertions. Specifically, Marriott disputes the Debtor's position that contracts with the Hotel, as well as certain other group contracts, are contracts with Marriott and that creditors of the Hotel are allegedly creditors of Marriott. [2]*Id.*

## JURISDICTION AND VENUE

12.     This Court has jurisdiction over this Chapter 11 Case and the ARRS Claim Disputes pursuant to 28 U.S.C. §§ 157 and 1334. These are core proceedings pursuant to 28 U.S.C. § 157(b)(2)(B).

13.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

14.     The statutory predicates for the relief requested herein are Bankruptcy Code sections 501 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1.

## RELIEF REQUESTED

15.     ARRS submits that its Claim must be allowed and requests that the Court overrule the First Omnibus Claim Objection. The Debtor has provided absolutely no evidence to refute the validity of ARRS' Claim other than a bald assertion in Schedule 2 of Exhibit A of the First Omnibus Claim Objection [Docket No. 329-2] that the Claim is "solely an obligation of Marriott", and thus the Debtor has not carried its legal burden in objecting to the Claim.

## LEGAL ANALYSIS

---

[2] ARRS takes the position that Marriott and the Debtor are jointly and severally liable under the Sales Agreement. ARRS thus reserves all rights to pursue claims against Marriott under the terms of the Sales Agreement.

16.     Section 502(a) of the Bankruptcy Code provides, in pertinent part, that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. §502(a). Once an objection to a claim is filed, "the court, after notice and a hearing, shall determine the allowed amount of the claim." 11 U.S.C. § 502(b). A proof of claim filed in accordance with the Bankruptcy Rules "constitutes prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f); 11 U.S.C. § 502(a). Bankruptcy Rule 3001(c)(1) requires that "when a claim . . . is based on a writing, a copy of the writing shall be filed with the proof of claim." Fed. R. Bankr. P. 3001(c)(1).

17.     When objecting to a claim that is *prima facie* valid, the objecting party must "produce evidence that would refute at least one of the allegations essential to the claim's legal sufficiency." *In re Allegheny Intern, Inc*., 954 F.2d 167, 173-74 (3d Cir. 1992). The objecting party carries the burden of going forward with evidence concerning the validity and the amount of the claim. *Id*. Only if the objecting party produces such evidence does the burden shift back to the claimant to prove the validity of the claim by a preponderance of the evidence. *Id.* The burden of persuasion is always on the claimant. *Id.*[3] Although the existence of a claim is controlled by state or other federal law, "the allowance or disallowance of a claim in bankruptcy is a matter of federal law left to the bankruptcy court's exercise of its equitable powers." *In re Johnson*, 960 F.2d 396, 404 (4th Cir. 1992) (citing *In re Northway Agencies, Inc.*, 106 B.R. 29,

---

[3] The Supreme Court held "the burden of proof is an essential element of the claim itself; one who asserts a claim is entitled to the burden of proof that normally comes with it." *Raleigh v. Ill. Dep't of Revenue*, 530 U.S. 15, 21 (2000). Therefore, a claimant does not have the burden of proof if the claimant did not have it outside of bankruptcy. The ultimate burden of proof for a particular claim will be based on non-bankruptcy law.

32 (N.D.N.Y. 1989); *In re Shelter Enters., Inc.*, 98 B.R. 224, 229 (Bankr. W.D. Pa. 1989); *In re Fantastik, Inc.*, 49 B.R. 510, 513 (Bankr. D. Nev. 1985)); *see also Travelers Cas. & Sur. Co. v. Pac. Gas & Elec. Co.*, 49 U.S. 443 (2007) (emphasizing claims enforceable under applicable non-bankruptcy law will be allowed in the bankruptcy context, unless they are expressly disallowed).

### A. The Debtor is Bound by the Sales Agreement According to its Plain Meaning

18.     The Sales Agreement at issue contains a choice of law clause which states that the Sales Agreement is to be construed in accordance with the law of Virginia. *See* Sales Agreement at 18. In general, Delaware courts will "honor a contractually-designated choice of law provision". *VSI Sales, LLC v. Int'l Fidelity Ins. Co.*, 2015 WL 5568623, at *2 (D. Del. Sept. 22, 2015) (quoting *J.S. Alberici Construction Co., Inc. v. Mid-West Conveyor Co., Inc*., 750 A. 2d 518, 520 (Del. 2000). *See also Kruzits v. Okuma Machine Tools, Inc.*, 40 F. 3d 52, 55 (3d Cir. 1994). The Debtor has made no argument that the choice of law provision in the Sales Agreement is unenforceable.

19.     Pursuant to Virginia contract law, "words that the parties used are normally given their, usual, ordinary, and popular meaning." *Preferred Sys. Solutions, Inc. v. GP Consulting, LLC,* 284 Va. 382, 732 S.E.2d 676 (2012). Virginia law further states that "contracts are not rendered ambiguous merely because the parties or their attorneys disagree upon the meaning of the language employed to express the agreement. Even though an agreement may have been drawn unartfully, the court must construe the language as written if

its parts can be read together without conflict." *Doswell Ltd. P'ship v. Virginia Elec. & Power Co.*, 251 Va. 215, 222-23, 468 S.E.2d 84, 88 (1996) (internal citation omitted).

20.      The description appearing on the first page of the contract plainly states that the Sales Agreement was intended to be an agreement between, "Washington Marriott Wardman Park, 2660 Woodley Road NW, Washington, DC, 20008-4106, (202) 328-2000 and American Roentgen Ray Society . . .". Clearly, this is the name and address of the Debtor's Hotel, and not the name and address of Marriott—as manager of the Debtor's Hotel.

21.      The Sales Agreement refers to the relevant parties as the "Hotel" and "ARRS". Importantly, the term "Hotel" is not defined anywhere in the agreement and should thus be understood according to its plain meaning. In this case, the plain, ordinary meaning of hotel, which the parties knowingly used to describe the counterparty to the Sales Agreement, supports ARRS' basic assertion that the Hotel itself and its owner (i.e., the Debtor), not just its management company or franchisor, is liable for the liquidated rejection damages due under the contract.

