UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
---------------------------------------------------------- x
In re:                                        :
                                              :    Chapter 11
                                              :    Case No. 21-10023(JTD)
WARDMAN HOTEL OWNER L.L.C.,                   :
                                              :
              Debtors.                        :    DECLARATION OF JAMES R.
                                              :    GROSSMAN
                                              :
---------------------------------------------------------- x
```

JAMES R. GROSSMAN, hereby declares, pursuant to U.S.C. §1746:

1.  I am the Executive Director of the American Historical Association (the "AHA"). I make this declaration in response to the objection (the "Objection") by the Debtor to AHA's claim in the amount of $58,960 (claim no. 22).

2.  Attached as Exhibit "A" is the reservation agreement executed in November, 2019. It is signed by me and by Ann Redington on behalf of the "Washington Marriott Wardman Park (the "Hotel")."

3.  AHA's claim is for consequential damages incurred as a result of the bankruptcy and subsequent cancellation of this agreement. Specifically, the damages consisted of cancellation fees that will be due to the adjacent Omni Shoreham Hotel for overflow space for AHA's 2027 annual meeting. With the cancellation of the Wardman Park reservation, AHA obviously had no need for overflow space. The amount claimed is the amount of the fees that will be due to the Shoreham pursuant to AHA's contract with that entity.

4.  I dealt with the Hotel in establishing the terms of the reservation. At no time was it disclosed to me that a Marriott entity was the actual contracting party, and the contract contains no indication that the Debtor – which unquestionably is the property owner - was not the contracting party.

5. Assuming the truth of the allegations in the Objection that, albeit unbeknownst to me, a Marriott entity (the Objection asserts that it was "Marriott Business Systems, Inc.", while the first-day declaration of Mr. James D. Decker identifies the entity as "Marriott Hotel Systems, Inc.") is the contracting entity, it is clear that this Debtor permitted the party executing the contract with AHA to essentially hold the Debtor/property owner out as the actual contracting party.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2021.

_____
James R. Grossman

11007806.1