# EXHIBIT A

**Washington Marriott Wardman Park**

**2660 Woodley Road NW**

**Washington, District of Columbia, 20008**

## GROUP SALES AGREEMENT

This Group Sales Agreement (this "**Agreement**") is made between **Washington Marriott Wardman Park,** hereinafter referred to as ("**Hotel**") and **American Historical Association,** hereinafter referred to as ( "**Group**" or "**AHA**") acting through its booking agent, Experient Inc., a Maritz Global Events Company, hereinafter referred to as ("**Experient**") effective as of the last date of signature below (the "**Effective Date**"), who agree as follows:

**PRIMARY CONTACTS.** The following individuals will be the primary contacts for Group and Hotel and will manage business aspects of this Agreement.

| GROUP INFORMATION | |
|---|---|
| **Group Contact** | Debbie Doyle |
| **Contact Title** | Meetings Manager |
| **Contact Phone** | (202) 544-2422, ext. 104 |
| **Email Address** | ddoyle@historians.org |
| **Mailing Address** | 400 A St. SE <br> Washington DC 20003 |
| **HOTEL INFORMATION** | |
| **Hotel Contact** | Ann Redington |
| **Contact Title** | Senior Sales Executive |
| **Contact Phone** | 202-286-3678 |
| **Email Address** | ann.redington@marriott.com |
| **Main Phone** | 202-328-2000 |

**PROGRAM.** The following will be the event/function details for Group  (the "**Program**"):

| PROGRAM DETAILS | |
|---|---|
| **Program Name** | 2027 AHA Annual Meeting |
| **Program Dates** | January 4-12, 2027 |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

## PROGRAM TERMS

### DATE AVAILABILITY

The Group Room Block (as defined below) and function space outlined in this Agreement are currently being held on a definite, exclusive basis for Group until **11/15/19**. On or before **11/15/19**, the parties hereto shall either (a) enter into this Agreement upon signature; (b) agree in writing to extend the hold to a future date; or (c) agree in writing to release the hold. Hotel shall not release the hold until advised to do so in writing by Experient. Should another group request the dates held by this Agreement, Hotel will contact Group and Experient immediately and offer Group the right of first refusal.

### Headquarter Hotel Status

The terms of this Agreement are based upon the understanding that  Hotel shall be designated as the official headquarters hotel for  Group.  Hotel shall be designated as such in any and all convention materials, publications, and other collateral. If for any reason Hotel is not the headquarters hotel as described above, then Hotel reserves the right, after consultation with Group, to appropriately reduce the contracted room nights and/or function space commitments for the Program.

**Purpose:**  Hotel acknowledges that Group's purpose for holding the Program is to provide AHA Members and conference attendees the ability to network and reconnect with colleagues, friends and scholars while engaging in a variety of scholarship, education and career development activities and sessions.  The American Historical Association is a nonprofit membership organization founded in 1884 and incorporated by Congress in 1889 for the promotion of historical studies. The AHA provides leadership for the discipline by protecting academic freedom, developing professional standards, supporting scholarship and innovative teaching, and helping to sustain and enhance the work of historians. As the largest organization of professional historians in the world, the AHA represents more than 12,000 members and serves historians representing every historical period and geographical area in a wide variety of professions.

The AHA is a trusted voice for history education, the professional work of historians, and the critical role of historical thinking in public life. (**"Purpose"**).

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

## GROUP ROOM BLOCK AND RATES

### Group Room Accommodations

Hotel is presently holding the following block of rooms ("**Room Block**") for Group's use:

| DAY | TUE | WED | THU | FRI | SAT | SUN | MON | TOTALS |
|---|---|---|---|---|---|---|---|---|
| DATE | 1/5/27 | 1/6/27 | 1/7/27 | 1/8/27 | 1/9/27 | 1/10/27 | 1/11/27 | |
| Run of House | 11 | 266 | 937 | 1058 | 860 | 35 | 3 | 3170 |
| Complimentary One-Bedroom Executive Suite | | 3 | 3 | 3 | 3 | 3 | | 15 |
| Complimentary Two-Bedroom Presidential Suites | | 2 | 2 | 2 | 2 | 2 | | 10 |
| Upgrade to Concierge or Junior Suites | | 15 | 15 | 15 | 15 | 15 | | 75 |
| Staff Room | 11 | 22 | 22 | 22 | 22 | 22 | 8 | 129 |
| Total | 22 | 308 | 979 | 1100 | 902 | 77 | 11 | 3399 |

- For purposes of this Agreement, a "bed" **does not** include a murphy bed, sofa/pull out bed or roll away bed.

### Group Room Rates

### Confirmed Rates

The Hotel is pleased to offer the following special confirmed <u>2027</u> room rates ("Room Rates") for your Program:

| ROOM TYPE | Room Rates |
|---|---|
| RUN OF HOUSE SINGLE | $159.00 |
| RUN OF HOUSE DOUBLE | $179.00 |
| RUN OF HOUSE TRIPLE | $199.00 |
| RUN OF HOUSE QUAD | $219.00 |
| STAFF RATE | $99.00 |

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

**Room Block Review**

Group and Hotel agree to review the Room Block on or before the following dates:

2/7/23 - **4 years** out, not to increase/decrease by more than 5% of original Room Block

2/7/24 - **3 years** out, not to increase/decrease by more than 5% of revised Room Block

2/7/25 - **2 years** out, not to increase/decrease by more than 5% of revised Room Block

2/7/26 - **11 months** out, not to increase/decrease by more than 5% of revised Room Block

On the above dates the parties hereto will evaluate and adjust, if necessary, the Room Block and any function space, if applicable, based on Group's previous usage, current pick-up to date and other relevant factors, without cost or penalty to Group, to reflect the pattern appropriate for the Program. Upon Group's request, Hotel will increase/decrease the current Room Block to the percentages above. The Room Block finalized on 2/7/26 shall be hereafter referred to as the **"Final Adjusted Room Block,"** and will be used for purposes of calculating attrition, cancellation, and other relevant factors.

**Commission**

All room revenue is commissionable at seven percent (7%) to Experient (**"Commission"**). Hotel agrees that the Commission paid by Hotel to Experient for booking this Program, as authorized booking agent, will not be reflected or passed on to Group in the form of higher room rates charged. Hotel and Group further agree that commissionability for the booking of this Program is noncancelable and nontransferable to another party except as agreed to by an authorized representative of Experient in writing. Hotel and Group agree not to terminate or cancel this Agreement and resign a new agreement for the purpose of removing Experient as the commissionable party. Should the Hotel increase their percentage of commissions paid, as a standard, between the signing of this Contract and the Group's arrival date, the increased commission percentage would apply to this Contract.  Hotel agrees to promptly (within ten business days) respond to Experient's request for room pick-up information (room pick-up information means information regarding Group's actualized/consumed rooms, including rooms within Group's Room Block, rooms miscoded outside Group's Room Block and relocated rooms) and Hotel agrees to send Experient's Commission check, made payable to Experient, within thirty (30) days after receipt of Experient's invoice to:

Experient, Inc.
PO Box 74008578
Chicago, IL 60674-8578

Via FedEx/Other courier:
Bank of America Lockbox Services
Experient Inc Lockbox #8578
540 W. Madison 4th Floor
Chicago, IL 60661

**CUT-OFF DATE**

Reservations by attendees must be received on or before 12/11/26 (the "Cut-off date").  At the Cut-off date, the Hotel will review the reservation pickup for the Function, and Unsold rooms in the block will then be released and meeting attendees can make reservations on a space available basis at the contracted group rate until block is full. Release of rooms for general sale after the Cut-off date does not affect the Group's obligation as discussed elsewhere in this Contract to utilize guest rooms.

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

**Additional Rate Information**

All Room Rates are subject to applicable tax, which is currently **14.95%** per room, per night, and Hotel is responsible for informing Group, in writing, of any change in the current tax rate.

The Group Room Rate will be applicable three (3) days prior and three (3) days after Group dates on a space available basis (i.e., not limited to the Final Adjusted Room Block inventory). Provided Hotel has any room availability, the Group Room Rate will be honored for such additional six days. All extension rates will be commissionable to Experient at 7%.

To the extent any Commissions or rebates are payable to Experient by Hotel pursuant to the terms of this Agreement, Hotel agrees to pay the Commissions and/or rebate within thirty (30) days of receipt of Experient's invoice. Any amounts that remain unpaid by Hotel after the due date shall be subject to a late payment charge of 1.5% per month until such amount is paid in full.

**Lowest Rate**

For this Program, the Hotel agrees that Group will be guaranteed the lowest rate in-house over the dates of January 7-10, 2027. Exceptions include negotiated volume corporate business and/or government accounts, airline crew rooms and other similar agreements. This guarantee applies to rates made available to the general public, either through the hotel reservation department, 800 reservation service, or any online distribution channel, other than online channels where a customer cannot choose the hotel or brand, i.e. Priceline. Should a lower rate be discovered, Hotel agrees to either (i) guarantee and reconcile the lower rate to any of Group's attendees or (ii) remove the lower rate from all distribution channels.

