**FILED**
**2021 OCT 20 PM 12:40**
**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) Case No.: 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |

## RESPONSE OF THE INSTITUTE FOR EDUCATIONAL LEADERSHIP, INC. TO DEBTOR'S FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO DISALLOW CERTAIN CLAIMS

The Institute for Educational Leadership, Inc. (IEL) hereby submits this Response to the Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims. For the reasons stated below, this Court should overrule the Objection to IEL's Claim 31, filed June 29, 2021. In support of this Response, IEL respectfully states as follows:

On June 7, 2017, IEL entered into a contract with Washington Marriott Wardman Park ("Wardman Park") for the 56th Washington Policy Seminar 2020 ("Event"), to be held from March 20, 2020 to March 25, 2020. (Claim 31, Attachment 1). IEL paid Wardman Park a $20,000 deposit for food and beverage service for the Event with a check deposited July 3, 2019. (Claim 31, Attachment 2). On March 13, 2020, Wardman Park sent a letter to IEL stating that the Event was canceled and that all contracted cancelation fees were waived. (Claim 31, Attachment 3).

IEL seeks the reimbursement of its $20,000 food and beverage deposit. Marriott has represented to IEL that Debtor possesses these funds. All supporting documentation for this

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

claim was originally submitted with the Proof of Claim for Claim 31 and is hereby incorporated into this response.

Counsel for Debtor should communicate with the following person with respect to the claim or the objection, who possesses authority to reconcile, settle, or otherwise resolve the objection to the disputed claim on behalf of the claimant:

José Muñoz

4301 Connecticut Ave NW Suite 100,

Washington D.C., 20008

munozj@iel.org

Telephone: 202-822-8405 x139

Fax: 202-872-4050

Respectfully submitted,

/s/ *Roger Pollak*
by *Hans-Peter von Thiel*
*Paralegal*

Roger Pollak
BREDHOFF & KAISER, PLLC
805 15th Street NW, Suite 1000
Washington, DC 20005
Telephone: (202) 842-2600
Email: rpollak@bredhoff.com

*Counsel for IEL*