**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | **Related to Docket No. 358** |

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE AND
(II) DEADLINES FOR FILING CERTAIN CLAIMS AND REQUESTS FOR PAYMENT**

TO: CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES IN INTEREST:

1. <u>Confirmation and Occurrence of Effective Date</u>. On September 20, 2021, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") confirmed the *Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 18, 2021 (the "<u>Plan</u>"), which was attached as Exhibit A to the *Order Granting Final Approval of Disclosure Statement and Confirming Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 358] (the "<u>Confirmation Order</u>").[2] The Effective Date, as defined in the Plan, occurred on **October 28, 2021**. The release, exculpation, and injunction provisions of the Plan are now in full force and effect.

2. <u>Bar Dates and Deadlines</u>:

    a. <u>Rejection Bar Date.</u> All proofs of claim with respect to Claims arising from the rejection of executory contracts or unexpired leases, if any, pursuant to the Confirmation Order, must be filed with the Bankruptcy Court so as to be actually be received by Bankruptcy Court on before **November 29, 2021** (the "<u>Rejection Bar Date</u>") either (1) electronically through the interface available at http://www.deb.uscourts.gov/claims-information or (2) by first class overnight U.S. mail or by other hand delivery system at the following address: United States Bankruptcy Court; Attn: Claims; 824 Market Street, 3rd Floor; Wilmington, DE 19801. Any Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Confirmation Order that is not filed within such times will be subject to objection. All such Claims for which Proofs of Claim are timely and properly filed and ultimately Allowed will be treated as General Unsecured Claims subject to the provisions of Article III of the Plan.

    b. <u>Second Administrative Expense Bar Date</u>. Except as otherwise provided by the Confirmation Order, the Plan, or a Final Order of the Court, the deadline for filing requests for payment of Administrative Claims that arose on or after June 1, 2021, shall be filed so as to be actually received on or before **December 27, 2021** (which is 60 days after the Effective Date).

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

Any Administrative Claims must be filed at the address set forth in paragraph 2(a) of this notice.

   c. <u>Professional Fee Claims Deadline</u>.  Pursuant to the Plan, the deadline to file final requests for payment of Professional Fee Claims is **December 27, 2021** (which is 60 days after the Effective Date, the "<u>Professional Fee Claims Deadline</u>").  All Professionals must file final requests for payment of Professional Fee Claims by no later than the Professional Fee Claims Deadline to receive final approval of the fees and expenses incurred in this Chapter 11 Case on or after the Petition Date and prior to and including the Effective Date.

  3. <u>Binding Effect</u>.  The provisions of the Plan shall bind the Debtor, the Liquidating Trust, the Liquidating Trustee, any Entity acquiring property under the Plan, any Beneficiary, and any Creditor or Equity Interest Holder, whether or not such Creditor or Equity Interest Holder has filed a Proof of Claim or Equity Interest in the Chapter 11 Case, whether or not the Claim of such Creditor or the Equity Interest of such Equity Interest Holder is impaired under the Plan, and whether or not such Creditor or Equity Interest Holder has accepted or rejected the Plan.  All Claims and Debts shall be fixed and adjusted pursuant to this Plan.

  4. <u>Access to Documents</u>.  Copies of the Plan, the Confirmation Order, and any other related documents are available on the Court's website: www.deb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.

Dated: October 29, 2021    **PACHULSKI STANG ZIEHL & JONES LLP**

     */s/ Timothy P. Cairns*
     _____
     Laura Davis Jones (DE Bar No. 2436)
     David M. Bertenthal (CA Bar No. 167624)
     Timothy P. Cairns (DE Bar No. 4228)
     919 North Market Street, 17th Floor
     P.O. Box 8705
     Wilmington, Delaware  19899 (Courier 19801)
     Telephone:  (302) 652-4100
     Facsimile:   (302) 652-4400
     Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

     *Counsel to the Debtor*