## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C. | ) Case No. 21-10023 (JTD) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 29th day of October, 2021, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE AND (II) DEADLINES FOR FILING CERTAIN CLAIMS AND REQUESTS FOR PAYMENT**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

DOCS_DE:235246.6 92203/001

Wardman Hotel Owners 2002 SL
First Class Mail and Email
Case No. 21-10023 (JTD)
Doc No. 232499v1
09—First Class Mail
44—Electronic Mail

(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*FIRST CLASS MAIL*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss, Esq.
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*FIRST CLASS MAIL*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE  19901

*FIRST CLASS MAIL*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn: Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*FIRST CLASS MAIL*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4745 Bethesda Avenue
Suite 200
Bethesda, MD 20815

*FIRST CLASS MAIL*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*FIRST CLASS MAIL*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*FIRST CLASS MAIL*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*FIRST CLASS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 721
Great Falls, VA  22066

*ELECTRONIC MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

*ELECTRONIC MAIL*
Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903
**Email: Dosdoc_Ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: Statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities and Exchange Commission
Sec Headquarterswar
100 F Street, NE
Washington, DC 20549
**Email secbankruptcy-ogc-ado@sec.gov;
secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Ste 400
New York, NY 10281-1022
**Email: Bankruptcynoticeschr@sec.gov;
Nyrobankruptcy@sec.gov**

*ELECTRONIC MAIL*
(Counsel for Manager)
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

*ELECTRONIC MAIL*
(Special Counsel for Debtor)
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
**Email: tsoloway@pryorcashman.com;
bmohler@pryorcashman.com;
iraz@pryorcashman.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life)
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email:david.wender@alston.com;
grant.stein@alston.com;
brian.frey@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life)
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email:dpacitti@klehr.com**

*ELECTRONIC MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Alex S. Trepp, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email:lharrison@jenner.com;
kbracey@jenner.com;
jamunson@jenner.com;
atrepp@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

*ELECTRONIC DELIVERY*
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

**ELECTRONIC DELIVERY**
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY, BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com
Email: David.Wender@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life Insurance Company and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI  53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
POLSINELLI PC
222 Delaware Ave., Suite 1101
Wilmington, DE  19801
**Email:  sastringer@polsinelli.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Mark B. Joachim
POLSINELLI PC
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC  20005
**Email:  mjoachim@polsinelli.com**

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  11042
**Email:  amish@doshilegal.com**

*ELECTRONIC MAIL*
(Counsel to Enseo)
L. Katherine Good, Esq.
Aaron H. Stulman, Esq.
Potter Andeerson & Corroon LLP
1313 No. Market Street, 6th Floor
Wilmingon,  DE  19801
**Email:  kgood@potteranderson.com**
astulman@potteranderson.com

*ELECTRONIC MAIL*
(Counsel to the District of Columbia Water and Sewer Authority)
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
Email: zallinson@sha-llc.com

*ELECTRONIC MAIL*
(Counsel to the District of Columbia Water and Sewer Authority)
Emil Hirsch, Esq.
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC  200007-5208
Email:  ehirsch@carltonfields.com

*ELECTRONIC MAIL*
(Counsel for UNITE HERE Local 25)
Susan E. Kaufman, Esq.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. Market Street, Suite 460
Wilmington, DE  19801
**Email: skaufman@kaufmanlaw.com**

*ELECTRONIC MAIL*
(Counsel for UNITE HERE Local 25)
Devki K. Virk, Esq.
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
**Email: dvirk@bredhoff.com**

*ELECTRONIC MAIL*
(Counsel to American Historical Association)
Aaron R. Cahn, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072
**Email:  bankruptcy@clm.com**

Wardman Hotel Owners
CREDITOR MATRIX Service List
Case No. 21-10023
Document No. 232735
142 – First Class mail

**FIRST CLASS MAIL**
ADC
12280 Wilkins Avenue
Suite 101
Rockville, MD  20852

**FIRST CLASS MAIL**
Agoda International USA LLC
Empire State Bldg., 66th Floor
350 Fifth Avenue, Suite 6600
New York, NY  10118

