IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | **Related Docket No. 384** |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION
OF EASTDIL SECURED, L.L.C. AS REAL ESTATE BROKER
FOR THE DEBTOR AND DEBTOR IN POSSESSION,
FOR THE PERIOD FROM JANUARY 11, 2021 THROUGH OCTOBER 27, 2021**

Eastdil Secured, L.L.C. ("Eastdil"), as real estate broker for the Debtor and Debtor in Possession (the "Debtor") in the above-captioned case, filed its First and Final Application for Compensation and for Reimbursement of Expenses for the Period from January 11, 2021 through July 31, 2021 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED, on a final basis. Upon the closing of the sale to the Successful Bidder, the Debtor in the above case may pay Eastdil the sum of $1,315,650.00 as compensation for necessary professional services rendered and

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

reimbursement of expenses in the amount of $10,101.00, for a total of $1,325,751.00 for the period January 11, 2021 through October 27, 2021, less any amounts previously paid; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 18th, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE