# Exhibit 1

**Billing Detail for January 11, 2021**




Pryor Cashman LLP
7 Times Square
New York, NY 10036

January 11, 2021
Invoice Number: 480034

James Decker
c/o JDecker & Company
5035 Riverview Road, NW
Atlanta, GA 30327
jim@jdeckerco.com

RE: 29441.00001    Marriott Wardman Park Dispute

*For services rendered on January 11, 2021:*

|  |  |
|---|---|
| Total Fees | $15,934.50 |
| **TOTAL THIS INVOICE** | **$15,934.50** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 480034.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**



**Remittance Address** (If paid by check)

Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Accounting Department

(Please return remittance page with check)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/21 | BTM | Negotiations re Marriott exit from hotel property, retrieval of Marriott property; attention to HMA termination, property transition, calls w/ clients, TES, IR re same. | 4.80 | 3,456.00 |
| 01/11/21 | TES | attend to termination; various tc's with clients; negotiations with Marriott; confer with team. | 6.00 | 7,200.00 |
| 01/11/21 | IYR | Continue work on bankruptcy notification for Maryland court. Attend to issues related to termination. Continue editing and researching for potential opp to PI. Calls with team. Call with Marriott group re collection of documents | 8.70 | 4,480.50 |
| 01/11/21 | MSB | Draft and revise opposition brief to Marriott anticipated motion for preliminary injunction; correspond with B. Mohler and I. Raz re: research. | 1.20 | 798.00 |
| | | **Total Services Rendered** | 20.70 | $15,934.50 |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| B. T. Mohler | Partner | 4.80 | 720.00 | 3,456.00 |
| T.E. Soloway | Partner | 6.00 | 1,200.00 | 7,200.00 |
| I. Y. Raz | Associate | 8.70 | 515.00 | 4,480.50 |
| M. S. Barkan | Counsel | 1.20 | 665.00 | 798.00 |
| **Total Services Rendered** | | 20.70 | | $15,934.50 |




January 11, 2021
Invoice Number: 480034

James Decker
c/o JDecker & Company
5035 Riverview Road, NW
Atlanta, GA 30327
jim@jdeckerco.com

RE: 29441.00001     Marriott Wardman Park Dispute

---

*For services rendered on January 11, 2021:*

| | |
|---|---|
| Total Fees | $15,934.50 |
| **TOTAL THIS INVOICE** | $15,934.50 |



REMITTANCE PAGE

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 480034. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**

**Remittance Address** (If paid by check)
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attention: Accounting Department

(Please return remittance page with check)

---

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami          pryorcashman.com