**Exhibit 2**

**PCLLP's First Interim Fee Application**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | **Objection Deadline: June 4, 2021 at 4:00 p.m.** |

**COVER PAGE TO:
FIRST INTERIM APPLICATION OF PRYOR CASHMAN LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL LITIGATION COUNSEL TO THE DEBTOR FOR THE PERIOD FROM
JANUARY 12, 2021 THROUGH AND INCLUDING MARCH 31, 2021**

| Name of Applicant: | Pryor Cashman LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | Order entered on February 5, 2021 [D.I. 106], retention effective as of January 11, 2021 |
| Period for which compensation and Reimbursement is sought: | January 12, 2021 through March 31, 2021 (the "Application Period") |
| Total Amount of Compensation sought as actual, reasonable and necessary: | $84,219.50 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $67,375.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $15,089.07 |

This is a(n)  _X_ interim   ___monthly   ___final   fee application.

---

1  The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

**SUMMARY OF FIRST APPLICATION OF PRYOR CASHMAN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE, AS SPECIAL <u>LITIGATION COUNSEL FOR THE DEBTOR</u>**

**Fees by Professional**
**(through March 31, 2021)**

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Todd E. Soloway | Partner, Admitted in New York in 1992 Admitted in New Jersey in 1992 | $1200.00 | 19.5 | $23,400.00 |
| Seth H. Lieberman | Partner, Admitted in New York in 2005 Admitted in New Jersey in 2004 | $795.00 | 1 | $795.00 |
| Bryan T. Mohler | Partner, Admitted in New York in 2008. | $720.00 | 53.50 | $38,520.00 |
| Matthew S. Barkan | Counsel, Admitted in New York in 2011 | $665.00 | 3 | $1,995.00 |
| Itai Y. Raz | Associate, Admitted in New York in 2018 | $515.00 | 33.20 | $17,098.00 |
| Alexandra Nasar | Associate, Admission in New York pending | $455.00 | 5.30 | $2,411.50 |
| **Total** | | **$729.17 (Blended Hourly Rate)** | **115.5** | **$84,219.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Litigation | 115.50 | $84,219.50 |
| **TOTALS** | **115.50** | **$84,219.50** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---:|
| Copies | $4.14 |
| Telephone Charges | $299.09 |
| Research Charges | $10,426.12 |
| Electronic Discovery | $4,356.82 |
| US Court Docket Expense | $2.90 |
| **TOTAL** | **$15,089.07** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Objection Deadline: June 4, 2021 at 4:00 p.m.**

## FIRST INTERIM APPLICATION OF PRYOR CASHMAN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE, AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

Pryor Cashman LLP ("PCLLP"), as special litigation counsel for Wardman Hotel Owner, L.L.C. (the "Debtor"), in the above-captioned chapter 11 case (the "Chapter 11 Case"), respectfully submits this first interim application ("Application"), pursuant to section 330 of title 11 of the United States Code (the "Bankruptcy Code"), for allowance of (i) compensation for professional services rendered to the Debtor and (ii) for reimbursement of actual and necessary costs and expenses incurred in connection with PCLLP's representation of the Debtor as its special litigation counsel in this Chapter 11 Case from January 12, 2021 through March 31, 2021 (the "Application Period"). PCLLP respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is sections 330 and 331 of the Bankruptcy Code,

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-2 (the "Bankruptcy Rules").

## BACKGROUND

2. On January 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is managing its properties as debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in the Debtor's chapter 11 case, and no committees have been appointed or designated.

3. The factual background regarding the Debtor, including its historical business operations and the events precipitating the chapter 11 filing, is set forth in detail in the *Declaration of James D. Decker in Support of Debtor's Chapter 11 Petition and First Day Motions* [Docket No. 2].

## PROFESSIONAL FEE MATTERS

4. On January 19, 2021, the Debtor filed its application to employ PCLLP as special litigation counsel for the Debtor (the "PCLLP Retention Application") [Docket No. 49]. The PCLLP Retention Application was granted by order of the Bankruptcy Court dated February 5, 2021 nunc pro tunc to January 11, 2021 [Docket No. 106].

5. By this Application, PCLLP respectfully seeks an order of this Court, pursuant to Bankruptcy Code sections 330, allowing PCLLP, the sum of (i) $84,219.50 for professional fees recorded through March 31, 2021 as compensation for services rendered during the Application Period (80% of which is $67,375.60), and (ii) the sum of $15,089.07 for disbursements recorded through March 31, 2021 as reimbursement of expenses incurred during the Application Period, and (c) authorizing and directing the Debtor to pay PCLLP such allowed amounts.

