**Exhibit 4**

**PCLLP's Third Interim Fee Application**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) | **Objection Deadline:** October 14, 2021 |

**COVER PAGE TO:**
**THIRD INTERIM APPLICATION OF PRYOR CASHMAN LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**SPECIAL LITIGATION COUNSEL TO THE DEBTOR FOR THE PERIOD FROM**
**JULY 1, 2021 THROUGH AND INCLUDING AUGUST 31, 2021**

| Name of Applicant: | Pryor Cashman LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | Order entered on February 5, 2021 [D.I. 106], retention effective as of January 11, 2021 |
| Period for which compensation and Reimbursement is sought: | July 1, 2021 through August 31, 2021 (the "Application Period") |
| Total Amount of Compensation sought as actual, reasonable and necessary: | $14,371.00 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $11,496.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $610.26 |

This is a(n) __X__ interim ____ monthly ____ final fee application.

---

1  The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

5820236 v1
29441.00001

1

**SUMMARY OF THIRD APPLICATION OF PRYOR CASHMAN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE, AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR**

**Fees by Professional**
**(from July 1, 2021 through August 31, 2021)**

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Todd E. Soloway | Partner, Admitted in New York in 1992 Admitted in New Jersey in 1992 | $1200.00 | 4.9 | $5,880.00 |
| Bryan T. Mohler | Partner, Admitted in New York in 2008. | $720.00 | 4.8 | $3,456.00 |
| Itai Y. Raz | Associate, Admitted in New York in 2018 | $530.00 | 9.5 | $5,035.00 |
| **Total** | | **$748.49** (Blended Hourly Rate) | **19.2** | **$14,371.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Litigation | 19.2 | $14,371.00 |
| **TOTALS** | **19.2** | **$14,371.00** |

## EXPENSE SUMMARY

| Expense Category | Amount |
|---|---:|
| Copies | $5.52 |
| Electronic Discovery | $601.54 |
| US Court Docket Expense | $3.20 |
| **TOTAL** | **$610.26** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Objection Deadline:** October 14, 2021

## THIRD INTERIM APPLICATION OF PRYOR CASHMAN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE, AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR

Pryor Cashman LLP ("PCLLP"), as special litigation counsel for Wardman Hotel Owner, L.L.C. (the "Debtor"), in the above-captioned chapter 11 case (the "Chapter 11 Case"), respectfully submits this third interim application ("Application"), pursuant to section 330 of title 11 of the United States Code (the "Bankruptcy Code"), for allowance of (i) compensation for professional services rendered to the Debtor and (ii) for reimbursement of actual and necessary costs and expenses incurred in connection with PCLLP's representation of the Debtor as its special litigation counsel in this Chapter 11 Case from July 1, 2021 through August 31, 2021 (the "Application Period"). PCLLP respectfully represents as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

5820236 v1
29441.00001

statutory predicate for the relief sought herein is sections 330 and 331 of the Bankruptcy Code, rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-2 (the "Bankruptcy Rules").

## BACKGROUND

2. On January 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is managing its properties as debtor in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in the Debtor's chapter 11 case, and no committees have been appointed or designated.

3. The factual background regarding the Debtor, including its historical business operations and the events precipitating the chapter 11 filing, is set forth in detail in the *Declaration of James D. Decker in Support of Debtor's Chapter 11 Petition and First Day Motions* [Docket No. 2].

## PROFESSIONAL FEE MATTERS

4. On January 19, 2021, the Debtor filed its application to employ PCLLP as special litigation counsel for the Debtor (the "PCLLP Retention Application") [Docket No. 49]. The PCLLP Retention Application was granted by order of the Bankruptcy Court dated February 5, 2021 nunc pro tunc to January 11, 2021 [Docket No. 106].

5. By this Application, PCLLP respectfully seeks an order of this Court, pursuant to Bankruptcy Code sections 330, allowing PCLLP, the sum of (i) $14,371.00 for professional fees recorded from July 1, 2021 through August 31, 2021 as compensation for services rendered during the Application Period (80% of which is $11,496.80), and (ii) the sum of $610.26 for disbursements recorded from July 1, 2021 through August 31, 2021 as reimbursement of expenses

incurred during the Application Period, and (c) authorizing and directing the Debtor to pay PCLLP such allowed amounts.

6. PCLLP has not sought or received payment of any compensation for services rendered or reimbursement of expenses since the Petition Date.

7. All services performed and expenses incurred by PCLLP for which compensation and reimbursement are requested hereby were actually performed or incurred for and on behalf of the Debtor, were necessary, and were beneficial to the Debtor's estate.

8. The services rendered by PCLLP during the Application Period as special litigation counsel are summarized below. Specifically, PCLLP rendered the following services during the Application Period as counsel to the Debtor:

a. PCLLP spent time representing and advising the Debtor on issues related to the transition of the Debtor's asset, the property formerly known as Washington Marriott Wardman Park Hotel (the "Property"), from a Marriott-branded property to a non-branded property following the Debtor's termination of the hotel management agreement ("HMA") with Marriott Hotel Services, Inc. ("Marriott"). This included various issues with Marriott related to the Chapter 11 Case.

b. PCLLP also spent time attending to issues related to claims brought by and against Marriott related to the HMA between Debtor and Marriott, including the Proof of Claim filed by Marriott on June 30, 2021 [Claim 42 in the Chapter 11 Case], advising the Debtor on issues related to Marriott's performance under the hotel management agreement, and the preparation and filing of an adversary complaint against Marriott in this Court entitled Wardman Hotel Owner, L.L.C. v. Marriott Hotel Services, Inc., Case 21-10023-JTD.

