**Exhibit 5**

**Billing Detail for PCLLP's Fourth Interim Fee Application**




Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

October 11, 2021  
Invoice Number: 501154

James Decker  
c/o JDecker & Company  
5035 Riverview Road, NW  
Atlanta, GA 30327  
jim@jdeckerco.com

**\*\*Please note our new and updated remittance address and banking information as shown at the bottom of this page and update your records accordingly.\*\***

RE: 29441.00001     Marriott Wardman Park Dispute

*For professional services rendered through September 30, 2021:*

| | |
|---|---:|
| Total Fees | $2,791.00 |
| Total Disbursements | $343.85 |
| **TOTAL THIS INVOICE** | **$3,134.85** |

For billing inquiries please email: billing@pryorcashman.com      Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 501154. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**

**Check Remittance Address:**  
Pryor Cashman LLP  
P.O. Box 22556  
New York, NY 10087-2556

Please Return Remittance Page With Check.



Tel: 212-421-4100   I   Fax: 212-326-0806   I   New York   I   Los Angeles   I   Miami            pryorcashman.com

Pryor Cashman LLP  
29441: Wardman Hotel Owner, LLC  
00001: Marriott Wardman Park Dispute  

Page 2  
Invoice Number: 501154  
as of September 30, 2021

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/21 | BTM | Hearing on Debtor's Motion for Entry of an Order (I) Granting Interim Approval of the Disclosure Statement; (II) Scheduling a Plan Confirmation Hearing and Approving Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief (.5); review proposed order (.2). | 0.70 | 504.00 |
| 09/01/21 | IYR | Attend hearing. (.5) | 0.50 | 265.00 |
| 09/02/21 | IYR | Review Debtor's objection to disallow certain claims (.1). Case management (.1) | 0.20 | 106.00 |
| 09/15/21 | IYR | Review documents related to plan approval/related motions; discuss same with team | 0.60 | 318.00 |
| 09/17/21 | IYR | Case management (.1). Begin preparing third fee application(.6). | 0.70 | 371.00 |
| 09/20/21 | IYR | Review papers filed in support of confirmation of plan (.3). Attend to fee app (.1) Attend court hearing re: plan approval. (.4) | 0.80 | 424.00 |
| 09/20/21 | BTM | Prepare for hearing on plan approval, confer w/ IR re same (.6). | 0.60 | 432.00 |
| 09/21/21 | IYR | Attend to fee app. (.1) | 0.10 | 53.00 |
| 09/22/21 | IYR | Work on third fee application. (.4) | 0.40 | 212.00 |
| 09/23/21 | IYR | Work on and finalize third interim fee app. (.2) | 0.20 | 106.00 |
| | | **Total Services Rendered** | **4.80** | **$2,791.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| B. T. Mohler | Partner | 1.30 | 720.00 | 936.00 |
| I. Y. Raz | Associate | 3.50 | 530.00 | 1,855.00 |
| **Total Services Rendered** | | **4.80** | | **$2,791.00** |

## Description of Disbursements

| Description | Amount |
|---|---|
| Electronic Discovery | 338.33 |
| Reproduction | 5.52 |

| Description | Amount |
|---|---|
| Total Disbursements | $343.85 |

**TOTAL CURRENT FEES AND DISBURSEMENTS** $3,134.85




Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

October 11, 2021  
Invoice Number: 501154

James Decker  
c/o JDecker & Company  
5035 Riverview Road, NW  
Atlanta, GA 30327  
jim@jdeckerco.com

**\*\*Please note our new and updated remittance address and banking information as shown at the bottom of this page and update your records accordingly.\*\***

RE: 29441.00001    Marriott Wardman Park Dispute

---

*For professional services rendered through September 30, 2021:*

| | |
|---|---:|
| Total Fees | $2,791.00 |
| Total Disbursements | $343.85 |
| **TOTAL THIS INVOICE** | **$3,134.85** |



For billing inquiries please email: billing@pryorcashman.com    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 501154.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**

**Check Remittance Address:**

Pryor Cashman LLP  
P.O. Box 22556  
New York, NY 10087-2556

Please Return Remittance Page With Check.

