# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 27th day of December, 2021, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Filing of Fee Application; and**

**Final Application of Pryor Cashman LLP for Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Debtor for the Period From January 11, 2021 Through and Including October 28, 2021.**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5035 Riverview Road, NW, Atlanta, GA 30327.

Wardman Hotel Owners 2002 SL
First Class Mail and Email
Case No. 21-10023 (JTD)
Doc No. 232499v1
09—First Class Mail
44—Electronic Mail

(Counsel for Debtor)
Laura Davis Jones, Esq.
David Bertenthal, Esq.
Max B. Litvak, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
**Email: ljones@pszjlaw.com;**
**mlitvak@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com**

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

*FIRST CLASS MAIL*
Office of the United States Attorney
District of Delaware
Attn: David C. Weiss, Esq.
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801

*FIRST CLASS MAIL*
Secretary of State
John G. Townsend Building
401 Federal Street, Suite 4
Dover, DE 19901

*FIRST CLASS MAIL*
(Top 20 Creditor)
Marriott Hotel Service, Inc.
Attn: Legal Department
10400 Fernwood Road
Bethesda, MD 20817

*FIRST CLASS MAIL*
(Top 20 Creditor)
Wardman Tower, L.L.C.
c/o JBG Companies
4745 Bethesda Avenue
Suite 200
Bethesda, MD 20815

*FIRST CLASS MAIL*
Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, D.C. 20024

*FIRST CLASS MAIL*
Unite Here Int'l Union
Local 25
901 K St. N.W.
2nd Floor
Washington, D.C. 20001

*FIRST CLASS MAIL*
Pacific Life Insurance Company
700 Newport Center Drive
Newport Beach, CA 92660

*FIRST CLASS MAIL*
Congressional Hotel Dry Cleaning LLC
P.O. Box 721
Great Falls, VA 22066

*ELECTRONIC MAIL*
US Trustee for District of DE
Office of the United States Trustee
Linda Casey, Trial Attorney
J. Caleb Boggs Federal Building
844 King Street
Suite 2207, Lockbox 35
Wilmington DE 19899-0035
**Email: linda.casey@usdoj.gov**

*ELECTRONIC MAIL*
Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903
**Email: Dosdoc_Ftax@delaware.gov**

*ELECTRONIC MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: Statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities and Exchange Commission
Sec Headquarterswar
100 F Street, NE
Washington, DC 20549
**Email secbankruptcy-ogc-ado@sec.gov;**
**secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Ste 400
New York, NY 10281-1022
**Email: Bankruptcynoticeschr@sec.gov;**
**Nyrobankruptcy@sec.gov**

*ELECTRONIC MAIL*
(Counsel for Manager)
Larry G. Halperin, Esq.
Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020
**Email: halperin@chapman.com**

*ELECTRONIC MAIL*
(Special Counsel for Debtor)
Todd E. Soloway, Esq.
Bryan T. Mohler, Esq.
Itai Y. Raz, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
**Email: tsoloway@pryorcashman.com;**
**bmohler@pryorcashman.com;**
**iraz@pryorcashman.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life)
Grant Stein, Esq.
David Wender, Esq.
Brian D. Frey, Esq.
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
**Email:david.wender@alston.com;**
**grant.stein@alston.com;**
**brian.frey@alston.com**

*ELECTRONIC MAIL*
(Counsel for Pacific Life)
Dominic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062
**Email:dpacitti@klehr.com**

***ELECTRONIC MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Lindsay Harrison, Esq.
Kali Bracey, Esq.
Jessica Ring Amunson, Esq.
Alex S. Trepp, Esq.
Jenner & Block LLP
1099 New York Ave. NW
Suite 900
Washington, D.C. 20001
**Email:lharrison@jenner.com;**
**kbracey@jenner.com;**
**jamunson@jenner.com;**
**atrepp@jenner.com**

***ELECTRONIC MAIL***
(Counsel for Marriott Hotel Services, Inc.)
Curtis S. Miller, Esq.
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Email: cmiller@mnat.com**

***ELECTRONIC DELIVERY***
(Counsel for Marriott Hotel Services, Inc.)
Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
**Email: okatz@sheppardmullin.com**

***ELECTRONIC DELIVERY***
(Counsel for Marriott Hotel Services, Inc.)
Michael T. Driscoll, Esq.
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
**Email: mdriscoll@sheppardmullin.com**

***ELECTRONIC DELIVERY***
(Counsel for Marriott Hotel Services, Inc.)
Jennifer L. Nassiri, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA
**Email: jnassiri@sheppardmullin.com**

**ELECTRONIC DELIVERY**
(Counsel for Marriott Hotel Services, Inc.)
Paul Rietema, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
**Email: prietema@jenner.com**

***ELECTRONIC MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Domenic E. Pacitti, Esquire
KLEHR, HARRISON, HARVEY,
BRAZBURG LLP
919 Market Street. Suite 1000
Wilmington, DE 19801-3062
**Email: dpacitti@klehr.com**

***ELECTRONIC MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Grant Stein, Esquire
David Wender, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
**Email: Grant.Stein@alston.com**
**Email: David.Wender@alston.com**

***ELECTRONIC MAIL***
(Counsel for Pacific Life Insurance Company
and PL Wardman Member, LLC)
Geoffrey C. Williams, Esquire
ALSTON & BIRD LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
**Email: Geoffrey.williams@alston.com**

*ELECTRONIC MAIL*
(Counsel for National Association of Counties)
L. Katie Mason, Esq.
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI  53202
**Email: Katie.Mason@quarles.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Stephen J. Astringer
POLSINELLI PC
222 Delaware Ave., Suite 1101
Wilmington, DE  19801
**Email:  sastringer@polsinelli.com**

*ELECTRONIC MAIL*
(Counsel to American Roetgen Ray Society)
Mark B. Joachim
POLSINELLI PC
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC  20005
**Email:  mjoachim@polsinelli.com**

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:  schristianson@buchalter.com**

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY  11042
**Email:  amish@doshilegal.com**

*ELECTRONIC MAIL*
(Counsel to Enseo)
L. Katherine Good, Esq.
Aaron H. Stulman, Esq.
Potter Andeerson & Corroon LLP
1313 No. Market Street, 6th Floor
Wilmingon,  DE  19801
**Email:  kgood@potteranderson.com
astulman@potteranderson.com**

*ELECTRONIC MAIL*
(Counsel to the District of Columbia Water and Sewer Authority)
Elihu E. Allinson, III, Esq.
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
Email: zallinson@sha-llc.com

*ELECTRONIC MAIL*
(Counsel to the District of Columbia Water and Sewer Authority)
Emil Hirsch, Esq.
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC  200007-5208
Email:  ehirsch@carltonfields.com

*ELECTRONIC MAIL*
(Counsel for UNITE HERE Local 25)
Susan E. Kaufman, Esq.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 N. Market Street, Suite 460
Wilmington, DE  19801
**Email: skaufman@kaufmanlaw.com**

*ELECTRONIC MAIL*
(Counsel for UNITE HERE Local 25)
Devki K. Virk, Esq.
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
**Email: dvirk@bredhoff.com**

*ELECTRONIC MAIL*
(Counsel to American Historical Association)
Aaron R. Cahn, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY  10005-2072
**Email:  bankruptcy@clm.com**