**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) <br> ) <br> WARDMAN HOTEL OWNER, L.L.C.,[1]  ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 21-10023 (JTD) <br><br><br> **Re: Docket Nos.: 329 and 373** |

**AGREED SCHEDULING ORDER REGARDING DEBTOR'S
OBJECTION TO CLAIM OF AMERICAN ROENTGEN RAY SOCIETY**

Upon the *Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims* [Docket No. 329] (the "Objection") and the response filed by American Roentgen Ray Society [Docket No. 373] filed thereto (the "Response"); and upon agreement of the Debtor and ARRS on the terms of this order (the "Scheduling Order"); and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. This Scheduling Order will govern the contested matter pending between the above captioned debtor (the "Debtor") and the American Roentgen Ray Society ("ARRS" and collectively with the Debtor, the "Parties") related to the Objection.

2. The Debtor shall file a reply to the Response on or before February 15, 2022.

3. If necessary, a scheduling conference shall be held on February 17, 2022, at 2:00 p.m. (ET), or as otherwise scheduled by the Court.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

DOCS_DE:238069.1 92203/001

4. The Parties shall serve all written discovery requests, whether to the other Party in this contested matter or third party, by no later than February 25, 2022.

5. Responses to written discovery requests shall be provided on or before March 25, 2022.

6. The parties shall conclude all depositions, if necessary, by no later than April 8, 2022. The parties shall work in good faith to have witnesses appear voluntarily and without the need to issue subpoenas to compel appearances.

7. The parties may file and serve supplemental briefing by no later than April 15, 2022.

8. For avoidance of confusion, pursuant to Rule 9014(c) of the Federal Rules of Bankruptcy Procedure, the applicable Part VII Rules, as modified by the Local Rules, shall apply to this contested matter. Nothing contained herein shall preclude a party from filing a dispositive motion as contemplated by Fed. R. Bankr. P. 9014 and Fed. R. Bankr. P. 7056 at any time, so long as such motion is filed no earlier than no later than 4:00 p.m. (EST) on April 15, 2022.

9. A contested hearing on the Objection shall be held on April 27, 2022, at 1:00 p.m. (ET), or as otherwise scheduled by the Court.

10. Deadlines contained in this Scheduling Order may be extended (i) by written agreement of the parties, not to be unreasonably withheld, or (ii) by the Court upon written motion for good cause shown.

11. Where any pleading or discovery must be served on the other party to this contested matter, such service is sufficient if made via email. Following service of any pleading or discovery request, the serving party shall promptly file a certificate or notice of service with the Court.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Scheduling Order.

**Dated: February 17th, 2022**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:238069.1 92203/001