# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) Case No. 21-10023 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF INTENT TO SERVE RECORDS AND DEPOSITION SUBPOENAS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9014(c) of the Federal Rules of Bankruptcy Procedure and Rule 45 of the Federal Rules of Civil Procedure, Creditor American Roentgen Ray Society intends to serve Subpoenas in the forms attached hereto on Marriott Hotel Services, Inc., on June 9, 2022, or as soon thereafter as service may be made.

Dated: June 9, 2022

Respectfully submitted,

**POLSINELLI PC**

*/s/ Brenna A. Dolphin*
Brenna A. Dolphin (Delaware Bar No. 5064)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
bdolphin@polsinelli.com

Mark B. Joachim (*Admitted Pro Hac Vice*)
1401 Eye ("I") Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 772-8477
Facsimile: (202) 783-3300
mjoachim@polsinelli.com

-and-

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

83768725.1

E. Benton Keatley (*Admitted Pro Hac Vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
ebkeatley@polsinelli.com

*Counsel for American Roentgen Ray Society*