B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE  District of  DELAWARE

In re  WARDMAN HOTEL OWNER, L.L.C.

Debtor

*(Complete if issued in an adversary proceeding)*

Case No.  21-10023 (JTD)

Chapter  11

Plaintiff

v.

Adv. Proc. No.

Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  Marriott Hotel Services, Inc., 10400 Fernwood Road Bethesda MD 20817

*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   See Attachment A

| PLACE  Polsinelli PC, 1401 I Street, N.W. Suite 800, Washington, DC 20005 | DATE AND TIME  June 28, 2022 at 12:00 PM, ET |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  6/8/2022

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
American Roentgen Ray Society  , who issues or requests this subpoena, are:
Benton Keatley, Polsinelli PC, 900 W. 48th Place, Suite 900, Kansas City MO 64112, (816) 753-1000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

 My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


        I declare under penalty of perjury that this information is true and correct.

Date:  _____

                                                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*

                                                    _____
                                                            *Server's address*


Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
...

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**ATTACHMENT A**

**INSTRUCTIONS**

1.      Please produce responsive documents and electronically stored information in the manner in which they are maintained in the usual course of business.

2.      The relevant time period during which information would be considered responsive to these Requests is from **January 1, 2020 through the present**.

3.      For objections or responses to these Requests which you fail or refuse to respond fully to on the ground of any claim of privilege of any kind whatsoever, please provide a document privilege log.  For each document withheld, the log should include:

      (a)      name and title of author, including whether the author is a lawyer and was acting in that capacity in preparing the document;

      (b)      names and titles of all persons to whom the document was circulated, including whether any recipient of the document is a lawyer and received the document in his capacity as a lawyer;

      (c)      date of the document;

      (d)      legal basis for withholding the document (for example, attorney-client privilege or work-product doctrine);

      (e)      reason why the document was prepared (for example, document prepared in anticipation of litigation, document prepared for purpose of receiving legal advice, business record, etc.);

      (f)      description of withheld document (for example, its title and general subject matter); and

    (g)      identity of all witnesses who have knowledge of the facts that you contend support your assertion of the privilege.

    (h)      If the claim of privilege applies to only a portion of the document, produce all portions of the document to which the claim of privilege does not apply.

## DEFINITIONS

1.      "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these Topics of Examination any information, documents, or things that might otherwise be construed to be outside of their scope. In no event shall the use of the term "and" or "or" be construed to narrow the scope of any Topic.

2.      "All," "any," "each," and "every" shall each be construed to mean "all, any, each, and every," as necessary to bring within the scope of these Topics any information, documents, or things that might otherwise be construed to be outside their scope. In no event shall the use of the term "all," "any," "each," or "every" be construed to narrow the scope of any Topic.

3.      "ARRS" means American Roentgen Ray Society and any persons known by You to be its counsel, members, employees, agents, or representatives.

4.      "ARRS Contract" refers to the Group Sales Agreement that is attached hereto as **Exhibit 1**.

5.      **"Communication"** refers to both oral and written communications and means all conversations, presentations, discussions, arguments, speeches, meetings, telephone calls, documents (**including emails, text messages, social media posts, and instant messages),** writings, and all other means by which information, data, language, or documents are transmitted, passed, or otherwise conveyed from one or more persons or entities to one or more other persons or entities.

6.    "Debtor" means Wardman Hotel Owner, LLC, and any persons known by You to be its members, employees, agents or representatives.

7.    "Document" is synonymous in meaning an equal in scope as the usage of this term in Federal Rule of Civil Procedure 34, and decisions thereunder. This definition includes, but is not limited to, any and all originals, non-identical copies or non-identical drafts of any or all of the above sources, which are in your possession, custody, or control.

8.    "Group Sales Contracts" mean any contract reserving the Hotel by companies, trade associations, or other organizations, and include but are not limited to the ARRS Contract and any other "large group contract" referred to by you in Paragraph 50 of your Complaint in the matter styled *Marriott Hotel Services, Inc. v. Wardman Hotel Owner, LLC, et al.*, Civil Action No. 483406-V (Circuit Court for Montgomery County, Maryland).

9.    "Hotel" means the Marriott Wardman Park Hotel, formerly located at 2660 Woodley Rd NW, Washington, DC 20008.

10.    "Hotel Management Agreement" means the Second Amended and Restated Management Agreement between Marriott Hotel Services, Inc. and Wardman Hotel, L.L.C, Wardman Tower, L.L.C., Wardman Cotillion Residential, L.L.C., and Wardman Park Residential, L.L.C., dated July 1, 2005, as well as any amendments thereto.

11.    "Pacific Life" means Pacific Life Insurance Company, and any persons known by You to be its officers, employees, agents or representatives.

12.    "PL Wardman" means PL Wardman Member LLC, and any persons known by You to be its members, employees, agents or representatives.

13.    "Regarding" is used in its broadest sense and includes anything that analyzes, arises out of, comments on, comprises, constitutes, contains, describes, discusses, embodies, evidences,

83815616.1

identifies, indicates, involves, memorializes, mentions, pertains to, refers to, reflects, regards, relates to, responds to, shows, states, supports, or is reasonably connected with the subject matter or topic in question, either in whole or part.

14.    "You" and "Your" means Marriott Hotel Services, Inc. and its officers, employees, agents and representatives.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.    All Documents and Communications regarding the ARRS Contract.

2.    All Communications between You and any of Debtor, PL Wardman, and/or Pacific regarding Group Sales Contracts.

3.    All Documents and Communications regarding the actual or potential effect of Debtor's actual or threatened termination of the Hotel Management Agreement on (a) Your and/or Debtor's liabilities on Group Sales Contracts or (b) Your and/or Debtor's liabilities to any third-party vendors of the Hotel.

