# **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties requesting electronic service and via email upon the parties listed below.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Curtis S. Miller
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email: cmiller@mnat.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
E-mail: okatz@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Michael T. Driscoll
30 Rockefeller Plaza
New York, NY 10112
Email: mdriscoll@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Jennifer L. Nassiri
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Email: jnassiri@sheppardmullin.com

JENNER & BLOCK LLP
Lindsay Harrison
Alex S. Trepp
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412
E-mail: lharrison@jenner.com
E-mail: atrepp@jenner.com

JENNER & BLOCK LLP
Paul Rietema
353 N. Clark Street
Chicago, IL 60654-3456
E-mail: prietema@jenner.com

*/s/ Brenna A. Dolphin*
Counsel for American Roentgen Ray Society

83768725.1