**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 15, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED OR ADJOURNED. THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER:**

1. Motion to Extend Deadline to Object to Claims [Filed: 4/26/22] (Docket No. 448).

    Response Deadline: May 20, 2022, at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    a. Certification of No Objection Regarding Motion to Extend Deadline to Object to Claims [Filed: 4/26/22] (Docket No. 448).

    b. [Signed] Order Extending Deadline to Object to Claims [Filed: 5/25/22] (Docket No. 451).

    Status: The Court has entered an order on this matter. No hearing is necessary.

**ADJOURNED MATTER:**

2. Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 9/2/21] (Docket No. 329).

   Response Deadline:  October 20, 2021, at 5:00 p.m. *(extended for Enseo, Belfast-Beltway Boxing Project and Schindler Elevator Company until December 16, 2021, at 4:00 p.m.)*

   Responses Received:

   a. American Roentgen Ray Society's Response to Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 10/20/21] (Docket No. 373).

   b. Response to Claim Objection [Filed by The American Historical Association] [Filed: 10/20/21] (Docket No. 374).

      (i) Declaration of James R. Grossman [Filed: 10/20/21] (Docket No. 375).

   c. Response of the Institute for Educational Leadership, Inc. to Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 10/20/21] (Docket No. 376).

   d. Informal response of Marriott Hotel Services, Inc.

   e. Informal response of Congressional Hotel Dry Cleaning.

   f. [Filed Under Seal] Response and Joinder of Enseo, LLC to Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 1/20/22] (Docket No. 412).

   Reply Deadline:  February 15, 2022, at 4:00 p.m.

   Replies Received:

   a. Debtor's Reply in Support of First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 2/15/22] (Docket No. 429).

   Related Documents:

   a. Notice of Submission of Proofs of Claim in Connection with Debtor's First (Substantive) Objection Disallow Certain Claims [Filed: 10/13/21] (Docket No. 368).

   b. Certification of Counsel Regarding Revised Proposed Order Sustaining Omnibus Objection to Disallow Certain Claims [Filed: 10/25/21] (Docket No. 377).

3

    c.      [Signed] Order Sustaining the Debtor's First (Substantive) Omnibus Objection to Disallow Certain Claims [Filed: 10/25/21] ([Docket No. 380](#)).

    d.      [Signed] Agreed Scheduling Order Regarding Debtor's Objection to Claim of American Roentgen Ray Society [Filed: 2/17/22] ([Docket No. 431](#)).

<u>Status:</u> This matter is resolved with respect to the claims of Congressional Hotel Dry Cleaning, Enseo, Schindler Elevator Company, American Historical Association, and the Belfast-Beltway Boxing Project.  A hearing on the objection to the claims of the American Roentgen Ray Society and Institute for Educational Leadership will be scheduled at a later date to be determined.

Dated: June 13, 2022                                  PACHULSKI STANG ZIEHL & JONES LLP

                                                      */s/ Timothy P. Cairns*
                                                      Laura Davis Jones (DE Bar No. 2436)
                                                      David M. Bertenthal (CA Bar No. 167624)
                                                      Timothy P. Cairns (Bar No. 4228)
                                                      919 North Market Street, 17th Floor
                                                      P.O. Box 8705
                                                      Wilmington, Delaware  19899 (Courier 19801)
                                                      Telephone:  (302) 652-4100
                                                      Facsimile:   (302) 652-4400
                                                      Email: ljones@pszjlaw.com
                                                                dbertenthal@pszjlaw.com
                                                                tcairns@pszjlaw.com

                                                      *Counsel to the Debtor and Debtor in Possession*