# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WARDMAN HOTEL OWNER, L.L.C.,[1] | ) | Case No. 21-10023 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### *AMENDED* NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of American Roentgen Ray Society ("**American Roentgen**"). The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

Brenna A. Dolphin
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Fax: (302) 252-0921
bdolphin@polsinelli.com

E. Benton Keatley
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Fax: (816) 753-1536
ebkeatley@polsinelli.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

---

[1] The last four digits of the Debtor's U.S. tax identification number are 9717. The Debtor's mailing address is 5996 Mitchell Road, #16, Atlanta, GA 30328.

84331943.1

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive American Roentgen's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which American Roentgen is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 14, 2022<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Brenna A. Dolphin*<br>Brenna A. Dolphin (Del. Bar No. 5064)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>bdolphin@polsinelli.com<br><br>Mark B. Joachim (*Admitted Pro Hac Vice*)<br>1401 Eye ("I") Street, N.W., Suite 800<br>Washington, DC 20005<br>Telephone: (202) 772-8477<br>mjoachim@polsinelli.com<br><br>-and-<br><br>E. Benton Keatley (*Admitted Pro Hac Vice*)<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br>Telephone: (816) 753-1000<br>ebkeatley@polsinelli.com<br><br>*Counsel for American Roentgen Ray Society* |

84331943.1