## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WARDMAN HOTEL OWNER, L.L.C., | ) ) | Case No. 21-10023 (JTD) |
| Debtor. | ) ) ) |  |

### NOTICE OF FILING OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS OF WARDMAN HOTEL OWNER, L.L.C.

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") hereby files the attached amendments (the "Amendments") to the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs of the Debtor filed on February 10, 2021 [Docket No. 134, 135] (the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that only the pages showing the amendments are attached hereto as **Exhibit A** and include the following changes:

- to add a tax refund action against the District of Columbia (the "Refund Action") to Schedule A/B; and

- to add the Refund Action to the Statement of Financial Affairs.

**PLEASE TAKE FURTHER NOTICE** that, other than the changes listed above, there are no other changes to the Schedules or Statement of Financial Affairs.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), any creditor affected by this notice may file a proof of claim **by the later of**: (a) any bar date established by the Bankruptcy Court for filing proofs of claim (the "Bar Date"); or (b) a date no less than 21 days from the date that notice of the Amendments was given.

DOCS_DE:242261.1 92203/001

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the filing of the Amendments, the Debtor reserves the right to amend further, in any way and at any time, the Schedules or Statement of Financial Affairs filed in this chapter 11 case, consistent with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules.

Dated: February 10, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
  dbertenthal@pszjlaw.com
  tcairns@pszjlaw.com

*Counsel to the Debtor and Debtor in Possession*