# **<u>EXHIBIT A</u>**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Wardman Hotel Owner, L.L.C.** | |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE | |
| Case number (if known) **21-10023 (JTD)** | ■ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **A/B (only changed pages)**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  9 , 2023**         X **/s/ James D. Decker**
                                                                Signature of individual signing on behalf of debtor

**James D. Decker**
Printed name

**Liquidating Trustee**
Position or relationship to debtor

| Debtor | **Wardman Hotel Owner, L.L.C.** | | Case number *(If known)* | **21-10023** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | apartment or office building, if available. | | | | |
| 55.1. | **Real property (Land and improvements) located at 2660 Woodly Road NW, Washington DC 20008** | Owner | $72,004,762.00 | N/A | Unknown |
| 55.2. | **Real property (Building and improvements) located at 2660 Woodly Road NW, Washington DC 20008** | Owner | $97,532,893.00 | N/A | Unknown |

| | | |
| --- | --- | --- |
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | **Franchise Tax Board refund** | Tax year **2019** | **$284,756.00** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
| --- | --- | --- |
| Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Debtor **Wardman Hotel Owner, L.L.C.**     Case number *(If known)* **21-10023**
      Name

| | |
|---|---:|
| **Counterclaims against Marriott Hotel Services** | Unknown |
|    **Nature of claim**     Breach of Contract | |
|    **Amount requested**     $0.00 | |
| | |
| **Claim against District of Columbia (D.C. Super. Ct., Tax Div., Tax Docket 2020 CVT 000511)** | Unknown |
|    **Nature of claim**     Tax Refund Action | |
|    **Amount requested**     Unknown | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **"Group Contracts" entered into by Marriott Hotels, where Debtor is the beneficiary of such contracts**     Unknown

78. **Total of Part 11.**     **$284,756.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Pacific Life Insurance Company**<br>**700 Newport Center Drive**<br>**Newport Beach, CA 92660**<br>Insider | 11.30.20 | $171,808.60 | **Reimbursements for payments made to vendors/suppliers on behalf of the Debtor** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Marriott v. Wardman Hotel Owner, L.L.C.,**<br>**483406-V** | **Breach of Contract and Counterclaims** | **Montgomery County Circuit Court**<br>**State of Maryland**<br>**50 Maryland Avenue**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wardman Hotel Owner, L.L.C. v. District of Columbia,**<br>**2020 CVT 000511** | **Tax Refund Action** | **Superior Court of D.C., Tax Div.**<br>**Moultrie Courthouse**<br>**500 Indiana Avenue NW**<br>**Room 3131**<br>**Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Debtor | **Wardman Hotel Owner, L.L.C.** | Case number *(if known)* | **21-10023 (JTD)** |
|---|---|---|---|

### Part 14:

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 9, 2023**

**/s/ James D. Decker**                          **James D. Decker**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Liquidating Trustee**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes