UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Steven Laurentis, am employed in the county of Los Angeles, State of California. I hereby certify that on October 3, 2012, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the names and addresses of the parties listed in **Exhibit A**:

- **Certification of Counsel Regarding Order Denying Stay Relief Requests Without Prejudice [Docket No. 507]**

Dated: October 9, 2012

_____
Steven Laurentis
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 9th day of Oct., 20 12, by Steven Laurentis, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CATHERINE A. ROJO
Commission # 1980246
Notary Public - California
Los Angeles County
My Comm. Expires Jun 26, 2016

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Aliied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. ( L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (87568828); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc (59-2876863); RMX LLC (31-0961359); Transport Support LLC (338-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345

**EXHIBIT A**

| | | |
|---|---|---|
| AINSMAN, LEVINE & DREXLER, LLC<br>RICHARD C. LEVINE<br>310 GRANT STREET, SUITE 1500<br>PITTSBURGH, PA 15219 | ALCENTRAL, INC<br>ATTN: LEGAL DEPARTMENT<br>10877 WILLSHIRE BLVD SUITE 1550<br>LOS ANGELES, CA 90024 | AVENUE CAPITAL GROUP<br>ATTN: HEATHER KAISER<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 |
| AVL LOAN FUNDING, INC.<br>ATTN: TERRY CONNER-GRAHAM<br>540 WEST MADISON STREET, SUITE 1900-3N<br>CHICAGO, IL 60661 | BANK OF AMERICA<br>ATTN: KATHLEEN ROSS<br>SVP, SENIOR CLIENT MANAGER<br>135 SOUTH LASALLE STREET<br>CHICAGO, IL 60603 | BLACK DIAMOND CAPITAL MANAGEMENT LLC<br>ATTN: RICHARD EHRLICH<br>1 SOUND SHORE DRIVE, SUITE 200<br>GREENWICH, CT 06830 |
| BLACKROCK<br>FKA R3CAPITAL<br>ATTN: CARLY WILSON<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 | BNSF RAILWAY COMPANY<br>ATTN: RACHEL BELUE<br>2400 WESTERN CENTER BLVD<br>FORT WORTH, 76131 | CEDARVIEW CAPITAL MANAGEMENT LP<br>ATTN: IRVING BODNER<br>ONE PENN PLAZA, 45TH FLOOR<br>NEW YORK, NY 10119 |
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND<br>C/O STEVENS & LEE, P.C.<br>ATTN: FRANK SABATINO/JOHN KILGANNON<br>1818 MARKET ST., 29TH FLOOR<br>PHILADELPHIA, PA 19103 | CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND<br>C/O STEVENS & LEE, P.C.<br>ATTN: MARIA APRILE SAWCZUK<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | CENTRAL STATES PENSION FUND<br>ATTN: ROBERT A. COCO<br>ATTN: BRAD R. BERLINER<br>CENTRAL STATES LAW DEPT.<br>9377 WEST HIGGINS RD.<br>ROSEMONT, IL 60018-4938 |