22.      According to the Debtor's position advanced in its First Omnibus Claim Objection, the term hotel should be read to mean *Marriott* i.e. *Hotel Management*. This reading, however, is contrary to Virginia law and irreconcilable with the rest of the agreement. Revealingly, the Sales Agreement later delineates ARRS' right to terminate the contract should there be a change in "management *within the hotel*" (emphasis added). The Agreement thus expressly contemplates the separation of the "Hotel" and its management, further evidencing

the need for a plain reading of the contract which holds the Debtor liable for its contractual obligations.

**B. The Debtor is Bound by the Actions of its Agent—Marriott—Who Had Actual Authority to Enter into the Sales Agreement on the Debtor's Behalf.**

23.     In the alternative, ARRS asserts that, if the Debtor is found not to be a party to the Sales Agreement in accordance with its plain meaning, the Debtor should be liable as a party to the Agreement through the actual and/or apparent authority of its managing agent—Marriott.

24.     As noted above, the Debtor and Marriott entered into the HMA, which gave Marriott broad discretion to lease rooms and enter into group sales contracts on the Debtor's behalf. *See* HMA §1.01-1.03. However, under the HMA, the Debtor retained significant authority over Marriott and the Hotel's overall operations. *See e.g.,* HMA §§ 1.05, 2.02, 4.02, and 4.04A.

25.     The HMA contains a District of Columbia ("**D.C.**") choice-of-law clause. HMA § 11.04. The Debtor hase made no argument that the D.C. choice of law clause in the HMA is unenforceable.

26.     Consequently, the question of whether the HMA granted Marriott actual authority to enter into contracts on the Debtor's behalf should be analyzed in accordance with D.C. contract law. Under D.C. law, "[a]ctual authority is determined from the principal's manifestations to the agent." *Oehme, van Sweden & Assocs., Inc. v. Maypaul Trading & Servs. Ltd.*, 902 F. Supp. 2d 87, 100–01 (D.D.C. 2012) (citing *Makins v. District of Columbia,* 861 A.2d 590, 593 (D.C. 2004)).

80319661.1

27.     In this case, the Debtor's manifestations to Marriott as its agent were clear. Pursuant to the HMA, Marriott was expressly given wide-ranging authority to engage in all transactions relating to the operation of the Hotel, including, but no limited to: "charges for Guest Rooms, commercial space, and services provided by the Hotel; food and beverage services; employment policies; credit policies; granting of leases, subleases, licenses and concessions for shops and businesses within the Hotel, provided that the term of any such lease, sublease, license or concession shall not exceed the Term of this Agreement; receipt, holding and disbursement of funds; maintenance of bank accounts; procurement of Inventories, supplies and services; payment of costs and expenses specifically provided for in this Agreement or otherwise reasonably necessary for the proper and efficient operation of the Hotel; and, generally, all activities necessary for operation of the Hotel." HMA §1.02B.

28.     Furthermore, the HMA expressly contemplates that such agreements will be negotiated and entered into by Manager on the Debtor's behalf: "Additionally, Owner agrees to cooperate with Manager by executing such leases, subleases, licenses, concessions, equipment leases, service contracts and other agreements negotiated in good faith by Manager and pertaining to the Hotel that, in Manager's reasonable judgment, should be made in the name of the owner of the Hotel." HMA §11.02.

29.     Therefore, a plain reading of the HMA unambiguously grants Marriott—as manager—the express authority to negotiate and enter into transactions like the Sales Agreement on behalf of the Debtor, and to do so in the name of the Debtor as owner of the Hotel.

**C. Debtor is Bound by the Actions of its Agent—Marriott—Who Had Apparent Authority to Enter into the Group Sales Agreement on Debtor's Behalf.**

30.    Under Delaware law, "[a]pparent authority arises when the principal creates by its words or conduct the reasonable impression in a third party that the agent has authority to act." *State Farm Mutual Automobile Ins. Co. v. Adamson Car & Truck Rental*, C.A. No. 08C-09-069 RRC., 2011 BL 147220, at *3 (Del. Super. Ct. May 31, 2011) (citing *Guyer v. Haveg* Corporation, 205 A.2d 176, 180 (Del. Super. 1964)). The concept of apparent agency or authority focuses not upon the actual relation of a principal and agent, but the apparent relationship. *Smith v. New Castle County Vocational-Technical Sch. Dist.*, 574 F. Supp. 813, 825 (D. Del. 1983) (citing *Billops v. Magness Construction Co.*, 391 A.2d 196, 198-99 (Del. 1978)). Manifestations by the alleged principal which create a reasonable belief in a third party that the alleged agent is authorized to bind the principal create an apparent agency from which spring the same legal consequences as those which result from an actual agency. *Id.* The manifestations may be made directly to the third party, or may be made to the community in general, for example by way of advertising. *Id.* In order to establish a chain of liability to the principal based upon apparent agency, a litigant must show reliance on the indicia of authority originated by the principal and such reliance must have been reasonable. *Id.*

31.    Importantly, it is well settled that questions of agency are not subjected to absolute rules but, rather, turn on the facts of the individual case. *State Farm Mutual Automobile Ins. Co. v. Adamson Car & Truck Rental*, C.A. No. 08C-09-069 RRC., 2011 BL 147220, at *4 (Del. Super. Ct. May 31, 2011) (citing *Dweck, Success Apparel LLC et. al, v. Nasser et. al*, 959 A.2d 29, 39 (Del.Ch. 2008), vacated, 966 A.2d 348 (Del.Supr. 2009)). Summary judgment is

inappropriate when there are questions of apparent authority of an agent. Such questions are questions of fact and are for the jury to determine. *Id.* (citing *Billops v. Magness Construction Co.*, 391 A.2d 196, 1999 (Del.Supr. 1978)).[4]

32.      Here, one of the signatories of the Sales Agreement, Steve French, was vested with the title "Director of Group Sales at Washington Marriott Wardman Park", which clearly suggests that Mr. French had authority to bind the Hotel under the agreement rather than to simply bind Marriott as its management company. Additionally, above the signatures of both Mr. French and Mr. Warner, who are listed as the "Director of Sales" and the "Senior Sales Executive", respectively, is prominently displayed the text "Approved and authorized by Hotel". Sales Agreement at 19.