## ECONOMIC DOWNTURN

Group and Hotel agree to review confirmed Group Room Rates and Group Room Block should there be a significant downturn in the economy after the execution of this Agreement (as defined below). Should a significant downturn in the economy occur, as defined below, the parties hereto agree to adjust the number of guest rooms being held to mutually agreeable amounts that are more realistic and attainable. Any adjustments will be made without liability to Group or Hotel. A significant downturn in the economy is defined as a decline of 5% or more in the leading economic indicators for the United States as reported by The Conference Board, an independent research firm (see www.conference-board.org). The relevant indicators will be for changes between [month this contract is executed] and July 2026 as stated in this Agreement.

## RESERVATIONS

Procedures: Check any that may apply.

| Rooming List ☐ | Individual Call-in* ☐ | Experient Housing ☒ | Own Form* ☐ | Housing Bureau ☐ |
|---|---|---|---|---|

*Reservations may be made by individuals directly with Hotel by call-ins, reservation card or form, via the Internet, or other channels available to groups.

Group intends to have reservations processed through the Experient Housing Bureau. Reservations will only be accepted from sources requested by Group. Any reservations accepted by sources other than those approved by Group will not be deducted from Group's Room Block. Please refer to the Housing Appendix incorporated as Attachment A of this Agreement.

- All reservations will be made through AHA's Official Housing Company. Hotel will not accept housing requests directly from any meeting attendee, member, exhibitor or any representative of an exhibiting company or affiliated organization or travel agent representing an exhibiting company or attendee until after the cutoff date.

- Any attendee who calls Hotel directly should be referred to the Official Housing Company. A URL and customer service number will be provided prior to reservation opening date.

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

- In the event Hotel takes direct reservations for the Program, these rooms will be credited to AHA but will not be deducted from the Group Room Block.

- The Room Block and reservation procedure(s) will be loaded into Hotel's central reservation and/or property management system.

### Approvals

The Experient Housing Bureau will provide Hotel the ability to review all inventory, rates, cancellation policy and Hotel information that has been loaded into the reservation system for Group. Hotel will be able to update hotel descriptions, amenities and pictures through the hotel portal. A rate and room block confirmation agreement will be provided to Hotel by the Experient Housing Bureau to sign and approve that all information has been loaded according to contract. Approval forms will be sent back to the Experient Housing Bureau within five (5) business days of receipt.

### Deposits

All reservation requests will require a credit card guarantee. To avoid a one night penalty, rooms must be canceled more than 48 hours prior to arrival. Name changes to guest room reservations may be made prior to arrival at no charge.

Reservation requests after the cut-off date will be accepted at the Group Room Rates set forth above on a last room in category availability basis OR space available basis. Such rooms shall accrue to Group's Room Block and be counted in the calculation of commission, complimentary room nights, rebates (if applicable), and any attrition fees (if applicable).

### HOUSING PIRATES

Hotel will not knowingly contract rooms to any 4th party housing providers (**"Housing Pirates"**) over Group's contracted dates (**"Event Dates"**). If it is found that Housing Pirates are soliciting Group's attendees and/or exhibitors to promote the sale of rooms over Event Dates, Hotel will, when made aware of the unauthorized sale (**"Pirate Sale"**) cancel the contract with the Housing Pirate(s) and not allow the Housing Pirate(s) to sell any additional rooms over Group's Event Dates. Hotel will resolve all Pirate Sale matters within 3 business days after Hotel receives notice of the Pirate Sale. Hotel will credit Group for pick-up, commission, rebate and any other contractual obligations regardless of room rate paid or other previously paid commissions to 4th party.

### Additional Information

Check-In Time **4:00** PM Check Out Time: **11:00** AM

Hotel agrees to send at no charge confirmation of reservations and/or reservation changes to the registered guests within seven days of receipt of such information.

The Room Block and reservation procedure(s) will be loaded into the central reservation systems of both Hotel and, if applicable, the chain with which Hotel is affiliated within ten days of either the execution of this Agreement or the determination of final rates, whichever is later.

### Miscoded Rooms

At Group's request, Hotel's in-house guest list will be compared with Group's registration list. Any guest room occupied by an individual on Group's registration list, but not coded to Group within Hotel's system, will be credited to Group's pickup and will be commissionable* to Experient, regardless of room rate or reservation method (including Internet distribution channels). Additionally, these rooms will be credited to Group for calculation of earned complimentary room nights, and earned complimentary concessions based on a percentage of block utilization (if applicable), and rebates earned (if applicable). Hotel may either compare the lists along with a representative of the Group or permit an Experient and/or

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

Group representative to do so independently. Group and Experient agree to maintain the confidentiality of such list.

*Miscoded rooms that are commissionable to a retail travel agency will only be commissionable to Experient if the rate is at least 10% higher than the Group rate.*

### Guest Room Pre-Audit

Group/ Experient can request a pre-audit, at no cost, for purposes of maximizing room block performance. At Group's or Experient's request, Hotel will compare its in-house guest list with Group's registration or housing list. Any guest room occupied by an individual on Group's registration or housing list, but not coded to Group within the Hotel's system, will be re-coded and credited to Group regardless of confirmed room rate.

## UNAUTHORIZED REQUESTS AND SOLICITATIONS

Hotel agrees not to accept direct requests or enter into separate agreements for sleeping rooms, suites and/or function space from companies, organizations or agents representing or claiming to represent or be affiliated with the Program or its attendees, exhibitors or others within Group's field of interest for the purpose of conducting meetings or hospitality functions over the Program dates. All such requests for rooms, suites and function space will be directed to Group or to Experient.

Any items Hotel is requested to distribute to Program attendees' guestrooms (i.e. guestroom drops), whether inside or outside of the guestroom, by any party other than Group is strictly prohibited, without Group's prior review of a sample of the item to be distributed and written approval. Further, to maintain the privacy and security of the Program attendees, the Hotel will not provide any third party requesting or conducting a distribution with the names, guestroom numbers or other personal information of any Program attendees, without prior written permission by Group.

### Complimentary and Other Negotiated Concessions

Group will receive one complimentary room for every 40 occupied, full group rated rooms on a cumulative basis (total room nights ÷ 40). Complimentary rooms may be assigned and/or credited to the Master Account (as defined below_ at Group's single rate, at the option of Group. Group may not convert comps or concessions to a cash payment.

Hotel will provide the following additional concessions:

- (3) Complimentary Executive One-Bedroom Suites with parlor per night as outlined in the Room Block grid including complimentary internet.

- (2) Complimentary Two-Bedroom Presidential Suites with parlor per night as outlined in the Room Block grid with complimentary internet access.

- 22 staff rated rooms per night as outlined in the Room Block grid at a rate of $99 per night – All staff rated rooms will receive a complimentary welcome amenity of fruit, bottled waters and a snack on their check in night – retail value of $40.

- 15 Upgrades per night at the group Room Rate to Junior Suites and/or Concierge Level as outlined in the Room Block grid for AHA Governing Board.

- Complimentary Internet in Guestrooms for all Marriott Bonvoy Members.

- Hotel to provide 40 Mbps of Wireless Meeting Room Internet Connection (or prevailing technology) in all meeting rooms and in common areas on all meeting levels for a flat labor fee of $7,500 provided PSAV is the sole provider of A/V

v.9.4.19                                                                                                                           7

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

- Complimentary internet connection (or prevailing technology) at the following AHA work sites (could be wired or wireless, depending on AHA's requirements):  AHA meeting registration (wired connections with static IP address), Two AHA booths in Exhibit Hall, AHA Headquarters Office.

- Hotel to sponsor full reception for 300 people on the second night of the meeting; AHA to select food menu; with wine, beer, soft drinks, etc. (do not expect a full bar, i.e. no hard liquor or mixed drinks).

- Hotel to sponsor full reception for 75 people on the third night of the meeting. AHA and Hotel to jointly select food menu; with wine, beer, soft drinks, etc. (do not expect a full bar, i.e. no hard liquor or mixed drinks).

- Hotel-hosted staff reception for 30 people; AHA to select F&B

- Complimentary break service for up to 10 people in headquarters office daily.  AHA to select F&B.

- Complimentary furniture (scattered tables/chairs) for an area in common space on each meeting level for attendee rest area/Internet usage; comp. access to electrical outlets to recharge equipment.

- Complimentary telephone line/installation/set-for AHA headquarters (in areas AHA designates).

- Four complimentary re-keying of staff offices.

- (10) Complimentary parking passes per day for the duration of the event.