**FIRST CLASS MAIL**
Aireco Supply, Inc.
PO Box 414
Savage, MD  20763

**FIRST CLASS MAIL**
Airgas USA, LLC
6055 Rockside Woods Blvd.
Independence, OH  44131

**FIRST CLASS MAIL**
Allana Buick Bers, Inc.
990 Commercial Street
Palo Alto, CA  94303

**FIRST CLASS MAIL**
American Hotel Register
100 S. Miluakee Avenue
Vernon Hills, IL  60061

**FIRST CLASS MAIL**
American University
Andrew Spath
4400 Massachusetts Avenue NW
Washington, DC  20016

**FIRST CLASS MAIL**
Apex Companies, LLC
PO Box 69142
Baltimore, MD  21264

**FIRST CLASS MAIL**
ASSA ABLOY Hospitality Inc.
PO Box 676947
Dallas, TX  75267

**FIRST CLASS MAIL**
AT&T Mobility
PO Box 6463
Carol Stream, IL  60197

**FIRST CLASS MAIL**
AWBC, LLC
11261 Somerset Avenue
Beltsville, MD  20705

**FIRST CLASS MAIL**
Bio-Kinetic
39 Bralan Court
Gaithersburg, MD  20877

**FIRST CLASS MAIL**
BluIP, Inc.
PO Box 508
Burbank, CA  91503

**FIRST CLASS MAIL**
Brink's Inc.
PO Box 101031
Atlanta, GA  30392

**FIRST CLASS MAIL**
Choice Plantings Inc.
180N Penrod Ct.
Glen Burnie, MD  21061

**FIRST CLASS MAIL**
Cintas Corporation
PO Box 630303
Cincinnati, OH  45263

**FIRST CLASS MAIL**
CN Robinson LTG. Supply Co.
4318 Washington Blvd.
Halethorpe, MD  21227

**FIRST CLASS MAIL**
Coastal Sunbelt Produce
9001 Whiskey Bottom Road
Laurel, MD  20723

**FIRST CLASS MAIL**
Complete Pest Elimination LLC
822 King Street
PMB 150
Alexandria, VA  22314

**FIRST CLASS MAIL**
Congressional Hotel Dry Cleaning LLC
P.O. Box 721
Great Falls, VA  22066

**FIRST CLASS MAIL**
Connect Computer
338 Commerce Drive
Fairfield, CT  06825

**FIRST CLASS MAIL**
Convention Handling Services, LLC
PO Box 200511
San Antonio, TX  78220

**FIRST CLASS MAIL**
Courtesy Products
PO Box 840020
Kansas City, MO  64184

**FIRST CLASS MAIL**
Cvent, Inc.
1765 Greensboro Station Place
7th Floor
Mc Lean, VA  22102

**FIRST CLASS MAIL**
DC Water
1385 Canal Street SE
Washington, DC  20003

**FIRST CLASS MAIL**
Destination DC
901 7th Street NW
Washington, DC  20001

**FIRST CLASS MAIL**
Direct Energy
1001 Liberty Avenue
Pittsburgh, PA  15222

**FIRST CLASS MAIL**
Direct TV
PO Box 105249
Atlanta, GA  30348

**FIRST CLASS MAIL**
Dominion Elevator Inspection Svcs.
7475 Carlisle Road
Wellsville, PA  17365

**FIRST CLASS MAIL**
Dow Jones & Company
PO Box 300
Princeton, NJ  08543

**FIRST CLASS MAIL**
Ecolab
26252 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
FedEx
7900 Legacy Drive
Plano, TX  75024

**FIRST CLASS MAIL**
Grainger
4748 Forbes Blvd.
Lanham, MD  20706

**FIRST CLASS MAIL**
Guest Supply
PO Box 6771
Somerset, NJ  08875

**FIRST CLASS MAIL**
Haislip Corp.
PO Box 222486
Chantilly, VA  20153

**FIRST CLASS MAIL**
Halperns' Steak & Seafood
PO Box 116421
Atlanta, GA  30368

**FIRST CLASS MAIL**
Heritage Food Service Group, Inc.
5130 Executive Blvd.
Fort Wayne, IN  46808

**FIRST CLASS MAIL**
Hubert Company
25401 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
Hufcor, Inc.
10820 Guilford Road
Suite 210
Annapolis Junction, MD  20701