6. PCLLP has not sought or received payment of any compensation for services rendered or reimbursement of expenses since the Petition Date.

7. All services performed and expenses incurred by PCLLP for which compensation and reimbursement are requested hereby were actually performed or incurred for and on behalf of the Debtor, were necessary, and were beneficial to the Debtor's estate.

8. The services rendered by PCLLP during the Application Period as special litigation counsel are summarized below. Specifically, PCLLP rendered the following services during the Application Period as counsel to the Debtor:

   a. PCLLP spent the majority of its time representing and advising the Debtor on issues related to the transition of the Debtor's asset, the property formerly known as Washington Marriott Wardman Park Hotel (the "Property"), from a Marriott-branded property to a non-branded property following the Debtor's termination of the hotel management agreement ("HMA") with Marriott Hotel Services, Inc. ("Marriott"). This included issues related to negotiations of an orderly transition, the removal of third-party property from the Property, , and dealings of various issues with Marriott related to the Maryland Proceedings (as defined below).

   b. PCLLP also spent time attending to issues related to the lawsuit brought by Marriott against the Debtor in the Circuit Court for Montgomery County, Maryland entitled <u>Marriott Hotel Services, Inc. v. Wardman Hotel Owner, L.L.C., et al.</u>, Case No. 483406-V, and the related appeal in the Maryland Court of Special Appeals, Case No. CSA-REG-1150-2020 (collectively, the "Maryland Proceedings"). This included issues related to discovery, and the staying of the Maryland Proceedings.

   c. PCLLP also spent time attending to issues related to this proceeding, including its retention application, and attending proceedings held before this Court.

9. Attached hereto as **Exhibit A** is PCLLP's billing detail for the Application Period providing: (i) the name of the attorney or paraprofessional performing the services and their billing rate; (ii) the date the services were performed; (iii) a description of the services performed; (iv) the amount of time expended; and (v) the fees incurred.

## SUMMARY OF EXPENSES

10. During the Application Period, PCLLP incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $15,089.07. The expenses incurred include, among other things, computerized legal research, electronic discovery, and photocopier charges. A description of the necessary costs and expenses incurred by PCLLP is attached hereto as part of **Exhibit A**.

11. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, PCLLP represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

    a. Charges for copies are $0.46 per page, which charges are reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures;

    b. All other expenses are billed at actual costs and rates determined by the service providers—they are not "profit centers" for PCLLP.

## STATEMENT FROM PCLLP

12. Pursuant to the Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases, PCLLP responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | X | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | X | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | X | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | X | | 1.5 hours |
| If the fee application includes any rate increases since retention in this case:<br>  i.  Did your client review and approve those rate increases in advance?<br>  ii.  Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | | N/A |

## **DECLARATION PURSUANT TO BANKRUPTCY RULE 2016**

13. No agreement or understanding exists between the Debtor and any other person, or PCLLP and any other person, for a division of compensation received or to be received for services rendered in or in connection with this Chapter 11 Case.

14. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by PCLLP. The services covered by were performed for and solely on behalf of the Debtor.

## **REPRESENTATIONS AND RESERVATION OF RIGHTS**

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and

paraprofessionals at PCLLP, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

17. Although every effort has been made to include all fees and expenses incurred in the Application Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Application Period. PCLLP reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Interim Compensation Order.

## NOTICE AND PRIOR APPLICATION

18. Notice of this Application has been provided in accordance with the Interim Compensation Order. PCLLP submits that the foregoing constitutes good and sufficient notice and that no other or further notice need be provided.

19. No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, PCLLP respectfully requests approval of $84,219.50 as the total compensation for professional services rendered during the Application Period, 80% of which $67,375.60 is to be paid upon the filing of a certificate of no objection, and the sum of $15,089.07

for reimbursement of actual and necessary costs and expenses incurred by PCLLP during the Application Period in this case from January 12, 2021 through March 31, 2021.