3

c. PCLLP also spent time attending to other issues related to this proceeding, including its second interim fee application, responding to requests from the Office of the United States Trustee, and attending proceedings held before this Court.

9. Attached hereto as **Exhibit A** is PCLLP's billing detail for the Application Period providing: (i) the name of the attorney or paraprofessional performing the services and their billing rate; (ii) the date the services were performed; (iii) a description of the services performed; (iv) the amount of time expended; and (v) the fees incurred.

## SUMMARY OF EXPENSES

10. During the Application Period, PCLLP incurred or disbursed actual and necessary costs and expenses related to this case in the aggregate amount of $610.26. The expenses incurred include, among other things, US Court Docket expenses, electronic discovery, and photocopier charges. A description of the necessary costs and expenses incurred by PCLLP is attached hereto as part of **Exhibit A**.

11. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure, PCLLP represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Application Period:

a. Charges for copies are $0.46 per page, which charges are reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of related expenditures;

b. All other expenses are billed at actual costs and rates determined by the service providers—they are not "profit centers" for PCLLP.

## STATEMENT FROM PCLLP

12. Pursuant to the Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases, PCLLP responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | X | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | X | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | X | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | X | | 1.9 hours |
| If the fee application includes any rate increases since retention in this case:<br>i. Did your client review and approve those rate increases in advance?<br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | | N/A |

## **DECLARATION PURSUANT TO BANKRUPTCY RULE 2016**

13. No agreement or understanding exists between the Debtor and any other person, or PCLLP and any other person, for a division of compensation received or to be received for services rendered in or in connection with this Chapter 11 Case.

14. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by PCLLP. The services covered by were performed for and solely on behalf of the Debtor.

## **REPRESENTATIONS AND RESERVATION OF RIGHTS**

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at PCLLP, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

17. Although every effort has been made to include all fees and expenses incurred in the Application Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Application Period. PCLLP reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Interim Compensation Order.

## NOTICE AND PRIOR APPLICATION

18. Notice of this Application has been provided in accordance with the Interim Compensation Order. PCLLP submits that the foregoing constitutes good and sufficient notice and that no other or further notice need be provided.

19. No previous application for the relief sought herein has been made to this or any other court.

**WHEREFORE**, PCLLP respectfully requests approval of $14,371.00 as the total compensation for professional services rendered during the Application Period, 80% of which ($11,496.80) is to be paid upon the filing of a certificate of no objection, and the sum of $610.26

for reimbursement of actual and necessary costs and expenses incurred by PCLLP during the Application Period in this case from July 1, 2021 through August 31, 2021.

Dated: New York, New York
       September 23, 2021

                                    PRYOR CASHMAN LLP

                                    By: */s/ Todd E. Soloway*
                                          Todd E. Soloway
                                          Bryan T. Mohler
                                          Itai Y. Raz
7 Times Square
New York, NY 10036
(212) 421-4100

*Special Litigation Counsel for the Debtor*

**Exhibit A**

 

Pryor Cashman LLP
7 Times Square
New York, NY 10036

September 08, 2021
Invoice Number: 497777

James Decker
c/o JDecker & Company
5035 Riverview Road, NW
Atlanta, GA 30327
jim@jdeckerco.com

RE: 29441.00001     Marriott Wardman Park Dispute

*For professional services rendered through August 31, 2021:*

| | |
|---|---:|
| Total Fees | $14,371.00 |
| Total Disbursements | $610.26 |
| **TOTAL THIS INVOICE** | **$14,981.26** |

For billing inquiries please email: billing@pryorcashman.com          Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 497777. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**           **Remittance Address** (If paid by check)
Bank Name:                                  Pryor Cashman LLP
Address:                                    7 Times Square
Account Name:                               New York, NY 10036
ABA Number:                                 Attention: Accounting Department
Account Number:
Swift Code:                                 (Please return remittance page with check)

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami           pryorcashman.com

Pryor Cashman LLP
29441: Wardman Hotel Owner, LLC
00001: Marriott Wardman Park Dispute