Tel: 212-421-4100  |  Fax: 212-326-0806  |  New York  |  Los Angeles  |  Miami        pryorcashman.com




Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

November 04, 2021  
Invoice Number: 503670

James Decker  
c/o JDecker & Company  
5035 Riverview Road, NW  
Atlanta, GA 30327  
jim@jdeckerco.com

**\*\*Please note our new and updated remittance address and banking information as shown at the bottom of this page and update your records accordingly.\*\***

RE: 29441.00001     Marriott Wardman Park Dispute

*For professional services rendered through October 31, 2021:*

|  |  |
|---|---:|
| Total Fees | $388.00 |
| Total Disbursements | $337.52 |
| **TOTAL THIS INVOICE** | **$725.52** |

For billing inquiries please email: billing@pryorcashman.com                    Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 503670.  Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**

**Check Remittance Address:**  
Pryor Cashman LLP  
P.O. Box 22556  
New York, NY 10087-2556

Please Return Remittance Page With Check.



Tel: 212-421-4100   I   Fax: 212-326-0806   I   New York   I   Los Angeles   I   Miami                    pryorcashman.com

## Description Of Services Rendered

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/21 | IYR | case management. (.1) | 0.10 | 53.00 |
| 10/13/21 | IYR | Emails with e-discovery team and client re e-discovery storage-related items. | 0.20 | 106.00 |
| 10/18/21 | IYR | Attend to filing of certificate of no objection (.1). | 0.10 | 53.00 |
| 10/26/21 | AA | Draft email communications to Mr. Raz with assembled workspace export information; | 0.30 | 123.00 |
| 10/29/21 | IYR | case management (issues related to discovery portal). (.1). | 0.10 | 53.00 |
| | | **Total Services Rendered** | **0.80** | **$388.00** |

## Summary of Services

| Name | Title | Hours | Bill Rate | Amount |
|---|---|---|---|---|
| I. Y. Raz | Associate | 0.50 | 530.00 | 265.00 |
| A. Antoniou | E-Disc. Specs. | 0.30 | 410.00 | 123.00 |
| **Total Services Rendered** | | **0.80** | | **$388.00** |

## Description of Disbursements

| Description | Amount |
|---|---|
| Electronic Discovery | 337.52 |
| **Total Disbursements** | **$337.52** |

**TOTAL CURRENT FEES AND DISBURSEMENTS** $725.52

 

Pryor Cashman LLP  
7 Times Square  
New York, NY 10036

November 04, 2021  
Invoice Number: 503670

James Decker  
c/o JDecker & Company  
5035 Riverview Road, NW  
Atlanta, GA 30327  
jim@jdeckerco.com

**\*\*Please note our new and updated remittance address and banking information as shown at the bottom of this page and update your records accordingly.\*\***

RE: 29441.00001   Marriott Wardman Park Dispute

---

*For professional services rendered through October 31, 2021:*

| | |
|---|---|
| Total Fees | $388.00 |
| Total Disbursements | $337.52 |
| **TOTAL THIS INVOICE** | **$725.52** |

For billing inquiries please email: billing@pryorcashman.com         Federal Tax Identification Number:

All amounts are expressed in United States Dollars. To ensure proper credit to the above account, please indicate invoice no. 503670. Details of invoices being paid can be emailed to: receipts@pryorcashman.com.

**Wire and ACH Instructions:**

**Check Remittance Address:**  
Pryor Cashman LLP  
P.O. Box 22556  
New York, NY 10087-2556

Please Return Remittance Page With Check.



Tel: 212-421-4100   I   Fax: 212-326-0806   I   New York   I   Los Angeles   I   Miami                 pryorcashman.com