4.    All Documents and Communications regarding the actual or potential effect of Debtor's failure to provide working capital on (a) Your and/or Debtor's liabilities on Group Sales Contracts or (b) Your and/or Debtor's liabilities to any third-party vendors of the Hotel.

5.    All Documents and Communications exchanged between you and any of Debtor, PL Wardman, and/or Pacific Life in negotiating the settlement(s) of lawsuits and claims between or among those entities, including but not limited to the negotiation of the amount to be paid to You as part of resolving those disputes.

6.    All Documents and Communications exchanged in discovery in your disputes with Debtor, PL Wardman, and/or Pacific Life regarding Group Sales Contracts.

7.      All Documents and Communications regarding Your decision to refer ARRS to Debtor's counsel as the person(s) with authority to discuss the status of the Hotel and ARRS Contract with ARRS, as shown in the email chain attached hereto as **Exhibit 2**.  You need not log privileged communications responsive to this request.

EXHIBIT 1



MARRIOTT

## GROUP SALES AGREEMENT

### DESCRIPTION OF GROUP AND EVENT

The following represents an agreement between: Washington Marriott Wardman Park, 2660 Woodley Road NW, Washington, DC, 20008-4106, (202) 328-2000 and American Roentgen Ray Society and outlines specific conditions and services to be provided.

ORGANIZATION:                    American Roentgen Ray Society

CONTACT:
          Name:                     Katy Scheuerman
          Job Title:                Director of Meetings
          Street Address:           44211 Slatestone Court
          City, State:              Leesburg, VA
          Postal Code:              20176
          Phone Number:             (703) 729-3353
          Fax Number:               (703) 729-4839
          E-mail Address:           kscheuerman@arrs.org

SENIOR SALES EXECUTIVE:

          Name:                     Benjamin Warner
          Street Address:           2260 Woodley Rd NW
          City, State:              Washington, DC
          Postal Code:              20008
          Phone Number:             (202) 328-2964
          Fax Number:               (202) 387-5436
          E-mail Address:           Benjamin.warner@marriott.com

NAME OF EVENT:                   ARRS Annual Meeting 2023

REFERENCE #:                     M-7URJ27M

OFFICIAL PROGRAM DATES:          Wednesday, 05/03/2023 - Saturday, 05/13/2023

ANTICIPATED ATTENDANCE:          2,000

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## GUEST ROOM COMMITMENT

The Hotel agrees that it will provide, and American Roentgen Ray Society agrees that it will be responsible for utilizing, 5,024 room nights in the pattern set forth below (such number and such pattern, the "Room Night Commitment"):

| Date | Day | Guest Room | Presidential | Deluxe | Staff | Total Rooms |
|------|-----|------------|--------------|--------|-------|-------------|
| 05/03/2023 | Wed | 4 | 0 | 0 | 0 | 4 |
| 05/04/2023 | Thu | 20 | 0 | 0 | 0 | 20 |
| 05/05/2023 | Fri | 64 | 2 | 4 | 30 | 100 |
| 05/06/2023 | Sat | 564 | 2 | 4 | 30 | 600 |
| 05/07/2023 | Sun | 814 | 2 | 4 | 30 | 850 |
| 05/08/2023 | Mon | 889 | 2 | 4 | 30 | 925 |
| 05/09/2023 | Tue | 889 | 2 | 4 | 30 | 925 |
| 05/10/2023 | Wed | 764 | 2 | 4 | 30 | 800 |
| 05/11/2023 | Thu | 564 | 2 | 4 | 30 | 600 |
| 05/12/2023 | Fri | 170 | 0 | 0 | 30 | 200 |

The Hotel agrees not to reduce the ARRS guest room block of 5,024 rooms without ARRS's written consent.

Twenty four months prior to arrival on May 06, 2021, the room block will be reviewed and ARRS may release up to 10% (502 room nights) of the Guest Room Block without the payment of any fee. One year before the arrival date on May 06, 2022, ARRS may release, without payment of any fee, up to 5% (251 room nights) if the first option to reduce was exercised. If the first option to reduce the room block was not exercised, ARRS may release up to 10% (502 room nights) of the Guest Room Block. The Guest Room Block, after such reductions, is the Adjusted Room Night Commitment.

If the Group decides to lower the Contracted Guest Room Commitment two years prior to arrival or one year prior to arrival, the Hotel and the Group will meet and Function Space may also be reduced in the same proportions. Any and all changes will be agreed to by the Hotel and the Group in writing.

## GROUP ROOM RATES

Based upon American Roentgen Ray Society's total program requirements as outlined in this agreement, Hotel confirms the following group rates (net of all taxes):

| | |
|---|---|
| Single: | $314.00 |
| Double: | $314.00 |
| Triple: | $334.00 |
| Quads: | $354.00 |
| Presidential: | Complimentary |
| Deluxe: | $314.00 |
| Staff: | $157.00 |
| Additional Person: | $20.00 |

Hotel room rates are subject to applicable state and local taxes (currently 14.5%) in effect at the time of check-out.

## PROMOTIONAL RATES

Prior to the Cutoff Date, Hotel shall not offer special promotional room rates for a stay over the peak nights of Saturday May 06 to Thursday May 11 which are less than the Group Room Rates unless such special rates apply to all rooms in ARRS' block. This does not apply to unrelated Hotel volume accounts, crew rooms, internet agreements or other similar agreements.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## SPECIAL CONCESSIONS

In consideration of the Room Night Commitment and the functions identified on the Function Information Agenda/Event Agenda, Hotel will provide American Roentgen Ray Society with the following special concessions:

1.  One (1) Complimentary Two Bedroom Presidential Suite, as listed in Guest Room Commitment
2.  One (1) Complimentary One Bedroom Presidential Suite, as listed in Guest Room Commitment
3.  Four (4) Complimentary Deluxe Suites, as listed in Guest Room Commitment
4.  Fifteen (15) Upgrades with Concierge Lounge access at the group rate
5.  Thirty (30) Staff Rooms at 50% off the group rate, as listed in Guest Room Commitment
6.  Twenty (20) Complimentary VIP Amenities valued at $50
7.  Ten (10) Complimentary Staff Amenities valued at $50
8.  Complimentary self-parking for Ten (10) staff over duration of conference
9.  Complimentary room ratio 1:45
10. 10 roundtrip limo/ sedan airport transfers
11. F&B prices and service charges established and fixed by April 2022
12. Complimentary meeting space
13. Complimentary exhibit rental
14. Discounted exhibit cleaning fee of $2,000
15. Complimentary coffee in staff office each day of the meeting, for up to 20 guests
16. Complimentary internet in the guest sleeping rooms for Marriott Rewards Members
17. We will offer ARRS the same discounted internet pricing in 2023 that we have offered in 2013 with no increases in price. 2018 internet pricing was as follows:

> One Day Rate on all bandwidth, IP address and Port Fees
> 50% discount on all Dedicated Bandwidth
> Complimentary Port Fees and VLAN configurations
> Waived Service Charge

## SPECIAL CONCESSIONS FOR CONTRACT SIGNATURE BY 7/31/2017

1)  Hotel will extend one (1) complimentary President's Reception for up to 300 attendees during the ARRS 2018 and ARRS 2023 annual meeting being hosted at the Washington Marriott Wardman Park Hotel – up to $44,000 value per year.
2)  10% discount on food and beverage will be applied to both the 2018 and 2023 ARRS annual meetings.

## COMPLIMENTARY ROOM NIGHTS

American Roentgen Ray Society will be entitled to one (1) complimentary room night for every 45 revenue-generating room nights occupied on a cumulative basis. ARRS will receive credit towards their complimentary rooms for any revenue generating room right outside the ARRS room block that is determined to be an ARRS attendee. Complimentary nights must be used during meeting dates and any balance remaining will be credited to the master account. If room block actualizes less than 75% of the contracted block and Group enters attrition, then Group shall receive these complimentary rooms only after paying the attrition amount to bring the actual room block up to 75% of the contracted block.

## COMMISSION

The group room rates listed above are net non-commissionable.

## CHECK IN/CHECK OUT

Check in time is 3:00pm. Individuals may check in earlier depending on occupancy levels and availability of "ready" rooms. Check out time is 12 Noon.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## METHOD OF RESERVATIONS

Reservations for the Event will be made by individual attendees directly with our online group reservations system powered by Passkey at 1 (877) 212 5752.

Hotel is pleased to offer the use of our online group reservations system powered by Passkey. All reservations will be made, modified or canceled by individuals on-line at a URL to be established by Hotel or by calling Marriott's Reservations toll free number to be established after enabling Passkey. It is the responsibility of American Roentgen Ray Society to provide this information to attendees. The Group Rate is guaranteed for reservations made on or before the Cutoff Date. Any reservations made after the Cutoff Date shall be at the Hotels then current available rate.

Hotel will supply a username and password to provide you with 24/7 online access to your group's information and reports.

## GUARANTEED RESERVATIONS

All reservations must be accompanied by a first night room deposit or guaranteed with a major credit card or by American Roentgen Ray Society. Hotel will not hold any reservations unless secured by one of the above methods.

In the event of an attrition obligation, ARRS will also receive credit towards the total room night usage for any "no show" revenues collected.

## CUTOFF DATE

Reservations by attendees must be received on or before **5:00pm on Friday April 14, 2023**, (the "Cutoff Date"). At the Cutoff Date, Hotel will review the reservation pickup for the Event, release the unreserved rooms for general sale, and determine whether it can accept reservations based on a space- and rate-available basis at the American Roentgen Ray Society group rate after this date.

Release of rooms for general sale following the Cutoff Date does not affect American Roentgen Ray Society's obligation, as discussed elsewhere in this Agreement, to utilize guest rooms.

## NO ROOM TRANSFER BY GUEST

American Roentgen Ray Society agrees that neither American Roentgen Ray Society nor attendees of the Event nor any intermediary shall be permitted to assign any rights or obligations under this Group Sales Agreement, or to resell or otherwise transfer to persons not associated with American Roentgen Ray Society reservations for guestrooms, meeting rooms or any other facilities made pursuant to this Group Sales Agreement.

## MASTER ACCOUNT

Hotel must be notified in writing at least 30 days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

## METHOD OF PAYMENT

The method of payment of the Master Account will be established upon approval of American Roentgen Ray Society's credit. If credit is approved, the outstanding balance of American Roentgen Ray Society Master Account (less any advance deposits and exclusive of disputed charges) will be due and payable within (30) days upon receipt of invoice.

American Roentgen Ray Society will raise any disputed charge(s) within 5 days after receipt of the invoice. The Hotel will work with American Roentgen Ray Society in resolving any such disputed charges, the payment of which will be due and payable within (30) days upon receipt of invoice after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

American Roentgen Ray Society has indicated that it has elected to use the following form of payment:

[ ] Cash, money order, or other guaranteed form of payment
[ ] Credit card (We accept all major credit cards)
[X] Company check or Electronic Funds Transfer
[ ] _____[agreed alternative]

American Roentgen Ray Society may not change this form of payment.

In the event that credit is not approved, American Roentgen Ray Society agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

## BILLING ARRANGEMENTS

The following billing arrangements apply:

[ ] Room and Tax to Master
[X] Individual to pay all charges
[ ] All charges to Master

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

Based on the requirements outlined by American Roentgen Ray Society, the Hotel has reserved the function space set forth on the below Function Information Agenda/Event Agenda.

Ten months prior to the Event, American Roentgen Ray Society agrees to give Hotel a preliminary program, including updated attendance figures based upon history. Six months prior to the Event, a tentative program with anticipated attendance figures is required. At this time, Hotel will release any space that is not designated on a tentative program, except for any space that Hotel and American Roentgen Ray Society agree to hold for unanticipated needs.