| CITY OF MEMPHIS, ELLIS COUNTY, TARRANT COUNTY<br>, NORTHWEST ISD<br>C/O LINEBARGER GOGGAN BLAIR & SIMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, STE 1600<br>DALLAS, TX 75201 | CONNOLLY GALLAGHER LLP<br>ATTN: KAREN C. BIFFERATO, CHRISTINA M. THOMPSO<br>ATTN: KELLY M. CONLAN<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 14TH FLOOR<br>WILMINGTON, DE 19801 | CREDIT CAPITAL INVESTMENTS<br>ATTN: LEGAL DEPARTMENT<br>51 JFK PARKWAY, THIRD FLOOR<br>SHORT HILLS, NJ 07078 |
| CREDIT-SUISSE<br>ATTN: MICHEAL CHAISANGUANTHUM<br>ATTN: JILL GUERRIDO/JAMES POTESKY<br>ATTN: MICHELLE WAGNER<br>1 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10010 | DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET, STE 1600<br>DALLAS, TX 75201 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 898<br>DOVER, DE 19903 |
| DELAWARE STATE TREASURY<br>ATTN: CHIP FLOWERS<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE 19904 | DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | DRUM SPECIAL SITUATION PARTNERS III LP<br>ATTN: JOSEPH RUSSICK<br>107 ELM STREET, 10TH FLOOR<br>STAMFORD, CT 06902 |
| DURHAM ASSET MANAGEMENT LLC<br>C/O DUGGAN ASSET MANAGEMENT LLC<br>ATTN: LEGAL DEPARTMENT<br>60 EAST 42ND STREET, SUITE 840<br>NEW YORK, NY 10165 | FIDELITY NATIONAL BANK<br>ATTN: HERB MCCOY<br>DECATUR BRANCH MANAGER<br>160 CLAIREMONT AVE<br>DECATUR, GA 30030 | FLORIDA SELF-INSURERS GUARANTY ASSOC. INC.<br>C/O WILLIAMS GAUTIER GWYNN DELOACH & SORE<br>ATTN: JAMES E. SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| FORD MOTOR COMPANY<br>C/O MILLER CANFIELD<br>ATTN: JOSE J. BARTOLOMEI, ESQ.<br>101 N. MAIN STREET, 7TH FLOOR<br>ANN ARBOR, MI 48104 | FORD MOTOR COMPANY<br>C/O MILLER CANFIELD<br>ATTN: STEPHEN S. LAPLANTE, ESQ.<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226-4415 | FREIGHT DRIVERS AND HELPERS LOCAL<br>UNION NO. 557 PENSION FUND<br>C/O ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY BOTT/MEGHAN MAREK<br>809 GLENEAGLES COURT, SUITE #320<br>BALTIMORE, MD 21286 |
| GENERAL MOTORS LLC<br>C/O HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTN: DANIEL W. LINNA JR., ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE, SUITE 2290<br>DETROIT, MI 48226 | GSO CAPITAL PARTNERS, LLC<br>ATTN: LEGAL DEPARTMENT<br>345 PARK AVENUE, 34TH FLOOR<br>NEW YORK, NY 10154 | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>ATTN: DANIEL W. LINNA JR., ESQ.<br>ATTN: LAWRENCE J. MURPHY, ESQ.<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226-3506 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL BUSINESS MACHINES CORP.<br>ATTN: MARIE-JOSEE DUBE<br>1360 RENE LEVESQUE W., SUITE 400<br>MONTREAL, QC H3G 2W6<br>CANADA | INTERNATIONAL BUSINESS MACHINES CORP.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R. BELMONTE<br>ATTN: PAMELA A. BOSSWICK<br>230 PARK AVENUE, SUITE #1130<br>NEW YORK, NY 10169 |