33.      Furthermore, the Debtor has put forth no evidence of any communications which would have informed ARRS that the parties signing the Sales Agreement did not have authority to bind the Debtor, nor any communications that would make it unreasonable for ARRS to rely on the titles of the signatories, their obvious authority to negotiate and enter into contracts that bind the Hotel, and the ordinary language of the Sales Agreement, which states that the relevant counterparty is the "Hotel" who has "approved and authorized" the signatories to enter into contracts on its behalf.

---

[4] "In *Billops v. Magness Construction Co.*, the Delaware Supreme Court reversed the granting of summary judgment in a franchisor/franchisee relationship where the issue of whether a franchisor cloaked a franchisee with apparent authority was presented. The Delaware Supreme Court held that the determination of whether or not a franchisor cloaked a franchisee with apparent authority to act on its behalf is a question of fact that must be determined by the fact-finder at trial after a full development of the facts." *State Farm Mutual Automobile Ins. Co. v. Adamson Car & Truck Rental*, C.A. No. 08C-09-069 RRC., 2011 BL 147220, at *4 (Del. Super. Ct. May 31, 2011) (citing *Billops v. Magness Construction Co.*, 391 A.2d 196, 1999 (Del. Supr. 1978)).

34.     It would therefore be wholly inequitable for the Debtor to cloak Marriott with authority to enter into contracts that, by their own terms, bind the "Hotel", but then disclaim any liability under those agreements when it becomes convenient to do so.

## RESERVATION OF RIGHTS

35.     The Claimant reserves the right to amend, modify, or supplement any proof of claim.

## CONCLUSION

36.     The Claimant respectfully requests the Court (i) overrule the First Omnibus Claim Objection as it relates to the ARRS Claim, and (ii) allow the ARRS Claim in full.

Dated: October 20, 2021
        Wilmington, Delaware

**POLSINELLI PC**

*/s/ Stephen J. Astringer*
Stephen J. Astringer (Del. Bar No. 6375)
222 Delaware Ave, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
sastringer@polsinelli.com

 -and-

Mark B. Joachim
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 772-8477
Facsimile: (202) 783-3300
mjoachim@polsinelli.com

*Counsel for American Roetgen Ray Society*

80319661.1

## **Exhibit A**

Group Sales Agreement

80319661.1



**MARRIOTT**

## GROUP SALES AGREEMENT

### DESCRIPTION OF GROUP AND EVENT

The following represents an agreement between: Washington Marriott Wardman Park, 2660 Woodley Road NW, Washington, DC, 20008-4106, (202) 328-2000 and American Roentgen Ray Society and outlines specific conditions and services to be provided.

ORGANIZATION:    American Roentgen Ray Society

CONTACT:

| | |
|---|---|
| Name: | Katy Scheuerman |
| Job Title: | Director of Meetings |
| Street Address: | 44211 Slatestone Court |
| City, State: | Leesburg, VA |
| Postal Code: | 20176 |
| Phone Number: | (703) 729-3353 |
| Fax Number: | (703) 729-4839 |
| E-mail Address: | kscheuerman@arrs.org |

SENIOR SALES EXECUTIVE:

| | |
|---|---|
| Name: | Benjamin Warner |
| Street Address: | 2260 Woodley Rd NW |
| City, State: | Washington, DC |
| Postal Code: | 20008 |
| Phone Number: | (202) 328-2964 |
| Fax Number: | (202) 387-5436 |
| E-mail Address: | Benjamin.warner@marriott.com |

NAME OF EVENT:    ARRS Annual Meeting 2023

REFERENCE #:    M-7URJ27M

OFFICIAL PROGRAM DATES:    Wednesday, 05/03/2023 - Saturday, 05/13/2023

ANTICIPATED ATTENDANCE:    2,000

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## GUEST ROOM COMMITMENT

The Hotel agrees that it will provide, and American Roentgen Ray Society agrees that it will be responsible for utilizing, 5,024 room nights in the pattern set forth below (such number and such pattern, the "Room Night Commitment"):

| Date | Day | Guest Room | Presidential | Deluxe | Staff | Total Rooms |
|------|-----|-----------|-------------|--------|-------|-------------|
| 05/03/2023 | Wed | 4 | 0 | 0 | 0 | 4 |
| 05/04/2023 | Thu | 20 | 0 | 0 | 0 | 20 |
| 05/05/2023 | Fri | 64 | 2 | 4 | 30 | 100 |
| 05/06/2023 | Sat | 564 | 2 | 4 | 30 | 600 |
| 05/07/2023 | Sun | 814 | 2 | 4 | 30 | 850 |
| 05/08/2023 | Mon | 889 | 2 | 4 | 30 | 925 |
| 05/09/2023 | Tue | 889 | 2 | 4 | 30 | 925 |
| 05/10/2023 | Wed | 764 | 2 | 4 | 30 | 800 |
| 05/11/2023 | Thu | 564 | 2 | 4 | 30 | 600 |
| 05/12/2023 | Fri | 170 | 0 | 0 | 30 | 200 |

The Hotel agrees not to reduce the ARRS guest room block of 5,024 rooms without ARRS's written consent.

Twenty four months prior to arrival on May 06, 2021, the room block will be reviewed and ARRS may release up to 10% (502 room nights) of the Guest Room Block without the payment of any fee. One year before the arrival date on May 06, 2022, ARRS may release, without payment of any fee, up to 5% (251 room nights) if the first option to reduce was exercised. If the first option to reduce the room block was not exercised, ARRS may release up to 10% (502 room nights) of the Guest Room Block. The Guest Room Block, after such reductions, is the Adjusted Room Night Commitment.