- (6) Complimentary round-trip airport transfers

- No extra fees for changing room sets or standard meeting furniture (banquet tables, banquet chairs, easels, , for example)

- All discounts offered by Hotel shall be applied to the pre-taxed totals, prior to any applicable and pre-disclosed service charges being applied.

**Staff Room and Additional Negotiable Concessions**

Experient representative(s) will receive, over and above any other concessions in this Agreement, one complimentary staff room arriving up to two days prior to and departing up to one day following the Program dates.

Hotel will provide one active complimentary house phone that has outside call capability. Group will pay for all outgoing calls at prevailing Hotel rates.

There will be no charge for pencils, pads, and pens provided by Hotel in function space rooms that are not set theater style.

Hotel will provide complimentary easels outside of function space room and in hallways or foyers for signage placement, not to exceed Hotel's inventory.

There will be no charge for receiving and handling of Group's registration and Program materials – up to 250 pounds.

**Meeting Planner Bonus Program**

**MARRIOTT BONVOY EVENTS**

Marriott Bonvoy Events provides Points or Miles to eligible Marriott Bonvoy Members who book and hold qualifying meetings and events at Participating Properties.

Approximately ten (10) business days after the final payment of the master account (provided that the Program is not cancelled and Group has otherwise complied with the material terms and conditions of this Agreement),  Hotel will award Points or Miles to the Member and relevant account identified below. By

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

inserting the airline frequent flyer account information, the recipient elects to receive Miles instead of Points.

Marriott Bonvoy Events is not available in certain circumstances, including (1) for any government employee or official booking a government event (U.S. government event or non-U.S. government event); (2) for any employee of a state-owned or state-controlled entity (**"SOE"**) booking an event on behalf of the SOE; or (3) for any other planner or intermediary when booking an event on behalf of a non-U.S. governmental entity or SOE. Hotels in the Asia Pacific region are restricted from awarding Points or Miles to any intermediary booking an event on behalf of any governmental entity or SOE.

## GROUP MUST CHECK ONE OPTION BELOW:

|    The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement) is eligible to receive Points or Miles.

Member Name _____James Grossman_____

Marriott Bonvoy Membership Number _____978248961_____

*If Miles are desired instead of Points, please also provide:

Participating airline name _____

Participating airline frequent flyer account number_____

OR

|    **The Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement)** declines or is not eligible to receive Points or Miles and hereby waives the right to receive Points or Miles in connection with the Program.

The individual identified above to receive either Points or Miles may not be changed without such individual's prior written consent. The number of Points or Miles to be awarded shall be determined pursuant to the Marriott Bonvoy Terms and Conditions (the **"Terms and Conditions"**), as in effect at the time of award. All Marriott Bonvoy Terms and Conditions apply. The Terms and Conditions are available on-line at https://www.marriott.com/loyalty/terms/default.mi and may be changed at the sole discretion of Marriott International, Inc. at any time and without notice. Capitalized terms used in this section have the meanings given to them in the Terms and Conditions.

v.9.4.19

9

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

**FUNCTION SPACE**

Hotel will hold function space according to the following outline:

| Date | Day | Day # | Start Time | End Time | Post As/Signage | Set-Up Style | Expected | Function Space |
|------|-----|-------|-----------|----------|-----------------|--------------|----------|----------------|
| 1/5/2027 | Tue | 2 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |
| 1/5/2027 | Tue | 2 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL C |
| | | | | | | | | |
| 1/6/2027 | Wed | 3 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |
| 1/6/2027 | Wed | 3 | 6:00 AM | 11:59 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 1/6/2027 | Wed | 3 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL C |
| | | | | | | | | |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 1 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 2 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 3 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 4 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 5 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 6 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 1 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 2 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 3 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 4 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 5 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 6 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALLROOM |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND C |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA C |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON B |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON C |
|---|---|---|---|---|---|---|---|---|
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HARDING |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | COOLIDGE |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HOOVER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MCKINLEY |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD NORTHEAST |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD SOUTHWEST |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC A |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | EXHIBIT HALL B SOUTH |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CAPITOL BOARDROOM |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CONGRESSIONAL |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 1 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 2 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | BUCHANAN |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JACKSON |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JEFFERSON |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JOHNSON |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAFT |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAYLOR |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TYLER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TRUMAN |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | Reception | Lounge | 400 | MARRIOTT FOYER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | THURGOOD MARSHALL FOYERS |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | REGISTRATION B |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MEZZANINE |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | COATCHECK 1 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | WILSON FOYER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIRGINIA FOYER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MARYLAND FOYER |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | STATES CORRIDOR |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIP ROOM |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | ATRIUM |

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8201 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8206 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8209 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8212 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8216 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8219 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8222 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8226 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8228 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8205 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8210 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8211 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8217 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8218 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8223 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8224 |
| 1/7/2027 | Thu | 4 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8229 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Reception | Lounge | 300 | MARRIOTT FOYER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 2 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 3 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 1 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 4 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 5 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 6 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 1 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 2 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 3 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 4 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 5 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 6 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALLROOM |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND C |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent | Theatre | 25 | VIRGINIA A |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| | | | | | Meetings | | | |
|---|---|---|---|---|---|---|---|---|
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA C |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON C |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HARDING |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | COOLIDGE |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HOOVER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MCKINLEY |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD NORTHEAST |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD SOUTHWEST |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC A |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC B |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | EXHIBIT HALL B SOUTH |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CAPITOL BOARDROOM |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CONGRESSIONAL |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 1 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 2 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | BUCHANAN |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JACKSON |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JEFFERSON |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JOHNSON |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAFT |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAYLOR |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TYLER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TRUMAN |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | THURGOOD MARSHALL FOYERS |

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | REGISTRATION B |
|---|---|---|---|---|---|---|---|---|
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MEZZANINE |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | COATCHECK 1 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | WILSON FOYER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIRGINIA FOYER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MARYLAND FOYER |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | STATES CORRIDOR |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIP ROOM |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | ATRIUM |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8201 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8206 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8209 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8212 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8216 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8219 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8222 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8226 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8228 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8205 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8210 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8211 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8217 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8218 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8223 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8224 |
| 1/8/2027 | Fri | 5 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8229 |
| | | | | | | | | |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Reception | Lounge | 100 | MARRIOTT FOYER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 2 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 1 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 3 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 4 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 5 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 6 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 1 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 2 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 3 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 4 |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 5 |
|---|---|---|---|---|---|---|---|---|
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 6 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALLROOM |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARYLAND C |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA C |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | DELAWARE B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | WILSON C |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HARDING |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | COOLIDGE |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | HOOVER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MCKINLEY |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD NORTHEAST |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | THURGOOD SOUTHWEST |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MADISON B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC A |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | EXHIBIT HALL B SOUTH |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CAPITOL BOARDROOM |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CONGRESSIONAL |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 1 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 2 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | BUCHANAN |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JACKSON |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JEFFERSON |

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | JOHNSON |
|---|---|---|---|---|---|---|---|---|
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAFT |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TAYLOR |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TYLER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | Concurrent Meetings | Theatre | 25 | TRUMAN |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | THURGOOD MARSHALL FOYERS |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | REGISTRATION B |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MEZZANINE |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | COATCHECK 1 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | WILSON FOYER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIRGINIA FOYER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | MARYLAND FOYER |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | STATES CORRIDOR |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | VIP ROOM |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | ATRIUM |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8201 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8206 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8209 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8212 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8216 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8219 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8222 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8226 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR STE 8228 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8205 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8210 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8211 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8217 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8218 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8223 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8224 |
| 1/9/2027 | Sat | 6 | 6:00 AM | 11:59 PM | 24 Hour Hold | | 1 | PARK TWR RM 8229 |
| | | | | | | | | |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 1 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 2 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 3 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 4 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WASHINGTON ROOM 5 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent | Theatre | 25 | WASHINGTON ROOM 6 |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| | | | | | Meetings | | | |
|---|---|---|---|---|---|---|---|---|
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 1 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 2 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 3 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 4 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 5 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | LINCOLN 6 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALLROOM |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARYLAND A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARYLAND B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARYLAND C |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | VIRGINIA C |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | DELAWARE A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | DELAWARE B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WILSON A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WILSON B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | WILSON C |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | HARDING |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | COOLIDGE |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | HOOVER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MCKINLEY |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | THURGOOD NORTHEAST |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | THURGOOD SOUTHWEST |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MADISON A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MADISON B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC A |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | MARRIOTT BALC B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | EXHIBIT HALL B SOUTH |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | CAPITOL BOARDROOM |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | CONGRESSIONAL |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 1 |
|---|---|---|---|---|---|---|---|---|
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | CLEVELAND 2 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | BUCHANAN |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | JACKSON |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | JEFFERSON |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | JOHNSON |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | TAFT |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | TAYLOR |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | TYLER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Concurrent Meetings | Theatre | 25 | TRUMAN |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | THURGOOD MARSHALL FOYERS |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | REGISTRATION B |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | MEZZANINE |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | COATCHECK 1 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | WILSON FOYER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | VIRGINIA FOYER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | MARYLAND FOYER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | STATES CORRIDOR |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | VIP ROOM |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | ATRIUM |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | Reception | Lounge | 100 | MARRIOTT FOYER |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8201 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8206 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8209 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8212 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8216 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8219 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8222 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8226 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR STE 8228 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8205 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8210 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8211 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8217 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8218 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8223 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8224 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 5:00 PM | 24 Hour Hold | | 1 | PARK TWR RM 8229 |
| 1/10/2027 | Sun | 7 | 6:00 AM | 11:59 PM | Exhibits (8X10) | Exhibits | 80 | EXHIBIT HALL A |

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

**Function Space Arrangements**

A tentative agenda is required 12 months prior to the Program with final details submitted six months prior.