**FIRST CLASS MAIL**
Innovative Security Systems, Inc.
4815 Prince Georges Avenue
Suite 3
Beltsville, MD  20705

**FIRST CLASS MAIL**
Insight Direct USA, Inc.
PO Box 731069
Dallas, TX  75373

**FIRST CLASS MAIL**
International Display & Exhibit Corp.
4 Pequot Way
Canton, MA  02021

**FIRST CLASS MAIL**
International Gourmet Foods, Inc.
7520 Fullerton Road
Springfield, VA  22153

**FIRST CLASS MAIL**
Ize's Deli and Bagelry
11622 Rockville Pike
Rockville, MD  20852

**FIRST CLASS MAIL**
J. J. McDonnell & Co., Inc.
7010 Brookdale Drive
Elkridge, MD  21075

**FIRST CLASS MAIL**
Johnson Controls
3650 Concorde Parkway
Chantilly, VA  20151

**FIRST CLASS MAIL**
JPG Plumbing & Mechanical Svcs., Inc.
8260 Patuxent Range Road
Suite H
Jessup, MD  20794

**FIRST CLASS MAIL**
JR Resources, Inc.
1130 Camino Del Mar
Suite H
Del Mar, CA  92014

**FIRST CLASS MAIL**
Karcher North America
Dept. Ch. 19244
Palatine, IL  60055

**FIRST CLASS MAIL**
Keany Produce & Gourmet
3310 75th Avenue
Hyattsville, MD  20785

**FIRST CLASS MAIL**
KochFilter
PO Box 732692
Dallas, TX  75373

**FIRST CLASS MAIL**
Lasership, Inc.
Dept. 720037
PO Box 1335
Charlotte, NC  28201

**FIRST CLASS MAIL**
Lyon Bakery
PO Box 1360
Hyattsville, MD  20785

**FIRST CLASS MAIL**
Marriott Hotel Service, Inc.
10400 Fernwood Road
Bethesda, MD  20817

**FIRST CLASS MAIL**
Millenium Pools & Spas, LLC
8927 Lake Braddock Drive
Burke, VA  22015

**FIRST CLASS MAIL**
Mona
7915 Malcolm Road
Clinton, MD  20735

**FIRST CLASS MAIL**
MS Shift, Inc.
One World Trade Center
Suite 47M
New York, NY  10007

**FIRST CLASS MAIL**
MyDigitalOffice.com
Bethesda Towers
4350 East West Hwy.
Suite 401
Bethesda, MD  20814

**FIRST CLASS MAIL**
Nalco Water
PO Box 70716
Chicago, IL  60673

**FIRST CLASS MAIL**
Network Services Company
29060 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
New Life Solutions, LLC
10975D Richardson Road
Ashland, VA  23005

**FIRST CLASS MAIL**
NTL Technology Leasing
P. O. Box 1301
Ashburn, VA  20146

**FIRST CLASS MAIL**
Office Depot, Inc.
PO Box 630813
Cincinnati, OH  45263

**FIRST CLASS MAIL**
Office of Tax and Revenue
Customer Service Center
1101 4th Street, SW
Suite W270
Washington, DC  20004