Dated: New York, New York
      May 14, 2021

                                    PRYOR CASHMAN LLP

                                    By: _/s/ Todd E. Soloway_
                                              Todd E. Soloway
                                              Bryan T. Mohler
                                              Itai Y. Raz
                                  7 Times Square
                                  New York, NY 10036
                                  (212) 421-4100

                                  *Special Litigation Counsel for the Debtor*

**Exhibit A**





Pryor Cashman LLP
7 Times Square
New York, NY 10036

May 10, 2021
Invoice Number: 485584

James Decker
c/o JDecker & Company
5035 Riverview Road, NW
Atlanta, GA 30327
jim@jdeckerco.com

RE: 29441.00001     Marriott Wardman Park Dispute

*For professional services rendered through March 31, 2021:*

|   |   |
|---|---|
| Total Fees | $84,219.50 |
| Total Disbursements | $15,089.07 |
| **TOTAL THIS INVOICE** | **$99,308.57** |

For billing inquiries please email: billing@pryorcashman.com     **Federal Tax Identification Number:**

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. ******. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**                                **Remittance Address** (If paid by check)
Bank Name:                                                       Pryor Cashman LLP
Address:                                                         7 Times Square
Account Name:                                                    New York, NY 10036
ABA Number:                                                      Attention: Accounting Department
Account Number:
Swift Code:                                                      (Please return remittance page with check)

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami             pryorcashman.com

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 2  
Invoice Number: 485584  
as of March 31, 2021

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/21 | BTM | Attend to transition issues. (1.0) | 1.00 | 720.00 |
| 01/12/21 | IYR | Additional preparation for potential opp to transition (2.5). | 2.50 | 1,287.50 |
| 01/12/21 | MSB | Prepare for potential opposition to transition (2.5); correspond with I. Raz and B. Mohler re: same (.5). | 3.00 | 1,995.00 |
| 01/13/21 | TES | Prepare (4.7) for and attend first day hearings (1). | 5.70 | 6,840.00 |
| 01/13/21 | BTM | Review Marriott bankruptcy filings (1.2), confer w/ client, bankruptcy counsel, TES re Delaware appearance (1.3); prepare correspondence w/ Marriott re removal of Marriott property from the premises (2.0); Delaware bankruptcy appearance (1.0). | 5.50 | 3,960.00 |
| 01/13/21 | SHL | Telephone conferences and email communications with B. Mohler re: bankruptcy overview and motion to dismiss analysis. (.5) | 0.50 | 397.50 |
| 01/13/21 | IYR | Emails re issues at property (.5). Begin review of Marriott's filing in Bankruptcy (1.3). Call with wider group regarding Bankruptcy hearing (.7). Pull PI hearing transcript cites per T. Soloway (1). Attend Bankruptcy Hearing (1). | 4.50 | 2,317.50 |
| 01/13/21 | AN | Drafting responses and objections to Second Request for Production of Documents (1.8). | 1.80 | 819.00 |
| 01/14/21 | IYR | Discuss case updates with A. Nasar (.2). Attend to issues related to special litigation counsel application filing (.3). | 0.50 | 257.50 |
| 01/14/21 | AN | Drafting responses and objections to Second Request for Production of Documents (3.3); call w/ Iraz (.2) | 3.50 | 1,592.50 |
| 01/14/21 | BTM | Attention to property transition issues (.8), confer w/ clients group, Pachulski re same (.5); prepare corres. to Marriott counsel re same (.5). | 1.80 | 1,296.00 |
| 01/15/21 | IYR | Call with B. Mohler to discuss bankruptcy action filings (.4). Continue working on application for special legal counsel (.9). | 1.30 | 669.50 |
| 01/15/21 | BTM | Attention to Marriott filings in MD court, automatic stay issues (.7), confer w/ Pachulski re same (.4); confer w/ IR re special counsel retention (.4). | 1.50 | 1,080.00 |
| 01/16/21 | BTM | Review Marriott letter motion re answer to counterclaims (.2), confer w/ clients, Pachulski re same (.3). | 0.50 | 360.00 |
| 01/19/21 | TES | Edit/revise affidavit re: application for retention (.8). | 0.80 | 960.00 |
| 01/19/21 | IYR | Work on special litigation counsel application (1). Call w/B. Mohler to discuss (.2). Call with Bankruptcy counsel to discuss (.3). | 1.50 | 772.50 |