Page 2
Invoice Number: 497777
as of August 31, 2021

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/21 | IYR | Review Marriott's proof of claim (.4); discuss related issues with team (.5). | 0.90 | 477.00 |
| 07/06/21 | TES | Review draft adversary complaint/attend to issues related to Marriott proof of claim (.5) | 0.50 | 600.00 |
| 07/07/21 | BTM | Confer w/ bankruptcy counsel, clients re adversary proceeding, Marriott proof of claim, draft complaint re same (.9); review proof of claim (.5). | 1.40 | 1,008.00 |
| 07/07/21 | TES | Prepare for (.2) and conduct conference call with clients and bk counsel re: strategy (.9) | 1.10 | 1,320.00 |
| 07/07/21 | IYR | Prep for and participate in call with client and legal team re Marriott proof of claim (1.1) | 1.10 | 583.00 |
| 07/08/21 | IYR | Attend to issues related to adversary complaint (.2) | 0.20 | 106.00 |
| 07/09/21 | IYR | Discuss adversary complaint with group. (.1) Review updated draft of adversary complaint and discuss same with team (.2) | 0.30 | 159.00 |
| 07/09/21 | TES | Confer re: adversary complaint/Marriott proof of claim (.3); tc Decker re: strategy (.3) | 0.60 | 720.00 |
| 07/14/21 | IYR | Attend to adversary complaint (.1) | 0.10 | 53.00 |
| 07/16/21 | IYR | Prep for and participate in call with client group re potential adversary complaint. (.6) Review and make edits to adversary complaint. (.9) Attend to pro hac vice papers (.1). | 1.60 | 848.00 |
| 07/16/21 | BTM | Confer w/ client re draft adversary proceeding pleading (.5) | 0.50 | 360.00 |
| 07/16/21 | TES | Review and edit adversary complaint (.6) | 0.60 | 720.00 |
| 07/21/21 | TES | Review sale order (.2); tc Decker re: strategy (.2) | 0.40 | 480.00 |
| 07/21/21 | IYR | Discuss matter updates with team (.2) | 0.20 | 106.00 |
| 07/22/21 | BTM | Bankruptcy court hearing (.8), review proposed sale order, asset purchase agreement (.9). | 1.70 | 1,224.00 |
| 07/22/21 | IYR | Hearing re motion to approve sale (.7). | 0.70 | 371.00 |
| 07/23/21 | TES | Review adversary complaint (.7) | 0.70 | 840.00 |
| 07/23/21 | IYR | Review changes to proposed sale order. (.2) | 0.20 | 106.00 |
| 07/27/21 | IYR | Attend to pro hac filing. (.1) | 0.10 | 53.00 |
| 07/28/21 | IYR | Work on interim fee submissions (.7) | 0.70 | 371.00 |
| 07/29/21 | BTM | Attention to fee submission (.8). | 0.80 | 576.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07/29/21 | TES | Review and comment upon fee application papers (.6) | 0.60 | 720.00 |
| 07/29/21 | IYR | Work on interim fee petition. (.7) | 0.60 | 318.00 |
| 07/30/21 | TES | Additional review of fee application (.4) | 0.40 | 480.00 |
| 07/30/21 | IYR | Work on second fee application (.7) | 0.70 | 371.00 |
| 08/05/21 | IYR | Work on fee application. (.2) | 0.20 | 106.00 |
| 08/05/21 | BTM | Attention to second fee application (.4). | 0.40 | 288.00 |
| 08/09/21 | IYR | Finalize second interim fee application. (.2) | 0.20 | 106.00 |
| 08/10/21 | IYR | Attend to request form US Trustee's office. (.4) | 0.40 | 212.00 |
| 08/11/21 | IYR | Case management (.1) | 0.10 | 53.00 |
| 08/12/21 | IYR | Attend to fee app. (.2) Attend to UST request (.1). | 0.30 | 159.00 |
| 08/19/21 | IYR | Review docs/filings related to Debtor's liquidation and sale (.8) | 0.80 | 424.00 |
| 08/23/21 | IYR | Discuss matter updates with B. Mohler. (.1). | 0.10 | 53.00 |
| | | **Total Services Rendered** | **19.20** | **$14,371.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---:|---:|---:|
| B. T. Mohler | Partner | 4.80 | 720.00 | 3,456.00 |
| T.E. Soloway | Partner | 4.90 | 1,200.00 | 5,880.00 |
| I. Y. Raz | Associate | 9.50 | 530.00 | 5,035.00 |
| **Total Services Rendered** | | **19.20** | | **$14,371.00** |

## Description of Disbursements

| Description | Amount |
|---|---:|
| Electronic Discovery | 601.54 |
| US Court Docket Expense | 3.20 |
| Reproduction | 5.52 |
| **Total Disbursements** | **$610.26** |

**TOTAL CURRENT FEES AND DISBURSEMENTS** $14,981.26



Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

September 08, 2021  
Invoice Number: 497777

James Decker  
c/o JDecker & Company  
5035 Riverview Road, NW  
Atlanta, GA 30327  
jim@jdeckerco.com

RE: 29441.00001     Marriott Wardman Park Dispute

---

*For professional services rendered through August 31, 2021:*

| | |
|---|---:|
| Total Fees | $14,371.00 |
| Total Disbursements | $610.26 |
| **TOTAL THIS INVOICE** | **$14,981.26** |



For billing inquiries please email: billing@pryorcashman.com     Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 497777. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH funds accepted:**  
Bank Name:  
Address:  
Account Name:  
ABA Number:  
Account Number:  
Swift Code:  

**Remittance Address** (If paid by check)  
Pryor Cashman LLP  
7 Times Square  
New York, NY 10036  
Attention: Accounting Department  

(Please return remittance page with check)

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami     pryorcashman.com