The meeting and banquet space will be made available on a complimentary basis. After discussion with American Roentgen Ray Society, the Hotel will have the right to reassign function space provided the revised space adequately accommodates the function requirements with final approval by ARRS. Final approval must be received from your Convention Services Manager before publishing meeting room names.

| Date | Day | Start Time | End Time | Function Type | Set-Up Style | Expected | Function Space |
|------|-----|-----------|----------|---------------|--------------|----------|----------------|
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/4/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
|  |  |  |  |  |  |  |  |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/5/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/5/2023 | Fri | 12:00:00 PM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/5/2023 | Fri | 2:30:00 PM | 11:59:00 PM | Set Up | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
|---|---|---|---|---|---|---|---|
| 5/5/2023 | Fri | 5:00:00 PM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/5/2023 | Fri | 4:00:00 PM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Set Up | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1,2, & 3 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REG & LOBBY |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/6/2023 | Sat | 6:00:00 AM | 11:59:00 PM | Set Up | Special | 1 | THURGOOD NORTHEAST |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
|---|---|---|---|---|---|---|---|
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/7/2023 | Sun | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/7/2023 | Sun | 9:30:00 AM | 10:00:00 AM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR & THURGOOD MARSHALL FOYER |
| 5/7/2023 | Sun | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
|---|---|---|---|---|---|---|---|
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/8/2023 | Mon | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD NORTHEAST |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/9/2023 | Tue | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
|---|---|---|---|---|---|---|---|
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/10/2023 | Wed | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | HARDING |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 10 | CAPITOL BOARDROOM |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 20 | CONGRESSIONAL |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 110 | WASHINGTON ROOM 6 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 2 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 240 | WASHINGTON ROOM 1 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 190 | WASHINGTON ROOM 5 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | WASHINGTON ROOM 4 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL A |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | WASHINGTON ROOM 3 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/11/2023 | Thu | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/11/2023 | Thu | 6:30:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/11/2023 | Thu | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | THURGOOD MARSHALL FOYER |
| 5/11/2023 | Thu | 3:00:00 PM | 3:30:00 PM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/11/2023 | Thu | 8:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 AM | Office | Office Style | 1 | PARK TWR RM 8205 |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Office | Office Style | 1 | COOLIDGE |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Office | Office Style | 1 | HARDING |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | General Session | Schoolroom | 600 | MARRIOTT BALLROOM SALONS 1, 2, & 3 |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 150 | DELAWARE B |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 400 | MARYLAND ABC |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 375 | VIRGINIA ABC |
| 5/12/2023 | Fri | 6:00:00 AM | 5:00:00 PM | Meeting | Theatre | 150 | DELAWARE A |
| 5/12/2023 | Fri | 6:00:00 AM | 12:00:00 PM | Registration | Registration | 1 | CONVENTION REGISTRATION DESK 1 & 2 & LOBBY |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR STE 8216 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | PARK TWR RM 8218 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Speaker Room | Special | 1 | MCKINLEY |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Office Style | 1 | WILSON AB |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Special | 1 | WILSON C |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Theatre | 1 | THURGOOD SOUTHWEST |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Exhibits | Exhibits | 1 | EXHIBIT HALL C |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Storage | Empty Room | 1 | COATCHECK 1 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 46 | MADISON AB |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC A |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Conference | 1 | MARRIOTT BALC B |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8228 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8226 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8222 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | PARK TWR STE 8219 |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Office | Conference | 1 | HOOVER |
| 5/12/2023 | Fri | 6:00:00 AM | 11:59:00 PM | Meeting | Special | 1 | THURGOOD NORTHEAST |
| 5/12/2023 | Fri | 10:00:00 AM | 10:30:00 AM | Coffee Break | Coffee Break | 300 | THURGOOD MARSHALL FOYER |
| 5/12/2023 | Fri | 10:00:00 AM | 10:30:00 AM | Coffee Break | Coffee Break | 300 | STATES CORRIDOR |
| 5/12/2023 | Fri | 5:00:00 PM | 9:00:00 PM | Teardown | Existing Set | 1 | MARRIOTT 23 |

Function Space approved and authorized by American Roentgen Ray Society: _SBC_ _1_ _7-27-17_
                                                                         (initial)     (date)

Function Space approved and authorized by Hotel: _____/_____
                                                      (initial)     (date)

Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

All meeting room, food and beverage, and related services are subject to applicable taxes (currently 10%) and service charge (currently 22%) in effect on the date(s) of the event.

## PORTERAGE LUGGAGE PULL

Hotel requires porterage gratuity, currently $10.60 per person round trip for an Group guest arrival where such Group's guests arrive by common carrier bus or motor coach and such guests' rooms are billed to the Group Master Account. Please advise Hotel if such charges are to be posted directly to the Master Account or as incidental charges to individual reservations.

## EXHIBITS IN HOTEL

A copy of American Roentgen Ray Society's proposed exhibitor's contract must be submitted to Hotel's Event department for approval prior to its printing and distribution, to ensure that the Hotel is protected and that exhibitors have received complete information and instructions, as well as rules and regulations governing exhibits at the Hotel. The Exhibitor's contract must include the following "Hold Harmless Clause"

> "The Exhibitor assumes the entire responsibility and liability for losses, damages, and claims arising out of exhibitor's activities on the Hotel premises and will indemnify, defend and hold harmless the Hotel, its owner, and its management company, as well as their respective agents, servants, and employees from any and all such losses, damages, and claims."

Hotel will not be responsible or liable for any loss, damage, or claims arising out of exhibitor's activities on the Hotel's premises except for any claims, loss, or damages arising directly from the Hotel's own negligence. American Roentgen Ray Society will be responsible to negotiate the contract with its exhibitors.