Allied Systems Holdings, Inc. - U.S. Mail

Served 10/3/2012

| | | |
|---|---|---|
| IRON MOUNTAIN INFORMATION MGMT INC.<br>ATTN: JOSEPH CORRIGAN<br>745 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | JP MORGAN CHASE<br>ATTN: JESSICA STRANGE, CLIENT SERVICE OFFICER<br>10410 HIGHLAND MANOR DRIVE<br>FLOOR 3, FL3-3317<br>TAMPA, FL 33610 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, ESQ.<br>ATTN: KERRI K. MUMFORD, ESQ.<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19899 |
| LATHAM & WATKINS LLP<br>ATTN: MELINDA C. FRANEK<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | LATHAM & WATKINS LLP<br>ATTN: ROBERT A. KLYMAN, ESQ.<br>ATTN: GLEN B. COLLYER, ESQ.<br>ATTN: GREGORY O. LUNT, ESQ.<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 | LATHAM & WATKINS LLP<br>ATTN: SARA E. BARR, ESQ.<br>233 SOUTH WACKER DRIVE, SUITE 5800<br>CHICAGO, IL 60606 |
| MARGOLIS EDELSTEIN<br>STEPHANIE NOBLE TICKLE<br>750 SHIPYARD DRIVE, SUITE 102<br>WILMINGTON, DE 19801 | MAYER BROWN LLP<br>ATTN: CRAIG E. REIMER, ESQ.<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | MCDONNELL INVESTMENT MANAGEMENT LLC<br>ATTN: CHRISTIAN CHAMP<br>1515 W. 22ND STREET, 12TH FLOOR<br>OAK BROOK, IL 60523 |
| MCDONNELL LOAN OPPORTUNITY LTD.<br>ATTN: KATHLEEN ZARN<br>1515 WEST 22ND STREET, SUITE 1200<br>OAK BROOK, IL 60523 | MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MJX ASSET MANAGEMENT<br>ATTN: FRED TAYLOR<br>12 EAST 49TH STREET, 29TH FLOOR<br>NEW YORK, NY 10017 |
| MONARCH ALTERNATIVE CAPITAL LP<br>ATTN: PATRICK BARTELS<br>535 MADISON AVENUE<br>NEW YORK, NY 10022 | MORRIS JAMES LLP<br>ERIC J. MONZO & COURTNEY R. HAMILTON<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | NEW ENGLAND TEAMSTERS & TRUCKING PENSION<br>C/O FEINBERG, CAMPBELL & ZACK, P.C.<br>ATTN: CATHERINE M. CAMPBELL, ESQ.<br>177 MILK STREET, SUITE 300<br>BOSTON, MA 02109 |
| NEW YORK CITY ECONOMIC DEVELOPMENT CORPOR<br>C/O MICHAEL A. CARDOZO<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>100 CHURCH STREET<br>NEW YORK, NY 10007<br>ATTN: ZACHARY B. KASS, ESQ. | NORTH AMERICAN TRANSACTION SERVICES - NATS<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN: PATRICIA B. FUGEE<br>ONE SEAGATE, SUITE 1700<br>TOLEDO, OH 43604 | OFFICE OF UNEMPLOYMENT COMPENSATION TAX<br>DEPARTMENT OF LABOR AND INDUSTRY<br>COMMONWEALTH OF PENNSYLVANIA<br>ATTN: JOSEPH KOTS<br>625 CHERRY ST, ROOM 203<br>READING, PA 19602-1152 |
| ORE HILL PARTNERS LLC<br>ATTN: JOHANNES L HOMAN<br>452 FIFTH AVENUE, 25TH FLOOR<br>NEW YORK, NY 10018 | PALACIOS ISD, JACKSON COUNTY, & HARRIS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | PAR-FOUR INVESTMENT MANAGEMENT<br>ATTN: JOE MATTEO<br>ATTN: MICHAEL BAILEY<br>50 TICE BOULEVARD<br>WOODCLIFF LAKE, NJ 07677 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC)<br>ATTN: FRANK A. ANDERSON<br>OFFICE OF CHIEF COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PLATINUM GROVE CONTINGENT CAPITAL<br>MASTER FUND<br>C/O PLATINUM GROVE ASSET MANAGEMENT, L.P.<br>ATTN: LEGAL DEPARTMENT<br>287 BOWMAN AVE., 3RD FLOOR<br>PURCHASE, NY 10577 | RICOH USA INC<br>DBA IKON OFFICE SOLUTIONS<br>RECOVERY & BANKRUPTCY GROUP<br>ATTN: OLIVIA MOODY<br>3920 ARKWRIGHT ROAD, SUITE 400<br>MACON, GA 31210 |
| SCHULTE ROTH & ZABEL LLP<br>ATTN: ADAM C. HARRIS/ROBERT J. WARD<br>ATTN: VICTORIA A. LEPORE/DAVID M. HILLMAN<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | SCOTIA BANK<br>ATTN: HOMAIRA RAHIMI<br>ATTN: RHONDA FAIRLEY<br>20 QUEEN STREET WEST, 4TH FLOOR<br>TORONTO, ON M5H 3R3<br>CANADA | SCROGGINS & WILLIAMSON, P.C.<br>ATTN: J. ROBERT WILLIAMSON<br>ATTN: ASHLEY REYNOLDS RAY<br>1500 CANDLER BUILDING<br>127 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30303 |
| SECRETARY OF THE TREASURY<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTO<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022 |
| SHIPCARSNOW<br>ATTN: JEFFREY J. GRANDSTAFF<br>1400 DOUGLAS ST., MS 0430<br>OMAHA, NE 68179 | SIDLEY AUSTIN LLP<br>ATTN: MATTHEW CLEMENTE<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 | SIDLEY AUSTIN LLP<br>ATTN: MICHAEL G. BURKE<br>ATTN: BRIAN J. LOHAN<br>ATTN: DENNIS KAO<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |

| | | |
|---|---|---|
| SPECTRUM GROUP MANAGEMENT LLC<br>ATTN: JEFFREY BULLER<br>ATTN: JEFFREY SCHAFFER<br>ATTN: STEPHEN JACOBS<br>1250 BROADWAY, SUITE 810<br>NEW YORK, NY 10001 | SPECTRUM INVESTMENT PARTNERS LP<br>ATTN: JEFFREY SCHAFFER<br>1250 BROADWAY, 19TH FLOOR<br>NEW YORK, NY 10001 | STANFIELD CAPITAL PARTNERS<br>ATTN: LEGAL DEPARTMENT<br>430 PARK AVENUE, 12TH FLOOR<br>NEW YORK, NY 10022 |
| STATE OF DELAWARE<br>DIVISION OF REVENUE<br>CARVEL STATE OFFICE BUILDING<br>820 NORTH FRENCH STREET<br>WILMINGTON, DE 1980 | STONE TOWER CAPITAL, LLC<br>ATTN: MICHAEL NOVOSELLER/LEGAL DEPARTMENT<br>9 W. 57TH ST., 37TH FLOOR<br>NEW YORK, NY 10019 | SULLIVAN HAZELTINE ALLISON LLC<br>ATTN: WILLIAM D. SULLIVAN<br>ATTN: WILLIAM A. HAZELTINE<br>ATTN: ELIHU E. ALLINSON<br>901 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 |
| TEAMSTERS JOINT COUNCIL NO. 83<br>OF VIRGINIA PENSION FUND<br>C/O BEINS AXELROD, P.C.<br>ATTN: H. DAVID KELLY, JR.<br>1625 MASSACHUSETTS AVE, N.W., SUITE 500<br>WASHINGTON, DC 20036 | TEAMSTERS PENSION TRUST FUND<br>OF PHILADELPHIA & VICINITY<br>C/O STEVENS & LEE, P.C.<br>ATTN: FRANK SABATINO/JOHN KILGANNON<br>1818 MARKET ST., 29TH FLOOR<br>PHILADELPHIA, PA 19103 | TEAMSTERS PENSION TRUST FUND<br>OF PHILADELPHIA & VICINITY<br>C/O STEVENS & LEE, P.C.<br>ATTN: MARIA APRILE SAWCZUK<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 |
| TENNESSEE DEPARMENT OF LABOR &<br>WORKFORCE DEV-UNEMPLOYMENT INSURANCE<br>C/O TN ATTORNEY GENERAL OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202 | THE BANK OF NEW YORK MELLON<br>ATTN: MELINDA VALENTINE<br>600 EAST LAS COLINAS, SUITE #1300<br>IRVING, TX 75039 | THE CIT GROUP/BUSINESS CREDIT, INC.<br>C/O DUANE MORRIS LLP<br>ATTN: RICHARD W. RILEY/SOMMER L. ROSS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE 19801-1659 |
| THE CIT GROUP/BUSINESS CREDIT, INC.<br>C/O FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LL<br>ATTN: GARY L. KAPLAN/CARL I. STAPEN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 | THE YUCAIPA COMPANIES<br>ATTN: DEREX WALKER<br>9130 WEST SUNSET BOULEVARD<br>LOS ANGELES, CA 90069 | TNATINC<br>C/O BATISTE & WILDER<br>ATTN: JAMES F. WALLINGTON<br>1150 CONNECTICUT AVE., N.W.<br>SUITE 500<br>WASHINGTON, DC 20036 |
| TNATINC<br>C/O COHEN, WEISS & SIMON<br>ATTN: RICHARD SELTZER<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036-6901 | TNATINC<br>C/O COOCH & TAYLOR, P.A.<br>ATTN: SUSAN E. KAUFMAN<br>1000 WEST STREET, 10TH FLOOR<br>BRANDYWINE BLDG, PO BOX 1680<br>WILMINGTON, DE 19899 | TNATINC<br>C/O INTERNATIONAL BROTHERHOOD OF TEAMSTE<br>ATTN: EDWARD GLEASON<br>25 LOUISIANA AVENUE, N.W.<br>WASHINGTON, DC 20001 |
| U.S. ATTORNEY'S OFFICE<br>PO BOX 2046<br>1201 MARKET ST., STE. 1100<br>WILMINGTON, DE 19899-2046 | UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE, SHAWN LANKA<br>1400 DOUGLAS ST., MS 1580<br>OMAHA, NE 68179 | UNITED STATES TRUSTEE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035 |
| UNITED STATES TRUSTEE<br>ATTN: DAVID L. BUCHBINDER<br>J. CALEB BOGGS FEDERAL BUILDING<br>SUITE 2207<br>WILMINGTON, DE 19801 | VENOR CAPITAL MANAGEMENT LP<br>ATTN: MICHAEL SCOTT<br>7 TIMES SQUARE, SUITE 3505<br>NEW YORK, NY 10036 | WESTERN CONF. OF TEAMSTERS PENSION TRUST<br>C/O REID, PEDERSEN, MCCARTHY & BALLEW LLP<br>ATTN: RUSSELL J. REID<br>100 WEST HARRISON STREET<br>NORTH TOWER, SUITE 300<br>SEATTLE, WA 98119 |
| YOUNG CONAWAY STARGATT & TAYLOR<br>ATTN: MICHAEL R. NESTOR<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 | YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, LP<br>YUCAIPA AMERICAN ALLIANCE FUND I, LP<br>ATTN: ROBERT BERMINGHAM<br>9130 W. SUNSET BLVD.<br>LOS ANGELES, CA 90069 | |

Parties Served: 92