If the Group decides to lower the Contracted Guest Room Commitment two years prior to arrival or one year prior to arrival, the Hotel and the Group will meet and Function Space may also be reduced in the same proportions. Any and all changes will be agreed to by the Hotel and the Group in writing.

## GROUP ROOM RATES

Based upon American Roentgen Ray Society's total program requirements as outlined in this agreement, Hotel confirms the following group rates (net of all taxes):

| | |
|---|---|
| Single: | $314.00 |
| Double: | $314.00 |
| Triple: | $334.00 |
| Quads: | $354.00 |
| Presidential: | Complimentary |
| Deluxe: | $314.00 |
| Staff: | $157.00 |
| Additional Person: | $20.00 |

Hotel room rates are subject to applicable state and local taxes (currently 14.5%) in effect at the time of check-out.

## PROMOTIONAL RATES

Prior to the Cutoff Date, Hotel shall not offer special promotional room rates for a stay over the peak nights of Saturday May 06 to Thursday May 11 which are less than the Group Room Rates unless such special rates apply to all rooms in ARRS' block. This does not apply to unrelated Hotel volume accounts, crew rooms, internet agreements or other similar agreements.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## SPECIAL CONCESSIONS

In consideration of the Room Night Commitment and the functions identified on the Function Information Agenda/Event Agenda, Hotel will provide American Roentgen Ray Society with the following special concessions:

1.  One (1) Complimentary Two Bedroom Presidential Suite, as listed in Guest Room Commitment
2.  One (1) Complimentary One Bedroom Presidential Suite, as listed in Guest Room Commitment
3.  Four (4) Complimentary Deluxe Suites, as listed in Guest Room Commitment
4.  Fifteen (15) Upgrades with Concierge Lounge access at the group rate
5.  Thirty (30) Staff Rooms at 50% off the group rate, as listed in Guest Room Commitment
6.  Twenty (20) Complimentary VIP Amenities valued at $50
7.  Ten (10) Complimentary Staff Amenities valued at $50
8.  Complimentary self-parking for Ten (10) staff over duration of conference
9.  Complimentary room ratio 1:45
10. 10 roundtrip limo/ sedan airport transfers
11. F&B prices and service charges established and fixed by April 2022
12. Complimentary meeting space
13. Complimentary exhibit rental
14. Discounted exhibit cleaning fee of $2,000
15. Complimentary coffee in staff office each day of the meeting, for up to 20 guests
16. Complimentary internet in the guest sleeping rooms for Marriott Rewards Members
17. We will offer ARRS the same discounted internet pricing in 2023 that we have offered in 2013 with no increases in price. 2018 internet pricing was as follows:

> One Day Rate on all bandwidth, IP address and Port Fees
> 50% discount on all Dedicated Bandwidth
> Complimentary Port Fees and VLAN configurations
> Waived Service Charge

## SPECIAL CONCESSIONS FOR CONTRACT SIGNATURE BY 7/31/2017

1)  Hotel will extend one (1) complimentary President's Reception for up to 300 attendees during the ARRS 2018 and ARRS 2023 annual meeting being hosted at the Washington Marriott Wardman Park Hotel – up to $44,000 value per year.
2)  10% discount on food and beverage will be applied to both the 2018 and 2023 ARRS annual meetings.

## COMPLIMENTARY ROOM NIGHTS

American Roentgen Ray Society will be entitled to one (1) complimentary room night for every 45 revenue-generating room nights occupied on a cumulative basis. ARRS will receive credit towards their complimentary rooms for any revenue generating room right outside the ARRS room block that is determined to be an ARRS attendee. Complimentary nights must be used during meeting dates and any balance remaining will be credited to the master account. If room block actualizes less than 75% of the contracted block and Group enters attrition, then Group shall receive these complimentary rooms only after paying the attrition amount to bring the actual room block up to 75% of the contracted block.

## COMMISSION

The group room rates listed above are net non-commissionable.

## CHECK IN/CHECK OUT

Check in time is 3:00pm. Individuals may check in earlier depending on occupancy levels and availability of "ready" rooms. Check out time is 12 Noon.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## METHOD OF RESERVATIONS

Reservations for the Event will be made by individual attendees directly with our online group reservations system powered by Passkey at 1 (877) 212 5752.

Hotel is pleased to offer the use of our online group reservations system powered by Passkey. All reservations will be made, modified or canceled by individuals on-line at a URL to be established by Hotel or by calling Marriott's Reservations toll free number to be established after enabling Passkey. It is the responsibility of American Roentgen Ray Society to provide this information to attendees. The Group Rate is guaranteed for reservations made on or before the Cutoff Date. Any reservations made after the Cutoff Date shall be at the Hotels then current available rate.

Hotel will supply a username and password to provide you with 24/7 online access to your group's information and reports.

## GUARANTEED RESERVATIONS

All reservations must be accompanied by a first night room deposit or guaranteed with a major credit card or by American Roentgen Ray Society. Hotel will not hold any reservations unless secured by one of the above methods.

In the event of an attrition obligation, ARRS will also receive credit towards the total room night usage for any "no show" revenues collected.

## CUTOFF DATE

Reservations by attendees must be received on or before **5:00pm on Friday April 14, 2023**, (the "Cutoff Date"). At the Cutoff Date, Hotel will review the reservation pickup for the Event, release the unreserved rooms for general sale, and determine whether it can accept reservations based on a space- and rate-available basis at the American Roentgen Ray Society group rate after this date.

Release of rooms for general sale following the Cutoff Date does not affect American Roentgen Ray Society's obligation, as discussed elsewhere in this Agreement, to utilize guest rooms.

## NO ROOM TRANSFER BY GUEST

American Roentgen Ray Society agrees that neither American Roentgen Ray Society nor attendees of the Event nor any intermediary shall be permitted to assign any rights or obligations under this Group Sales Agreement, or to resell or otherwise transfer to persons not associated with American Roentgen Ray Society reservations for guestrooms, meeting rooms or any other facilities made pursuant to this Group Sales Agreement.