This Program booking by Group is based upon Hotel's agreement to provide the specific function space assignments and/or minimum square footage and ceiling height requirements specified in this Agreement. Hotel may not change the specific function space assignments or requirements without the written consent of Group.

All function space as outlined is provided on a complimentary basis.

American Historical Association is the only name having to do with this Program that is permitted to appear on Hotel reader board, marquee, portfolio, and any invoices. Experient is not the client and its name cannot appear on any of these documents or displays.

Group reserves the right to utilize the supplier of its choice for services or rentals in the areas of audio visual, exhibit decorating, security, floral, transportation, tours, Internet connectivity service, etc., with no surcharge from Hotel or from its in-house supplier.

There will be no function space room rental, set-up or labor charges other than those, if any, specified herein.

**Function Space Payment Procedure/Credit**

Check all that apply: (Double-click on check box, select "Checked," then OK)

| Group Responsible for Master Account to include: | Room and Tax ☐ | Incidentals ☐ | Group Functions ☒ | Other ☐ |
|---|---|---|---|---|
| Individuals Responsible for: | Room and Tax ☒ | Incidentals ☒ | | |
| Master Account to be paid by: | Direct Bill (upon approval) ☒ | | Credit Card ☐ | Other ☐ |

Hotel will review its own credit files and/or credit reporting services and attempt to confirm Group's credit based upon such sources. If Group's credit cannot be confirmed by such sources, Hotel will require that Group complete a credit application form.

In the event credit is not approved, prepayment of 50% of the estimated Master Account is required prior to arrival, with the balance due at departure.

If credit is approved, the Master Account is payable upon receipt. If payment of all undisputed charges is not received 30 days after receipt of the final invoice, finance charges not to exceed 1.5% per month will be applied to the unpaid, undisputed portion, commencing 30 days after receipt of the final invoice.

**Food and Beverage**

Menu pricing will be guaranteed six months prior to Group's arrival. Guarantees for all food and beverage functions are due 48 hours prior to each function. Hotel agrees to set and be prepared to serve five percent over each guarantee.

Waitstaff at all meal functions: there will be at least one wait person for every:

      **Sit-Down or Plated Meal**                **Buffet Meal**

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

| 25 guests at breakfast | 40 guests at breakfast |
| 20 guests at lunch/dinner | 30 guests at lunch/dinner |

There will be no extra service or labor charges for these service ratios.

At all functions catered by Hotel where alcohol is served, there will be no less than one bartender for every 75 people for hosted bars and one bartender for every 100 people for cash bars, and there will be no bartender, cashier, server fees, or other fees unless quoted in this Agreement. Hotel shall adhere to all federal and state laws regulating the sale and service of alcoholic beverages.

Hotel will supply an inventory sheet of all chargeable beverages to the Group representative before each cocktail function.

Hotel currently taxes Banquet Food and Beverage at a tax rate of 10%.   Tax is subject to change.  Hotel also has a standard service charge on Banquet Food and Beverage events of 25%.  This service charge is confirmed for Group and not subject to change unless Hotel reduces standard service charge.  If standard service charge is reduced, Group will be entitled to reduced standard service charge.  Service charge **is** subject to tax.   Exclusive of the tax and service charge notated in this clause, there will be no special labor or service fee(s) for any Group food and/or beverage functions.

## ELECTRICAL USAGE

Group will be allowed to access standard power outlets in meeting and event space without incurring an electrical usage charge from the Hotel.  Group understands Hotel will charge prevailing rates for electrical extension cords, power strips, and any additional amperage required above standard power.

### Exhibitor Clause

Hotel shall provide a function space for exhibitors to Group with the following requirements, (herein referred to as the "**Exhibit Hall**"):

- **Requirements**

  **120 8X10 Exhibits**.

- **Setup**

  The programmed Exhibit Hall will be available on Tuesday, **1/5/27** at **7:00 AM – 11:45 PM**.

- **Show Dates**

  **Wednesday, 1/6/27** to **Saturday, 1/9/27**

- **Dismantle Date**

  The reserved Exhibit Hall will need to be completely cleaned and exhibits cleared from Hotel by **5:00 PM** on **Sunday 1/10/27**.

- **Rental - $0.00.  $1000.00 Cleaning Fee is waived.**

Based on the above number of booths or square footage required, Hotel will waive the Exhibit Hall rental fee.

Exhibit Hall rental includes:

- Set-up and dismantle days
- General lighting
- Standard heating and/or air conditioning
- Daily maintenance and vacuuming of aisles

Exhibit Hall rental does not include:

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

- Drayage
- Decoration
- Labor
- Guard/security service
- Cleaning or janitorial services in individual booths

Group shall be responsible for obtaining any necessary local fire department approvals related to the Exhibit Hall.

**Liability**.   Group shall cause all exhibitors to execute an exhibit contract containing the following provision:

> Exhibitor agrees to defend, indemnify and hold harmless Hotel, Group, Experient, and each of their owners, managers, officers, directors, agents, employees, independent contractors, subsidiaries and affiliates, from any damages or charges resulting from Exhibitor's use of the property. Exhibitor's liability shall include all losses, costs, damages, or expenses arising from or out of or by reason of any accident or bodily injury or other occurrences to any person or persons, including the Exhibitor, its agents, employees, and business invitees which arise from or out of the Exhibitor's occupancy and use of the exhibition premises, the Hotel, or any part thereof.

## PORTERAGE / LUGGAGE PULL – applies only to groups that arrive by common carrier

Hotel requires porterage gratuity, as of October 2019 the current charges are $10.60 per person round trip for any Group guest arrival where such Group's guests arrive by common carrier bus or motor coach and such guests' rooms are billed to the Group Master Account.  Please advise Hotel if such charges are to be posted directly to the Master Account or as incidental charges to individual reservations. Please note per person charge is subject to change.  Hotel agrees that the maximum porterage gratuity would be $12.50

## PRODUCTION AND RIGGING

Any sign, decoration, or production equipment that is attached to the ceiling structure or suspended from the ceiling will be hung and/or rigged and flown by Marriott's in-house provider, PSAV Presentation Services at the published rates.  Twenty-one (21) days advance notification and a CAD diagram with load specifications is required. Orders received less than twenty-one (21) days from load in or on-site orders may not be accommodated or that cause delays and will result in additional labor costs. All equipment, cables, and connectors must conform to OSHA safety standards and are subject to approval by Marriott's Rigging Supervisor. Additional safety regulations and CADs can be found in the Rigging policies document that your Event Manager will provide.

For the purposes of any Production, rigging labor, truss and motors must be contracted through Hotel's in-house provider, PSAV Presentation Services in accordance with Hotel Policies.

A Production Coordinator, supplied by the Hotel's in-house PSAV Presentation Services, is required during all load-ins and load-outs. This applies when more than one section of either ballroom (Marriott Ballroom or Thurgood Marshall Ballroom) is used, and/or when rigging is part of the production. The Production Coordinator will help facilitate each load-in for a five (5) hour minimum, and each load-out for a five (5) hour minimum, at the prevailing rate.

### Promotional/Sponsorship Materials

Hotel agrees there will be no additional mark ups or sponsorship fees associated with any banners, promotional materials, branded napkins, cups or similar types of marketing pieces during the Program. Group will be responsible for providing all materials to  Hotel in advance of the event (minimum 48 hours prior to first posted function).

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

**Signage**

Hotel will not add any special fees or assessments (other than labor charges for installation as required by exclusive rigging contracts and other union labor charges) for Group's installation of clings and banners or pieces of signage. Placement of all above referenced materials to be mutually agreed upon by Hotel and Group.

**Wayfinding**

Hotel will provide complimentary easels (up to the amount available within hotel inventory) for wayfinding.