**FIRST CLASS MAIL**
PEPCO
PO Box 97274
Washington, DC  20090

**FIRST CLASS MAIL**
Pepsi Beverages Co.
6751 Alexander Bell Drive
Columbia, MD  21046

**FIRST CLASS MAIL**
Plant Based Foods, Inc.
PO Box 1841
21011 Street Louis Road
Middleburg, VA  20118

**FIRST CLASS MAIL**
PM Hood & Duct, Inc.
3701 Solomons Island Road
Harwood, MD  20776

**FIRST CLASS MAIL**
Power Services Inc.
4370 Lottsford Vista Road
Lanham, MD  20706

**FIRST CLASS MAIL**
Professional Fitness Management, LLC
PO Box 370
Galena, MD  21635

**FIRST CLASS MAIL**
PSAV
23918 Network Place
Chicago, IL  60673

**FIRST CLASS MAIL**
Quench USA, Inc.
630 Allendale Road
Suite 200
King of Prussia, PA  19406

**FIRST CLASS MAIL**
Ready Refresh
PO Box 856192
Louisville, KY  40285

**FIRST CLASS MAIL**
Regal Hospitality Group
13940 W. Hillsborough Avenue
Tampa, FL  33635

**FIRST CLASS MAIL**
Renue
1102 N. Main Street
Lombard, IL  60148

**FIRST CLASS MAIL**
Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL  60693

**FIRST CLASS MAIL**
Roberts Oxygen Co., Inc.
PO Box 5507
Derwood, MD  20855

**FIRST CLASS MAIL**
Rose Restoration International, Inc.
2711 Unit L Dorr Avenue
Fairfax, VA  22031

**FIRST CLASS MAIL**
RR Donnelley
4101 Winfield Road
Warrenville, IL  60555

**FIRST CLASS MAIL**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL  60673

**FIRST CLASS MAIL**
Sonifi Solutions, Inc.
3900 W. Innovation Street
Sioux Falls, SD  57107

**FIRST CLASS MAIL**
Speed Check Conveyor LLC
5345 Truman Drive
Decatur, GA  30035

**FIRST CLASS MAIL**
SPNA LLC
12216 Rohan Ct.
Owings Mills, MD  21117

**FIRST CLASS MAIL**
Supply Facilities Maintenance
PO Box 509058
San Diego, CA  92150

**FIRST CLASS MAIL**
Teddys Fresh Baked Pizza
1051 - D Cannons Ct.
Woodbridge, VA  22191

**FIRST CLASS MAIL**  
The Badge Company Inc.  
18261 Enterprise Lane  
Suite D  
Huntington Beach, CA  92648

**FIRST CLASS MAIL**  
The Chefs Warehouse  
7477 Candlewood Road  
Hanover, MD  21076

**FIRST CLASS MAIL**  
The Wasserstrom Company  
PO Box 182056  
Columbus, OH  43218

**FIRST CLASS MAIL**  
Tingue  
535 North Midland Avenue  
Saddle Brook, NJ  07663-5521

**FIRST CLASS MAIL**  
Titan Global Distribution, Inc.  
11973 Westline Industrial Drive  
Saint Louis, MO  63146

**FIRST CLASS MAIL**  
Trans Time Express  
11820 Parklawn Drive  
Suite 205  
Rockville, MD  20852

**FIRST CLASS MAIL**  
Traveltraders Hotels Inc.  
6205 Blue Lagoon Drive  
Suite 550  
Miami, FL  33126

**FIRST CLASS MAIL**  
TriMark Adams-Burch  
1901 Stanford Court  
Hyattsville, MD  20785

**FIRST CLASS MAIL**  
UNITE HERE INTERNATIONAL UNION  
Local 25  
901 K Street, N.W.  
2nd Floor  
Washington, DC  20001

**FIRST CLASS MAIL**  
USA Today  
PO Box 677446  
Dallas, TX  75267

**FIRST CLASS MAIL**  
Verizon  
PO Box 16801  
Newark, NJ  07101

**FIRST CLASS MAIL**  
Verizon  
PO Box 15124  
Albany, NY  12212

**FIRST CLASS MAIL**  
Veterans Storage Inc.  
PO Box 436  
Lothian, MD  20711

**FIRST CLASS MAIL**  
Wardman Tower, L.L.C.  
c/o JBG Companies  
4445 Willard Avenue  
Suite 400  
Chevy Chase, MD  20815

**FIRST CLASS MAIL**  
Washington Gas  
6801 Industrial Road  
Springfield, VA  22151

**FIRST CLASS MAIL**  
Windstram Communications, LLC  
PO Box 843006  
Kansas City, MO  64184

**FIRST CLASS MAIL**
Windstream Communications
1814 West Tacoma Street
Broken Arrow, OK 74012

**FIRST CLASS MAIL**
Xerox Corporation
PO Box 299075
Lewisville, TX 75029

**FIRST CLASS MAIL**
XO Communications
PO Box 299075
Albany, NY 12217

**FIRST CLASS MAIL**
XO Communications
8851 Sandy Pkwy
Sandy, UT 84070

**FIRST CLASS MAIL**
Institute for Educational Leadership (IEL)
José Muñoz, Director
Dr. Helen Janc Malone
4301 Connecticut Ave. NW
Suite 100
Washington, DC 20008

**FIRST CLASS MAIL**
Enseo, Inc.
2201 10th Street
Plano, TX 75074

**FIRST CLASS MAIL**
Direct Energy Business, LLC
McDowell Hetherington LLP
c/o Nicole Su
1001 Fannin, Suite 2700
Houston, TX 77002