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 3  
Invoice Number 485584  
as of March 31, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/19/21 | BTM | Confer w/ clients, Pachulski re MD stay, attention to same (.8); review special counsel motion, revise same (1.5). | 2.70 | 1,944.00 |
| 01/20/21 | TES | Review discovery demands (.4) and confer w/team re: State Court case (1.1). | 1.50 | 1,800.00 |
| 01/20/21 | IYR | Emails and call with Bankruptcy counsel re discovery issues (.5). | 0.50 | 257.50 |
| 01/21/21 | TES | Attend to issues related to group contracts and bk (1.3); review discovery demands (.4). | 1.70 | 2,040.00 |
| 01/21/21 | BTM | Confer w/ clients re Marriott request for group contracts (.6), review bankruptcy discovery (.4). | 1.00 | 720.00 |
| 01/21/21 | IYR | Begin reviewing and editing draft responses and objections to requests for productions (.5). | 0.50 | 257.50 |
| 01/22/21 | IYR | Continue reviewing and editing draft responses and objections to requests for productions, same for interrogatories, in bankruptcy action (1.5). Marriott letter re NOT (.2). | 1.70 | 875.50 |
| 01/22/21 | BTM | Review Marriott letter re notice of termination (.2); review draft responses to discovery served in DE bankruptcy proceeding (1.0). | 1.20 | 864.00 |
| 01/25/21 | IYR | Call with team to discuss termination notice, case status, updated issues (.3). Discuss bankruptcy discovery issues with B. Mohler (.2). | 0.50 | 257.50 |
| 01/25/21 | BTM | Attend to labor and termination issues (.6); Attend to discovery issues (.2). | 0.80 | 576.00 |
| 01/26/21 | IYR | Review Marriott's motion to transfer (.5). | 0.50 | 257.50 |
| 01/27/21 | IYR | Review Marriott's motion for stay relief (.6). Team call to discuss (.2). Call with wider client/legal group (.5). Attend to group bookings issue (.5). Attend to Marriott's rejection of termination notice (.7). | 2.50 | 1,287.50 |
| 01/27/21 | BTM | Attend to Marriott's rejection of NOT (.6); attend to group contracts issue (.6); attend to Marriott motion to change venue, group contracts, and motion to use FFE reserve (1.0). | 2.20 | 1,584.00 |
| 01/28/21 | IYR | Edits to letter to Marriott (.2). | 0.20 | 103.00 |
| 01/28/21 | BTM | Review Decker deposition transcript (.3); attend to Marriott group contracts issues (.4), confer w/ Marriott counsel re property logistical issues (.3). | 1.00 | 720.00 |
| 01/29/21 | IYR | Review letter to Union (.3) | 0.30 | 154.50 |
| 01/29/21 | BTM | Confer w/ client, Marriott counsel, HAVE re property operational issues. (.8) | 0.80 | 576.00 |

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 4  
Invoice Number: 485584  
as of March 31, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/30/21 | IYR | Review opp to venue change motion (.3). Discuss issues related to Maryland proceedings with Bankruptcy counsel (.4). | 0.70 | 360.50 |
| 02/01/21 | BTM | Confer w/ clients, Pachulski, IR re stay of MD action. (.5) | 0.50 | 360.00 |
| 02/01/21 | IYR | Discuss issues related to Maryland discovery with Bankruptcy counsel, Maryland local counsel. (.3) | 0.30 | 154.50 |
| 02/02/21 | IYR | Attend to issues related to Maryland State action (.2); Review draft opp to recoupment motion, discuss same with team (.2). Case management (.1). | 0.50 | 257.50 |
| 02/03/21 | SHL | Email communications and conference calls with I. Raz and B. Mohler re: retention application inquiries, scope of engagement and 327(e) applicability to same. (.5) | 0.50 | 397.50 |
| 02/03/21 | TES | Confer re: court appearance (.5) | 0.50 | 600.00 |
| 02/03/21 | IYR | Attend to issues related to Maryland State action (.2); Prepare responses US Trustee special litigation counsel application (1.3). Discuss with B. Mohler and bankruptcy counsel (.4). Review and edit supplemental submission for special litigation counsel application (.6). | 2.50 | 1,287.50 |
| 02/03/21 | BTM | Prepare responses to UST informal questions concerning retention application (1.3); revise supplemental declarations in support of retention application (.5). | 1.80 | 1,296.00 |
| 02/04/21 | TES | Tc opposing counsel re: operational issues and tc client re: same (.3); confer with BMohler re: operational issues (.5) | 0.80 | 960.00 |
| 02/04/21 | IYR | Attend to issues related to supplemental special litigation counsel submission. (.7) | 0.70 | 360.50 |
| 02/04/21 | BTM | Confer w/ Marriott counsel, clients re operations issues, group contracts. (1.7) | 1.70 | 1,224.00 |
| 02/05/21 | IYR | Discuss upcoming court hearing with team (.2). Discuss issue of stay with Maryland counsel (.1). | 0.30 | 154.50 |
| 02/07/21 | BTM | Attention to removal of personalty from property (.5). | 0.50 | 360.00 |
| 02/07/21 | BTM | Review Waldeck, Decker, Paulsen deposition transcripts (3.2). | 3.20 | 2,304.00 |
| 02/09/21 | BTM | Second day DE hearing (1.0); attention to group contracts, strategy re same (.8). | 1.80 | 1,296.00 |
| 02/09/21 | IYR | Prep for and attend Court hearing (1.3). Debrief of hearing with team (.5). Call with group (.7). | 2.50 | 1,287.50 |
| 02/10/21 | IYR | Case management (.1). Attend court hearing (.4). | 0.50 | 257.50 |