## EXHIBIT INFORMATION:

| Location: | **EXHIBIT HALL C** | |
|---|---|---|
| **LOAD IN:** | Friday, May 5, 2023 | 4:00 pm – 11:59 pm |
| **DECORATOR SET-UP** | Friday, May 5 - Saturday, May 6, 2023 | 6:00 am - 11:59 pm |
| **EXHIBITOR SET-UP** | Saturday, May 6, 2023 | 6:00 am - 11:59 pm |
| | Sunday, May 7, 2023 | 6:00 am - 4:30 pm |
| **SHOW HOURS:** | Monday, May 8, 2023 | 9:00 am - 4:00 pm |
| | Tuesday, May 9, 2023 | 9:00 am - 4:00 pm |
| | Wednesday, May 10, 2023 | 9:00 am - 4:00 pm |
| | Thursday, May 11, 2023 | 9:00 am – 1:00 pm |
| **TEARDOWN:** | Thursday, May 11, 2023 | 1:00 pm-10:00 pm |

The above rental agreement includes:
1. The exhibit facility as programmed
2. General maintenance of aisles, Hotel lighting, heating, air conditioning, and ventilation

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

The above rental agreement does not include:
1. Drayage and placement of display equipment
2. Decoration and related services
3. Security services
4. Labor; for example, carpenters, electricians, and drapers
5. Storage of any exhibit-related materials
6. Lighting and electrical power
7. Gas or water supply
8. A $2,000.00 cleaning fee for the exhibit area

## EXHIBIT LOAD IN / OUT

Local noise ordinances strictly prohibit the arrival of trucks, idling of engines, or rolling of equipment on hotel grounds between 11:00 pm and 7:00 am Sunday through Thursday and between 11:00pm and 9:00am on Friday and Saturday. Noise ordinances are enforced by local agencies and subject to local regulations and penalties.

For load-in and load-out, loading docks may be accessed as follows. Please schedule truck arrival and load in / load out only during these times:

        Monday through Friday from 7:00 am until 11:00 pm
        Saturday and Sunday from 9:00 am until 11:00 pm

## PRODUCTION AND RIGGING

Any sign, decoration, or production equipment that is attached to the ceiling structure or suspended from the ceiling will be hung and/or rigged and flown by Marriott's in-house provider, PSAV Presentation Services at the published rates. Twenty-one (21) days advance notification and a CAD diagram with load specifications is required. Orders received less than twenty-one (21) days from load in or on-site orders may not be accommodated or that cause delays and will result in additional labor costs. All equipment, cables, and connectors must conform to OSHA safety standards and are subject to approval by Marriott's Rigging Supervisor. Additional safety regulations and CADs can be found in the Rigging policies document that you're Event Manager will provide.

For the purposes of any Production, rigging labor, truss and motors must be contracted through Hotel's in-house provider, PSAV Presentation Services in accordance with Hotel Policies.

A Production Coordinator, supplied by the Hotel's in-house PSAV Presentation Services, is required during all load-ins and load-outs. This applies when more than one section of either ballroom (Marriott Ballroom or Thurgood Marshall Ballroom) is used, and/or when rigging is part of the production. The Production Coordinator will help facilitate each load-in for a five (5) hour minimum, and each load-out for a five (5) hour minimum, at the prevailing rate.

If the Group elects to supply their own equipment for audio visual requirements, basic power charges (20amps) for each meeting room will apply for the duration of the conference. If in-house audio is required, all audio equipment must be supplied by the in-house supplier, PSAV Presentation Services. No other provider may patch into the house audio.

There shall be no surcharges or fees for use of outside vendors except as noted above or in the Hotel Policies document.

## ROOMS ATTRITION

Hotel is relying upon American Roentgen Ray Society's use of the Room Night Commitment. American Roentgen Ray Society agrees that a loss will be incurred by Hotel if American Roentgen Ray Society's actual usage is less than 75% of the Room Night Commitment.

If American Roentgen Ray Society's actual usage is less than 75% of the Room Night Commitment, American Roentgen Ray Society agrees to pay, as liquidated damages and not as a penalty, the difference between 75% of the Room Night

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Commitment and American Roentgen Ray Society's actual usage, multiplied by the profit, which is 75% of the confirmed single guest room rate of $314.00 plus applicable taxes.

Should ARRS release any room nights as permitted in the Guest Room Commitment Section of the agreement, attrition will be recalculated to be 75% of the Adjusted Room Night Commitment.

Hotel agrees to cross reference in house reservations with group registration list. Any occupied room booked outside of the ARRS room block, including rooms booked through an internet booking service, that are determined to be occupied by an ARRS attendee will be credited to ARRS' total room nights. Hotel will give room night's revenue credit toward attrition fees for rooms booked outside of the block at any rate.

An audited statement of actual room usage for each of the convention /meeting will be provided to the Association upon request.

If the Hotel sells at least 95% of its current Rooms Inventory over any of the Groups nights, no attrition will be calculated for that specific night

## ADJUSTMENTS TO CONCESSIONS

In the event of reductions in the Room Night Commitment of more than 25%, the Hotel may adjust any concessions previously offered in this Agreement, including those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Room Night Commitment.

## FOOD AND BEVERAGE ATTRITION/CANCELLATION

American Roentgen Ray Society agrees that it will provide a minimum food and beverage revenue of $250,000 (exclusive of applicable service charges and taxes) as part of the Event. If American Roentgen Ray Society provides less food and beverage revenue, it agrees to pay Hotel 35% of the shortage, plus applicable taxes. In addition, if any food and beverage event is cancelled within 72 hours of its scheduled starting time, American Roentgen Ray Society agrees to pay Hotel 100% of the food and beverage revenue guaranteed at 72 hours.

There will be no surcharges for group's events under Twenty-five (25) attendees. There will also be no bartender fees provided that such function meets a minimum threshold of $500 in revenue generated.