## MASTER ACCOUNT

Hotel must be notified in writing at least 30 days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

## METHOD OF PAYMENT

The method of payment of the Master Account will be established upon approval of American Roentgen Ray Society's credit. If credit is approved, the outstanding balance of American Roentgen Ray Society Master Account (less any advance deposits and exclusive of disputed charges) will be due and payable within (30) days upon receipt of invoice.

American Roentgen Ray Society will raise any disputed charge(s) within 5 days after receipt of the invoice. The Hotel will work with American Roentgen Ray Society in resolving any such disputed charges, the payment of which will be due and payable within (30) days upon receipt of invoice after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

American Roentgen Ray Society has indicated that it has elected to use the following form of payment:

[ ] Cash, money order, or other guaranteed form of payment
[ ] Credit card (We accept all major credit cards)
[X] Company check or Electronic Funds Transfer
[ ] _____[agreed alternative]

American Roentgen Ray Society may not change this form of payment.

In the event that credit is not approved, American Roentgen Ray Society agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

## BILLING ARRANGEMENTS

The following billing arrangements apply:

[ ] Room and Tax to Master
[X] Individual to pay all charges
[ ] All charges to Master

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

Based on the requirements outlined by American Roentgen Ray Society, the Hotel has reserved the function space set forth on the below Function Information Agenda/Event Agenda.

Ten months prior to the Event, American Roentgen Ray Society agrees to give Hotel a preliminary program, including updated attendance figures based upon history. Six months prior to the Event, a tentative program with anticipated attendance figures is required. At this time, Hotel will release any space that is not designated on a tentative program, except for any space that Hotel and American Roentgen Ray Society agree to hold for unanticipated needs.

The meeting and banquet space will be made available on a complimentary basis. After discussion with American Roentgen Ray Society, the Hotel will have the right to reassign function space provided the revised space adequately accommodates the function requirements with final approval by ARRS. Final approval must be received from your Convention Services Manager before publishing meeting room names.

| Date | Day | Start Time | End Time | Function Type | Set-Up Style | Expected | Function Space |
|------|-----|-----------|----------|---------------|--------------|----------|----------------|
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| | | | | | | | |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/5/2023 | Fri | 2:30:00 PM | 11:59:00 PM | Set Up | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/5/2023 | Fri | 5:00:00 PM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/5/2023 | Fri | 4:00:00 PM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| | | | | | | | |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Set Up | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1,2, & 3 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Set Up | Special | 1 | THURGOOD NORTHEAST |
| | | | | | | | |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/7/2023 | Sun | 9:30:00 AM | 10:00:00 AM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR & THURGOOD MARSHALL FOYER |
| 5/7/2023 | Sun | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
|---|---|---|---|---|---|---|---|
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD NORTHEAST |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
|---|---|---|---|---|---|---|---|
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
|---|---|---|---|---|---|---|---|
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/11/2023 | Thu | 6:30:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/11/2023 | Thu | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | THURGOOD MARSHALL FOYER |
| 5/11/2023 | Thu | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/11/2023 | Thu | 8:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| | | | | | | | |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Office | Office Style | 1 | HARDING |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/12/2023 | Fri | 6:00:00 AM | 12:00:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/12/2023 | Fri | 10:00:00 AM | 10:30:00 AM | Coffee Break | Coffee Break | 300 | THURGOOD MARSHALL FOYER |
| 5/12/2023 | Fri | 10:00:00 AM | 10:30:00 AM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/12/2023 | Fri | 5:00:00 PM | 9:00:00 PM | Teardown | Existing Set | 1 | MARRIOTT 23 |

Function Space approved and authorized by American Roentgen Ray Society:  SBC   / 7-27-17
                                                                           (initial)    (date)

Function Space approved and authorized by Hotel: _____ / _____
                                                      (initial)        (date)

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

All meeting room, food and beverage, and related services are subject to applicable taxes (currently 10%) and service charge (currently 22%) in effect on the date(s) of the event.

## PORTERAGE LUGGAGE PULL

Hotel requires porterage gratuity, currently $10.60 per person round trip for an Group guest arrival where such Group's guests arrive by common carrier bus or motor coach and such guests' rooms are billed to the Group Master Account. Please advise Hotel if such charges are to be posted directly to the Master Account or as incidental charges to individual reservations.

## EXHIBITS IN HOTEL

A copy of American Roentgen Ray Society's proposed exhibitor's contract must be submitted to Hotel's Event department for approval prior to its printing and distribution, to ensure that the Hotel is protected and that exhibitors have received complete information and instructions, as well as rules and regulations governing exhibits at the Hotel. The Exhibitor's contract must include the following "Hold Harmless Clause"

> "The Exhibitor assumes the entire responsibility and liability for losses, damages, and claims arising out of exhibitor's activities on the Hotel premises and will indemnify, defend and hold harmless the Hotel, its owner, and its management company, as well as their respective agents, servants, and employees from any and all such losses, damages, and claims."

Hotel will not be responsible or liable for any loss, damage, or claims arising out of exhibitor's activities on the Hotel's premises except for any claims, loss, or damages arising directly from the Hotel's own negligence. American Roentgen Ray Society will be responsible to negotiate the contract with its exhibitors.

## EXHIBIT INFORMATION:

| Location: | **EXHIBIT HALL C** | |
|---|---|---|
| **LOAD IN:** | Friday, May 5, 2023 | 4:00 pm – 11:59 pm |
| **DECORATOR SET-UP** | Friday, May 5 - Saturday, May 6, 2023 | 6:00 am - 11:59 pm |
| **EXHIBITOR SET-UP** | Saturday, May 6, 2023 | 6:00 am - 11:59 pm |
| | Sunday, May 7, 2023 | 6:00 am - 4:30 pm |
| **SHOW HOURS:** | Monday, May 8, 2023 | 9:00 am - 4:00 pm |
| | Tuesday, May 9, 2023 | 9:00 am - 4:00 pm |
| | Wednesday, May 10, 2023 | 9:00 am - 4:00 pm |
| | Thursday, May 11, 2023 | 9:00 am – 1:00 pm |
| **TEARDOWN:** | Thursday, May 11, 2023 | 1:00 pm-10:00 pm |