**Custom Keycards**

Custom key cards may be distributed at Hotel registration desk upon check-in at no cost to Group. Group will be responsible for the production of key cards, and delivery of key cards, for distribution by Hotel.

## GROUP ATTRITION

**Group Room Block Attrition**

Should Group not use and pay for at least 50% of the Final Adjusted Room Block per night ("**Minimum Commitment**"), Group shall pay Hotel an attrition charge as liquidated damages, not a penalty, calculated as follows:

- Determine the Minimum Commitment by multiplying the Final Adjusted Room Block per night by 50%, then subtract actual Group pickup including miscoded and relocated rooms.

- Determine the number of "**Unsold Rooms Available For Sale**" in Hotel by subtracting complimentary and out of order rooms from Hotel's total inventory, then subtract total occupancy, including Group rooms.

- Group will pay the sum of the amount equal to the lost profit on the rooms revenue: 75% of Group's single rate times either the Minimum Commitment or Unsold Rooms Available For Sale for the night, whichever is lower.

If Group exceeds the Room Block on any night, those room nights will be credited to night(s) where the Minimum Commitment is not met. Prior to the billing for the attrition charge, Hotel must submit to Group a copy of the city ledger or daily occupancy report documenting that the rooms were not resold and were available for sale and any other documentation required to determine the Unsold Rooms Available For Sale. Hotel will make an appropriate adjustment if it is able to collect performance damages from other groups over the contracted dates. Hotel agrees that after receipt of this attrition charge it will not seek additional performance damages.

**Food and Beverage Attrition**

There is no required food and beverage minimum revenue to be achieved by Group.

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

## CANCELLATION

### Group Room Block / Cancellation Policy

Group agrees that it has no right to cancel this Agreement for the purpose of changing its Program site to another city or location. However, if Group cancels this Agreement any time after confirmation for reasons other than those specified below in Rights of Cancellation, Group shall pay a cancellation charge to Hotel (the "Cancellation Charge") based upon the following scale:

| Date of Cancellation [Profit] | Maximum Cancellation Charge: % of Total Room Revenue | |
|---|---|---|
| Date of signature to 730 days prior | 10% * | $40,533 |
| From 729 days to 365 days prior | 20% * | $81,066 |
| From 364 days to 270 days prior | 40% * | $162,132 |
| From 269 days to 180 days prior | 50% * | $202,665 |
| From 179 days to 90 days prior | 75% * | $303,997 |
| From 89 days to 0 days prior | 100%* | $405,330 |

*European Plan (EP) "Total Room Revenue" profit: 75% of Group's single room rate, less rooms resold and less rooms unavailable for sale

The Cancellation Charge will be calculated by using the specified number of days from the time Group cancels prior to the major arrival date, according to the following formula:

- Determine the "**Maximum Cancellation Charge**" by multiplying the Final Adjusted Room Block per night by the applicable percentage in the scale.

- Determine the number of "**Unsold Rooms Available For Sale**" in Hotel by subtracting complimentary and out of order rooms from Hotel's total inventory, then subtract total occupancy, including Group rooms.

- Group will pay the sum of the amount equal to the lost profit on the rooms revenue: 75% of Group's single rate times either the **Maximum Cancellation Charge** or **Unsold Rooms Available For Sale** for the night, whichever is lower.

The Cancellation Charge will be considered liquidated damages, not a penalty, and Group will only be charged for rooms that are not resold and remain available for sale. Prior to the billing for the Cancellation Charge, Hotel must submit to Group a copy of the city ledger or daily occupancy report documenting that the rooms were not resold and were available for sale. Hotel agrees that after receipt of the Cancellation Charge it will not seek additional cancellation damages.

### Rebooking

Any Cancellation Charge or attrition fees charged to Group may be used toward other Group program(s) booked within **one year** from the Program dates. The Cancellation Charge or attrition fee will appear as a credit against the bill for the new program(s). Additionally, Group has Hotel's approval to list any such cancelled Program on Experient's internal sharepoints and Hotel agrees that should Group's cancelled Program be rebooked by another corporation via Maritz Global Events Inc., the Program will consider to be rebooked and any and all Cancellation Charges will be returned to Group by Hotel.

### Rights of Cancellation

In the event of termination by Group because of any of the following occurrences, there will be no Cancellation Charge and in which case Hotel will promptly refund to Group all amounts previously paid

v.9.4.19

23

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

by Group to Hotel in connection with such Program. In lieu of termination for any of the following occurrences, this Agreement may be partially performed without a performance or attrition charge

Force Majeure. In the event of a Force Majeure (as defined below), each party's obligations and the time period for the performance of such obligations shall be adjusted to the extent and for the amount of time such party is prevented, hindered, or delayed in its ability to conduct the Program or perform the services during the period of such Force Majeure. "**Force Majeure**" shall mean one or more of the following having a material and adverse effect on the Hotel: (i) U.S. Department of State Travel Warning or general travel advisory (within 100-mile radius of the location of the Hotel), (ii) acts of God, war, government regulations, disaster, acts of terrorism, strikes or threat of strikes (exception: Hotel may not terminate this Agreement for situations involving Hotel's employees), civil disorder, or curtailment, (iii) disruption to local, national or international transportation preventing at least 25% of the contracted participants from attending, (iv) or any other emergency beyond the control of either party making it inadvisable, illegal, or impossible to provide the facilities or to hold the Program. Due to Force Majeure, this Agreement may be terminated without a Cancellation Charge, or partially performed without a performance or attrition charge, for any of the above reasons by written notice from one party to the other. Upon Group's written request, any Program (a) may be rescheduled until such time as the Force Majeure event has been reasonably determined to have ended without a performance or attrition charge, or (b) cancel the Program, without a Cancellation Charge and in which case Hotel will promptly refund to the Group all amounts previously paid by Group to the Hotel in connection with such Program.

Strikes and Labor Disputes. Hotel agrees to notify Group in writing within 10 business days after it becomes aware of any possible labor dispute involving Hotel employees including union picketing, the expiration of a labor contract, an existing or impending strike or lockout, an existing or impending labor boycott or other matters which could be reasonably construed as a labor-management labor dispute. Group, upon written notice to Hotel, shall have the right to terminate this Agreement without any liability.

Construction. Hotel shall promptly, but no less than 10 business days after Hotel's awareness of the pending construction, notify Group of any construction or remodeling to be performed in the Hotel immediately prior to or over the Program dates and Hotel warrants that any such occurrence shall not interfere in any way with Group's use of Hotel. Should construction or remodeling be determined by Group to interfere with Group's Program, Group will be considered to have cause to terminate this Agreement without liability with written notice to Hotel.

Change in Management/Ownership/Bankruptcy. In the event that Hotel undergoes a change in management company, ownership, franchise, or has filed for bankruptcy, or if foreclosure occurs, Hotel is obligated to inform Group of this action within 30 days of receipt of notice of the aforementioned change or filing, and Group may then, within 60 days of receipt of such notice, terminate this Agreement without liability. Hotel has no right to cancel this Agreement because of change in management company, ownership, franchise, or brand.

Group Competitors. Hotel agrees that it will not book any groups that are in direct competition with Group, during the same or overlapping period of time. Hotel will be given enough information to understand the needs and objectives of Group and will be responsible for communicating to Group the existence of a booking that is in direct conflict with the activities, products, or objectives of Group. Hotel also agrees to discuss with Group any potential bookings that are similar in nature to Group, to ensure the utmost confidentiality of its Program meeting. Hotel guarantees that should such a conflicting booking occur, Group has the right to terminate this Agreement without liability.

Frustration of Purpose. Should the city, county, state or federal government pass an ordinance, rule, or law that is contrary to the Group's Purpose, then Group may terminate this Agreement with written notice to Hotel without liability.

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

Additional Rights of Cancellation. If hotel breaches any term of this agreement or the events described in the last sentence of "Hotel Representations--Condition" shall occur, then group may terminate this agreement with written notice to Hotel without liability.

## Cancellation by Hotel

In the event of a cancellation of this Agreement by Hotel for reasons other than Force Majeure under this Agreement, Hotel agrees to immediately notify their respective Hotel chain corp. headquarters, Experient representative and Group to discuss the circumstances of such cancellation. Hotel shall pay Group for all direct, indirect and consequential damages, expenses, attorney's fees, and costs incurred by Group on account of such cancellation including, but not limited to, staff time and travel expenses to secure an alternate location for the Program, incremental room rate and air fare differential, function space rental, and long-distance telephone, postage, and communication/printing costs. In addition, Hotel shall refund all deposits within 10 days of Hotel's notice of cancellation.

## MASTER ACCOUNT AND BILLING

### Master Account

An account will be set up for the Group covering its charges (the "**Master Account**"). The Master Account must be paid in accordance with the below payment terms.

Individuals will be responsible for room, tax and incidental charges.