**FIRST CLASS MAIL**
American Roentgen Ray Society
44211 Statestone Court
Leesburg VA 20176

**FIRST CLASS MAIL**
DC Gov'T Office of Tax and Revenue
P.O. Box 37559
Washington, DE 20013

**FIRST CLASS MAIL**
Smallwood Lock Supply Inc.
120 Abbie Ave.
Kansas City, KS 66103

**FIRST CLASS MAIL**
American Physical Society
One Physics Ellipse
College Park, MD 20740

**FIRST CLASS MAIL**
Mathematical Association of Am
1529 18th Street NW
Mathematical Association of Am, 1529 18th Street N
Washington, DC 20036

**FIRST CLASS MAIL**
Aero Club of Washington
P.O. Box 16295
Washington, DC 20041

**FIRST CLASS MAIL**
Baker & Hostetler LLP
Attention: Jay P. Krupin
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

**FIRST CLASS MAIL**
Boland Trane Services Inc.
34 Seymour Street
Tonawanda, NY 14150

**FIRST CLASS MAIL**
Teddy's Fresh Baked Pizza
1051-D Cannons Ct.
Woodbridge, NC 22191

**FIRST CLASS MAIL**
American Historical Association
400 A Street SE
Washington, DC 20003

**FIRST CLASS MAIL**
Eastdil Secured, L.L.C.
40 West 5th Street
23rd Floor
New York, NY 10019

**FIRST CLASS MAIL**
FedEx Office
Three Galleria Tower
13155 Noel Road
Suite 1600
Dallas, TX 75240

**FIRST CLASS MAIL**
HotelAVE
Hotel Asset Value Enhancement, Inc.
333 Westminster Street Unit 3
Providence, RI 02903

**FIRST CLASS MAIL**
PDSI
3715 Northside Pkwy, NW
Suite 4-700
Atlanta, GA 30327

**FIRST CLASS MAIL**
American Roetgen Ray Society
c/o Mark B. Joachim
Polsinelli PC
1401 Eye Strett, N.W., Suite 800
Washington, DC 20005-2295

**FIRST CLASS MAIL**
Stretto
410 Exchange, Ste 100
Irvine, CA 92602-1331

**FIRST CLASS MAIL**
Thurgood Marshall College Fund
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**FIRST CLASS MAIL**
Wardman Hotel Owner, L.L.C.
5996 Mitchell Road, #169
Atlanta, GA 30328-4874

**FIRST CLASS MAIL**
Aaron R. Cahn
Carter Ledyard & Milburn LLP
Two Wall Street
New York, NY 10005-2072

**FIRST CLASS MAIL**
Baker Hostetler LLP
Attn: Jay P. Krupin
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036-5318

**FIRST CLASS MAIL**
Belfast-Beltway Boxing Project
The Belfast-Beltway Boxing Project
900 17th Street, NW Suite 420
Washington, DC 20006-2507

**FIRST CLASS MAIL**
Capitol Boiler Works, Inc.
7921 Woodruff Court
Springfield, VA 22151-2130

**FIRST CLASS MAIL**
Cintas Corporation
d/b/a Cintas Location No. 4
c/o Jason V. Stitt
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202-3752

**FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904-2464

**FIRST CLASS MAIL**
Extracorporeal Life Support Organization
Bodan PLC,
Attn: Marc M. Bakst
1901 St. Antoine Street
6th Floor as Ford Field
Detroit, MI  48226-2336

**FIRST CLASS MAIL**
FedEx Corporate Services Inc.
FedEx Express/Ground/Freight/Office
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017

**FIRST CLASS MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
Mathematical Association of America
1529 18th Street NW
Washington, DC  20036-1358

**FIRST CLASS MAIL**
Michael L. Walker
Insight Direct USA, Inc.
6820 S. Harl Ave.
Tempe, AZ  85283-4318

**FIRST CLASS MAIL**
Thurgood Marshall College Fund
Attn: David K. Sheppard
901 F. Street NW, Suite 700
Washington, DC  20004-1436

**FIRST CLASS MAIL**
Thurgood Marshall College Fund
c/o Sidley Austin LLP
Attn: Andres Barajas
787 Seventh Avenue
New York, NY  10019-6088

**FIRST CLASS MAIL**
Oracle America, Inc.
c/o Amish R. Doshi, Esq.
Doshi Legal Group, PC
1978 Marcus Avenue, Suite 210E
Lake Success, NY  11042-1022

**FIRST CLASS MAIL**
Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
55 2nd Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
Schindler Elevator Corporation
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ  07102-4061