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 5  
Invoice Number 485584  
as of March 31, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/11/21 | BTM | Analyze MD state court proceeding, impact of bankruptcy stay (.6), conduct research re same (.9). | 1.50 | 1,080.00 |
| 02/12/21 | BTM | Attention to MD state court proceedings (.7); analyze group contract strategy (1.0). | 1.70 | 1,224.00 |
| 02/15/21 | IYR | Review findings regarding group contracts (.3) | 0.30 | 154.50 |
| 02/16/21 | BTM | Review summary of group contracts, select group contracts (.5); attention to strategy for group contracts, valuation of same (1.5). | 2.00 | 1,440.00 |
| 02/16/21 | TES | Review summary of group contracts, select group contracts (.5); attention to strategy for same; tc client group (1.5). | 2.00 | 2,400.00 |
| 02/16/21 | TES | Confer with client and co-counsel re: group contracts (.5) | 0.50 | 600.00 |
| 02/17/21 | TES | Prepare for (.2) and conduct conference call with clients and co-counsel to discuss group contracts and litigation strategy (1.1); call with client and co-counsel re: discussions with opposing counsel (..5) | 1.80 | 2,160.00 |
| 02/17/21 | IYR | Case management (.2) | 0.20 | 103.00 |
| 02/17/21 | BTM | Review group contracts negotiation history, prepare memo re same (2.2); attention to strategy re group contracts (1.8). | 4.00 | 2,880.00 |
| 02/18/21 | TES | Review motion to remove made by lender (.5); confer with co-counsel re: same (.2) | 0.70 | 840.00 |
| 02/18/21 | IYR | Review PacLife's motion to remove to federal bankruptcy court (.2) | 0.20 | 103.00 |
| 02/18/21 | BTM | Review, attend to correspondence re property third-party vendors (.5). | 0.50 | 360.00 |
| 02/19/21 | IYR | Review Marriott's answer to Counterclaims (.2). Call with Maryland counsel to discuss directive Maryland State Court litigation issues (.1). | 0.30 | 154.50 |
| 02/19/21 | BTM | Attention to global settlement discussions (.7); attention to MD state court conference, review of pleadings re same (.8). | 1.50 | 1,080.00 |
| 02/22/21 | BTM | Analyze issues re removal of 3d party items from property, requests from third-party vendors (1.3). | 1.30 | 936.00 |
| 02/23/21 | BTM | Attention to vendor, third-party lessee correspondence (.4); attention to Marriott former employees correspondence (.1). | 0.50 | 360.00 |
| 02/24/21 | TES | Tc client group re: contracts etc. (.5) | 0.50 | 600.00 |
| 02/25/21 | BTM | Attention to on-property vendor correspondence, draft release agreements re same (.7). | 0.70 | 504.00 |
| 02/26/21 | BTM | Analyze group contracts, Marriott terminations (.5); analyze vendor contracts, prepare releases (.5). | 1.00 | 720.00 |