## CANCELLATION

Nothing contained in this cancellation section is intended to allow ARRS the right to cancel for the sole purpose of holding the meeting in another facility or city, nor does it allow the hotel to cancel for the sole purpose of booking another meeting in place of the meeting contracted for in this agreement.

American Roentgen Ray Society acknowledges that if it cancels or otherwise essentially abandons its planned use of the Room Night Commitment (a "Cancellation"), this action would constitute a breach of American Roentgen Ray Society's obligation to Hotel and Hotel would be harmed. Because Hotel's harm (and American Roentgen Ray Society's obligation to compensate Hotel for that harm) is likely to increase if there is a delay in notifying Hotel of any Cancellation, American Roentgen Ray Society agrees to notify Hotel , in writing, within five (5) business days of any decision to Cancel. In addition, if a Cancellation occurs, the parties agree that:

    A) It would be difficult to determine Hotel's actual harm.

    B) Due to the period of time between the execution of this Agreement and the Event dates, and/or the projected non-capacity occupancy of the Hotel over the Event dates, Hotel is unlikely to be able to resell rooms or function space on a "last-sale" basis in the event of a Cancellation.

    C) The amount set forth below reasonably estimates Hotel's harm for a Cancellation.

American Roentgen Ray Society therefore agrees to pay Hotel, within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amounts agreed to in the chart below, plus applicable taxes. Provided that American Roentgen Ray Society timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from American Roentgen Ray Society relating to the Cancellation.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

| Date of Cancellation | Amount of Liquidated Damages Due |
|---|---|
| Date of Agreement to December 31, 2018 | 25% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 25% = $221,841.00 |
| From January 1, 2019 to December 31, 2020 | 50% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 50% = $443,682.00 |
| From January 1, 2021 to December 31, 2022 | 75% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 % profit) x 75% (slippage allowed in attrition clause) x 75% = $665,523.00 |
| From January 1, 2023 to Arrival | 100% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 100% = $887,364.00 |

Provided that American Roentgen Ray Society timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from American Roentgen Ray Society relating to the Cancellation.

If Hotel double-books or cancels the Event and is unable or unwilling to provide the guest rooms, function space or any related services agreed to in this Agreement, such action constitutes a breach of Hotel's obligations to ARRS and ARRS would be harmed. Because ARRS's harm (and the Hotel's obligation to compensate ARRS for that harm) is likely to increase if there is a delay in notifying ARRS of any Cancellation, the Hotel agrees to notify ARRS, in writing within five (5) business days of any decision to cancel. In addition if a Cancellation occurs, the parties agree that:

a. it would be difficult to determine ARRS's actual harm;

b. the sooner ARRS receives notice of the Cancellation, the lower its actual harm is likely to be, because the probability of mitigating the harm by rebooking space and functions is higher, and

c. the highest percentage amount in the chart below reasonably estimates ARRS's harm for a last minus cancellation and, through its use of a sliding scale that reduces damages for earlier cancellations, the Chart also reasonably estimates ARRS's ability to lessen its harm by rebooking the event.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

The Hotel therefore agrees to pay ARRS within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, the amount listed in the Chart below:

| Date of Cancellation | Amount of Liquidated Damages Due |
|---|---|
| Date of Agreement to December 31, 2018 | 25% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 25% = $221,841.00 |
| From January 1, 2019 to December 31, 2020 | 50% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 50% = $443,682.00 |
| From January 1, 2021 to December 31, 2022 | 75% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 % profit) x 75% (slippage allowed in attrition clause) x 75% = $665,523.00 |
| From January 1, 2023 to Arrival | 100% of Total Room Night Revenue* Calculated as follows: 5,024 room nights x ($314 x75% profit) x 75% (slippage allowed in attrition clause) x 100% = $887,364.00 |

Provided that the Hotel timely notifies ARRS of the Cancellation and timely pays the above liquidated damages, ARRS agrees not to seek additional damages from Hotel relating to the Cancellation.

## COMPETING GROUPS

It is understood that American College of Radiology is in direct competition with American Roentgen Ray Society. The Hotel agrees not to book American College of Radiology in the month of May in 2023, or within two weeks prior to ARRS' conference start date.

The Hotel further agrees not to book any function space to any organization whose business competes with the Group or involves Group specialty (i.e. imaging or radiology) over the dates of the meeting.

## GUEST RELOCATION
In the event the Hotel cannot accommodate any member of the Group with a guaranteed reservation, the Hotel will provide the following:

1. Accommodations at a comparable Hotel as close as reasonably possible at no charge to the guest for each night the guest is displaced from the Hotel.

2. One complimentary round trip ground transportation between Hotel and the alternate Hotel for each day the guest is displaced.

3. One (1) long-distance phone call of reasonable length to notify of change of location, and necessary arrangements for forwarding of the displaced guest's telephone messages and mail.

4. Offer to relocate displaced guest back to first available room. If room becomes available and the guest elects not to return to the Hotel, the Hotel will have no further obligations under this clause.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

5. Upon return to the Hotel, the displaced guest will receive upgraded accommodations, a welcome amenity, and a note of apology from the General Manager.

6. Credit to the Group for any guest(s) displaced toward its guest room block pick up for purposes of this contract and for calculation of the Group complimentary room credit.

## IMPOSSIBILITY

The performance of this Agreement is subject to termination without liability upon the occurrence of any circumstance beyond the control of either party – such as acts of God, war, government regulations, disaster, strikes (except those involving the employees or agents of the party seeking the protection of this clause), civil disorder, or curtailment of transportation facilities – to the extent that such circumstance makes it illegal or impossible to provide or use the Hotel facilities. The ability to terminate this Agreement without liability pursuant to this paragraph is conditioned upon delivery of written notice to the other party setting forth the basis for such termination as soon as reasonably practical – but in no event longer than ten (10) days – after learning of such basis.