The above rental agreement includes:
1. The exhibit facility as programmed
2. General maintenance of aisles, Hotel lighting, heating, air conditioning, and ventilation

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

The above rental agreement does not include:
1. Drayage and placement of display equipment
2. Decoration and related services
3. Security services
4. Labor; for example, carpenters, electricians, and drapers
5. Storage of any exhibit-related materials
6. Lighting and electrical power
7. Gas or water supply
8. A $2,000.00 cleaning fee for the exhibit area

## EXHIBIT LOAD IN / OUT

Local noise ordinances strictly prohibit the arrival of trucks, idling of engines, or rolling of equipment on hotel grounds between 11:00 pm and 7:00 am Sunday through Thursday and between 11:00pm and 9:00am on Friday and Saturday. Noise ordinances are enforced by local agencies and subject to local regulations and penalties.

For load-in and load-out, loading docks may be accessed as follows. Please schedule truck arrival and load in / load out only during these times:

Monday through Friday from 7:00 am until 11:00 pm
Saturday and Sunday from 9:00 am until 11:00 pm

## PRODUCTION AND RIGGING

Any sign, decoration, or production equipment that is attached to the ceiling structure or suspended from the ceiling will be hung and/or rigged and flown by Marriott's in-house provider, PSAV Presentation Services at the published rates. Twenty-one (21) days advance notification and a CAD diagram with load specifications is required. Orders received less than twenty-one (21) days from load in or on-site orders may not be accommodated or that cause delays and will result in additional labor costs. All equipment, cables, and connectors must conform to OSHA safety standards and are subject to approval by Marriott's Rigging Supervisor. Additional safety regulations and CADs can be found in the Rigging policies document that you're Event Manager will provide.

For the purposes of any Production, rigging labor, truss and motors must be contracted through Hotel's in-house provider, PSAV Presentation Services in accordance with Hotel Policies.

A Production Coordinator, supplied by the Hotel's in-house PSAV Presentation Services, is required during all load-ins and load-outs. This applies when more than one section of either ballroom (Marriott Ballroom or Thurgood Marshall Ballroom) is used, and/or when rigging is part of the production. The Production Coordinator will help facilitate each load-in for a five (5) hour minimum, and each load-out for a five (5) hour minimum, at the prevailing rate.

If the Group elects to supply their own equipment for audio visual requirements, basic power charges (20amps) for each meeting room will apply for the duration of the conference. If in-house audio is required, all audio equipment must be supplied by the in-house supplier, PSAV Presentation Services. No other provider may patch into the house audio.

There shall be no surcharges or fees for use of outside vendors except as noted above or in the Hotel Policies document.

## ROOMS ATTRITION

Hotel is relying upon American Roentgen Ray Society's use of the Room Night Commitment. American Roentgen Ray Society agrees that a loss will be incurred by Hotel if American Roentgen Ray Society's actual usage is less than 75% of the Room Night Commitment.

If American Roentgen Ray Society's actual usage is less than 75% of the Room Night Commitment, American Roentgen Ray Society agrees to pay, as liquidated damages and not as a penalty, the difference between 75% of the Room Night

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Commitment and American Roentgen Ray Society's actual usage, multiplied by the profit, which is 75% of the confirmed single guest room rate of $314.00 plus applicable taxes.

Should ARRS release any room nights as permitted in the Guest Room Commitment Section of the agreement, attrition will be recalculated to be 75% of the Adjusted Room Night Commitment.

Hotel agrees to cross reference in house reservations with group registration list. Any occupied room booked outside of the ARRS room block, including rooms booked through an internet booking service, that are determined to be occupied by an ARRS attendee will be credited to ARRS' total room nights. Hotel will give room night's revenue credit toward attrition fees for rooms booked outside of the block at any rate.

An audited statement of actual room usage for each of the convention /meeting will be provided to the Association upon request.

If the Hotel sells at least 95% of its current Rooms Inventory over any of the Groups nights, no attrition will be calculated for that specific night

## ADJUSTMENTS TO CONCESSIONS

In the event of reductions in the Room Night Commitment of more than 25%, the Hotel may adjust any concessions previously offered in this Agreement, including those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Room Night Commitment.

## FOOD AND BEVERAGE ATTRITION/CANCELLATION

American Roentgen Ray Society agrees that it will provide a minimum food and beverage revenue of $250,000 (exclusive of applicable service charges and taxes) as part of the Event. If American Roentgen Ray Society provides less food and beverage revenue, it agrees to pay Hotel 35% of the shortage, plus applicable taxes. In addition, if any food and beverage event is cancelled within 72 hours of its scheduled starting time, American Roentgen Ray Society agrees to pay Hotel 100% of the food and beverage revenue guaranteed at 72 hours.

There will be no surcharges for group's events under Twenty-five (25) attendees. There will also be no bartender fees provided that such function meets a minimum threshold of $500 in revenue generated.

## CANCELLATION

Nothing contained in this cancellation section is intended to allow ARRS the right to cancel for the sole purpose of holding the meeting in another facility or city, nor does it allow the hotel to cancel for the sole purpose of booking another meeting in place of the meeting contracted for in this agreement.

American Roentgen Ray Society acknowledges that if it cancels or otherwise essentially abandons its planned use of the Room Night Commitment (a "Cancellation"), this action would constitute a breach of American Roentgen Ray Society's obligation to Hotel and Hotel would be harmed. Because Hotel's harm (and American Roentgen Ray Society's obligation to compensate Hotel for that harm) is likely to increase if there is a delay in notifying Hotel of any Cancellation, American Roentgen Ray Society agrees to notify Hotel , in writing, within five (5) business days of any decision to Cancel. In addition, if a Cancellation occurs, the parties agree that:

   A) It would be difficult to determine Hotel's actual harm.

   B) Due to the period of time between the execution of this Agreement and the Event dates, and/or the projected non-capacity occupancy of the Hotel over the Event dates, Hotel is unlikely to be able to resell rooms or function space on a "last-sale" basis in the event of a Cancellation.