Group will be responsible for Group food and beverage charges and other authorized charges approved to be posted to the Master Account, including any Cancellation Charges and attrition fees (if applicable).

Group shall review and approve all charges billed to the Master Account. Daily billing reconciliation will be provided on site by the Hotel with the designated Group representative.

### Master Account Billing/Payment Schedule

Final Bill and Invoice. Hotel agrees to provide an accurate final bill (including final concession values grid and occupancy report if attrition fees are being charged) & invoice in PDF and Excel format with all applicable information and documentation no later than 10 days after final Program date, to be sent to the Group contact listed on the cover page of this Agreement. Full payment of all undisputed Master Account charges will be made by Group within 60 days after final invoice date. Disputed charges, if any, will be paid as the individual disputed item is resolved.

Group Post Program Report. Hotel shall provide Group with a post-Program report re-capping the following: Group room revenue, Group night-by-night room pick-up, Group food and beverage spend, Group audio visual spend, and ancillary revenue spend (retail shops, food and beverage purchases, spa, fitness center & business center). The post-Program report will be submitted to Experient 30 days after the Program operation dates.

Experient Group Post Program Report. Hotel shall provide Experient with a post-Program report re-capping the following: Group room revenue, Group night-by-night room pick-up by room type category and rate, rooms found outside of the block, and all earned comps. The post-Program report to be submitted to Experient no later than 5 days after the Program operation dates. Experient will provide a form to Hotel to assist with completing this process.

### Taxed, Services Charges and Resort Fees

The inclusion of add-on taxes (such as sales tax, occupancy tax, etc.) as part of the Cancellation Charges or attrition fees will be determined by the tax laws of the state/country and/or city in which Hotel is located. Hotel will supply evidence of the applicable tax laws from the taxing entity if it seeks to include

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

add-on taxes. Hotel shall not impose service charges or Resort Fees on Cancellation Charges or attrition fees.

## GENERAL TERMS AND CONDITIONS

### Alternate Accommodations/Relocation Clause

If Hotel is overbooked, Hotel will relocate all transient guests of Hotel (i.e., guests not associated with Group) to alternate hotels before relocating any of Group's attendees. Hotel will do everything reasonably possible to ensure Group's Program attendees are the last possible option to be walked to alternate accommodations during the Program dates. It is understood that there is a heavy reliance on the ability to house all attendees in Hotel as contracted. All appropriate Hotel executives, both at the property and corporate level, will be involved in resolving any challenges related to a potential relocation and arrive at a mutually agreeable resolution.

In the event Hotel has exercised all options reasonably possible to keep Program attendees in Hotel and is still unable to provide a guest room for a guaranteed reservation, and the room is needed by Group, Hotel shall, at its own expense, provide:

- Accommodations at a comparable Hotel as close as reasonably possible at no charge to the Group/guest for all nights the guest is displaced from Hotel and rooms are not available in the Hotel.

- Complimentary round-trip ground transportation between Hotel and the alternate hotel as needed by attendee for each day the guest is displaced.

- Forwarding of the displaced guest's telephone messages and mail and provide complimentary internet to the displaced guest in their room at the alternate hotel.

- Offer to relocate displaced guest back to the first available guest room.

- Upon return to Hotel, upgraded accommodations (if available) and a welcome expression from the Hotel General Manager.

- Credit to Group for any guests displaced toward its guest Room Block pick up for purposes of this Agreement and for calculation of Group's overall Room Block performance, complimentary guest room credit, other concessions based on Group room pick-up, commissions due to Experient, and rebates due (if applicable).

Group's VIPs (to be identified by Group prior arrival), staff, upgraded and concession rooms may not be relocated to alternate hotels. If Hotel violates the terms of this clause or relocates or dishonors the reservations of 20% or more of the Group attendees (whether in advance or upon arrival) on any night over the Program dates, Hotel will not only be required to follow the above relocation procedures but will also be deemed to have cancelled this Agreement without cause pursuant to the "Cancellation by Hotel" section above.

### Charges Added After Agreement Execution

Group and/or the individual Group attendees will not be liable for any additional charges such as energy surcharges, Resort Fees, or any other charges that are added to the individual or Group guest room folio other than those specified in this Agreement unless Group agrees to such charges in writing or unless such charges are in the form of an additional tax, city ordinance or state or federal law.

### Confidentiality

From time to time during the term of this Agreement, Group (as the **"Disclosing Party"**) may disclose or make available to the Hotel (as the **"Receiving Party"**) information about its business affairs, products/services, confidential intellectual property, trade secrets, third-party confidential information and other sensitive or proprietary information, whether orally or in written, electronic or other form or media, and whether or not marked, designated or otherwise identified as "confidential" (collectively, **"Confidential Information"**). Confidential Information shall not include information that, at the time of

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

disclosure and as established by documentary evidence: (i) is or becomes generally available to and known by the public other than as a result of, directly or indirectly, any breach of this Section by the Receiving Party or any of its representatives; (ii) is or becomes available to the Receiving Party on a non-confidential basis from a third-party source, provided that such third party is not and was not prohibited from disclosing such Confidential Information; (iii) was known by or in the possession of the Receiving Party or its representatives prior to being disclosed by or on behalf of the Disclosing Party; (iv) was or is independently developed by the Receiving Party without reference to or use of, in whole or in part, any of the Disclosing Party's Confidential Information; or (v) is required to be disclosed pursuant to applicable federal, state or local law, regulation or a valid order issued by a court or governmental agency of competent jurisdiction. The Receiving Party shall: (a) protect and safeguard the confidentiality of the Disclosing Party's Confidential Information with at least the same degree of care as the Receiving Party would protect its own Confidential Information, but in no event with less than a commercially reasonable degree of care; (b) not use the Disclosing Party's Confidential Information, or permit it to be accessed or used, for any purpose other than to exercise its rights or perform its obligations under this Agreement; and (c) not disclose any such Confidential Information to any person or entity, except to the Receiving Party's representatives who need to know the Confidential Information to assist the Receiving Party, or act on its behalf, to exercise its rights or perform its obligations under the Agreement. The Receiving Party shall be responsible for any breach of this Section caused by any of its employee, agents, subcontractors. At any time during or after the term of this Agreement, at the Disclosing Party's written request, the Receiving Party shall promptly return to the Disclosing Party all copies, whether in written, electronic or other form or media, of the Disclosing Party's Confidential Information. The Disclosing Party may seek equitable relief (including injunctive relief) against the Receiving Party to prevent the breach or threatened breach of this Section and to secure its enforcement, in addition to all other remedies available at law.

Hotel agrees not to send individual confirmations or information to participants or contact Group directly, except to the extent necessary to enforce Hotel's rights hereunder.

**CONFIDENTIALITY**

Hotel agrees to exercise commercially reasonable efforts to maintain the confidentiality of any the following provided by Experient or Group under this Agreement or in conjunction with the Program:

all information relating to Group's plans and Program

(collectively **"Group Confidential Information"**). Unless otherwise authorized by Experient or Group in writing, Hotel agrees not to use any Group Confidential Information except for the purpose of entering into and completing transactions and performing services under this Agreement.  Nothing contained in this Section shall restrict the disclosure of Confidential Information: (a) to the extent that such Confidential Information has been made public by the Experient or Group, (b) to the extent that such Confidential Information, as established by documentary evidence, was rightfully developed by Hotel or was in the possession of Hotel prior to the time the same was received, directly or indirectly, from Experient, (c) to the extent that such Confidential Information is, at the time of its receipt by Hotel, or thereafter, but prior to the time of its disclosure by Experient or Group, furnished by a third party under terms and conditions that permit such third party to furnish or disclose the Confidential Information, or (d) to the extent that the disclosure of such Confidential Information is required or has been ordered by a court or other authority of competent jurisdiction or pursuant to a proper order of a governmental or administrative agency but provided that Hotel shall disclose such Confidential Information in response to such order only to the extent minimally necessary to comply therewith and shall have given notice of Experient in advance of the disclosure of such Confidential Information in response to such order. For clarity, personal data related to

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

Program participants will not be deemed Confidential Information of either party and will be handled in accordance with the Privacy section below.


## PRIVACY

Hotel will comply with obligations applicable to Hotel under applicable privacy and data protection laws, including to the extent applicable EU data protection laws (including without limitation the European General Data Protection Regulation 2016/679 ("GDPR")). Hotel will comply with the then-current Marriott Group Global Privacy Statement (the "Privacy Statement," currently available at http://www.marriott.com/about/privacy.mi) with respect to any personal data (as defined in the GDPR) received under this Contract.