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 6  
Invoice Number: 485584  
as of March 31, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/21 | TES | Confer with BM re: group contracts (.5) | 0.50 | 600.00 |
| 03/02/21 | BTM | Review group cancellation letter (.1), analyze same (.2), confer w/ clients re same (.2). | 0.50 | 360.00 |
| 03/08/21 | IYR | Review documents filed in relation to notice of removal (.3) | 0.30 | 154.50 |
| 03/09/21 | BTM | Review D. Md. pleadings/orders, analyze same (.8). | 0.80 | 576.00 |
| 03/09/21 | IYR | Review and discuss updates, next steps in Maryland bankruptcy action, with B. Mohler. (1) | 1.00 | 515.00 |
| 03/09/21 | TES | Review motions to change venue (.3); confer with client re: same (.1); review docket re: status (.1). | 0.50 | 600.00 |
| 03/10/21 | BTM | Attend to property contracts issues (.5); analysis of MD litigation legal strategy, venue transfer to DE bankruptcy court (.7). | 1.20 | 864.00 |
| 03/10/21 | IYR | Call with group to discuss Maryland case status and updates (.7). | 0.70 | 360.50 |
| 03/10/21 | TES | Call with client group to discuss status of case and venue issues and group contracts (.5) | 0.50 | 600.00 |
| 03/13/21 | BTM | Attention to property vendor issues and requests (.3). | 0.30 | 216.00 |
| 03/15/21 | BTM | Attention to property vendor issues (.3); confer w/ PacLife counsel re proposed consent order resolving Pacific Life's Motion to Transfer Venue (.5). | 0.80 | 576.00 |
| 03/16/21 | BTM | Review and discuss operative agreements w/co-counsel (1.2) | 1.20 | 864.00 |
| 03/18/21 | BTM | Attention to property vendor issues (.2) | 0.20 | 144.00 |
| 03/19/21 | IYR | Case management (.3) | 0.30 | 154.50 |
| 03/22/21 | BTM | Attention to property vendor issues (.3) | 0.30 | 216.00 |
| 03/24/21 | IYR | Discuss fee application with co-counsel, team (.2). Attend to issues related to fee application (.3). | 0.50 | 257.50 |
| 03/26/21 | IYR | Attend to fee application (2.7) | 2.70 | 1,390.50 |
| 03/26/21 | BTM | Prepare for 2004 discovery hearing, confer w/ IR re same (.8). | 0.80 | 576.00 |
| 03/29/21 | BTM | DE bankruptcy court conference re Marriott 2004 discovery motion (1.5); confer w/ client, co-counsel re litigation strategy (.7). | 2.20 | 1,584.00 |
| 03/29/21 | TES | Prepare for and attend court appearance on argument for discovery against HotelAve and other non-parties (1.5) | 1.50 | 1,800.00 |
| 03/29/21 | IYR | Attend to fee application (.2). Court conference (1.3) | 1.50 | 772.50 |

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute

Page 7  
Invoice Number: 485584  
as of March 31, 2021

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/31/21 | BTM | Confer with team re challenge period, abstention motion, legal strategy (1.0) | 1.00 | 720.00 |
| 03/31/21 | IYR | Discuss matter updates with team (.2) | 0.20 | 103.00 |
| | | **Total Services Rendered** | **115.50** | **$84,219.50** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| S. H. Lieberman | Partner | 1.00 | 795.00 | 795.00 |
| B. T. Mohler | Partner | 53.50 | 720.00 | 38,520.00 |
| T.E. Soloway | Partner | 19.50 | 1,200.00 | 23,400.00 |
| A. Nasar | Associate | 5.30 | 455.00 | 2,411.50 |
| I. Y. Raz | Associate | 33.20 | 515.00 | 17,098.00 |
| M. S. Barkan | Counsel | 3.00 | 665.00 | 1,995.00 |
| **Total Services Rendered** | | **115.50** | | **$84,219.50** |

## Description of Disbursements

| Description | Amount |
|---|---|
| Telephone Expense | 299.09 |
| Electronic Discovery | 4,356.82 |
| Computerized Legal Research | 10,426.12 |
| US Court Docket Expense | 2.90 |
| Reproduction | 4.14 |
| **Total Disbursements** | **$15,089.07** |

**TOTAL CURRENT FEES AND DISBURSEMENTS**     **$99,308.57**

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

May 10, 2021
Invoice Number: 485584

James Decker
c/o JDecker & Company
5035 Riverview Road, NW
Atlanta, GA 30327
jim@jdeckerco.com

RE: 29441.00001      Marriott Wardman Park Dispute

*For professional services rendered through March 31, 2021:*

| | |
|---|---|
| Total Fees | $84,219.50 |
| Total Disbursements | $15,089.07 |
| **TOTAL THIS INVOICE** | **$99,308.57** |

**For billing inquiries please email: billing@pryorcashman.com**          **Federal Tax Identification Number:**

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. ******. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**                     **Remittance Address** (If paid by check)

Bank Name:                                           Pryor Cashman LLP
Address:                                             7 Times Square
Account Name:                                        New York, NY 10036
ABA Number:                                          Attention: Accounting Department
Account Number:
Swift Code:                                          (Please return remittance page with check)

Tel: 212-421-4100 | Fax: 212-326-0806 | New York | Los Angeles | Miami          pryorcashman.com