## COMPLIANCE WITH LAW

This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and American Roentgen Ray Society agree to cooperate with each other to ensure compliance with such laws.

## CHANGES, ADDITIONS, STIPULATIONS, ADDENDUMS OR LINING OUT

Any changes, additions, stipulations, addendum or deletions including corrective lining out by either Hotel or American Roentgen Ray Society will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other. Addendums will require signature of the ARRS Executive Director.

## LITIGATION EXPENSES

The parties agree that, in the event either party files litigation relating to this Agreement, either party in such litigation will be responsible for their own costs resulting from the litigation, including attorney's fees.

## AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE

Each party agrees to use good faith efforts to ensure that it complies with its obligations under the Americans with Disabilities Act and the Act's accompanying regulations and guidelines (collectively the "ADA"). Each party further agrees to indemnify and hold the other party harmless from and against any and all claims and expenses, including attorneys' fees and litigation expenses, that may be incurred by or asserted against the other party or its officers, directors, agents, and employees on the basis of the indemnifying party's non-compliance with any of the provisions of the ADA. American Roentgen Ray Society agrees to provide Hotel with reasonable advance notice about the special needs of any attendees of which American Roentgen Ray Society is aware.

## POST MEETING REPORT

Hotel agrees to provide ARRS after the meeting a full report to include room pick-up, cancellation and no-show factor, number of sleeping rooms used in each category (i.e. single double, suite parlors), *number guaranteed versus number served at each meal function*, room service income, total meeting income and any other ancillary income will be supplied to ARRS prior to payment of final bill. In addition, Hotel agrees to provide daily pickup reports on-site.

## SAFETY

Hotel represents and agrees that it complies and shall comply during the dates of the function with all local, state and federal fire safety, and health and building codes. Hotel further agrees to furnish adequate security for guests by assuring that corridors, parking lots, recreational, and public areas are adequately monitored. Hotel further represents and agrees that it maintains written procedures and policies concerning fire safety and other safety issues and Hotel shall make all such procedures and policies available to ARRS upon reasonable notice. Failure of ARRS to request a copy of such policy and procedures shall not alleviate Hotel's responsibilities to comply with the terms of the paragraph.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## LABOR

Hotel shall list any and all unions whom have jurisdiction in the Hotel, and the contract renewal dates applicable for 2013. The Hotel is obligated to advise ARRS as soon as possible prior to the meeting of any labor disagreement that might impact or overlap the meeting dates.

## HOTEL RENOVATION/EXPANSION

Hotel will promptly notify Group of any significant construction or remodeling to be performed in the Hotel over the meeting dates and Hotel will use all commercially reasonable efforts to insure that any such occurrence will not materially interfere in any way with Group's use of the Hotel. If it is reasonably anticipated that there will be a significant interference, Hotel will arrange comparable meeting and guest room accommodations at a nearby comparable facility. The Hotel and ARRS must mutually agree upon the alternative facility and ARRS agrees approval will not be unreasonably withheld. The Hotel will reimburse ARRS for all reasonable costs incurred by ARRS moving their meeting, exhibit and guest room accommodations to another facility due to Hotel's renovation. Such costs may include, but are not limited to, the difference in an increased guest room rate, meeting room rental, and any mailing to notify members. If Hotel and ARRS cannot mutually agree upon an alternate facility, the Group has the right to terminate this contract without liability. Group reserves the right to seek damages from Hotel after such a cancellation.

## QUIET ENJOYMENT

Hotel represents and warrants that there will be no outside distractions that could affect the ordinary use of meeting rooms or other facilities to be used by ARRS, including but not limited to maintenance or construction activities or other groups of guests. Hotel shall use its best efforts to mitigate any distractions or interferences with quiet enjoyment that may arise, and shall negotiate in good faith to resolve any concerns raised by ARRS.

## CHANGE OF MANAGEMENT

Hotel must notify ARRS within ten (10) days of a change in management within the Hotel. ARRS may cancel this Agreement without liability if there is a change in Hotel management, which, in ARRS's judgment, may materially adversely affect the quality of service. This cancellation right must be exercised, if at all, by written notice from ARRS to Hotel within thirty (30) days of learning of the change of ownership and operation.

## INDEMNIFICATION

Each party to this Agreement shall, to the extent not covered by the indemnified party's insurance, indemnify, defend, and hold harmless the other party and its officers, directors, agents, employees, and owners from and against any and all demands, claims, and damages to persons or property, losses, and liabilities, including reasonable attorneys' fees (collectively, "Claims"), arising solely out of or solely caused by the indemnifying party's negligence or willful misconduct in connection with the provision and use of Hotel and contemplated by this Agreement. This paragraph shall not waive any statutory limitations of liability available to either part, including innkeepers' limitation of liability laws, nor shall it waive any defenses either party may have with respect to any Claim.

## HEADINGS

The headings and numbers appearing in this Agreement have been inserted as a matter of convenience. If there is any conflict between the headings and numbers and the text of this Agreement, the text will control.

## SEVERABILITY

The provision of this Agreement are severable so that if any term or provision hereof is found for any reason to be invalid, illegal or unenforceable, such finding shall not affect the validity, construction or enforceability of any remaining term or provision herein.

## GOVERNING LAW

This agreement shall be governed by and construed under the laws of the State of Virginia. The parties hereby consent to personal jurisdiction in the federal and state courts of Virginia.

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

## INSURANCE

Hotel shall carry liability, fire, burglary and other insurance in such dollar amounts as necessary to protect itself against any claims arising from any activities conducted in Hotel during the Convention/Meeting Period and to indemnify, defend, and hold harmless the Association as provided in this Agreement. The Hotel also shall maintain adequate commercial host and/or alcohol liability insurance to meet its obligations under this provision.

## LIQUOR LICENSE

American Roentgen Ray Society understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders.  Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are under age.

## ACCEPTANCE

When presented by the Hotel to American Roentgen Ray Society, this document is an invitation by the Hotel to American Roentgen Ray Society to make an offer. Upon signature by American Roentgen Ray Society, this document will be an offer by American Roentgen Ray Society. Only upon signature of this document by all parties will this document constitute a binding agreement.  Unless the Hotel otherwise notifies American Roentgen Ray Society at any time prior to American Roentgen Ray Society's execution of this document, the outlined format and dates will be held by the Hotel for American Roentgen Ray Society on a first-option basis until **7/31/2017**. If American Roentgen Ray Society cannot make a commitment prior to that date, this invitation to offer will revert to a second-option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations.

Upon signature by both parties, American Roentgen Ray Society and the Hotel shall have agreed to and executed this Agreement by their authorized representatives as of the dates indicated below.  Addendums will require signature of the ARRS Executive Director.

## SIGNATURES

Approved and authorized by American Roentgen Ray Society.

| | |
|---|---|
| Name: | Susan Cappitelli |
| Title: | Executive Director, ARRS |
| Signature: | _S. Cappitelli_ |
| Date: | 7-27-17 |

Approved and authorized by Hotel:

| | |
|---|---|
| Name: | Benjamin Warner |
| Title: | Senior Sales Executive |
| Signature: | _____ |
| Date: | _____ |

Approved and authorized by Hotel:

| | |
|---|---|
| Name: | Steve French |
| Title: | Director of Sales |
| Signature: | _____ |
| Date: | _____ |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Winters, Petey [Petey.Winters@marriott.com] |
| **Sent:** | 3/17/2021 2:47:10 PM |
| **To:** | Katy Scheuerman [/o=MEX09/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3001dfcb434141bfa79845c4a74c096c-kscheuerman] |
| **Subject:** | FW: 2023 ARRS Annual Meeting |

Katy
Please see below on contact information re: your 2023 existing contract.
Petey


**Petey Winters, CASE**
Global Account Executive, U.S. & Canada
**Marriott International**
Global Sales Organization – Association Accounts
202-256-0043
Petey.winters@marriott.com


**Rachel Bench**
Coordinator, Sales Support, Global Sales, U.S. & Canada
720-524-4285
Rachel.bench@marriott.com

https://www.meetingstoday.com/newsevents/industrynews/industrynewsdetails/articleid/34509/title/flexibility-safety-marriott-event



 

This communication contains information from Marriott International, Inc. that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.


**From:** Crenshaw, Ashley <Ashley.Crenshaw@marriott.com>
**Sent:** Wednesday, March 17, 2021 10:41 AM
**To:** Winters, Petey <Petey.Winters@marriott.com>
**Cc:** Marmer, Gary <Gary.Marmer@marriott.com>
**Subject:** RE: 2023 ARRS Annual Meeting

Hi Petey,

Please tell the customer that they should reach out to counsel for the Owner:

> **_Laura Davis Jones_**
> _Pachulski Stang Ziehl & Jones LLP_
> _Tel: 302.778.6401  | Cell: 302.547.3132  | Fax: 302.652.4400_
> _ljones@pszjlaw.com_

Thanks,
Ashley

**Ashley Z. Crenshaw**
Corporate Counsel
10400 Fernwood Road, Bethesda, MD 20817
301-380-4080 (O) | 804-339-7453 (M)
ashley.crenshaw@marriott.com

 

This communication contains information from Marriott International, Inc. that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Winters, Petey <Petey.Winters@marriott.com>
**Sent:** Tuesday, March 16, 2021 1:47 PM
**To:** Crenshaw, Ashley <Ashley.Crenshaw@marriott.com>
**Cc:** Marmer, Gary <Gary.Marmer@marriott.com>
**Subject:** FW: 2023  ARRS Annual Meeting

Hi Ashley,
Please see below. Need guidance.
Thank you in advance for your time.
Petey


**Petey Winters, CASE**
Global Account Executive, U.S. & Canada
**Marriott International**
Global Sales Organization – Association Accounts
202-256-0043
Petey.winters@marriott.com


**Rachel Bench**
Coordinator, Sales Support, Global Sales, U.S. & Canada
720-524-4285
Rachel.bench@marriott.com

https://www.meetingstoday.com/newsevents/industrynews/industrynewsdetails/articleid/34509/title/flexibility-safety-marriott-event



 

This communication contains information from Marriott International, Inc. that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Katy Scheuerman <kscheuerman@arrs.org>
**Sent:** Tuesday, March 16, 2021 12:05 PM
**To:** Winters, Petey <Petey.Winters@marriott.com>
**Subject:** 2023 ARRS Annual Meeting

Petey,

Thank you for your guidance relating to our 2023 ARRS Annual Meeting that is slated to be held May 7-12, 2023 at the Marriott Wardman Park Hotel in Washington, DC.

Based on public information and numerous articles in local news, we understand that the hotel has permanently closed and therefore is unable to perform according to the contract. As we've discussed, this leaves us in a precarious position with respect to our ability to plan for our 2023 conference with little time to adequately secure an alternate, suitable property. In order to move forward expeditiously, counsel has advised us to seek clarity as to who is the responsible party with respect to the contract. Specifically, who has the legal authority to further discuss the status of the hotel and contract with us, Marriott Corporate or the owners of the property, Pacific Life Insurance? We ask that Marriott Corporate provide a written response within five (5) business days, or, by Tuesday, March 23, 2023 so we can pursue further discussions.

Regards,
Katy

Katy Scheuerman
*Director of Meetings*
**American Roentgen Ray Society (ARRS)**
44211 Slatestone Court
Leesburg, VA 20176
571-278-7029 Cell
703-858-4324 Direct
kscheuerman@arrs.org



ARRS-00000177