   C) The amount set forth below reasonably estimates Hotel's harm for a Cancellation.

American Roentgen Ray Society therefore agrees to pay Hotel, within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amounts agreed to in the chart below, plus applicable taxes. Provided that American Roentgen Ray Society timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from American Roentgen Ray Society relating to the Cancellation.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| Date of Cancellation | Amount of Liquidated Damages Due |
|---|---|
| Date of Agreement to December 31, 2018 | 25% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 25% = $221,841.00 |
| From January 1, 2019 to December 31, 2020 | 50% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 50% = $443,682.00 |
| From January 1, 2021 to December 31, 2022 | 75% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 % profit) x 75% (slippage allowed in attrition clause) x 75% = $665,523.00 |
| From January 1, 2023 to Arrival | 100% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 100% = $887,364.00 |

Provided that American Roentgen Ray Society timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from American Roentgen Ray Society relating to the Cancellation.

If Hotel double-books or cancels the Event and is unable or unwilling to provide the guest rooms, function space or any related services agreed to in this Agreement, such action constitutes a breach of Hotel's obligations to ARRS and ARRS would be harmed. Because ARRS's harm (and the Hotel's obligation to compensate ARRS for that harm) is likely to increase if there is a delay in notifying ARRS of any Cancellation, the Hotel agrees to notify ARRS, in writing within five (5) business days of any decision to cancel. In addition if a Cancellation occurs, the parties agree that:

a. it would be difficult to determine ARRS's actual harm;

b. the sooner ARRS receives notice of the Cancellation, the lower its actual harm is likely to be, because the probability of mitigating the harm by rebooking space and functions is higher, and

c. the highest percentage amount in the chart below reasonably estimates ARRS's harm for a last minus cancellation and, through its use of a sliding scale that reduces damages for earlier cancellations, the Chart also reasonably estimates ARRS's ability to lessen its harm by rebooking the event.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

The Hotel therefore agrees to pay ARRS within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amount listed in the Chart below:

| Date of Cancellation | Amount of Liquidated Damages Due |
|---|---|
| Date of Agreement to December 31, 2018 | 25% of Total Room Revenue*<br>Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 25% = $221,841.00 |
| From January 1, 2019 to December 31, 2020 | 50% of Total Room Night Revenue*<br>Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 50% = $443,682.00 |
| From January 1, 2021 to December 31, 2022 | 75% of Total Room Night Revenue*<br>Calculated as follows: 5,024 room nights x ($314 % profit) x 75% (slippage allowed in attrition clause) x 75% = $665,523.00 |
| From January 1, 2023 to Arrival | 100% of Total Room Night Revenue*<br>Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 100% = $887,364.00 |

Provided that the Hotel timely notifies ARRS of the Cancellation and timely pays the above liquidated damages, ARRS agrees not to seek additional damages from Hotel relating to the Cancellation.

## COMPETING GROUPS

It is understood that American College of Radiology is in direct competition with American Roentgen Ray Society. The Hotel agrees not to book American College of Radiology in the month of May in 2023, or within two weeks prior to ARRS' conference start date.

The Hotel further agrees not to book any function space to any organization whose business competes with the Group or involves Group specialty (i.e. imaging or radiology) over the dates of the meeting.

## GUEST RELOCATION

In the event the Hotel cannot accommodate any member of the Group with a guaranteed reservation, the Hotel will provide the following:

1. Accommodations at a comparable Hotel as close as reasonably possible at no charge to the guest for each night the guest is displaced from the Hotel.

2. One complimentary round trip ground transportation between Hotel and the alternate Hotel for each day the guest is displaced.

3. One (1) long-distance phone call of reasonable length to notify of change of location, and necessary arrangements for forwarding of the displaced guest's telephone messages and mail.

4. Offer to relocate displaced guest back to first available room. If room becomes available and the guest elects not to return to the Hotel, the Hotel will have no further obligations under this clause.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

5. Upon return to the Hotel, the displaced guest will receive upgraded accommodations, a welcome amenity, and a note of apology from the General Manager.

6. Credit to the Group for any guest(s) displaced toward its guest room block pick up for purposes of this contract and for calculation of the Group complimentary room credit.

## IMPOSSIBILITY

The performance of this Agreement is subject to termination without liability upon the occurrence of any circumstance beyond the control of either party – such as acts of God, war, government regulations, disaster, strikes (except those involving the employees or agents of the party seeking the protection of this clause), civil disorder, or curtailment of transportation facilities – to the extent that such circumstance makes it illegal or impossible to provide or use the Hotel facilities.  The ability to terminate this Agreement without liability pursuant to this paragraph is conditioned upon delivery of written notice to the other party setting forth the basis for such termination as soon as reasonably practical – but in no event longer than ten (10) days – after learning of such basis.

## COMPLIANCE WITH LAW

This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and American Roentgen Ray Society agree to cooperate with each other to ensure compliance with such laws.

## CHANGES, ADDITIONS, STIPULATIONS, ADDENDUMS OR LINING OUT

Any changes, additions, stipulations, addendum or deletions including corrective lining out by either Hotel or American Roentgen Ray Society will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.  Addendums will require signature of the ARRS Executive Director.

## LITIGATION EXPENSES

The parties agree that, in the event either party files litigation relating to this Agreement, either party in such litigation will be responsible for their own costs resulting from the litigation, including attorney's fees.

## AMERICANS WIH DISABILITIES ACT (ADA) COMPLIANCE

Each party agrees to use good faith efforts to ensure that it complies with its obligations under the Americans with Disabilities Act and the Act's accompanying regulations and guidelines (collectively the "ADA"). Each party further agrees to indemnify and hold the other party harmless from and against any and all claims and expenses, including attorneys' fees and litigation expenses, that may be incurred by or asserted against the other party or its officers, directors, agents, and employees on the basis of the indemnifying party's non-compliance with any of the provisions of the ADA. American Roentgen Ray Society agrees to provide Hotel with reasonable advance notice about the special needs of any attendees of which American Roentgen Ray Society is aware.