Without limiting the foregoing obligation, Hotel has implemented measures designed to: (1) provide notice to individuals about its collection and use of their personal data, including through the Privacy Statement; (2) use such personal data only for legitimate business purposes; (3) provide means by which individuals may request to review, correct, update, suppress, restrict or delete or port their personal data, consistent with applicable law; (4) require any service providers with whom personal data is shared to protect the confidentiality and security of such data; and (5) use technical and organizational measures to protect personal data within its organization against unauthorized or unlawful access, acquisition, use, disclosure, loss, or alteration.


Each party acts as an independent controller with respect to its processing of personal data in connection with this Agreement. Each party will comply with its respective obligations under applicable data protection laws with respect to its processing of such personal data. To the extent that either party provides personal data to the other party pursuant to this Agreement, the party supplying the personal data confirms that it has consent or another legal basis to provide the personal data to the receiving party and for the receiving party to process the personal data consistent with this Agreement, and in accordance with its applicable privacy policy. For clarity, nothing in this Agreement limits a party's ability to use an individual's personal data to the extent directed by, consented to or requested by such individual. Hotel shall indemnify and hold harmless Group, or Experient to the extent that the personal data at issue was provided to Hotel by Experient as agent for the group, against all third-party claims, actions, losses, damages, and expenses incurred by Experient or Group, as applicable, that arise directly out of or in connection with Hotel's violation of its Privacy Statement or applicable data protection laws.


Each party will, with respect to personal data received from the other party in connection with this Agreement:

only process such personal data in accordance with its applicable privacy policy or as necessary to fulfill its obligations under this Agreement, and maintain proper records of all processing of personal data;

not use personal data in a way that violates the interests, fundamental rights and freedoms of data subjects;

subject to reasonable and appropriate confidentiality undertakings, comply with all reasonable requests by the other party to enable it to verify and/or procure that the controller is in full compliance with its data protection obligations hereunder;

stop processing such personal data received from or on behalf of a data subject when requested, in writing (including by email), by such data subject, to the extent required by applicable law; and

comply with applicable laws requiring notifications related to data breaches. Hotel or a representative of Marriott International **("Marriott")** will promptly respond to any Group inquiries regarding any personal data breaches (as defined in GDPR) that impact Group, as long as Hotel and/or Marriott are not prohibited from discussing the matter by law. In addition, and only to the extent possible, in the event that Hotel or

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc.. a Maritz Global Events Company.
Unauthorized use is prohibited.

Marriott becomes aware of a personal data breach impacting Group, Hotel or a Marriott representative will use reasonable efforts to notify Group of such personal data breach within a reasonable timeframe, provided that the failure to notify will not be deemed a breach of this Agreement.

**Promotional Material/Promotional Text/Images Used**

If Hotel provides promotional text or images (in electronic or hard-copy format) regarding its products, services, etc. ("**Promotional Materials**"), Group may publicly use such Promotional Materials for purposes of informing others of such products, services, etc.

Hotel is responsible for the accuracy, completeness, and propriety nature of the Promotional Materials it provides. Hotel represents to Group that it has obtained appropriate releases, licenses, permits, or other authorizations for any items owned by third parties that are part of the Promotional Materials, and that Hotel shall be responsible for, and indemnify and defend Group against, any claims with respect to their use.

**Hotel Representations**

Services. Hotel represents that it and all suppliers utilized by it are duly qualified and licensed to provide the services contracted for, and that such services will be provided in accordance with all applicable governmental (or federal, state, provincial and local) laws, rules and regulations, and in accordance with the highest standards of the industry (including without limitation those relating to fire, safety and hygiene) and shall, on demand, produce all relevant certificates, licenses, consents and approvals.

Training. Hotel further agrees that all employees and agents performing services under this Agreement for the Program shall be fully certified, trained and experienced, and shall at all times comply with all applicable governmental laws, rules and regulations, including (where applicable), but not limited to, those pertaining to the sale, service and furnishing of alcoholic beverages.

Condition. Hotel represents and warrants that the quality of its services and the physical condition of Hotel shall be the same or better at the time of performance than at the date of execution of this Agreement. Such determinations shall be made by Group's authorized representative exercising his/her reasonable judgment. Should Hotel suffer a substantial deterioration in the quality of its facilities or services, Group shall notify the Hotel General Manager of its concerns in writing. Should the Hotel General Manager be unable to correct the deficiencies of the facilities or services to Group's expectations, Group may cancel this Agreement without liability upon written notice to Hotel.

Representations Specific to Hotels Operating in the United States. Hotel warrants that it is in compliance with the safety requirements of the Hotel and Motel Fire Safety Act of 1990. Hotel warrants that its facilities are in full compliance with the Americans with Disabilities Act of 1990 (ADA). Hotel will request that all of its suppliers are in full compliance with ADA and will advise, in writing, of suppliers not in full compliance. However, Hotel does not have direct control over private property it does not own or manage nor any public property that may be requested to be part of the Program. Hotel will be given 72-hour advance written notice of the need to provide special equipment or information to accommodate an attendee with a disability. Group is aware that complete information is required with regard to the kind of disability to enable satisfactory equipment to be scheduled in accordance with all applicable laws, codes and regulations. Group shall be responsible for any additional cost of equipment, if any, to accommodate the disabled attendee.

**Indemnification**

Hotel ("**Indemnifying Party**") agrees to indemnify, hold harmless, and defend Experient and Group and their respective officers, directors, employees, agents, affiliates, successors and permitted assigns (collectively, "**Indemnified Party**") against any and all losses, damages, liabilities, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including reasonable attorneys' fees (collectively, "**Losses**"), arising out of any third-party claim alleging: (a) breach or non-fulfillment of any representation, warranty or covenant set forth in this Agreement by

v.9.4.19                                                                                                                29

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

Indemnifying Party or Indemnifying Party's employees, agents, or representatives ("**Personnel**"); (b) any negligent or more culpable act or omission of Indemnifying Party or its personnel (including any reckless or willful misconduct) in connection with the performance of its obligations under this Agreement; (c) any bodily injury, death of any person or damage to real or tangible personal property caused by the negligent or more culpable acts or omissions of Indemnifying Party or its Personnel (including any reckless or willful misconduct); or (d) any failure by Indemnifying Party to comply with its Privacy Policy or any applicable federal, state or local laws, regulations or codes, including any Data Protection Laws, in the performance of its obligations under this Agreement.

The terms of this provision shall survive the termination or expiration of this Agreement. In any defense with respect to any matter covered by this paragraph, the Indemnified Party may participate with counsel of its own choosing at its expense and the Indemnifying Party will not agree to any settlement which imposes any obligation or liability on the Indemnified Party without such Indemnifying Party's prior written consent, such consent not to be unreasonably withheld or delayed. Each party shall promptly inform the other party of any third-party claims, actions, or proceedings to which it becomes aware.

**Insurance**

Hotel agrees to maintain throughout the Program period:

- worker's compensation as prescribed by the laws of the jurisdiction in which the work takes place and employer's liability insurance (with a minimum of $1 million per occurrence coverage);

- commercial general liability and/or third-party public liability insurance, including premises, operations, and contractual liability coverage (with a minimum of $1 million per occurrence coverage);

- employee dishonesty liability coverage (with a minimum of $1 million per occurrence coverage);

- comprehensive automobile liability insurance including liability and physical damage coverage, if applicable, for owned, non-owned, or hired vehicles or watercraft (with a minimum of $1 million per occurrence coverage);

- host liquor liability insurance (with a minimum of $1 million per occurrence coverage) if not covered by the Hotel's commercial general liability insurance; and

- any other insurance the Hotel is required by law to maintain.

Any subcontractors hired to perform services on behalf of Hotel must also agree to maintain the same coverages listed above. If said subcontractor cannot abide, then Hotel must send written notification to Group for Group's written approval. It is further noted that if, Hotel hires a subcontractor to engage in a driving event, Hotel agrees to notify Group in writing prior to the execution of any such agreement.

Group and its respective subsidiaries, affiliates, officers, directors, and employees are to be named as an additional insured on the commercial general liability and auto liability insurance policies noted above.

Hotel further agrees to obtain Certificates of Insurance from all subcontractors it uses in conjunction with this Agreement.

International Hotels will abide by the above requests to the extent provided for within their own laws.

## DUTIES, RESPONSIBILITIES AND WARRANTIES OF THE HOTEL

Hotel represents and warrants that it shall be in full compliance with all applicable governmental laws and regulations during the Program Dates, Including, but not limited to, all applicable fire, health and safety codes and regulations.  Hotel shall provide a copy of the most recent fire inspection and health department inspection reports upon request by Group.

Hotel confirms it has an Emergency Preparedness plan and will make it available to  Group upon request.

## SUCCESSORS AND ASSIGNS

v.9.4.19

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

The commitments made by Hotel in this Agreement will be binding on its successors and assigns. In the event that Hotel assigns, sells, conveys, pledges or otherwise disposes of all or substantially all of its assets (collectively referred to as **"Assignments"**), by operation of law or otherwise, this Agreement and Hotel's obligations herein must also be assigned to and assumed by the successor organization, subject to approval of Group. In the event such assignment is contemplated, Hotel agrees to notify Group at least thirty (30) days in advance of the planned close of the assignment transaction of the entities involved. Group will thereafter have thirty (30) days in which to notify Hotel if assignment is approved. If not approved, Group has the right to terminate this Agreement without penalty.

### Limitation of Liability

To the greatest extent permissible by applicable law, and except for indemnified matters and except as otherwise stated herein, in no event shall Hotel, Experient, or Group or their respective employees, agents, affiliates or assigns be liable to the other party, or any other person or entity, for any indirect, incidental, special, consequential, or punitive damages, whatsoever, including without limitation loss of programming, loss of revenue or profits, lost or damaged data, failure to realize savings or other benefits or other commercial or economic loss, even if such damages are foreseeable or if the other has been advised of the possibility of such damages.

### Breach

If Hotel breaches any term of this Agreement, (1) Group shall have the right to terminate this Agreement without liability and Hotel will immediately return all Confidential Information, (2) Hotel shall refund any deposits previously provided to the Hotel and pay Group for all of its direct, indirect and consequential damages, attorneys' fees, expenses, and costs incurred by reason of such breach, including, without limitation, its attorneys' fees and costs of suit; (3) Group shall have the right to obtain injunctive relief to prevent such breach or to otherwise enforce the terms of this Agreement; and/or (4) Group shall have the right to pursue any other remedy available at law or in equity. Failure to properly demand compliance or performance of any term of this Agreement shall not constitute a waiver of Group's rights hereunder. In lieu of termination, Group shall have the right to elect partial performance of this Agreement without a performance or attrition charge.

### Changes or Additions

No changes or additions to any term in this Agreement will be binding unless confirmed in writing and signed by both parties, except as otherwise agreed in this Agreement.

### Notice

Any notice required or permitted by the terms of this Agreement should be made in writing. Notice must be delivered through one of the following methods in order to be deemed given:

- e-mail, with confirmation of receipt and acknowledgment of e-mail message content by the receiving party

- certified mail, return receipt requested;

- registered mail, return receipt requested; or

- overnight delivery, with a signature signifying receipt.

All notices must be addressed to the person named on the first page of the Agreement as the party's contact/representative. The notice shall be deemed effective as of the date shown on the receipt signifying delivery of such notice to the party to whom it is addressed.

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company.
Unauthorized use is prohibited.

**Governing Law**

This Agreement shall be governed by the laws of the District of Columbia. If any provision of this Agreement is unenforceable under applicable law the remaining provisions shall continue in full force and effect. The prevailing party in any dispute or collection action shall be entitled to costs of court and reasonable legal costs, expenses, fees and disbursements.

**Waiver**

If one party agrees to waive its right to enforce any term of this Agreement on a particular occasion, it does not thereby waive its right to enforce such term or any or all other terms of this Agreement at any other time.

**Acceptance**

THIS AGREEMENT SHALL BIND ALL PARTIES AFTER RECEIPT OF A FULLY EXECUTED COPY OF THIS AGREEMENT AND COUNTERSIGNATURE BY AN AUTHORIZED AGENT OF HOTEL. ALL PRIOR AGREEMENTS, VERBAL OR WRITTEN, ARE NO LONGER EFFECTIVE ONCE THIS AGREEMENT IS SIGNED BY THE PARTIES.

Closing

This Agreement plus any attachments contains all the terms, conditions, benefits and liabilities agreed upon by the parties with respect to the subject matter of this Agreement and supersedes any previous communications between the parties, whether written or oral. No changes shall be made to this Agreement unless they are in writing and signed by both parties. If any provision of this Agreement is unenforceable under applicable law, the remaining provisions shall continue to be valid and enforceable.

The Hotel may require ancillary terms under this Agreement, such as policies and procedures and banquet event orders. If there is any conflict between such terms and the terms of this Agreement, the terms of this Agreement shall prevail, unless an addendum to this Agreement stating otherwise is signed by both parties.

The persons signing this Agreement on behalf of Hotel and Group, respectively, each warrant that they are authorized to make the agreements set out on behalf of Hotel and Group, respectively, and have the authority to bind Hotel and Group to this Agreement.

If the above arrangements meet with your approval, please sign and return this Agreement, indicating that all arrangements as outlined are definite and confirmed.

**Approved and Accepted:**                    **Approved and Accepted:**

*JamesRGrossman*
JamesRGrossman (Nov 25, 2019)

**James Grossman**                            **Ann Redington**

**Executive Director**                        **Senior Sales Executive**

**American Historical Association**           **Washington Marriott Wardman Park**

Date  Nov 25, 2019                            Date  11/26/19

Event ID:  002AHB

v.9.4.19                                                              32

This Agreement template is the copyrighted intellectual property of Experient Inc., a Maritz Global Events Company. Unauthorized use is prohibited.

# ATTACHMENT 1

# CONTRACT ADDENDUM

Reference is made to the Contract dated October 22, 2019 between the American Historical Association ("AHA") and Marriott Wardman Park ("Hotel" and collectively with AHA, the "Parties.") The Parties, desiring to include additional provisions to the Contract, hereby agree that the following provisions shall be made a part of the Contract between them as if the same had been incorporated within the body thereof.

1.    It is the policy of the AHA "not to hold its annual meetings in locations where its members reasonably believe they would be subject to discrimination on the basis of age, gender, marital status, national origin, physical ability, race, religion, or sexual orientation under state or city laws" ("the Equal Rights Policy"). The AHA has entered into the Contract after appropriate investigation with the understanding that the laws, ordinances, and practices of the District of Columbia do not as presently in force contravene the Equal Rights Policy.

2.    In the event that the laws, ordinances, and practices of the District of Columbia change from those in effect as of the date of this Addendum such that, in the AHA's reasonable judgment, they violate the Equal Rights Policy, the AHA shall have the option to terminate the Contract by written notice to Hotel within 45 days after the event giving rise to the change. The AHA's termination of the Contract in such circumstances shall be without any cost or penalty to the AHA, and the AHA shall be refunded in full any deposits it has provided Hotel, less any out-of-pocket expenses incurred by Hotel; PROVIDED, however, in the event the AHA exercises its option to terminate the Contract later than *July 7, 2026,* then it shall pay liquidated damages of 40 percent of Hotel's minimum anticipated room revenue under the Contract in full satisfaction of any claim Hotel may have against the AHA.

3.    Hotel warrants and represents that it has no unfair labor practice charge or complaint pending or threatened against it. Hotel further warrants and represents that at no time during the past two (2) years has there been, nor is there now existing or threatened, any unresolved walkout, strike, picketing, work stoppage, or any other similar occurrence.

4.    Hotel shall promptly notify (within thirty days) the AHA of any actual or threatened labor dispute between Hotel and its employees and/or of any unfair labor practice charge(s) or complaint(s) filed against it ("Labor Dispute") which arises or occurs within six months prior to AHA's scheduled meeting dates. If the Labor Dispute is not resolved to AHA's satisfaction within fourteen (14) days of notification, AHA will have the right to cancel the Contract without penalty or financial obligation, provided that if AHA does not cancel the Contract during such fourteen (14) day period but the service level at the Hotel falls below that of a first class Four star hotel as a result of such Labor Dispute or otherwise, AHA shall have the right to cancel, without penalty or financial obligation, by providing written notice to Hotel up to 90 days prior to the meeting dates.

Page 2
American Historical Association/HOTEL'S NAME
Attachment 1 – Contract Addendum

    5.     Notwithstanding any provisions in the Contract to the contrary, in the event a dispute shall arise between the Parties with respect to Paragraphs 1 through 4 of this Addendum, the Parties agree to participate in at least three hours of mediation in the District of Columbia *(city where meeting will be held)* prior to initiating any litigation or arbitration proceedings.  The mediation shall be facilitated by a mediator determined mutually by the parties to be impartial. The parties agree to share equally the costs of mediation.  If the parties are unable to resolve the dispute through mediation, the dispute resolution procedures of the Contract shall apply.

    6.     The provisions of this Addendum shall supersede any inconsistent provisions of the Contract between the parties.  Any provisions not inconsistent with this Addendum shall remain in full force and effect according to their terms and the Addendum shall not operate as a waiver of any right, power, or privilege under the Contract or otherwise.

    This Addendum shall be effective as of the last date indicated hereunder.

AMERICAN HISTORICAL ASSOCIATION

By: *JamesRGrossman* JamesRGrossman (Nov 25, 2019)

Title: ___Executive Director_____

Date: **Nov 25, 2019**

MARRIOTT WARDMAN PARK

By: _____ Ann Redington

Title: ___Sr. Sales Exec___

Date: ___11/24/19___