## POST MEETING REPORT

Hotel agrees to provide ARRS after the meeting a full report to include room pick-up, cancellation and no-show factor, number of sleeping rooms used in each category (i.e. single double, suite parlors), *number guaranteed versus number served at each meal function*, room service income, total meeting income and any other ancillary income will be supplied to ARRS prior to payment of final bill. In addition, Hotel agrees to provide daily pickup reports on-site.

## SAFETY

Hotel represents and agrees that it complies and shall comply during the dates of the function with all local, state and federal fire safety, and health and building codes. Hotel further agrees to furnish adequate security for guests by assuring that corridors, parking lots, recreational, and public areas are adequately monitored. Hotel further represents and agrees that it maintains written procedures and policies concerning fire safety and other safety issues and Hotel shall make all such procedures and policies available to ARRS upon reasonable notice. Failure of ARRS to request a copy of such policy and procedures shall not alleviate Hotel's responsibilities to comply with the terms of the paragraph.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## LABOR

Hotel shall list any and all unions whom have jurisdiction in the Hotel, and the contract renewal dates applicable for 2013. The Hotel is obligated to advise ARRS as soon as possible prior to the meeting of any labor disagreement that might impact or overlap the meeting dates.

## HOTEL RENOVATION/EXPANSION

Hotel will promptly notify Group of any significant construction or remodeling to be performed in the Hotel over the meeting dates and Hotel will use all commercially reasonable efforts to insure that any such occurrence will not materially interfere in any way with Group's use of the Hotel. If it is reasonably anticipated that there will be a significant interference, Hotel will arrange comparable meeting and guest room accommodations at a nearby comparable facility. The Hotel and ARRS must mutually agree upon the alternative facility and ARRS agrees approval will not be unreasonably withheld. The Hotel will reimburse ARRS for all reasonable costs incurred by ARRS moving their meeting, exhibit and guest room accommodations to another facility due to Hotel's renovation. Such costs may include, but are not limited to, the difference in an increased guest room rate, meeting room rental, and any mailing to notify members. If Hotel and ARRS cannot mutually agree upon an alternate facility, the Group has the right to terminate this contract without liability. Group reserves the right to seek damages from Hotel after such a cancellation.

## QUIET ENJOYMENT

Hotel represents and warrants that there will be no outside distractions that could affect the ordinary use of meeting rooms or other facilities to be used by ARRS, including but not limited to maintenance or construction activities or other groups of guests. Hotel shall use its best efforts to mitigate any distractions or interferences with quiet enjoyment that may arise, and shall negotiate in good faith to resolve any concerns raised by ARRS.

## CHANGE OF MANAGEMENT

Hotel must notify ARRS within ten (10) days of a change in management within the Hotel. ARRS may cancel this Agreement without liability if there is a change in Hotel management, which, in ARRS's judgment, may materially adversely affect the quality of service. This cancellation right must be exercised, if at all, by written notice from ARRS to Hotel within thirty (30) days of learning of the change of ownership and operation.

## INDEMNIFICATION

Each party to this Agreement shall, to the extent not covered by the indemnified party's insurance, indemnify, defend, and hold harmless the other party and its officers, directors, agents, employees, and owners from and against any and all demands, claims, and damages to persons or property, losses, and liabilities, including reasonable attorneys' fees (collectively, "Claims"), arising solely out of or solely caused by the indemnifying party's negligence or willful misconduct in connection with the provision and use of Hotel and contemplated by this Agreement. This paragraph shall not waive any statutory limitations of liability available to either part, including innkeepers' limitation of liability laws, nor shall it waive any defenses either party may have with respect to any Claim.

## HEADINGS

The headings and numbers appearing in this Agreement have been inserted as a matter of convenience. If there is any conflict between the headings and numbers and the text of this Agreement, the text will control.

## SEVERABILITY

The provision of this Agreement are severable so that if any term or provision hereof is found for any reason to be invalid, illegal or unenforceable, such finding shall not affect the validity, construction or enforceability of any remaining term or provision herein.

## GOVERNING LAW

This agreement shall be governed by and construed under the laws of the State of Virginia. The parties hereby consent to personal jurisdiction in the federal and state courts of Virginia.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## INSURANCE

Hotel shall carry liability, fire, burglary and other insurance in such dollar amounts as necessary to protect itself against any claims arising from any activities conducted in Hotel during the Convention/Meeting Period and to indemnify, defend, and hold harmless the Association as provided in this Agreement. The Hotel also shall maintain adequate commercial host and/or alcohol liability insurance to meet its obligations under this provision.

## LIQUOR LICENSE

American Roentgen Ray Society understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders. Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are under age.

## ACCEPTANCE

When presented by the Hotel to American Roentgen Ray Society, this document is an invitation by the Hotel to American Roentgen Ray Society to make an offer. Upon signature by American Roentgen Ray Society, this document will be an offer by American Roentgen Ray Society. Only upon signature of this document by all parties will this document constitute a binding agreement. Unless the Hotel otherwise notifies American Roentgen Ray Society at any time prior to American Roentgen Ray Society's execution of this document, the outlined format and dates will be held by the Hotel for American Roentgen Ray Society on a first-option basis until **7/31/2017**. If American Roentgen Ray Society cannot make a commitment prior to that date, this invitation to offer will revert to a second-option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations.

Upon signature by both parties, American Roentgen Ray Society and the Hotel shall have agreed to and executed this Agreement by their authorized representatives as of the dates indicated below. Addendums will require signature of the ARRS Executive Director.

## SIGNATURES

Approved and authorized by American Roentgen Ray Society.

Name:       Susan Cappitelli

Title:      Executive Director, ARRS

Signature:

Date:       7 - 27 - 17

Approved and authorized by Hotel:

Name:       Benjamin Warner

Title:      Senior Sales Executive

Signature:

Date:       7/28/17

Approved and authorized by Hotel:

Name:       Steve French

Title:      Director of Sales

Signature:

Date:       7/28/17

Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION